# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF ALABAMA

CLIFFORD ELLIS #208226 )
_____ )
Full name and prison number )
of plaintiff(s) )
 )
v. )
 )                    CIVIL ACTION NO. 2:05CV1020-D
 )                    (To be supplied by Clerk of
WARDEN J. DELOACH, )                 U.S. District Court)
_____ )
PRISON HEALTH SERVICES, )
_____ )
CO1 CATON )
_____ )
 )
_____ )
 )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiff(s) _____ N/A _____

      _____

      Defendant(s) _____ N/A _____

      _____

2. Court (if federal court, name the district; if state court, name the county) __N/A__

   __N/A__

3. Docket number __N/A__

4. Name of judge to whom case was assigned __N/A__

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

6. Approximate date of filing lawsuit __N/A__

7. Approximate date of disposition __N/A__

II. PLACE OF PRESENT CONFINEMENT __ELMORE CORR. FACILITY, P.O. BOX 8, ELMORE, AL. 36025__

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED __DRAPER CORR. FACILITY, P.O. BOX 1107, ELMORE, AL. 36025__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                ADDRESS

1. WARDEN J. DELOACH, D.C.C., P.O. BOX 1107, ELMORE, AL. 36025
2. CO1 CATON, D.C.C., P.O. BOX 1107, ELMORE, AL. 36025
3. PRISON HEALTH SERVICES, S.C.C., P.O. BOX 56, ELMORE,
4. AL. 36025 (HEALTH SERVICE PROVIDERS TO
5. BE NAMED UPON DISCOVERY)
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __OCTOBER 28, 2004 UNTIL PRESENT__

2

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: DEFENDANTS DELOACH AND CATON WERE DELIBERATELY INDIFFERENT IN PROVIDING SAFE WORK ENVIRONMENT.

SUPPORTING FACTS: DEFENDANTS WERE NEGLIGENT AND RECKLESSLY CALLOUS, IN NOT PROVIDING A SAFE WORK ENVIRONMENT, FAILED TO USE PROPER SAFETY PRECAUTIONS DURING CUSTODY SQUAD DETAIL (HIGHWAY LITTER SQUAD), CAUSING THIS PLAINTIFF SEVERE INJURY AND EMOTIONAL DISTRESS (THIS PLAINTIFF WAS ON A AL.D.O.C. BUS DRIVEN BY DEFENDANT CATON, DEFENDANT CATON DID NOT STOP AT STOP SIGN, WAS BROADSIDED BY MOVING VEHICLE, PLAINTIFF SUFFERED BROKEN NECK)

GROUND TWO: DEFENDANTS, PRISON HEALTH SERVICES, HAVE FAILED TO PROVIDE ADEQUATE HEALTH/MEDICAL TREATMENT.

SUPPORTING FACTS: THIS PLAINTIFF HAS BEEN SUFFERING FOR APPROX. 1 YEAR, DUE TO HIS BROKEN NECK, WITHOUT PROPER MEDICAL ATTENTION AND/OR TREATMENT.
THE DEFENDANTS, PRISON HEALTH SERVICES HAVE BEEN DELIBERATELY INDIFFERENT TO THIS PLAINTIFFS SERIOUS MEDICAL NEEDS.

3