REC

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

## AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

Clifford Ellis
_____
**Plaintiff(s)**

vs. James DeLoach et al.   CA: 2:05cv1020 D

Warden J. DeLoach, C.O.1 Caton
_____
**Defendant(s)**

I, Clifford Ellis _____, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below is true.

1. Are you presently employed?   YES ( )   NO (✓)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.
   _____
   _____

   B. If the answer is NO, state the date of last employment and the amount of salary and wages per month which you received.
   _____
   _____

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession or form of self-employment?  YES ( )   NO (✓)
   B. Rent payments, interest or dividends?   YES ( )   NO (✓)
   C. Pensions, annuities or life insurance payments?   YES ( )   NO (✓)
   D. Gifts or inheritances?   YES ( )   NO (✓)
   E. Any other sources?   YES (✓)   NO ( )

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
ELMORE CORRECTIONAL FACILITY

AIS #: 208226        NAME: ELLIS, CLIFFORD                    AS OF: 08/24/2005

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|-------|-----------|-------------------|------------------|
| AUG   | 7         | $0.00             | $0.00            |
| SEP   | 30        | $0.00             | $0.00            |
| OCT   | 31        | $0.00             | $0.00            |
| NOV   | 30        | $0.00             | $0.00            |
| DEC   | 31        | $0.33             | $10.00           |
| JAN   | 31        | $0.24             | $0.18            |
| FEB   | 28        | $8.73             | $53.00           |
| MAR   | 31        | $0.36             | $0.00            |
| APR   | 30        | $0.36             | $0.00            |
| MAY   | 31        | $0.36             | $0.00            |
| JUN   | 30        | $0.36             | $0.00            |
| JUL   | 31        | $3.70             | $20.00           |
| AUG   | 24        | $0.53             | $118.00          |

8-24-05

B. [signature]