2:05CV1020-D

RECEIVED
2005 OCT 25 A 9:

I had a forma Pauperis, the officer came ~~well~~ went through my papers and took some it. This is all I have here. They want give me another one, saying they need copy.

Clifford Ellis