| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *C Bell*  | ☒ Agent<br>☐ Addressee |
| | B. Received by (*Printed Name*)<br>*C Bell* | C. Date of Delivery<br>11/3/05 |
| 1. Article Addressed to:<br><br>CO1 Caton<br>Draper Correctional Facility<br>P.O. Box 1107<br>Elmore, AL 36025 | D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below: ☒ No<br><br>2:05CV1020-D<br>C + T      40 | |
| | 3. Service Type<br>☐ Certified Mail    ☐ Express Mail<br>☐ Registered         ☐ Return Receipt for Merchandise<br>☐ Insured Mail      ☐ C.O.D. | |
| | 4. Restricted Delivery? (*Extra Fee*) | ☐ Yes |
| 2. Article Number<br>   (Transfer from ...) | 7004 2510 0001 0150 4415 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Warden James Deloach
   Draper Correctional Facility
   P.O. Box 1107
   Elmore, AL 36025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  C Bell    ☒ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
C Bell    1/3/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

   2:05CV1020-D
   C & D    40

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from    7004 2510 0001 0150 4408

102595-02-M-1540

PS Form 3811, February 2004    Domestic Return Receipt