**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Tiffany Loveless*   ☒ Agent   ☐ Addressee

B. Received by (Printed Name)
*Tiffany Loveless*

C. Date of Delivery: 11/4/05

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

2:05CV 1020-D
L+o    40

1. Article Addressed to:

Prison Health Services
Staton Correctional Facility
P.O. Box 56
Elmore, AL 36025

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7004 2510 0001 0150 4392

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540