# A F F I D A V I T



EXHIBIT

**STATE OF ALABAMA**               )
                                   )
_____ **COUNTY**         )
                                   )

I, _Latisha Butler_, hereby certify and affirm that I am a _Medical Records Clerk_, at _Staton Correctional_ ; that I am one of the custodians of medical records at this institution; that the attached documents are true, exact, and correct photocopies of certain medical records maintained here in the institution medical file of one _Clifford Ellis_, AIS#_208226_ ; and that I am over the age of twenty-one years and am competent to testify to the aforesaid documents and matters stated therein.

I further certify and affirm that said documents are maintained in the usual and ordinary course of business at _Staton Health Care_ ; and that said documents (and the entries therein) were made at, or reasonably near, the time that by, or from information transmitted by, a person with knowledge of such acts, events, and transactions referred to therein are said to have occurred.

This, I do hereby certify and affirm to on this the _16th_ day of _November_, 2005

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE _16th_ Day of _November_, 2005

_Margaline B. Deem_
Notary Public

_12-06-08_
My Commission Expires

PHS
PRISON
HEALTH
SERVICES
INCORPORATED

**EMERGENCY**

O2 Sat 99

| ADMISSION DATE | TIME 310 AM PM | ORIGINATING FACILITY DCC ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|
| 10 / 28 / 04 | | | |

ALLERGIES NKA

CONDITION ON ADMISSION
☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 99 (ORAL) RECTAL    RESP 20    PULSE 73    B/P 120 70    RECHECK IF SYSTOLIC <100> 50

NATURE OF INJURY OR ILLNESS

8" - I was thrown into another seat. I'm hurting around the Rt side of my rib around to Rt side of back

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O-Amb to HCU s̄ any difficulty. Noted slight tenderness to middle back area. Noted a small scratch to front of Rt leg. Ø other visible injuries noted @ this time. Placed in MOU until xray done tomorrow per Lassiter CRNP. No s/s of any acute distress leaving the ER.
A- Bodychart

DIAGNOSIS

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| P1. Place in MOU for observation x 23 hour | 320 PM | BM |
| 2. Ribs/ Back xray in AM | | |
| Motrin 600mg ī po. bid x 3 day | | |
| Percogesic # po bid x 3 day | | |

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 10 / 28 / 04 | TIME 320 AM PM | RELEASE / TRANSFERRED TO MOU | ☒ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|---|

| NURSE'S SIGNATURE S Davis, Lpn | DATE 1028 | PHYSICIAN'S SIGNATURE | DATE 028/ | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Ellis, Clifford | DOC# 208226 | DOB | R/S b/ m | FAC Draper |
|---|---|---|---|---|

PHS-MD-70007    (White – Record Copy, Yellow – Pharmacy Copy)

HCX

HEALTHCARE CORRECTIONS

RADIOLOGY SERVICES REQUEST AND REPORT

*MOU*

INSTITUTION: *DCC*

Name: *Ellis Clifford*

State ID No.: *208226*

DOB:

Race: *B*  Sex: *M*

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| *William* | *10/28/04* | | — | | — |

HISTORY/DIAGNOSIS:

*MVA*

*Pain - low back + ↓ Rt scapula area*

### X-RAY REQUEST

| | | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS ( HEEL ) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS *Rt - mid back* | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

Ellis

### REPORT

RIGHT MID RIBS: The ribs appear to be intact with no pneumothorax or pulmonary contusion identified. If symptoms persist, follow up is recommended.

LUMBAR SPINE: The vertebrae are well aligned and show no evidence of any fracture or any destructive bone disease.
IMPRESSION: NORMAL STUDY.

D: & T; 11-01-04  Maurice H. Rowell/jhi  Board Certified Radiologist (Signature on file)

*11-2-04*

| *J Kerbetz  R.T.* | *J Kerbetz* | *10-29-04* |
|---|---|---|
| X-RAY TECHNOLOGIST'S NAME (PRINT) | X-RAY TECHNOLOGIST'S SIGNATURE | DATE, TIME EXAM PERFORMED |
| RADIOLOGIST'S NAME (PRINT) | RADIOLOGIST'S SIGNATURE | DATE SIGNED |

10-29-04

HCX

HEALTHCARE CORRECTIONS

RADIOLOGY SERVICES REQUEST AND REPORT

INSTITUTION: Staton ECC

Name: Ellis, Clifford
State ID No.: 208226
DOB:
Race: B          Sex: N

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Lassiter | 11/02/04 | | | | |

HISTORY/DIAGNOSIS: PAIN

### X-RAY REQUEST

| | | | | | | |
|---|---|---|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | | SOFT TISSUE STUDIES | | |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | | STERNUM | | |
| ANKLE | HAND | OS CALCIS (HEEL) | | TEMPORO-MANDIBULAR JOINTS | | |
| X CERVICAL SPINE | HIP | PELVIS | | THORACIC SPINE | | |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | | TIBIA/FIBULA | | |
| COCCYX | KNEE | RIBS | | TOES | | |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILLIAC JOINTS | | WRIST | | |
| ELBOW | MANDIBLE | SCAPULA | | ZYGOMA | | |
| FACIAL BONES | MAXILLA | SHOULDER | | ZYGOMATIC ARCH | | |
| FEMUR | NASAL BONES | SKULL | | | | |

### REPORT

CERVICAL SPINE: The vertebrae are well aligned and show no evidence of any fracture or any destructive bone disease

IMPRESSION: NORMAL STUDY.

D: & T: 11-03-04  Maurice H. Rowell/jhi  Board Certified Radiologist (Signature on file)

ECC

11/4/7

K.A.R.T
X-RAY TECHNOLOGIST'S NAME (PRINT)       X-RAY TECHNOLOGIST'S SIGNATURE        DATE, TIME EXAM PERFORMED

RADIOLOGIST'S NAME (PRINT)              RADIOLOGIST'S SIGNATURE               DATE SIGNED

HCX                                                                    Name: _Ellis, Cooper_

HEALTHCARE CORRECTIONS                                    State ID No: _208226 -_

RADIOLOGY SERVICES REQUEST AND REPORT

                                                                       DOB: _____

INSTITUTION: ~~Draper~~  ECC                              Race: _B_     Sex: _M_

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation  or special needs |
|---|---|---|---|---|---|
| W. Wassues, CRNP | 12/2/04 | | | | |
| HISTORY/DIAGNOSIS: | | Back pain | | | |

### X-RAY REQUEST

| | | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACKOMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS ( HEEL ) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | X THORACIC SPINE |
| CHEST PA  /  LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | XX LUMBAR SPINE | SACRO-ILLIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

### REPORT

Ellis

~~DORSAL SPINE:~~ There is no definite abnormality.  Several of the upper and lower dorsal vertebrae are largely obscured by superimposed soft tissue shadows and cannot be fully evaluated.

D & T: 12-07-04 Howard P. Schiele, M.D./rr  Board Certified Radiologist  (Signature on file)

_Dmrr 12/7/04_

_J. Kerbetz R.T._                    _J Kerbetz_                         _12-6-04_
X-RAY TECHNOLOGIST'S NAME (PRINT)    X-RAY TECHNOLOGIST'S SIGNATURE      DATE, TIME  EXAM PERFORMED

_____            _____          _____
RADIOLOGIST'S NAME (PRINT)           RADIOLOGIST'S SIGNATURE             DATE SIGNED



# INFIRMARY PATIENT CARE PLAN

| | |
|---|---|
| Name: *Ellis Clifford* | Diagnosis: *Neck / Arm Pain* |
| DOC #: | Operations: *∅* |
| Admit Date: *12 / 13 / 04* | Special Procedures: *∅* |
| Admit Weight: | Allergies: |

| | | |
|---|---|---|
| Weight:<br><br>B/P & TPR  BID _____ TID _____<br><br>Q 4 hours _____ Daily _____<br><br>Neuro Checks:<br><br>Other: | Diet<br><br>1 [____]    0 [____]<br>Fluids:<br>Encourage/Restrict<br>7 - 3<br>3 - 11<br>11 - 7<br><br>NPO: | Code Blue        Y    N |
| | | Living Will       Y    N |
| | | Power/Attorney   Y    N |
| | | Medications:<br><br>*Motrin 600 TID*<br>*x 5 d*<br><br>*Please give*<br>*Vicodin i-ii Po*<br>*q 6-8 PRN*<br>*for Pain* |
| | Foley Cath: | Isolation: |
| | Straight Cath: | Type: |
| | Treatments:<br><br>Glucose Monitoring: | |
| Radiology:<br><br><br>Preps:        Y    N | Respiratory Therapy:<br>constant/prn<br>cannula/mask<br>Oxygen        1/pm<br>Maximist Treatments: | |
| Laboratory:<br><br>Tests: | Dressings/Treatments: | PRN Medications: |

PHS-MD-70054



# Integrated Magnetic Imaging

| | |
|---|---|
| **Date:** | **12/14/04** |
| **Patient:** | **Ellis, Clifford** |
| **DOB:** | |
| **Physician:** | **W. Williams** |
| | **Tech:Deanna Closson, RT (R) (MR) (CT)** |
| **Chart#:** | **C121404-4** |
| **Tape:** | |
| **Indication:** | **C3-4 fracture, bilateral arm pain** |

**SCAN:**   MRI of the cervical spine without contrast.

**TECHNIQUE:**   Multiplanar, multipulse MRI of the cervical spine was completed in the usual manner.

**FINDINGS:**   The vertebral marrow signal is unremarkable. The C2-3 and C3-4 intervertebral discs are unremarkable.
At C4-5, there is no significant disc protrusion. There is a minimal bulge centrally. C5-6 and C6-7 are also unremarkable. C7-T1 is within normal limits.

**IMPRESSION:**   Multiplanar, multipulse MRI of the cervical spine does not show any focal disc protrusion or spinal stenosis. The patient does not have any vertebral compression deformity. I do not see any definite deformity in the lamina. Fracture of the posterior elements cannot be excluded.

Thank you for this patient referral.

Delbert Hahn, M.D.

DH/lr
D: 12/14/04
T: 12/14/04

7094 University Court  •  Montgomery, AL 36117

(334) 271-OPEN (6736)  •  Office: (334) 271-1345  •  Fax: (334) 271-1342


Preferred Provider

www.imiofmontgomery.com

*A Division of Ransom & Heart, Inc.*


Accredited by the American
College of Radiology

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

**Form must be Complete and Legible. You must Type or Print**

*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

**PHS**

RECEIVED DEC 20 2004

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First) | Date: (mm/dd/yy) |
|---|---|---|
| **Staton 843** | Ellis , Clifford | 12,20,04 |
| **Site Phone #** | Alias: (Last, First) | Date of Birth: (mm/dd/yy) |
| **(334) 567 - 1548** | | [redacted] |
| **Site Fax #** | Inmate # | PHS Custody Date: (mm/dd/yy) |
| **(334) 567 - 1538** | 208226 | 11,20,03 |
| | SS Number | Potential Release Date: (mm/dd/yy) |
| | [redacted] | 05,04,08 |

Will there be a charge? ☒ Yes ☐ No    Sex ☒ Male ☐ Female

Responsible party: ☒ PHS  ☐ Auto Ins.  ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )  ☐ Other, be specific (Includes Medicare and Medicaid):

## CLINICAL DATA

Requesting Provider: ☒ Physician  ☐ NP, PA  ☐ Dentist

WINFRED D. WILLIAMS

Facility Medical Director Signature and Date:

[signature]

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)  ☐ X-ray (XR)  ☒ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)

☐ Routine    ☐ Urgent

Estimated Date of Service (mm/dd/yy):  ___/___/___

(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments:  ☐ Radiation therapy  ☐ Chemotherapy
Number of Visits/Treatments: 9  ☐ Other:

Specialist referred to: Neurosurg

Type of Consultation, Treatment, Procedure or Surgery:

PLEASE EVALUATE AND TREAT

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and read.

---

History of Illness/Injury/symptoms with Date of Onset:

History of MVA Abnormal
c-spine films, MRI Done

Results of a complaint directed physical examination:

PAIN IN WE BUtt  ⊤ +
strenght  ⊤ weakness

Previous treatment and response (including medications):

NSAIDS , collar & MR

**FAXED** 12/20/04

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):    P/W

☐ More Information Requested: (See Attached)

Date resubmitted:  ___/___/___

☐ Resubmitted with requested information.

Regional Medical Director Signature, printed name and date received:    [signature]  12,21,04  (mm/dd/yy)

Will Mosier. MD

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY:**

| Cert Type: | Med Class: | PR Auth #: |
|---|---|---|
| NS/OV | 99201 | 145520393 |

UM Referral review form 2-05-2004

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form... be Complete and Legible. You must Type or Print

*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

**PHS**

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First,) | Date: (mm/dd/yy) |
|---|---|---|
| Staton 843 | Ellis, Clifford | 02 20 04 |
| **Site Phone #** | **Alias:  (Last, First,)** | **Date of Birth: (mm/dd/yy)** |
| (334) 567 - 1548 | | ▓▓▓▓▓▓ |
| **Site Fax #** | **Inmate #** | **PHS Custody Date: (mm/dd/yy)** |
| (334) 567 - 1538 | 208226 | 11 20 03 |
| **Will there be a charge?** ☒ Yes ☐ No  **Sex** ☒ Male ☐ Female | **SS Number** ▓▓▓▓▓▓ | **Potential Release Date: (mm/dd/yy)** 05 04 08 |

**Responsible party:** ☒ PHS  ☐ Auto Ins.  ☐ Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans )  ☐ Other, be specific (Excludes Medicare and Medicaid):

## CLINICAL DATA

**Requesting Provider:** ☒ Physician  ☐ NP, PA  ☐ Dental

WINFRED D. WILLIAMS

**Facility Medical Director Signature and Date:**

*(signature)*

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☒ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)

☐ Routine  ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** ___/___/___

*(This starts the approval window for the "open authorization period")*

**Multiple Visits/Treatments:**
☐ Radiation therapy
**Number of Visits/Treatments:** 4  ☐ Chemotherapy  ☐ Other:

**Specialist referred to:** Neurosurg

**Type of Consultation, Treatment, Procedure or Surgery:**

Please evaluate and treat

**You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.**

☐ Pertinent Documents have been attached and faxed

**History of Illness/injury/sypmtoms with Date of Onset:**

History of MVA Abnrml C-spine films, MRI DONE

**Results of a complaint directed physical examination:**

Pain in U/E B/L+ ↓ strength ⊥ weakness.

**Previous treatment and response (including medications):**

NSAIDS, collar & MR

FAXED 2/20/04 CC

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Alternative Treatment Plan (explain here):
☐ More Information Requested:  (See Attached)
☐ Resubmitted with requested information.

☐ Offsite Service Recommended and Authorized

**Date resubmitted:** ___/___/___

P/W

**Regional Medical Director Signature, printed name and date required:**

___/___/___ (mm/dd/yy)

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY:**

| Cert Type: | Med Class: | UR Auth #: |
|---|---|---|
| | | |

UM Referral review form 2-05-2004



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _9/20/05_

**To:** _Elmore_

**From:** _HCW_

**Inmate Name:** _Clifford Ellis_    **ID#:** _208226_

The following action is recommended for medical reasons:

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

① Weekly weight X 8 wk

② Front of line X 60 days

**Date:** _9/20/05_ **MD Signature:** _JRosanson_    **Time:** _12 5/8_

60418

NEURC ...RGICAL ASSOCIATES OF DOTHAN, P.C.

*Brain & Spine Surgery*

2323 West Main Street, Suite 113 • Dothan, Alabama 36301 • Phone: 334-793-6573

**D. BRUCE WOODHAM, M.D.**
Alabama License No. 9045
DEA Reg. No. AW8947155

**NICHOLAS F. VOSS, M.D.**
Alabama License No. 23246
DEA Reg. No. BV6729163

**J. TODD NORRIS, PA-C**
Alabama License PA-326

Name _Ellis, Clifford_    Date _12-21-04_

Address _____

Rx

Please obtain MRI
from 12-14-04

☐ Label
Refill ___ Times

_____ M.D.

Product Selection Permitted

Dispense As Written

_____ M.D.

I-ICBD-Reorder #11318 Rev. 6/03

NEURO. .GICAL ASSOCIATES OF DOTHAN, P.C..

*Brain & Spine Surgery*

2323 West Main Street, Suite 113 • Dothan, Alabama 36301 • Phone: 334-793-6573

| D. BRUCE WOODHAM, M.D. | NICHOLAS F. VOSS, M.D. | J. TODD NORRIS, PA-C |
|---|---|---|
| Alabama License No. 9045 | Alabama License No. 23246 | Alabama License PA-326 |
| DEA Reg. No. AW8947155 | DEA Reg. No. BV6729163 | |

Name Ellis, Clifford

Address

Date 12-21-04

Rx Cervical CT
s̄ Contrast
Dx Cervical Strain, eval ē Fx

☐ Label

Refill _____ Times

Product Selection Permitted

_____ Dispense As Written _____ M.D.

11SRP6-Reorder #11318 Rev. 6/03

NEUROSURGICAL ASSOCIATES OF DOTHAN, P.C.

*Brain & Spine Surgery*

2323 West Main Street, Suite 113 • Dothan, Alabama 36301 • Phone: 334-793-6573

| D. BRUCE WOODHAM, M.D. | NICHOLAS F. VOSS, M.D. | J. TODD NORRIS, PA-C |
|---|---|---|
| Alabama License No. 9045 | Alabama License No. 23246 | Alabama License PA-326 |
| DEA Reg. No. AW8947155 | DEA Reg. No. BV6729163 | |

Name Ellis, Clifford                Date 12-21-04

Address

Rx  C-Spine X-ray
    Flex, Ext, AP, Lat
    Dx Cervical Strain

☐ Label

Refill _____ Times _____

Voss, MD
                                            M.D.

Product Selection Permitted                 Dispense As Written

USBPI-Reorder # 11318 Rev. 6/03

Neurosurgical Associates of Dothan, P.C.   2323 West Main Street, Suite 113   Dothan, AL 36301
Telephone: (334) 793-6573     Fax: (334) 793-5346
D. Bruce Woodham, M.D.                 Nicholas F. Voss, M.D.

## HISTORY AND PHYSICAL

PATIENT NAME:   Ellis, Clifford            DOB:

DOS:            12/21/2004

ADMIT:                                     SURGERY:

CHIEF COMPLAINT: The patient is seen through the prison system in consultation for evaluation of neck, bilateral arm pain

HISTORY OF PRESENT ILLNESS: The pain is nonspecific. It has been happening since a bus wreck October 28, 2004. The pain sometimes goes into the right, sometimes goes into the left. His neck has been stiff. He has been treated with a cervical collar since that time. He has been given some medicine, which he thought might be Motrin.

PAST MEDICAL HISTORY: Is reviewed and cosigned in the patient encounter form.

PHYSICAL EXAMINATION

>    BP: 122/70
>    PULSE: 74
>    TEMPERATURE: 98.5
>    SKIN: Warm and dry
>    LUNGS: Clear to auscultation.
>    HEART: Regular rhythm.
>    ABDOMEN: Soft
>    EXTREMITIES: Warm and dry.

NEUROLOGIC EXAM:
>    MENTAL STATE: Alert, oriented to person, place and time. Speech is fluent.
>    CRANIAL NERVES: Pupils equal and reactive. EOMs are full, gaze conjugate. Facial sensation is intact. Facial movements are symmetric. Tongue protrudes to the midline. Palate elevates to the midline. Shoulder shrug intact.
>    MOTOR TESTING: Demonstrates full strength throughout the upper and lower extremities.
>    SENSORY EXAM: Intact to light touch and pin prick, proprioception.
>    REFLEXES: Symmetric; no pathological reflexes are present.
>    CEREBELLAR FUNCTION: Normal finger-nose-finger test. No ataxia.
>    SPINE EXAM: ROM unrestricted.
>    STRAIGHT LEG RAISE: +/-
>    FORAMINAL CLOSURE: +/-

Ellis, Clifford

Page 2


There is some tenderness in the cervical spine to deep palpation at about the C6-C7 level.
Nothing specific about the exam. X-rays, which are present, are normal AP and lateral.
An MRI report demonstrates no abnormalities although the films are not present. No CT
scans have been done.

IMPRESSION: There is a question of cervical fracture and I think this would best be evaluated
by CT scan as well as flexion and extension views of the cervical spine. I think this probably
represents nothing more than cervical strain.

RECOMMENDATION: I would be happy to review the MRI at which time, check the CT scan,
check flexion and extension views and if these look okay I think we can wean him from his
collar and begin him in some physical therapy.



Nicholas F. Voss, M.D.

Referring Physician: Winfred Williams, M.D

NFV/TC/1016216-000

DICTATED  NOT YET READ
DATE MAILED

DEC 2 7 2004

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _11/2/04_

**To:** _DOC_

**From:** _HCU_

**Inmate Name:** _Ellis Clifford_      **ID#:** _208226_

The following action is recommended for medical reasons:

1. House in _____

2. Medical Isolation _____

3. Work restrictions _No Strenuous Activity or Heavy Lifting x 30d_
   _Lay-in x 3 d     wt limit < 15 lbs_

4. May have extra _____ until _____

5. Other _____

**Comments:**

_( see Above )_

**Date:** _11/2/04_  **MD Signature:** _A. Miller_      **Time:** _0900 k_

60418

1—



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _12/11/04_

**To:** _Elmore_

**From:** _SHCU_

**Inmate Name:** _Ellis, Clifford_     **ID#:** _208286_

**The following action is recommended for medical reasons:**

1.   House in _____

2.   Medical Isolation _____

3.   Work restrictions _____

4.   May have extra _____ until _____

5.   Other _____

**Comments:**

_TO HCU Monday 12/13/04 in AM FOR XRAY & APPT_

_____

_____

_____

_____

**Date:** _12/11/04_    **MD Signature:** _____ LPN    **Time:** _8:35 pm_

60418

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print.

*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

**PHS**

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First,) | Date: (mm/dd/yy) |
|---|---|---|
| Staton 843 | ELLIS CLIFFORD | 12/13/04 |

| Site Phone # | Alias: (Last, First,) | Date of Birth: (mm/dd/yy) |
|---|---|---|
| (334) 567 - 1548 | | ███████████ |

| Site Fax # | Inmate # | PHS Custody Date: (mm/dd/yy) |
|---|---|---|
| (334) 567 - 1538 | 208226 | / / |

| | SS Number | Potential Release Date: (mm/dd/yy) |
|---|---|---|
| Will there be a charge? [X] Yes [ ] No  Sex [X] Male [ ] Female | ███████████ | / / |

Responsible party: [X] PHS  [ ] Auto Ins.  [ ] Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans )  [ ] Other, be specific (Excludes Medicare and Medicaid):_____

## CLINICAL DATA

**Requesting Provider:** [X] Physician  [ ] NP, PA  [ ] Dental

WINFRED D. WILLIAMS

**Facility Medical Director Signature and Date:**

*(signature)*

[ ] Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

[ ] Office Visit (OV)  [X] X-ray (XR)  [ ] Scheduled Admission (SA)
[ ] Outpatient Surgery (OS)  [ ] Dialysis (DA)

[ ] Routine  [X] Urgent

**Estimated Date of Service (mm/dd/yy)** __ / __ / __

(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:**  [ ] Radiation therapy  [ ] Chemotherapy
**Number of Visits/Treatments:** _____  [ ] Other:_____

**Specialist referred to:** MRI / IMI

**Type of Consultation, Treatment, Procedure or Surgery:**

MRI C-spine - 12/14/04
@ 11:15 A.M.

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
[ ] Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:**

MVA 10/04 c-spine Abnls
C3-4 Fx, PAIN IN U/E (R)
MRI needed w/ poss Neurosurg
EVAL.

**Results of a complaint directed physical examination:**

Strength 3/5 GRIP (R), 4/5 (L)
↓ ROM R→L, Flexion limited
unable to HyperFlex/Extend
Neck.

**Previous treatment and response (including medications):**

NSAIDs, Rest, Profiles

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

[ ] Alternative Treatment Plan (explain here):
[ ] More Information Requested: (See Attached)
[ ] Resubmitted with requested information

[ ] Offsite Service Recommended and Authorized

D/W

**FAXED** 12/13/04

Date resubmitted: __ / __ / __

**Regional Medical Director Signature, printed name and date required:**

_____  ___/___/___ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | UR Auth #: |
|---|---|---|
| | | IH494221 |

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First) | Date: (mm/dd/yy) |
|---|---|---|
| Staton 843 | ELLIS CLIFFORD | 12/13/04 |
| Site Phone # | Alias: [Last, First] | Date of Birth: (mm/dd/yy) |
| (334) 567 - 1648 | | ▓▓▓▓▓▓ |
| Site Fax # | Inmate # | PHS Custody Date: (mm/dd/yy) |
| (334) 567 - 1538 | 208226 | / / |
| Will there be a charge? | SS Number | Potential Release Date: (mm/dd/yy) |
| ☒ Yes ☐ No    Sex ☒ Male ☐ Female | ▓▓▓▓▓▓ | / / |

Responsible party: ☒ PHS  ☐ Auto Ins.   ☐ Health Ins (includes Medicare/Medicaid Managed Care alternative plans)  ☐ Other be specific (Excludes Medicare and Medicaid)

RECEIVED DEC 13 2004

## CLINICAL DATA

| Requesting Provider: ☒ Physician ☐ NP, PA ☐ Dental | History of illness/injury/symptoms with Date of Onset: |
|---|---|
| WINFRED D. WILLIAMS | MVA 10/04 C-spine Atn L3 |
| Facility Medical Director signature and Date: | C3-4 Fx, PAIN IN U/E Ⓑ |
| [signature] | MRI needed w/ poss Neurosurg |
| ☐ Service meets criteria for "approval via protocol" | EVAL. |

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields:

| ☐ Office Visit (OV) | ☒ X-ray (XR) | ☐ Scheduled Admission (SA) |
|---|---|---|
| ☐ Outpatient Surgery (OS) | ☐ Dialysis (DA) | |
| ☐ Routine | ☒ Urgent | |

Estimated Date of Service (mm/dd/yy)   / /

(This starts the approval window for the "open authorization period")

| Multiple Visits/Treatments: | ☐ Radiation Therapy |
|---|---|
| Number of Visits/Treatments: _____ | ☐ Chemotherapy   ☐ Other |

Specialist referred to:  MRI / IMI

Type of Consultation, Treatment, Procedure or Surgery:

MRI C-spine

Results of a complaint directed physical examination:

Strength 3/5 GRIP Ⓑ, 4/5 Ⓑ
↓ ROM R→L, Flexion limited
unable to Hyperflex/Extend
neck.

Previous treatment and response (including medications):

NSAIDs, Rest, Profiles

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**For security and safety, please do not inform patient of possible follow-up appointments**

## UM DETERMINATION:

| ☐ Alternative Treatment Plan (explain here): | ☒ Offsite Service Recommended and Authorized |
|---|---|
| | D/W |
| ☐ More Information Requested (See Attached) | |
| ☐ Resubmitted with requested information | Date resubmitted: / / |

Regional Medical Director Signature,
[signature]   12/13/C/

Do not write below this line. For Case Manager and Corporate Data Entry ONLY:

| Cert Type: | Med Class: | UR Auth #: |
|---|---|---|
| MR/XR | 7214/ | 1449422/ |

UM Referral review form 2-05-2004



## Integrated Magnetic Imaging

| | |
|---|---|
| Date: | 12/14/04 |
| Patient: | Ellis, Clifford |
| DOB: | |
| Physician: | W. Williams |
| Tech: | Deanna Closson, RT (R) (MR) (CT) |
| Chart#: | C121404-4 |
| Tape: | |
| Indication: | C3-4 fracture, bilateral arm pain |

**SCAN:**  MRI of the cervical spine without contrast.

**TECHNIQUE:**  Multiplanar, multipulse MRI of the cervical spine was completed in the usual manner.

**FINDINGS:**  The vertebral marrow signal is unremarkable. The C2-3 and C3-4 intervertebral discs are unremarkable.
At C4-5, there is no significant disc protrusion. There is a minimal bulge centrally. C5-6 and C6-7 are also unremarkable. C7-T1 is within normal limits.

**IMPRESSION:**  Multiplanar, multipulse MRI of the cervical spine does not show any focal disc protrusion or spinal stenosis. The patient does not have any vertebral compression deformity. I do not see any definite deformity in the lamina. Fracture of the posterior elements cannot be excluded.

Thank you for this patient referral.

Delbert Hahn, M.D.

DH/lr
D: 12/14/04
T: 12/14/04



7094 University Court • Montgomery, AL 36117

(334) 271-OPEN (6736) • Office: (334) 271-1345 • Fax: (334) 271-1342

www.imiofmontgomery.com

A Division of Ransom & Heart, Inc.







(334) 793-5346
LISA

| | |
|---|---|
| **Date:** | 12/14/04 |
| **Patient:** | Ellis, Clifford |
| **DOB:** | |
| **Physician:** | W. Williams |
| **Tech:** | Deanna Closson, RT (R) (MR) (CT) |
| **Chart#:** | C121404-4 |
| **Tape:** | |
| **Indication:** | C3-4 fracture, bilateral arm pain |

**SCAN:** MRI of the cervical spine without contrast.

**TECHNIQUE:** Multiplanar, multipulse MRI of the cervical spine was completed in the usual manner.

**FINDINGS:** The vertebral marrow signal is unremarkable. The C2-3 and C3-4 intervertebral discs are unremarkable.
At C4-5, there is no significant disc protrusion. There is a minimal bulge centrally. C5-6 and C6-7 are also unremarkable. C7-T1 is within normal limits.

**IMPRESSION:** Multiplanar, multipulse MRI of the cervical spine does not show any focal disc protrusion or spinal stenosis. The patient does not have any vertebral compression deformity. I do not see any definite deformity in the lamina. Fracture of the posterior elements cannot be excluded.

Thank you for this patient referral.

**SIGNED ORIGINAL ON FILE**

Delbert Hahn, M.D.

DH/lr
D: 12/14/04
T: 12/14/04



12/20/2004   08:59   [TX/RX NO 5202] 001

| | |
|---|---|
| **Date:** | **12/14/04** |
| **Patient:** | **Ellis, Clifford** |
| **DOB:** | |
| **Physician:** | **W. Williams** |
| **Tech:** | **Deanna Closson, RT (R) (MR) (CT)** |
| **Chart#:** | **C121404-4** |
| **Tape:** | |
| **Indication:** | **C3-4 fracture, bilateral arm pain** |

**SCAN:**   MRI of the cervical spine without contrast.

**TECHNIQUE:**   Multiplanar, multipulse MRI of the cervical spine was completed in the usual manner.

**FINDINGS:**   The vertebral marrow signal is unremarkable. The C2-3 and C3-4 intervertebral discs are unremarkable.
At C4-5, there is no significant disc protrusion. There is a minimal bulge centrally. C5-6 and C6-7 are also unremarkable. C7-T1 is within normal limits.

**IMPRESSION:**   Multiplanar, multipulse MRI of the cervical spine does not show any focal disc protrusion or spinal stenosis. The patient does not have any vertebral compression deformity. I do not see any definite deformity in the lamina. Fracture of the posterior elements cannot be excluded.

Thank you for this patient referral.

SIGNED ORIGINAL ON FILE

_____
Delbert Hahn, M.D.

DH/lr
D: 12/14/04
T: 12/14/04





# imi
## Integrated Magnetic Imaging

| | |
|---|---|
| **Date:** | 12/30/04 |
| **Patient:** | Ellis, Clifford |
| **DOB:** | ████████ |
| **Physician:** | W. Williams |
| **Tech:** | Kristal Stanfield, RT (R) |
| **Chart#:** | |
| **Tape:** | |
| **Indication:** | Bus, truck accident, fracture |

**SCAN:** CT of the cervical spine without contrast.

**FINDINGS:** Axial CT examination of the cervical spine does not show any obvious vertebral compression deformity or fracture of the posterior elements.
There appears to be small fractures of the uncinate processes of the superior right side of the third and fourth vertebral bodies in the neural foramina. This could be volume averaging from the superior edge of the uncinate process on the right side with a slightly oblique, tilted position of the cervical spine with reference to the axial plane. Clinical correlation is needed.

**IMPRESSION:** CT examination of the cervical spine with parasagittal reconstruction raises the question of minimal avulsion fractures of the right uncinate processes of the superior endplate of C3 and C4. This could be due to volume averaging across the tip of the uncinate processes in a slightly oblique cervical spine.

Thank you for this patient referral.

_____
Delbert Hahn, M.D.

DH/lr
D: 12/30/04
T: 01/03/05



7094 University Court • Montgomery, AL 36117
(334) 271-OPEN (6736) • Office: (334) 271-1345 • Fax: (334) 271-1342
www.imiofmontgomery.com
A Division of Ransom & Heart, Inc.


BLUECROSS
BLUESHIELD®
Preferred Provider


Accredited by the American
College of Radiology

FROM CAHABA IMAGING                      (WED) JAN 12 2005 15:44/ST 15:42/NO 6312281285 P 7

HCX                                                    Name: Ellis, Clifton

HEALTHCARE CORRECTIONS                                 State ID No: Z08226
RADIOLOGY SERVICES REQUEST AND REPORT
                                                       DOB:
INSTITUTION: Staton ECC (MOU)
                                                       Race: B              Sex: M

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| D. MCARTHUR, PA | 1/10/05 | | | | |

HISTORY/DIAGNOSIS:

R10 ABN

### X-RAY REQUEST

| | | | | | | |
|---|---|---|---|---|---|---|
| ABDOMEN/KUB | FINGERS | | NAVICULAR VIEW | | SOFT TISSUE STUDIES | |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | | ORBITS | | STERNUM | |
| ANKLE | HAND | | OS CALCIS (HEEL) | | TEMPORO-MANDIBULAR JOINTS | |
| CERVICAL SPINE | HIP | | PELVIS | | THORACIC SPINE | |
| CHEST PA / LATERAL | HUMERUS | X | RADIUS/ULNA (L) | | TIBIA/FIBULA | |
| COCCYX | KNEE | | RIBS | | TOES | |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | | SACRO-ILIAC JOINTS | | WRIST | |
| ELBOW | MANDIBLE | | SCAPULA | | ZYGOMA | |
| FACIAL BONES | MAXILLA | | SHOULDER | | ZYGOMATIC ARCH | |
| FEMUR | NASAL BONES | | SKULL | | | |

### REPORT

Ellis  Clifford

LEFT RADIUS AND ULNA: The examination shows no evidence of recent fracture or other significant bony abnormality.
IMPRESSION: NEGATIVE STUDY.

D & T: 01-12-05 Howard P. Schiele, M.D./π  Board Certified Radiologist  (Signature on file)

1/13/05 (w)

K A. RT.
X-RAY TECHNOLOGIST'S NAME (PRINT)        X-RAY TECHNOLOGIST'S SIGNATURE        DATE, TIME EXAM PERFORMED


RADIOLOGIST'S NAME (PRINT)               RADIOLOGIST'S SIGNATURE               DATE SIGNED

Neurosurgical Associates of Dothan, P.C.  2323 West Main Street, Suite 113  Dothan, AL 36301
Telephone: (334) 793-6573    Fax: (334) 793-5346
D. Bruce Woodham, M.D.              Nicholas F. Voss, M.D.

PATIENT NAME:     Ellis, Clifford              DOB:          

DOS:                       01/20/2004

CHIEF COMPLAINT:  The patient returns today.  He has had a radiographic workup now.  X-rays of the cervical spine, a CT scan of the cervical spine and MRI of the cervical spine are all normal, without any radiographic findings.  There is no fracture, disc disease or misalignment, etc.  He has been wearing a collar and I discontinued that collar today.  I told him he does not need the collar.  His neck has been a bit sore but he states it has actually been getting better.  He is having no significant problems.  There is no tingling, weakness or numbness.  He is pleased with the news.

PHYSICAL EXAMINATION:  Neurologically I find he has full faculties, including normal motor, sensory and reflex testing.

RECOMMENDATION:  We will see him back on an as needed basis.

Nicholas F. Voss, M.D.

NFV/TC/1048363-000

Referring Physician:  Winfred Williams, M.D.



Neurosurgical Associates of Dothan, P.C.  2323 West Main Street, Suite 113  Dothan, AL 36301
Telephone: (334) 793-6573    Fax: (334) 793-5346
D. Bruce Woodham, M.D.          Nicholas F. Voss, M.D.

PATIENT NAME:    Ellis, Clifford              DOB:    ███████

DOS:              01/20/2004

CHIEF COMPLAINT:  The patient returns today.  He has had a radiographic workup now.  X-rays of the cervical spine, a CT scan of the cervical spine and MRI of the cervical spine are all normal, without any radiographic findings.  There is no fracture, disc disease or misalignment, etc.  He has been wearing a collar and I discontinued that collar today.  I told him he does not need the collar.  His neck has been a bit sore but he states it has actually been getting better.  He is having no significant problems.  There is no tingling, weakness or numbness.  He is pleased with the news.

PHYSICAL EXAMINATION:  Neurologically I find he has full faculties, including normal motor, sensory and reflex testing.

RECOMMENDATION:  We will see him back on an as needed basis.



Nicholas F. Voss, M.D.

NFV/TC/1048363-000

Referring Physician:  Winfred Williams, M.D.



JAN 2 4 2005

Ellis, Clifford

Page 2

There is some tenderness in the cervical spine to deep palpation at about the C6-C7 level.
Nothing specific about the exam. X-rays, which are present, are normal AP and lateral.
An MRI report demonstrates no abnormalities although the films are not present. No CT
scans have been done.

IMPRESSION: There is a question of cervical fracture and I think this would best be evaluated
by CT scan as well as flexion and extension views of the cervical spine. I think this probably
represents nothing more than cervical strain.

RECOMMENDATION: I would be happy to review the MRI at which time, check the CT scan,
check flexion and extension views and if these look okay I think we can wean him from his
collar and begin him in some physical therapy.

Nicholas F. Voss, M.D.

Referring Physician: Winfred Williams, M.D. _mld 12-27-04 g. g-_

NFV/TC/1016216-000

1-20-05   128/71, 70,979

c/o neck pain, bilat arm pain

MRI C-sp- normal

C-sp- XRAY normal

CT C-sp- ⊖

# UTILIZATION MA__GEMENT REFERRAL REVIE__ FORM

**Form must be Complete and Legible. You must Type or Print**
*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

**PHS**

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First,) | Date: (mm/dd/yy) |
|---|---|---|
| Staton 843 | *Ellis , Clifford* | *12.20.04* |
| **Site Phone #** | **Alias:  (Last, First,)** | **Date of Birth:  (mm/dd/yy)** |
| (334) 567 - 1548 | | ▓▓▓▓▓ |
| **Site Fax #** | **Inmate #** | **PHS Custody Date: (mm/dd/yy)** |
| (334) 567 - 1538 | *208226* | *11.20.03* |
| **Will there be a charge?** ☒ Yes ☐ No   **Sex** ☒ Male ☐ Female | **SS Number** ▓▓▓▓▓ | **Potential Release Date: (mm/dd/yy)** *05.04.08* |

**Responsible party:** ☒ PHS  ☐ Auto Ins.
☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )
☐ Other, be specific (Excludes Medicare and Medicaid): _____

## CLINICAL DATA

**Requesting Provider:** ☒ Physician  ☐ NP, PA  ☐ Dental

WINFRED D. WILLIAMS

**Facility Medical Director Signature and Date:**

*[signature]*

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☒ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DA)

☐ Routine   ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** ___/___/___

**(This starts the approval window for the "open authorization period")**

**Multiple Visits/Treatments:**  ☐ Radiation therapy  ☐ Chemotherapy
**Number of Visits/Treatments:** *(4)*  ☐ Other:_____

**Specialist referred to:** *NeuroSurg*

**Type of Consultation, Treatment, Procedure or Surgery:**
*PLEASE EVALUATE AND TREAT*

**You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.**
☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:**
*History of MVA Abnormal c-spine films, MRI Done*

**Results of a complaint directed physical examination:**
*PAIN IN u/e BILAT + + strenght ℗ WEAKNESS.*

**Previous treatment and response (including medications):**
*NSAIDS, collar & MR*

**FAXED** *12/20/04 EE*

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:
☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested:  (See Attached)

☐ Resubmitted with requested information.

**Date resubmitted:** ___/___/___

*P/W*

**Regional Medical Director Signature, printed name and date required:**

_____ ___/___/___ (mm/dd/yy)

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**

| Cert Type: | Med Class: | UR Auth #: |
|---|---|---|
| | | *14520393* |

*good for 60 days*

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible  You must Type or Print
Please send this form with the Authorization Letter to the service provider at the time of  Appointment

**PHS**

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First,) | Date: (mm/dd/yy) |
|---|---|---|
| Staton 843 | Ellis, Clifford | 12.21.04 |

| Site Phone # | Alias: (Last, First,) | Date of Birth: (mm/dd/yy) |
|---|---|---|
| (334) 567 - 1548 | | ~~[redacted]~~ |

| Site Fax # | Inmate # | PHS Custody Date: (mm/dd/yy) |
|---|---|---|
| (334) 567 - 1538 | 208226 | 11.20.03 |

| | SS Number | Potential Release Date: (mm/dd/yy) |
|---|---|---|
| | ~~[redacted]~~ | 05.04.08 |

| Will there be a charge? | Sex |
|---|---|
| ☒ Yes ☐ No | ☒ Male ☐ Female |

Responsible party:  ☒ PHS    ☐ Auto Ins.    ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )
☐ Other, be specific (Excludes Medicare and Medicaid):_____

## CLINICAL DATA

| Requesting Provider: ☐ Physician ☒ NP, PA ☐ Dental | History of illness/injury/sypmptoms with Date of Onset: |
|---|---|
| McArthur | Pt seen by Dr Voss 12/21/04 for R/O Cervical fx Dr Voss requested CT Scan Cervical ē Contrast |

Facility Medical Director Signature and Date:

[signature] 12/22/04

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☒ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DA)

☒ Routine   ☐ Urgent

Estimated Date of Service (mm/dd/yy)  ___/___/___

(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments:   ☐ Radiation therapy
☐ Chemotherapy
Number of Visits/Treatments: _____   ☐ Other:_____

Specialist referred to:  IMI

Type of Consultation, Treatment, Procedure or Surgery:

CT Scan ē Contrast of Cervical Spine
12 30 @ 245 P/M

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.

☐ Pertinent Documents have been attached and faxed

Results of a complaint directed physical examination:

Previous treatment and response (including medications):

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information

Date resubmitted:  ___/___/___

FAXED  12/23/04  D/M
EU

Regional Medical Director Signature, printed name and date required:

___/___/___ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | UR Auth #: 14527278 |
|---|---|---|

FROM :                                    FAX NO. :                        Dec. 23 2004 02:16PM P30

## UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

**PHS**

RECEIVED DEC 28 2004

### DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First) | Date: (mm/dd/yy) |
|---|---|---|
| Staton 243 | Ellis Clifford | 12.21.04 |

| Site Phone #: | Alias: (Last, First) | Date of Birth (mm/dd/yy) |
|---|---|---|
| (334) 567 - 1543 | | |

| Site Fax #: | Inmate #: | DOC Custody Date: (mm/dd/yy) |
|---|---|---|
| (334) 567 - 1538 | 208226 | 11.20.03 |

| Will there be a charge? | Sex | SS Number: | Potential Release Date: (mm/dd/yy) |
|---|---|---|---|
| ☒ Yes ☐ No | ☒ Male ☐ Female | | 05.04.08 |

| Responsible party: | ☒ PHS ☐ Auto Ins. | ☐ Medicare (Excludes Medicare/Medicaid Managed Care Alternative plans ) ☐ Other, see specific (excludes Medicare and Medicaid) |
|---|---|---|

### CLINICAL DATA

| Requesting Provider: ☐ Physician ☒ RN, PA ☐ Dental | History of Illness/Injury/symptoms with Date of Onset: |
|---|---|
| McArthur | Pt. seen by Dr. Voss |
| Electronically Submitted by Physician or Nurse: [signature] 12/22/04 | 12/3/04 |
| ☐ Send a copy of this for "hospital" via protocol? | for R/O Cervical fx |
| Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields. | Dr. Voss requested CT Scan Cervical ē Contrast |
| ☒ Office Visit (OV) ☐ X-ray (XR) ☐ Scheduled Admission (SA) ☐ Outpatient Surgery (OS) ☐ Rehab (R) | Results of a complaint directed physical examination: |
| ☒ Routine ☐ Urgent | |
| Estimated Date of Service (mm/dd/yy): | |
| (This starts the approval Window for the "open authorization period") | |
| Multiple Visits/Treatment: ☐ Radiation Therapy | |
| ☐ Chemotherapy | |
| Number of Visits/Treatments: ___ ☐ Other: | |
| Specialist referred to: FMI | Previous treatment and response (including medications): |
| Type of Consultation, Treatment, Procedure or Surgery: | |
| CT Scan ē Contrast of Cervical spine (72130 W/WO W) | |
| You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form. ☐ Pertinent documents have been attached and faxed. | ***For security and safety, please do not inform patient of possible follow-up appointments** |

| UM DETERMINATION: | ☐ Entire Service Recommended and Authorized | DTM |
|---|---|---|
| ☐ Alternative Treatment Plan (explain here): | | |
| ☐ More Information Requested: (See attached) | Date recommended: | |
| ☐ Resubmitted with requested information. | | |

Regional Medical Director Signature, printed name and date required:

**Will Mosier, MD**          [signature]   12.25.?

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type | Med Code | URAN # |
|---|---|---|
| CT/XR | 72126 | 14527276 |

UM Referral review form 2-05-2004

# UTILIZATION M. AGEMENT REFERRAL REVI / FORM

Form must be Complete and Legible

*AFTER* RMD approval, fax to XXX XXX-XXXX  You *must* Type or Print

**PHS**

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** Staton 843 | **Patient Name: (Last, First,)** ELLIS CLIFFORD | **Date: (mm/dd/yy)** 1/3/05 |
| **Inmate #** 808226 | **Alias: (Last, First,)** | **Date of Birth: (mm/dd/yy)** ██████████ |
| **Site Phone #** (334) 567-1548 | ☒ Male   ☐ Female | **PHS Custody Date** 11/20/03 |
| **Site Fax #** (334) 567-1538 | **Will there be a charge for this Visit?** ☒ Yes   ☐ No | **Potential Release Date** 05/04/08 |

**Responsible party:** ☒ PHS   ☐ Auto Ins.   ☐ Health Ins. (Excludes Medicare and Medicaid Replacement)   ☐ Other, be specific (Excludes Medicare and Medicaid):

## CLINICAL DATA

**Requesting Provider:** ☒ Physician   ☐ NP, PA   ☐ Dental

WINFRED D. WILLIAMS

**Facility Medical Director Signature and Date:**

*[signature]* 1/3/05

☐ Service meets criteria for 'approval via protocol'

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)   ☒ X-ray (XR)   ☐ Dialysis (DA)
☐ Outpatient Surgery (OS)   ☐ Scheduled Admission (SA)

☐ Routine   ☒ Urgent

**Estimated Date of Service (mm/dd/yy)**

(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:** ☐ (Radiation, Chemotherapy)

**Number of Visits/Treatments**

**Type of Consultation, Treatment, Procedure or Surgery:**

CT SCAN - C-spine
IMI on 12/30/04 @ 2:45p.m.

**You must include copies of pertinent lab, X-rays, and specialty consult reports with this form**

☐ Pertinent Documents have been attached and faxed

**History of Illness/injury/sypmtoms with Date of Onset:**

Neck injury MVA
Ab normal X-Rays

**Results of a complaint directed physical examination with objective findings:**

Pain & weakness bilat
upper extrem.

**Previous treatment and response: (including medications)**

X.Rays, MRI Rest Profile
Nou Pain MEDS

D/W

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

Date:

FAXED 1/3/05

**Regional Medical Director Signature, printed name and date required:**

_____ / _____ / _____ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | UR Auth #: |
|---|---|---|
| | | |

| Site Name & Number: | Patient Name: (Last, First) | Date: (mm/dd/yy) |
|---|---|---|
| Staton 843 | ELLIS, CLIFFORD | 01 03 05 |

| Site Phone # | Alias: (Last, First) | Date of Birth: (mm/dd/yy) |
|---|---|---|
| (334) 567 - 1548 | | ▓▓▓▓▓ |

| Site Fax # | Inmate # | PHS Custody Date: (mm/dd/yy) |
|---|---|---|
| (334) 567 - 1538 | 208226 | 11 20 03 |

| Will there be a charge? | Sex | SS Number | Potential Release Date: (mm/dd/yy) |
|---|---|---|---|
| ☒ Yes ☐ No | ☒ Male ☐ Female | ▓▓▓▓▓ | 05 04 08 |

Responsible party:
☒ PHS
☐ Auto Ins.
☐ Health Ins. (Excludes Medicare/Medicaid Managed Care alternative plans )
☐ Other, be specific (Excludes Medicare and Medicaid):

## CLINICAL DATA

Requesting Provider: ☒ Physician   ☐ NP, PA   ☐ Dental

WINFRED WILLIAMS

Facility Medical Director Signature and Date:

_JW Shelby_   1/3/05

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☒ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DA)

☒ Routine   ☐ Urgent

Estimated Date of Service (mm/dd/yy)     /     /

(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments:
☐ Radiation therapy
☐ Chemotherapy
Number of Visits/Treatments:
☐ Other:

Specialist referred to: Dr VOSS

Type of Consultation, Treatment, Procedure or Surgery:

F/u APPT - JAN. 20th 2005
11:00AM
2323 W. Main St
Suite 113

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.

☐ Pertinent Documents have been attached and faxed.

History of Illness/Injury/sypmtoms with Date of Onset:

11/04 - MVA

Hx MVA Abnl x-ray
of c-spine
CT DONE

Results of a complaint directed physical examination:

4/weakness, Pain in Neck &
shoulders

Previous treatment and response (including medications):

Conservative, Pain Mgt, MOU,
Nevisurg c/s

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

☐ Offsite Service Recommended and Authorized

Date resubmitted:     /     /

Regional Medical Director Signature, printed name and date required:

_____  (mm/dd/yy)

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**

| Cert Type: | Med Class: | UR Auth #: |
|---|---|---|
| | | 14520 393 |

UM Referral review form 2-05-2004

②



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 02/10/05

**To:** Elmore Corr. Center

**From:** SHaw

**Inmate Name:** Ellis, Clifford     **ID#:** 208226

The following action is recommended for medical reasons:

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

Light duty for duration of sentence

**Date:** 02/10/05   **MD Signature:** Williams, W.D. /Austin MD   **Time:** 130p

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

Date: _3/3/05_

To: _DoC_

From: _HCU_

Inmate Name: _Ellis Clifford_    ID#: _208226_

The following action is recommended for medical reasons:

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _MATTRESS for Bed_ until _(6months)_
5. Other _____

**Comments:**

_____
_____
_____
_____
_____

Date: _3/3/05_  MD Signature: _H. Shley_    Time: _11 Am._

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 7/8/05

**To:** Elnae

**From:** HCU

**Inmate Name:** Ellis, Clifford    **ID#:** 208226

The following action is recommended for medical reasons:

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

_____

① NO prolong standing for > than 20 min

for 4 wk.

_____

**Date:** 7/8/05    **MD Signature:** 12-30/P John R. Br. MD    **Time:** 12-30 P

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _8/5/05_

**To:** _Elmore_

**From:** _HCU_

**Inmate Name:** _Clifford Ellis_       **ID#:** _208'226_

The following action is recommended for medical reasons:

1.  House in _____
2.  Medical Isolation _____
3.  Work restrictions _____
4.  May have extra _____ until _____
5.  Other _____

**Comments:**

① Bottom Bunk Profile 180 day

**Date:** _8/5/05_  **MD Signature:** _____  **Time:** _10 A_

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _8/31/05_

**To:** _DOC / Elmore_

**From:** _HCW_

**Inmate Name:** _Clifford Ellis_     **ID#:** _208226_

The following action is recommended for medical reasons:

1. House in ⟋⟍⟋⟍
2. Medical Isolation ⟋⟍⟋⟍
3. Work restrictions ⟋⟍⟋⟍
4. May have extra _mattress & Bed_ until _6 months_
5. Other ∿∿∿∿

**Comments:**
⟋⟍⟋⟍⟋⟍⟋⟍

**Date:** _8/31/05_  **MD Signature:** _[signature]_  **Time:** _2:20 p_

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

Date: _9/2/05_

To: _Elmore_

From: _HCU_

Inmate Name: _Ellis, Clifford_    ID#: _208226_

The following action is recommended for medical reasons:

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

Comments:

① _Weight q wk X 8 wks_

②

Date: _9/2/05_    MD Signature: _____    Time: _____

60418

**MANAGEMENT REFERRAL REVIEW FORM**

Form must be Complete and Legible. You must Type or Print
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

PHS①

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** Staton 843 | **Patient Name: (Last, First,)** Ellis, Clifford | **Date: (mm/dd/yy)** 10.28.05 |
| **Site Phone #** (334) 567-1548 | **Alias: (Last, First,)** | **Date of Birth: (mm/dd/yy)** ▓▓▓▓ |
| **Site Fax #** (334) 567-1538 | **Inmate #** 208226 ECC | **PHS Custody Date: (mm/dd/yy)** 11.2003 |
| **Will there be a charge?** ☐ Yes ☐ No  **Sex** ☐ Male ☐ Female | **SS Number** ▓▓▓▓ | **Potential Release Date: (mm/dd/yy)** 05.04.08 |

RECEIVED OCT 28 2005

**Responsible party:** ☐ PHS ☐ Auto Ins.  ☐ Health Ins. (Excludes Medicare/Medicaid Managed Care alternative plans ) ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

## CLINICAL DATA

**Requesting Provider:** ☑ Physician ☐ NP, PA ☐ Dental

_(signature)_

**Facility Medical Director Signature and Date:** _(signature)_ 10/28/05

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)
☐ Routine  ☑ Urgent

**Estimated Date of Service (mm/dd/yy)** ___/___/___
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:** ☐ Radiation therapy ☐ Chemotherapy
**Number of Visits/Treatments:** 3  ☐ Other: ___

**Specialist referred to:** Neurosurgery

**Type of Consultation, Treatment, Procedure or Surgery:**
Re evaluate pain in Neck + arms following MUA

**Diagnosis:** Neck pain
**(ICD-9 code:**

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.

☐ Pertinent Documents have been attached and faxed.

**History of Illness/Injury/symptoms with Date of Onset:**
MUA - 10/04 c c-spine abnormality
Pt seen by Dr Voss and
referred CT Scan & MRI
Seen + found no evidence
of Ht or Herniation -

**Results of a complaint directed physical examination:**
Pt still c/o pain in Neck &
Ⓡ arm.
Neck good ROM.
c/o pain in Ⓡ neck
NO Neurological finding by
this o/ser.

**Previous treatment and response (including medications):**
Neurosurgical Evaluation by
Dr Voss
CT of cervical spine, & MRI of
spine — NO new studies
— Need FU for persistent c/o pain

***For security and safety, please do not inform patient of possible follow-up appointments.***
to HC & providers & Warden

## UM DETERMINATION:
☐ Alternative Treatment Plan (explain here):
☑ More Information Requested: (See Attached)

☐ Offsite Service Recommended and Authorized

Please call Dr McQueen to discuss plan - MRI & CT scan never reveal no abnormalit. ?

☐ Resubmitted with requested information.
**Date resubmitted** ___/___/___

**Regional Medical Director Signature, printed name and date required:** _(signature)_

RECEIVED 10/31/05
10.31.05

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|
| | | | |

USa - UM Referral review form

Please send this form with the Authorization Letter to the service provider at the time of the Appointment

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** Staton 843 | **Patient Name: (Last, First,)** Ellis, Clifford | **Date: (mm/dd/yy)** 10, 28, 05 |
| **Site Phone #** (334) 567-1548 | **Alias: (Last, First,)** | **Date of Birth: (mm/dd/yy)** ███████ |
| **Site Fax #** (334) 567-1538 | **Inmate #** 208226 | **PHS Custody Date: (mm/dd/yy)** 11, 2003 |
| **Will there be a charge?** ☐ Yes ☐ No  **Sex** ☐ Male ☐ Female | **SS Number** ███████ | **Potential Release Date: (mm/dd/yy)** 05, 04, 08 |

**Responsible party:** ☐ PHS  ☐ Auto Ins.   ☐ Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans )   ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):_____

## CLINICAL DATA

**Requesting Provider:** ☑ Physician  ☐ NP, PA  ☐ Dental

_[signature]_

**Facility Medical Director Signature and Date:** _[signature]_ 10/28/05

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)

☐ Routine  ☑ Urgent

**Estimated Date of Service (mm/dd/yy)** ___/___/___

**(This starts the approval window for the "open authorization period")**

**Multiple Visits/Treatments:**  ☐ Radiation therapy  ☐ Chemotherapy
**Number of Visits/Treatments:** 3  ☐ Other:_____

**Specialist referred to:** Neuro Surgery

**Type of Consultation, Treatment, Procedure or Surgery:** Re-evaluate pain in Neck + arms following MVA

**Diagnosis:** Neck pain
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.

☐ Pertinent Documents have been attached and faxed

**History of illness/injury/sypmtoms with Date of Onset:** MVA - 10/04 č c-spine abnormal. Pt seen by Dr Voss and reviewed C-t scan + MRI scan + found no evidence of Hx or Herniation.

**Results of a complaint directed physical examination:** Pt still c/o pain in Neck to both arms. Neck good ROM c/o pain in both neck. No Neurological finding by this obser.

**Previous treatment and response (including medications):** Neurosurgical Evaluation by Dr VOSS C-t of cervical spine + mrI of same. No new studies - Need FU for persistent c/o pain

**\*\*\*For security and safety, please do not inform patient of possible follow-up appointments\*\*\*** to HCU providers & Warden

**UM DETERMINATION:**  ☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.   **Date resubmitted:** ___/___/___

**Regional Medical Director Signature, printed name and date required:**

_[stamp: FAXED 10/31/05]_

___/___/___ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|

05a - UM Referral review form



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Elles, Clifford | D.O.B.: |
|---|---|---|

8·6·04  MD appt. Bleeding Gums                              Barrett

WA 160 T 97.4 D 53 R16 B/P 136/72  O2sat 99%

See CCC report.

_____

11/2/04  F/U MVA bus ACCIDENT
         c/o Neck BACK Pain c Activity
         C-spine films look good - 11/2/04 Report
         Exam unremarkable    CN - INTACT

         A/P  NS Pain - NSAIDS, Rest x 3d
              No heavy lifting or strenuous Activity
              x 4 wks - Profile.

              _____

12/13/04  X-Ray Films Requested for Review Due to persistent
          worsening pain in Neck. Film Report — Normal,
          however, changes seen on films suggest C3-4 Fracture.