

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / <br> ALLERGIES: | |
| Use Last    Date  / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Ellis, Clifford <br> 208226 <br> D.O.B. ████ <br> ALLERGIES: NKA <br> Use Fourth   Date 11/15/05 | DIAGNOSIS (If Chg'd) <br> ① X-ray - both Shoulder <br> ② X-ray L-S spine <br><br> Elmore <br> ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Ellis, Clifford <br> 208226 <br> D.O.B. ████ <br> ALLERGIES: NKA <br> Use Third   Date 11/10/05 | DIAGNOSIS (If Chg'd) <br> ① Feldene 20mg po qd X 90dy <br> ② Cervical spine X-ray <br> ③ Thoracic spine X-ray + L-spine X-ray <br> ④ Robaxin 500mg po BID X 7 days <br> ⑤ Hand vist 2-3 wk <br> Elmore <br> ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Ellis, Clifford <br> 208226 <br> D.O.B. ████ <br> ALLERGIES: NKA <br> Elmore 1215 <br> Use Second   Date 11/2/05 | DIAGNOSIS (If Chg'd) <br> No water, gargles c 0300 & 1500 <br> X 5 days (Bruise the diabetics) <br> ☐ GENERIC SUBSTITUTION IS NOT PERMITTED  Carstein RNP |

| NAME: Ellis, Clifford <br> 208226 <br> D.O.B. ████ <br> ALLERGIES: NKA <br> Use First   Date 10/28/05 | DIAGNOSIS (If Chg'd) <br> ① Um w Dr Vass for FOU for DM <br> Neck and 3° and arm pain <br> 2nd to mVA <br> ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Ellis Clifford
Elnora 208226

D.O.B
ALLERGIES: NKA

Use Last    Date 10/24/05

DIAGNOSIS (If Chg'd)
Vasotec 20mg 1 po q d x 365 (KOP)
Nolardin 40mg (4) po q HS x 365d
GVAE 8mcg 1 po 1 BID (KOP) x 365d
Albuterol 17gm INH 2 puffs q6hr x365d (KOP)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Clifford Ellis
Elnora 208226

D.O.
ALLERGIES: NKA

Use Fourth    Date 10/23/05 1130

DIAGNOSIS (If Chg'd) 11/2/07 MD Visit
Bactrim DS 1 tab PO BID x10 day
Rifampin 300mg 1 tab BID x 10 day
HCU ✓ to check skin
Chart to MD's desk once order off

☐ GENERIC SUBSTITUTION IS NOT PERMITTED  Drive exp

NAME: Ellis Clifford
208226

D.O.B
ALLERGIES: NKA

Use Third    Date 9/28/

DIAGNOSIS (If Chg'd)
① Consult Neurosurgery at UAB
② Consult Dr. Banquet (Psychiatry)
severely depressed

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Ellis, Clifford
208226

D.O.
ALLERGIES: NKA

Use Second    Date 9/20/ 05

DIAGNOSIS (If Chg'd)
① Naprosyn 375 TID x 10 day
② D/C current Indocin
③ Flexeril 10 TID x 10 day
④ Zantac 150 1po PO x 10 day KOP
⑤ Dilantin level in Am.

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Ellis, Clifford
208226

ALLERGIES: NKA

First    Date 9/12/

DIAGNOSIS
HCU visit 4 wk x Wgt
Weekly Wgt loss x 8 wk

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

MEDICAL RECORDS COPY

Ellis

① Oct 28, 2004
- Sorted Bole Red
-

# Radiology Services Report

**NAME:** ELLIS, CLIFFORD
**FACILITY:** DRAPER
**D.O.B.:** ▓▓▓▓▓
**ID NUMBER:** 208226

LEFT HAND  FOUR VIEWS  07/08/04

FINDINGS:  The bones, joints, and soft tissues are normal.  No fracture, arthritis or soft tissue pathology.

IMPRESSION: Normal hand

Scott Loveless, M.D.

# PROBLEM LIST

Name: _Ellis, Clifford_

AIS# _208226A_

Date of Birth: _████████_

Medication Allergies: _____

Mental Health Code:  SMI  HARM  HIST  (NONE)  Date Code Assigned: _1/15/04_
(Changes in Mental Health Code should be identified on the Problem List)

| Date Identified | Chronic (Long-Term) Problems Roman Numerals for Medical/Surgical Capital Letters for Psychiatric/Behavioral | Date Resolved | Health Care Practitioner Initial |
|---|---|---|---|
| 16 Aug 04 | MH Caseload → Dr. Fisher | (NONE = OUT) | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# ALABAMA DEPARTMENT OF CORRECTIONS

# PROBLEM LIST

INMATE NAME _Ellis, Clifford_     AIS# _208226_

Medication Allergies: _____ _NKA_ _____

Medical: Chronic (Long-Term) Problems
     Roman Numerals for Medical/Surgical

Mental Health Code: SMI  HARM  HIST  NONE
     Capital Letter for Psychiatric Behavior

| Date Identified | Chronic Medical Problem | Mental Health Code | Date Resolved | Provider Initials |
|---|---|---|---|---|
| | Seizures | | | |
| 3/3/05 | HTN | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**If Asthmatic label:  Mild – Moderate – or Severe.



PRISON
HEALTH
SERVICES
INCORPORATED

## *Master Problem List*

Name: ELLis, Clifford                     Date of Birth: ▓▓▓▓▓▓▓

| PROBLEM = | DATE ONSET | INITIALS | ACTIVE PROBLEM | TREATMENT GOALS | |
|---|---|---|---|---|---|
| | | | Seizure | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

60108 (4/87)

DOB: _____ Race: _____ Gender: _____

## Physician's Chronic Care Clinic

Date: 9/20/05     Time: 945     Facility: Elmore

Check all applicable CICs being evaluated: ✓ Card/HTN __ DM_GI _ID_ PUL ✓ SZ _ TB

OBJECTIVE: BP 118/90 HR 56 RR 20 Temp 97.7 Wt 163 Peak Flow ___ O2 sat 98 %

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

_Pt c/o ___ & last _____ in ___. He was not brought
to clin. Has no report loss of stool & urine
Pt c̄ multiple organic ___ c/o R groin out
Neck pain, ↑ ___ short L Bicep area
B Alert NAD SAD                           Neuro intact
Neck no NVD
? muscle spasm                           Velesin ___ 9/18/___
in R & L ___ ___
↑ LORM of neck c̄ flexion
↓ extension
c/o pain when placing chin on chest_

ASSESSMENT: Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | Ⓖ | F | P | Ⓖ | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | Ⓢ | W | I | Ⓢ | W | I | S | W | I | S | W | I | S | W | I | S | W |

PLAN: ① Check Velesin level
      ② multiple c/o of pain etc
         esp. in Neck
         — consider Neurosurg. consult
F/U: Routine 90 days: ✓ / Psych consult

Other _____

_____ MD
Physician

Problem List updated:     Yes  Ⓝⓞ

| INMATE NAME | NUMBER | AGE | RACE/SEX |
|---|---|---|---|
| Elles Clifford | 208 226 | 24 | B/M |

# PRISON HEALTH SERVICES

### Physician's Chronic Care Clinic

Date: 5/31/05    Time: 930AM    Facility: Elmore

Check all applicable CIC's being evaluated: ✓Card/HTN __DM__GI__ID__PUL__SZ __TB

## SUBJECTIVE:

## OBJECTIVE: BP 120/84 HR 44 RR 20 Temp 97 Wt 170 Peak Flow____
NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

BP Looks good
No Seizures

Dilantin 7.6 5/16/05

## ASSESSMENT: Circle the appropriate Degree of Control and Status for each clinic monitored during today's Visit.  Degree of Control: G=Good, F=Fair, P=Poor
Status:  I=Improved, S=Stable, W=Worsened

| DM | HTN/CARD | SZ | PUL | ID | GI | OTHER |
|---|---|---|---|---|---|---|
| Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control |
| G  F  P | G  F  P | G  F  P | G  F  P | G  F  P | G  F  P | G  F  P |
| Status | Status | Status | Status | Status | Status | Status |
| I  S  W | I  S  W | I  S  W | I  S  W | I  S  W | I  S  W | I  S  W |

PLAN: Diet/exercise
Cont Current Care Plan

F/U:   Routine 90 days: X    Other _____    Problem List Updated: Yes   No

_____
Physician/NP/PA

Ellis Clifford
NAME

208226
AIS#

Male
GENDER

Black
RACE

_____
DOB

(Revised 2/28/05)

# PRISON HEALTH SERVICES

## Nurse's Chronic Care Clinic

Date: _5/31/05_    Time: _922AM X_    Facility: _Elmore_

Check all applicable CICs being evaluated: ✓ Card/HTN __DM__GI__ID__PUL_✓_SZ __TB

**Vital Signs:** BP _120/80_ P _64_ R _20_ T _97.4_ wT _170_
**SUBJECTIVE:**

For diabetic patients, list the # of hypoglycemic reactions since the last CIC visit: __Dates:_____
See attached for monofilament check.
For asthma patients, list the # of asthma attack visits since the last CIC visit: ____Dates:_____
For seizure patients, list the # of witnessed seizures since the last CIC visits: ____Dates:_____

ALLERGIES: _NKA_                    CURRENT DIET: _Regular_
MEDICATIONS: _Verified w/ meds atos_        _yes_
DESCRIBE MED AND DIET ADHERANCE: _picked up meds_
DESCRIBE ANY MED SIDE EFFECTS: _None reported_
VACCINES: Flu____ Pneumovax _____ Hep A _____ Hep B _____
For asthma pts, list the number of short-acting inhaler canisters refilled in the past month. _____
**(*This should equate to one inhaler per month.)**

Lab/Diagnostic test(s) w/ date(s): HbA1c_____ on_____ : CD4 & HIV-RNA ___/__on____
Peak Flow___ : LFTs____on _____; Serum Drug Levels ✓ on _5/10/05_ EKG_4/7/05_; CXR ✓ _3/30/05_
CMP14 + LP + SMC w/7/05    Phenytoin 7.5    UA 4/7/05
Medications:                        WNL
Dilantin ER 100mg 4 cap 6day
Vasotec 20mg PO qd × 90day

Patient Educated on:
_Medication - Vasotec_
_Hypertension Ed_

Inmate Signature ✓ _Clifford Ellis_

Nurses Signature and Title _C.S. Humphrey RN_

_Ellis Clifford_
NAME

_208226_
AIS

_Male_
GENDER

_Black_
RACE

_4/30/51_
DOB

01/31/05
Revised 5/18/2005

DOB: _____ _____ Race: _____ Gender____

## Physician's Chronic Care Clinic

Date: 3/30/05 _____ Time: 915 _____ Facility: Elmore _____

Check all applicable CICs being evaluated: ✓Card/HTN __DM__GI__ID__PUL__SZ__TB

**OBJECTIVE:** BP 142/90 HR 85 RR 18 Temp 983 Wt 166 Peak Flow____ 02 sat 98%

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

Recently Started on Vasotec 10mg (3/2/05) QD

Pt continue to c/o HA,
Long hx of numerous c/o

Needs Lipids, UA/ig
12 Lead + CXR

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | HTN/CARD | SZ | PUL | ID | GI | OTHER |
|---|---|---|---|---|---|---|
| Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control |
| G F P | G F P | G F P | G F P | G F P | G F P | G F P |
| Status | Status | Status | Status | Status | Status | Status |
| I S W | I S W | I S W | I S W | I S W | I S W | I S W |

**PLAN:** Will ↑ Vasotec to 20mg QD

F/U: Routine 90 days: ✗

Other _____

_D.V._____ MD
Physician

Problem List updated: (Yes) No

(01/31/05)

| INMATE NAME | NUMBER | AGE | RACE/SEX |
|---|---|---|---|
| Ellis, Clifford | 208226 | 23 | B/m |



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
# PHYSICIAN'S
# SEIZURE CHRONIC CARE CLINIC

| S: CHRONIC CARE CLINIC | ALLERGIES |
|---|---|
| DATE / TIME 2/14/05  | NWA |
| O: VS T 98  P 74  R 20 | |
| BP 128/88  WT 76 | |
| REVIEW OF NURSES CCC RECORD | |
| (YES)      NO | |
| Neurological exam: | |
| Nystagmus   neuro grossly | Dilantin |
| Pupils      exam grossly WNL | 12/24 |
| Reflexes | 10.5 (1020) |
| Description of any SZ activity since last CCC | P: LABS |

**Treatment Goals**

↓ Seizure frequency

| | ORDERS: |
|---|---|

**Notes:** Seizure activity:     Controlled     **Uncontrolled**     (circle one)

Pt "thinks" he had a seizure V05.

Difficult historian

Cont current care plan

MEDICATION:
Dhenytain B R
100mg four QPM

STATUS: (circle)
IMPROVED, UNCHANGED,
WORSENED.

CONTROL LEVEL: (circle)
GOOD, FAIR, POOR

CCC WITH NURSE   (circle)
1, 2, 3 MONTHS.

EDUCATION DONE  (Y)  N
TOPIC

CCC WITH MD (circle)
1, 2, 3, 4, 5, 6 MONTHS.

| INMATE NAME Ellis Clifford | NUMBER 208226 | AGE 23 | RACE/SEX B/M | SIGNATURE: DMWuuu |
|---|---|---|---|---|

Control:   Good—No seizure activity since last visit
           Fair-----One seizure since last visit
           Poor----More than one seizure since last visit

Status:   Improved—The number of seizures has diminished
          Unchanged—The frequency of seizures has remained the same
          Worsened—The number of seizures has increased



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
## NURSE'S
# SEIZURE CHRONIC CARE CLINIC

| S: CHRONIC CARE CLINIC | | | ALLERGIES |
|---|---|---|---|
| DATE/TIME  2/3/05  1155AM | | | NKM |
| O: VS  T 97.5  P 74  R 20 | | | |
| BP 122/43  WT 116 | | | |
| Age of onset  Age 6 | | | |
| Type of seizure  Grand Mal | | | |
| Head Trauma | (Y) | N | |
| Drug Related | Y | (N) | |
| Frequency of seizure  Seldom | | | |
| Last seizure  3/3/04 | | | |
| Description of any SZ activity since last CCC | | | |
| Anticonvulsant drug levels drawn:  10.3 | Y | N | |
| Date:  1/13/05 | Y | N | |
| Compliant with meds | (Y) | N | P: LABS REVIEWED |
| KOP | (Y) | N | |
| Bottom Bunk profile | (Y) | N | |
| Recently admitted to hospital/infirmary: | Y | (N) | |
| Date | | | |
| | | | |
| | | | |
| | | | CURRENT MEDICATIONS: |
| | | | Dilantin 400mg ghs |
| **Notes:** | | | |
| Pt seen 98%. No seizure | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | Status: (circle) |
| | | | Improved/Unchanged/Worsened |
| | | | Level of Control: (circle) |
| | | | (Good,)Fair, Poor |
| | | | CCC WITH NURSE (circle) |
| | | | 1, 2, (3) Months |
| Education Done | (Y) | N | CCC WITH MD (circle) |
| Topic: medication | | | 1, 2, 3, 4, 5, (6) Months |

| INMATE NAME | NUMBER | AGE | RACE/SEX | SIGNATURE: |
|---|---|---|---|---|
| Ellis, Clupaid | 208226 | 23 | BM | D. Humphrey |

Control:   Good—No seizure activity since last visit
          Fair-----One seizure since last visit
          Poor----More than one seizure since last visit

Status:   Improved—The number of seizures has diminished
          Unchanged—The frequency of seizures has remained the same
          Worsened—The number of seizures has increased

60522-AL



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
## NURSE'S
## SEIZURE CHRONIC CARE CLINIC

| S: CHRONIC CARE CLINIC | | | ALLERGIES |
|---|---|---|---|
| DATE/TIME 11/17/04 | | | NKA |
| O: VS T 98 P 72 R 20 | | | |
| BP 118/84    WT 171.5 | | | |
| Age of onset  age 6 | | | |
| Type of seizure  Grand Mal | | | |
| Head Trauma | (Y) | N | |
| Drug Related  ? Childhood | Y | (N) | |
| Frequency of seizure | | | |
| Last seizure 3/23/04 | | | |
| Description of any SZ activity since last CCC | | | |
| Anticonvulsant drug levels drawn: | (Y) | N | |
| Date: 11/8/04  8.9L | (Y) | N | |
| Compliant with meds | Y | (N) | P: LABS REVIEWED |
| KOP | Y | N | |
| Bottom Bunk profile | (Y) | N | |
| Recently admitted to hospital/infirmary: | (Y) | N | |
| Date 10/28/04 – MVU – MVA | | | |
| | | | |
| | | | |
| | | | |
| | | | CURRENT MEDICATIONS: |
| | | | Dilantin 400mg qhr |
| **Notes:** | | | |
| Have frequency Headaches | | | |
| O2 Sat 99% () | | | |
| | | | |
| | | | |
| | | | |
| | | | Status: (circle) Improved, Unchanged, Worsened |
| | | | Level of Control: (circle) Good, Fair, Poor |
| | | | CCC WITH NURSE (circle) 1, 2, 3 Months |
| Education Done | (Y) | N | CCC WITH MD (circle) 1, 2, 3, 4, 5, (6) Months |
| Topic: Medication – Dental Care | | | |

| INMATE NAME | NUMBER | AGE | RACE/SEX | SIGNATURE: |
|---|---|---|---|---|
| Ellis, Clifford | 208220 | 23 | B/M | J. _____ |

Control:  Good—No seizure activity since last visit
          Fair-----One seizure since last visit
          Poor----More than one seizure since last visit

Status:  Improved—The number of seizures has diminished
         Unchanged—The frequency of seizures has remained the same
         Worsened—The number of seizures has increased

60522-AL



PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
NURSE'S
# SEIZURE CHRONIC CARE CLINIC

| S: CHRONIC CARE CLINIC | | | ALLERGIES |
|---|---|---|---|
| DATE/TIME 8/30/04 0938 | | | NKA |
| O: VS T 975 P 60 R 20 | | | |
| BP 102/60 WT 166 | | | |
| Age of onset age 6 | | | |
| Type of seizure Grand mal | | | |
| Head Trauma ? | (Y) | N | |
| Drug Related Childhood | Y | N | |
| Frequency of seizure | | | |
| Last seizure March 25, 2004 | | | |
| Description of any SZ activity since last CCC | | | |
| Anticonvulsant drug levels drawn: | (Y) | N | |
| Date: 6/14/2004 | (Y) | N | |
| Compliant with meds | (Y) | N | P: LABS REVIEWED |
| KOP | Y | (N) | |
| Bottom Bunk profile | (Y) | N | |
| Recently admitted to hospital/infirmary: Date | Y | (N) | |
| | | | |
| | | | |
| | | | |
| | | | CURRENT MEDICATIONS: Dilantin 400mg PM |

**Notes:** No other problems noted. except gums bleeds Instructed to sign up for Dental Sick call to have teeth + gums evaluated

| | Status: (circle) Improved, Unchanged, Worsened |
|---|---|
| | Level of Control: (circle) Good, Fair, Poor |
| | CCC WITH NURSE (circle) 1, 2, (3) Months |
| Education Done: also instructed to keep wearing hat in the sunlight (Y) N | CCC WITH MD (circle) 1, 2, 3, 4, 5 (6) Months |
| Topic: Dental Care | |

| INMATE NAME | NUMBER | AGE | RACE/SEX | SIGNATURE: |
|---|---|---|---|---|
| Ellis, Clifford | 208226 | 23 | Bm | C. Humphrey RN |

Control:  Good—No seizure activity since last visit
Fair-----One seizure since last visit
Poor----More than one seizure since last visit

Status:  Improved—The number of seizures has diminished
Unchanged—The frequency of seizures has remained the same
Worsened—The number of seizures has increased

60522-AL



DEPARTMENT OF CORRECTIONS
## PHYSICIAN'S
## SEIZURE CHRONIC CARE CLINIC

| S: CHRONIC CARE CLINIC | ALLERGIES |
|---|---|
| DATE /TIME 8/6/04 | NKDA |
| O: VS T P 53 R 16 | |
| 97.4 BP 126/82 WT 160 | |
| REVIEW OF NURSES CCC RECORD (YES) NO | |
| Neurological exam: Nystagmus none | |
| Pupils PERLa | |
| Reflexes Intact | |
| Description of last SZ activity: March 04. | P: LABS |
| **Treatment Goals** | |
| controll seizure activity | |
| | ORDERS: |
| **Notes:** Seizure activity: (Controlled) Uncontrolled (circle one) | |
| Pt has pt D/C from Tegretol + restarted | |
| on Dilantin. 6/04 levels are therapeutic. | MEDICATION: |
| C/O of AM gum bleeding. | |
| Will √ CBC + LFTs | |
| + Continue Dilantin | |
| | STATUS: (circle) (IMPROVED), UNCHANGED, WORSENED. |
| | CONTROL LEVEL: (circle) GOOD, (FAIR) POOR |
| | CCC WITH NURSE (circle) 1, 2,(3)MONTHS. |
| EDUCATION DONE (Y) N TOPIC | CCC WITH MD (circle) 1, 2, 3, 4, 5,(6)MONTHS. |

| INMATE NAME | NUMBER | AGE | RACE/SEX | SIGNATURE: |
|---|---|---|---|---|
| Ellis, Clifford | 208226 | 22 | B/M | |

Control: Good—No seizure activity since last visit
Fair—One seizure since last visit
Poor—More than one seizure since last visit

Status: Improved—The number of seizures has diminished
Unchanged—The frequency of seizures has remained the same
Worsened—The number of seizures has increased



DEPARTMENT OF CORRECTIONS
NURSE'S
# SEIZURE CHRONIC CARE CLINIC

| S: CHRONIC CARE CLINIC | | | ALLERGIES |
|---|---|---|---|
| DATE/TIME  5/24/04   11:05A | | | NKA |
| O: VS  T 99⁵  P 61   R 20 | | | |
| BP 130/79  WT 176 | | | |
| Age of onset  age 12 | | | |
| Type of seizure  Grand Mal ? | | | |
| Head Trauma  childhood - ? | Y | N | |
| Drug Related | Y | N | |
| Frequency of seizure | | | |
| Last seizure | | | |
| Description of last SZ activity:  march 25 04 | | | |
| Anticonvulsant drug levels drawn: | Ⓨ | N | |
| Date:  4/12/04 | Y | N | |
| Compliant with meds | Ⓨ | N | P: LABS REVIEWED  yes |
| KOP | Y | Ⓝ | |
| Bottom Bunk profile | Ⓨ | N | Dilantin level |
| Recently admitted to hospital/infirmary: | Y | Ⓝ | |
| Date | | | |
| | | | |
| | | | |
| | | | |
| | | | CURRENT MEDICATIONS:  Dilantin 300 mg |
| Notes:  c/o frequent headaches. Alert & Oriented. able to ask and answer  c/o bleeding gums. | | | |
| | | | Status: (circle)  Improved, Unchanged, Worsened |
| | | | Level of Control: (circle)  Good, Fair, Poor |
| | | | CCC WITH NURSE (circle)  1,  2, ③ Months |
| Education Done | Ⓨ | N | CCC WITH MD (circle)  1, 2, 3, 4, 5, ⑥ Months |
| Topic:  Handout on Seizure Disorders | | | |

| INMATE NAME | NUMBER | AGE | RACE/SEX | SIGNATURE: |
|---|---|---|---|---|
| Ellis, Clifford | 208226 | 22 | BM | |

Control:  Good—No seizure activity since last visit
Fair-----One seizure since last visit
Poor----More than one seizure since last visit

Status:  Improved—The number of seizures has diminished
Unchanged—The frequency of seizures has remained the same
Worsened—The number of seizures has increased



PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Ellis, Clifford 208226 D.O.B ▓▓▓▓ |
|-----------|---------------------------------------------------|
|  | received Handout on Seizure Order |
|  | Reviewed & Understand ____ |
|  | x Clifford Ellis |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

60111 (5/85)                    **Complete Both Sides Before Using Another Sheet**

**DEPARTMENT OF CORRECTIONS**

PHS

PRISON
HEALTH
SERVICES
INCORPORATED

# PHYSICIAN'S
# CHRONIC CARE CLINIC
# SEIZURES

| DATE | TIME | SEIZURES | DATE ORDERED | TIME ORDERED | |
|---|---|---|---|---|---|
| 2-9-04 | 8.25 | S: 90 DAY CHRONIC CARE CLINIC | | | ALLERGIES: NKDA |
| | | O: VS:  T 98  P 78  R 16 | | | |
| | | BP 120/78  Wt- 174 | | | |
| | | REVIEW OF NURSES | | | |
| | | CCC RECORDS           Y   N | | | P: LABS REVIEWED: |
| | | NOTES: Lifelong seizures, not frequent, | | | CBC YEARLY |
| | | more recently, | | | 1-13-04 |
| | | level (dilantin) ~ 4, dose adjusted | | | DILANTIN LEVEL YEARLY 4.4 |
| | | Re-level ~ 3 wks. | | | TEGRETOL LEVEL EVERY YEAR |
| | | | | | UNLESS PROBLEMS |
| | | *(signature)* | | | |
| | | | | | ORDERS: |
| | | NEUROLOGICAL EXAM: | | | |
| | | EYE NYSTAGMUS           Y  (N) | | | |
| | | REFLEXES:           + 2 | | | |
| | | ATAXIA           Y  (N) | | | |
| | | PUPIL SIZE NORM           (Y)  N | | | |
| | | ANY ADDED INFORMATION     Y   N | | | MEDICATION: |
| | | NOTES: | | | Dilantin 300mg po |
| | | GENERAL EXAM: | | | |
| | | | | | F/U CCC WITH IN 30 DAYS |
| | | | | | BY THE NURSE/DOCTOR |
| | | | | | |
| | | | | | |
| | | A: SEIZURE ACTIVITY. | | | |
| | | CONTROLLED / UNCONTROLLED | | | |

| INMATE NAME (LAST FIRST MIDDLE) | DATE OF BIRTH | AGE | RACE/SEX | ID# |
|---|---|---|---|---|
| Ellis, Clifford | ▆▆▆▆ | 22 | B/M | 208224 |

PHS-MD-70066

# CHRONIC CARE CLINIC
## REFERRAL FORM

REFERRAL DATE: _____1-12-04_____

REFERRING DEPT: ___Physicals_____

NAME OF PATIENT: ___Ellis, Clifford___

AIS#___208-226___ DOB:█████ RACE: ___B___

CLINIC: ___Seizure___

_____

_____

MEDICATIONS: ___Dilantin 300mg po qHS___

_____

_____

COMMENTS: _____

_____

_____

_____

_____

_____

DATE SEEN IN CLINIC: _____

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# HEALTH EVALUATION

| Date: 1-12-04 | ID#: 208.3226 |

## ADMISSION DATA

| Last Name: Ellis | First: Clifford | Middle: Bernard |
| Birthplace: monta, Al | DOB: ▓▓▓▓ | SS#: |
| Previous Incarcerations (Date & Facility) 2000 - Atmore | Health Insurance: Y (N) Carrier: | State: |
| | Policy Number: | |

## MEDICAL DATA

| Family Physician: NA | Address: | Phone: |
| Previous Hospitalizations/Surgeries/Major Illness/Current Illness: What? Where? 2003 | | |
| Medications: ☐ None  yes | Special Diet (Prescribed): NA | |
| Allergies: ☐ NKA | | |

**ANY ARRESTEE WHO IS UNCONSCIOUS, SEMICONSCIOUS, ACTIVELY BLEEDING, IN ACUTE PAIN AND URGENTLY IN NEED OF MEDICAL ATTENTION SHOULD IMMEDIATELY BE REFERRED FOR EMERGENCY CARE.**

## CLINICAL OBSERVATIONS

| 1) Level of Consciousness: (✓) Alert   (✓) Oriented; time, place, person  ( ) Lethargic  ( ) Stuporous  ( ) Comatose  Describe: | 3) Substance Abuse:  (✓) Yes  ( ) No  ( ) Suspected  ( ) Current Intoxication/Abuse  ( ) Use  ( ) Withdrawal Symptoms  (✓) Drugs  ( ) Alcohol  Describe: What kind? Amount/Frequency? |

| 2) General Appearance  (✓) Normal  ( ) Abnormal  Describe: | * If confirmed Benzo use, then follow Detox Protocol. If can not be confirmed q shift BP (HR X 5 days).  Last Use: (Time/Date): |

| 4a) Behavior/Conduct: (✓) Calm   (✓) Cooperative   ( ) Non-Violent  ( ) Agitated  ( ) Uncooperative  ( ) Violent  ( ) Manipulative  ( ) Disorganized  Describe: | 4b) Affect/Mood:  (✓) Normal  ( ) Manic  ( ) Depressed  ( ) Euphoria  ( ) Flat  ( ) Emotionally Confused  Describe: |

| 4c) Perceptions:  ( ) Delusional  ( ) Hallucinations  ( ) Hearing Voices |

| 5a) Is there h/o actual suicide attempt?  ( ) Yes  (✓) No | 5b) Does pt describe current suicidal thoughts or ideations?  ( ) Yes  (✓) No |
| 5c) Is there evidence or history of self-mutilation?  ( ) Yes  (✓) No | 5d) High risk pt may become assaultive towards staff?  ( ) Yes  (✓) No |
| If ANY of the above in #5 are circled, staff MUST describe here, include previous history and dates: | Triggers for Suicide Watch- 4G/H:  - Currently Suicidal  - History of actual attempt  - Fails to maintain control on Close Watch | Triggers for Close Watch- 2C:  - Emotionally distraught and unable to regain composure by end of intake process  - Actively hallucinating or not making any sense |

| 6a) Communication Difficulties  ( ) Yes  (✓) No | 6b) Memory Defects  ( ) Yes  (✓) No |
| 6c) Hearing Impairment  ( ) Yes  (✓) No | 6d) Speech Difficulties  ( ) Yes  (✓) No |
| 7) Physical Aids: (✓) None  ( ) Glasses  ( ) Contacts  ( ) Hearing Aid  ( ) Dentures  ( ) Cane  ( ) Crutches  ( ) Walker  ( ) Wheelchair  ( ) Braces  ( ) Artificial Limb  ( ) Other |

8) Additional comments, complaints, symptoms:   None

S) When I shave I get these bumps, I also get them on the back of my head. razor bumps (dry) to te

O) A⊘ QX3 skin W⊘ to touch, razor bumps (dry) to

A) ⊘ skin (neck)(back)
Alt in comfort R/T razor bumps

P) Clipper shave X 60d, Benzoyl peroxide 10% Lotion BIDX30

**I have answered all questions truthfully. I have been told and shown how to obtain medical services. I hereby give my consent for professional services to be provided to me by and through** _PHS_.

| X Clifford B. Ellis  Inmate's Signature | 1-12-04  Date |

Form  60412

| | Temp | BP | Pulse | Resp |
|---|---|---|---|---|
| | 98.6 | 110 / 80 | 80 | 20 |

**Do you now or have you ever had, or been treated for:**

| Problems | Y | N | Problems | Y | N | APPRAISAL | N | Abn/Comment |
|---|---|---|---|---|---|---|---|---|
| Head Trauma | | ✓ | Kidney Stones/Disease | | ✓ | Screening Observation | ☐ | Check items below & initial |
| Loss of Consciousness | | ✓ | Bladder/Kidney Infection | | ✓ | General — Movement, Deformity, Pain, Bleeding | ☑ | NA |
| Severe Headaches | ✓ | | Alcoholism | | ✓ | Habitus, Hygiene | | |
| Vertigo/Dizziness | ✓ | | Drug Abuse | ✓ | | Neuro — Mental Status, Intox, Withdrawal, Tremors | ☑ | NA |
| Vision Problems | | ✓ | Tobacco Use | | ✓ | Neuro-deficits | | |
| Hearing Problems | | ✓ | Psychiatric Hx | | ✓ | Skin — Injury, Bruises, Trauma, Jaundice | ☐ | Tatoo L shoulder |
| Dental Prob./ Dentures | ✓ | | Suicidal | | ✓ | Diaphoretic, Rash, Lesions, Infestations, Needle Marks | | Rash, bumps to Chin NA |
| Seizures | | | Communicable/Contagious | | | Color, Turgor | | |
| Strokes | | ✓ | Tuberculosis | | ✓ | Head — Normocephalic, Atraumatic, Hair, Scalp | ☑ | NA |
| Nervous Disorders | | | HIV/ AIDS | | ✓ | | | |
| DT's | | | Hepatitis- Type | | ✓ | Eyes — Glasses/ Vision, Pupils, Sclera, Conjunctiva | ☐ | L 20/50  R 20/70 |
| Heart Condition | | ✓ | Gonorrhea | | | | | |
| Angina/Heart Attack | | ✓ | Syphilis | | ✓ | Ears — Appearance, Canals, TM's, Hearing | ☐ | good NA |
| High B.P. | | ✓ | Lice; Crabs; Scabies | | ✓ | Nose — Epistaxsis, Sinuses | ☑ | NA |
| Anemia/Blood | | ✓ | OB/ GYN | | | Throat — Teeth, Gums, Dentures, Mouth, Tongue, Tonsils, Airway | ☐ | Tonsillectomy Childhood NA |
| Lung Condition | | ✓ | LMP-Date: | | | | | |
| Asthma | | ✓ | Duration: | | | Neck — C Spine, Mobility, Veins, Carotids, Thyroid, Lymph Nodes | ☑ | NA |
| Bronchitis | | ✓ | LMP Normal: | | | | | |
| Emphysema | | ✓ | Regularity: | Y | N | Chest — Config, Ausc / Resp, Cough/ Sputum | ☐ | Resp clear no cough NA |
| Pneumonia | | ✓ | Gravida/Para: | | | (Breasts) Masses | | |
| Diabetes | | ✓ | AB/Miscarriage: | | | Heart — Ausc. Rate, Rhythm, Murmurs, Ectopy | ☐ | Reg Rate/rhythm |
| Hay Fever/ Allergies | | ✓ | Contraception: | Y | N | Abdomen — Bowel Sounds, Palp, G/R/T, Hernia | ☐ | Bowel sounds NA |
| Gastritis | | ✓ | Describe: | | | GU — Flank Tenderness, Bladder Tenderness /Distention | ☑ | NA |
| Ulcers | | ✓ | LAB Tests- Dates | N | Ab | Back — ROM, Spasm, Injury | ☑ | NA |
| Bleeding | | ✓ | RPR | | | Extrem — Edema, Pulse, Cyanosis- ROM, Injury | ☑ | NA |
| Gall Bladder/Pancreas | | ✓ | PPD- Date given: 1-12-04 | | | Genitals — Injuries/ Lesions | ☑ | NA |
| Liver Problems | | ✓ | RFA/ LFA | | | | | |
| Arthritis | | ✓ | Date read: 1-14-04 | | | Pelvic/Pap   Deferred ☐ | | |
| Joint Muscle Problem | | ✓ | Results in mm: Rmr | | | Rectal/ Gulac   Deferred ☐ | | |
| Back/Neck Problem | | ✓ | Deferred/ Follow-up: | | | | | |

**Comments:**

Placement:  (✓) General Population  ( ) Emergency Dept.  ( ) Isolation  ( ) Medical Observation  ( ) Other: _____
Referral:  ( ) Medical  ( ) Dental  ( ) Mental Health  ( ) Other _____  When: ( ) Immediately  (✓) Next Sick Call _____

| Screener's Signature | Date/Time | Evaluator's Signature/ Title | Date/ Time |
|---|---|---|---|
| _Amanda Carey, RN_ | 1-12-04 | _D. ___ 1/15/04_ | |

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INMATE INTAKE FORM

Name: _Clifford Ellis_      D.O.B ████████      (M)      F: _____

Date / Time Admt: _1/12/04_ _____ Status: New _____ Return _✓_

DOC#: _208226_      Screened By: _C. Moore_

B/P _110/_      PULSE _80_      RR _20_      PERILA      ORIENTED/FOUR _✓_

**Screener's Observations** (If yes, List details in comments section)

Comments Section

1.) Visible signs of trauma requiring
     immediate attention? _____      (No)      Yes _____
2.) Obvious fever, swollen glands, jaundice or
     infection that might spread? _____      (No)      Yes _____
     _Razor bumps to chin, back_
3.) Poor skin condition, parasites, rashes or needle
     Marks? _____      (No) A      (Yes) _Tatoo on left Sholder_ _of nec_
4.) Deformities ( Skin or extremities)? _____      (No)      Yes _____
5.) Appears under the influence of alcohol or drugs?      (No)      Yes _____
6.) Visible signs of alcohol or drug withdrawal?
     (Odor, gait, nystagmus, inappropriate responses
     extreme perspiration, pinpoint pupils, tremors,
     anxiety, nausea, cramping, vomiting, shakes)?      (No)      Yes _____
7.) Have you had a positive TB Skin test in the past?      (No)      Yes _____

## CURRENT MEDICAL HISTORY - ALL

1  Do you currently have a medical problem?      No      (Yes) _Seizures_
2. Are you taking any Rx prescribed by an MD?      No      (Yes) _Dilantin_
3. Do you use illegal drugs?      No      (Yes) _Marijuana_

**PHARMACY** _Secure_

**PHYSICIAN** _Robbins_

**CLINIC NAME** _Physicals_

**MEDICATIONS / DOSAGES** _See Order Sheet_

| **Drugs Allergies** _NKA_ | **Arthritis** ✓ | **Asthma** | **DT's** |
|---|---|---|---|
| **Diabetes** | **Epilepsy** ✓ | **Fainting** | **Heart Condition** |
| **Hepatitis** | **High Blood Pressure** | **Tuberculosis** | **Thyroid** |
| **Ulcers** | **Urinary Problems** | **Venereal Disease** | **Other** |

**Notes** _____

_____

_____

**Date PPD placed** _1-12-04_  **Date PPD Read** _1-14-04_  **Results of PPD** _0mm_

I have answered all questions truthfully. I have been told and shown how to obtain medical services and I hereby give my consent for professional services to be provided to me by and through PHS, INC.

Name: X_Clifford B. Ellis_ _____ Date: _1-12-04_

6042

# MENTAL HEALTH SCREENING FORM

## MENTAL STATUS QUESTIONNAIRE

1. Are you now, or have you been treated for a mental or emotional problem        Yes   No

     (If yes, where, when and what for?) _____

2. Are you now, or have you been, on medication for these problems?              Yes   No
     (Medication, Doctor) _____

3. Have you ever attempted suicide? (If yes, while in jail?)                      Yes   No
    How? When? Where?_____

4. Are you suicidal now? _____                Yes   No

5. Do you have a plan to hurt yourself?_____  Yes   No

6. Have you ever cut or hurt yourself? _____  Yes   No

7. Would you like to speak to one of our Mental Health Counselors? _____   Yes   No

8. Do you hear voices or see things that others do not? _____ Yes   No

9. Does the patient appear developmentally delayed?  _____ Yes   No

Location of injuries/problems





**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS

# CONSENT TO TREAT FORM

(ROUTINE MEDICAL TREATMENT)

The inmate whose signature appears below does hereby grant authority to
administer and perform routine examinations, treatments of minor illnesses and
injuries, medications, and diagnostic procedures which may, during the course of
the inmate's incarceration, be deemed advisable or necessary by physicians,
dentists, registered nurses, or psychiatrists serving as contract providers. The
individual reserves the right to refuse any medical or surgical treatment. <u>Refusal
must be documented in writing VIA release of responsibility</u>. This consent
also releases the medical record of the undersigned inmate in the whole or part to any
outside consultant providing treatment or other services to the inmate on referral basis.

Signature of Inmate

Date 1/12/04

Witness

Date 1/12/04

| INMATE NAME (LAST, FIRST MIDDLE) | ID # | DOB | RACE/SEX | FAC |
|---|---|---|---|---|
| *Ellis Clifford* | 208226 | ▓▓▓▓ | B/M | *Kilby* |

PHS MD- 70030 (rev. 11/99)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

**DEPARTMENT OF CORRECTIONS**

## NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

_Andra Ellis_
Name

_Sister_
Relationship

_751 Gunn Court_
Street Address

_256-212-9418_
Phone Number

_Alexander City_
City

_Alabama_
State

_35010_
Zip Code

_Clifford Ellis_
Inmate Signature

_208226_
Doc#

~~S.S.#~~

_1/12/04_
Date

_C Moore_
Witness

_1/12/04_
Date

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC |
|---|---|---|---|---|
| _Ellis Clifford_ | _208226_ | | _B/M_ | _Kilby_ |

PHS-MD-70003     (White – Medical Record, Yellow – Active File, Pink – Control Center)

# IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Ellis_ _Clifford_

                           LAST                 FIRST        MI

DATE OF BIRTH ▉▉▉▉▉▉▉▉        SS# AIS 208226

**Housing Recommendations:**

General Population ✓

Medical Observation Unit Ø

Lower Level/Lower Bunk ✓ X 1800d

Suicide Precautions Ø

Special Watch (15 Minute Checks) Ø

Isolation Ø

Initiate Universal Precautions Ø

**Individual found to be:**

Frail/Elderly Ø

Physically Handicapped Ø

Developmentally Disabled Ø

Drug/Alcohol Withdrawal Ø

Special Mental Health Needs Ø

Expressed Suicidal Ideation Ø

History of Seizures ✓

Other Ø

Specify Ø

Nurse _Mandy, RN C_        Date _1-12-04_

GLF 1005      Original/Classification      Second Copy/Booking Staff      Third Copy/Medical Unit

## INTERDISCIPLINARY PROGRESS N

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 9/21/05 | 10:00AM | S: met with client with Mr. Lewis the institutional psychologist. client related he has a forward appointment to see a doctor about his neck. he has claimed his neck was hurt when an automobile hit the van he was in. while working on the road squad. O: smiled laughed. A: no apparent distress. P: followup as needed. | |

---

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---------------------------------------|------|-----|-----|----------|
| Ellis, Clifford | 208226 | | B/M | Elmore |

F-61

## PSYCHOLOGICAL UPDATE

Name: _____ AIS#: _____ R/S: _____

Date: __/__/__ Date of Birth: ▓▓▓▓▓▓ Age: 21

Inmate _____ was last evaluated by ADOC psychology staff member
_____ on __/__/__.

A diagnosis of _____ AIS _____ was made and the inmate was
recommended for participation in _____
_____
_____
_____

The following observations and recommendations are made as a result of the current interview:

I.  **Educational Needs**
    ___a. ABE    ___b. Special Education    ___c. Trade School    ___d. Junior College

II. **Mental Health Needs**

    _____ A. Refer to psychiatrist    _____ E. Sexual adjustment    _____ I. Self-concept enhancement

    _____ B. Substance abuse counseling    _____ F. Reality therapy    _____ J. Healthy use of leisure

    _____ C. Depression    _____ G. Anger-induced acting out    _____ K. Personal development

    _____ D. Stress management    _____ H. Values clarification

    Date referred to psychiatrist    _____/_____/_____

III. RECOMMENDATIONS/REMARKS: _____
_____
_____
_____
_____
_____
_____

MENTAL HEALTH CODE:    SMI    HARM    HIST    NONE

Evaluation Completed by: _____ Date: _____

N-259 A (2/2001)
*White to Central Records*
*Yellow to Institutional File*
*Pink to Data Entry and forwarding to Medical Record*

RECEIVED JAN 16 2004

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**

**RECEPTION MENTAL HEALTH SCREENING**

Institution: _Kilby_     Date/Time Inmate Received: _1·09·04_

Date/Time of Screening: _1·09·04_  Signature/Title of Screener: _Singer, MS-MHP_

*MENTAL HEALTH TREATMENT PRIOR TO ENTERING THE ALDOC:*
- ☐ Yes ☑ No  Psychotropic medication: _____
- ☐ Yes ☐ No  Medication turned over to ALDOC upon arrival? _____
- ☐ Yes ☐ No  Mental health follow-up in last 90 days: _____
- ☐ Yes ☑ No  Suicide/self-harm attempts in last 90 days: _____

*MENTAL HEALTH HISTORY    Does inmate report a history of the following (if yes, provide details):*
- ☐ Yes ☑ No  Outpatient treatment: _____
- ☐ Yes ☑ No  Inpatient treatment: _____
- ☐ Yes ☑ No  Psychotropic medication: _____
- ☐ Yes ☑ No  Suicidal attempts: _____
- ☐ Yes ☑ No  Suicidal thoughts: _____
- ☐ Yes ☑ No  Head injury: _____
- ☑ Yes ☐ No  Seizures: _LAST SEIZURE APRIL 2003_
- ☐ Yes ☑ No  Violent behavior: _____
- ☑ Yes ☐ No  Substance abuse: _M.J._
- ☐ Yes ☑ No  Substance abuse treatment: _____
- ☐ Yes ☑ No  Special education classes: _____

*INMATE SELF-REPORT OF CURRENT STATUS:*
- ☐ Yes ☑ No  First incarceration (reaction): _"Bad mistakes"_  _2nd_
- ☑ Yes ☐ No  Reports family support: _Sister, mom_
- ☐ Yes ☑ No  Reports serious depression/remorse: _____
- ☐ Yes ☑ No  Thinking about suicide: _____
- ☐ Yes ☑ No  Has plan for suicide: _____
- ☐ Yes ☑ No  Possible to implement plan: _____
- ☐ Yes ☑ No  Reports hallucinations: _____

*BEHAVIORAL OBSERVATIONS*
- ☐ Poor eye contact    ☐ Poor hygiene    ☐ Unable to pay attention    ☐ Unresponsive
- ☐ Disoriented    ☐ Overly anxious    ☐ Unable to follow directions    ☐ Unable to read
- ☐ Crying    ☐ Memory deficits    ☐ Signs of self-mutilation    ☐ Afraid
- ☐ Illogical speech content    ☐ Appears to be hearing voices or seeing things    ☐ Paranoid
- ☐ Hostile    ☐ Other unusual behavior: _____

*DISPOSITION/ PLACEMENT RECOMMENDATION (based on reception mental health screening):*
- ☐ Routine housing and mental health follow-up    ☐ Emergency mental health referral
- ☐ Priority mental health follow-up but not emergency    ☐ Safe cell placement recommended
- ☐ Current psychotropic meds verified/interim supply ordered    ☐ Parole violator interim assessment referral

Inmate Name: _Ellis, Clifford_      AIS #: _208226_

ALDOC Form 450-01

4 of 6

AR 450 – February 26, 2002

## ALABAMA DEPARTMENT OF CORRECTIONS
## INMATE ORIENTATION TO MENTAL HEALTH SERVICES

The Alabama Department of Corrections provides the following mental health services:

- Assessment and treatment of mental illness
- Referral to a psychiatrist, if necessary for medication
- On-going psychiatric treatment
- Group and individual counseling
- Assistance in dealing with stressful problems (adjustment to prisons, grief and loss, family problems)
- Crisis intervention
- Residential mental health treatment and hospitalization, if necessary

If you wish to speak with mental health staff about routine matters such as scheduling for group or individual counseling, send in a Health Services Request form.

In emergency situations or if you have concerns that need to be addressed immediately, contact any correctional officer so that you may receive mental health assistance as soon as possible.

Your participation in mental health services is voluntary except in emergency situations or when you have been provided due process through administrative review.

If you believe the mental health services provided to you are inadequate, you may file an inmate grievance

Information about the mental health services provided to you is confidential except in the situations when mental health staff believe that you may be:

- Suicidal
- Homicidal
- Presenting a clear danger of injury to self or others
- Presenting a reasonable clear risk of escape or creation of institutional disorder
- Receiving Psychotropic medication
- Requiring movement to a special unit or cell for observation and treatment
- Requiring transfer to a psychiatric hospital outside of the prison
- Requiring a new program assignment for mental health reasons

Mental health staff has a legal duty to report to appropriate authorities any unreported suspected abuse or neglect of a child.

Mental health and medical staff will have access your mental health records when completing their duties. The following persons may have access to your mental health records on a need to know basis:

- Warden of the institution or designee
- Internal investigation staff and legal counsel working with the ADOC
- Departmental and accrediting audit staff
- Persons authorized by a court order or judgment

All other persons or agencies require an authorization for release of information signed by you before gaining access to your mental health records

***This information on this form has been explained to me and I have received a copy of the information for my future reference.***

_Clifford Elli_
Inmate Signature

_208226 A_
AIS #

_1-9-04_
Date Signed

ELLIS, CLIFFORD



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 11/2/05

**To:** Elmere

**From:** SHCU

**Inmate Name:** Ellis, Clifford     **ID#:** 208226

### The following action is recommended for medical reasons:

1. House in
2. Medical Isolation
3. Work restrictions
4. May have extra _____ until
5. Other

**Comments:** Na water gargles @ 0300 and 1500 × 5 days (Bring c̄ diabetics) (11-3-05 thru 11-7-05)

**Date:** 11/2/05  **MD Signature:** Dr. Peasant / Snullivan LpN  **Time:** 2200

60418



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 2-9-05

**To:** Elmore

**From:** Staton

**Inmate Name:** Ellis, Clifford    **ID#:** 208-226

The following action is recommended for medical reasons:

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

HCU Visit 2/10/05

**Date:** 2/9/05    **MD Signature:** _Rosetu gens_    **Time:** 0930

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY Draper | ☐ SICK CALL  ☐ EMERGENCY |
|---|---|---|---|
| 5 /4 /04 | 605 AM/PM | ☐ SIR  ☐ PDL  ☐ ESCAPEE ☐ | ☐ OUTPATIENT |

| ALLERGIES | CONDITION ON ADMISSION |
|---|---|
| | ☒GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA |

| VITAL SIGNS: TEMP 98.2 | ORAL RECTAL | RESP 18 | PULSE 68 | B/P 124/76 | RECHECK IF SYSTOLIC <100> 50 / |
|---|---|---|---|---|---|

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|
| S- Body chart per Doc request | | | | | |

PHYSICAL EXAMINATION

O- Alert & oriented & injuries noted to person & complaints voiced

A- Body chart

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| P- Return to Doc | | |
| | | |
| | | |
| | | |
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 5 /4 /04 | 18n AM/PM | ☐DOC  ☐ AMBULANCE | ☐SATISFACTORY  ☐ POOR  ☐ FAIR  ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| A mllica LPN | 5.4.04 | J M Brunt | 5/5/04 | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|
| Ellis Clifford | 208226 | ▓▓▓▓ | B/M | DCC |

PHS MD-70007                    (White - Record Copy, Yellow - Pharmacy Copy)

## HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

*KCF*

**INSTITUTION**

Ellis, Clifford     208,326     B/m

**NAME**     **NUMBER**     **R/S**

**Lay-in for** _____ **days from** _____ _____ **to**

_____     **(date)**

_____     **due to** _____

**(date)**

**Instructions:** KOP - Benzoyl Peroxide
apply to affected area
twice daily x 30 days

*Failure to follow the directions above may result in a disciplinary.*

1-12-04     Dr Robbins / Hardy

**Date Issued**     **Signature**     Ⓟ

F-53

## HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

_KCF_

**INSTITUTION**

_Ellis, Clifford_        _20826_    _B/m_

NAME                    NUMBER    R/S

Lay-in for _____ days from _____ to _____

(date)

_____ due to _____

(date)

**Instructions:** _Clipper Shave_
_profile X 60 days._

_Failure to follow the directions above may result in a disciplinary._

_1-12-04_                    _Dr. Robbins / m Hardy_
                                              _LPN_
**Date Issued**            **Signature**

F-53

# RECEIVING SCREENING FORM

INMATE'S NAME: _Ellis, Clifford_    DATE: _1/9/04_ TIME: _9:00 Am_

DOB: ▮▮▮▮▮▮    OFFICER _Freddie Mc Campbell_ INSTITUTION: _KILBY_

## RECEIVING OFFICER'S VISUAL OPINION

|  | YES | NO |
|---|---|---|
| Is the inmate conscious? | ✔ | |
| Does the inmate have any obvious pain or bleeding or other symptoms suggesting the need for doctor's care? | | ✔ |
| Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care? | | ✔ |
| Any obvious fever, jaundice, or other evidence of infection which might spread through the institution? | | ✔ |
| Is the skin in poor condition or show signs of vermin or rashes? | | ✔ |
| Does the inmate appear to be under the influence of alcohol, or drugs? | | ✔ |
| Are there any signs of alcohol or drug withdrawal? (Extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | | ✔ |
| Is the inmate making any verbal threats to staff or other inmates? | | ✔ |
| Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | | ✔ |
| Does the inmate have any obvious physical handicaps? | | ✔ |

## FOR THE OFFICER

Was the new inmate oriented on sick/dental call procedures?

This inmate was    ✔    a. Released for normal processing

_____ b. Referred to health care unit

_____ c. Immediately sent to the health care unit.

_Freddie Mc Campbell_
_____
Officer's Signature

This form will be completed at receiving and will be filed in the inmate's medical jacket to comply with NCCH Standards.



*Infirmary 1/25/05*



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### PHYSICIANS' ORDERS

**NAME:**

**D.O.B** / /
**ALLERGIES:**

Use Last    Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

**NAME:** Ellis Clifford

**D.O.B** / /
**ALLERGIES:**

Use Fourth    Date 1, 20, 05

DIAGNOSIS (If Chg'd)
(5) Profile for No Heavy Lifting > 10 lbs or strenuous activity × 90d

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

**NAME:** Ellis Clifford

**D.O.B** / /
**ALLERGIES:**

Use Third    Date 1, 20, 05

DIAGNOSIS (If Chg'd)
(1) Dilantin level Am
(2) Vicodin × 1 now
(3) Benadryl 25 mg ii po × 1 now
(4) D/C to Camp in Am after CBB Draw Here F/U

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

**NAME:** Ellis Clifford
#209226 Elmore

**D.O.B:** ▮▮▮▮▮
**ALLERGIES:** N/KA

Use Second    Date 1/19/05

DIAGNOSIS (If Chg'd)
(1) D/C Percogesic & Motrin.
(2) Dilantin level Friday
(3) Feldene 20 mg Po Bid × 7d  start at 6p
(4) Phenobarb 15mg Po Tid — Error

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

**NAME:** Ellis Clifford

**D.O.B** / /
**ALLERGIES:**

Use First    Date 1, 13, 05

DIAGNOSIS
(1) Motrin 600 Po Tid 7d
(2) Percogesic ī Po Tid × 7d
(3) D/C Vicodin After Next dose Notify Patient

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

4

60110 (4/03)                    MEDICAL RECORDS COPY



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Ellis, Clifford 208226

D.O.B. ▓▓▓▓▓
ALLERGIES: NKA

Use Last    Date 12/30/04

DIAGNOSIS (If Chg'd)
Motrin 800 mg, Percogesic # tabs po new
V/i Dr Williams (Orphans)
30 mg
① Continue Vicodin # Flexeril x 10 day
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Ellis, Clifford 208226

D.O.B. ▓▓▓▓▓
ALLERGIES:

Use Fourth    Date 12/22/04

DIAGNOSIS (If Chg'd)
New order
① Vicodin    īī po q8hr x 7d
② Flexeril 10mg    ī-īī Po qHS x 7d
③ D/c percogesic
④ cont motrin 800 TID x 7d
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Ellis Clifford

D.O.B. ▓▓▓▓▓
ALLERGIES: NKA

Use Third    Date 12/21/04

DIAGNOSIS (If Chg'd)
Percogesic īī Tabs TID/PRN + 5 days
Motrin 800 mg PO TID/PRN x 5 days
☑
Cervical X Ray Flex Ext, AP, Lat
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Ellis Clifford

D.O.B. ▓▓▓▓▓
ALLERGIES: NKA

Use Second    Date 12/15/04

DIAGNOSIS (If Chg'd)
D/c Vicodin order
give percogesic ī c̄ motrin 600mg
q 6° x 5 days
p.o. per Dr. Williams / Smullens fsn
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Ellis, Clifford 208226 Elmore

D.O.B. ▓▓▓▓▓
ALLERGIES: NKA

Use First    Date 12/15/04

DIAGNOSIS    T/o per Dr. Williams
① Bactrim DS ī p.o. B.I.D. x 10 days
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

60110 (4/03)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME:

DIAGNOSIS (If Chg'd)

D.O.B. / /
ALLERGIES:

Use Last     Date   / /          ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED

---

NAME:

DIAGNOSIS (If Chg'd)

D.O.B. / /
ALLERGIES:

Use Fourth   Date   / /          ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED

---

NAME:

DIAGNOSIS (If Chg'd)

D.O.B. / /
ALLERGIES:

Use Third    Date   / /          ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED

---

NAME: Ellis, Clifford
208226

DIAGNOSIS (If Chg'd)
Bactrim DS BID X 7 days
V/O Dr Williams / MClain
235

D.O.B. / /
ALLERGIES: NKA

Use Second   Date 12/15/04        ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED

---

NAME: Ellis, Clifford
208226

DIAGNOSIS Abnormal C-spine, Bilat Arm Pa
① Admit to NOW
② Please give Vicodin ii PO q 6° for
Pain x 5 d
③ Motrin 600 TID x 5 d
④ Schd MRI neck ASAP

D.O.B. / /
ALLERGIES:

Use First    Date 12/3/04         ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED

60110 (4/03)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY ADMISSION

INMATE NAME: _Ellis, Clifford_          DOC# _208226_

ADMISSION DATE: _12/13/04_

ADMITTING DIAGNOSIS: _Neck Pain , Bilateral Arm pain,_

ADMITTING PHYSICIAN: _Dr. Williams_

ESTIMATED LENGTH OF STAY: _un known_

PHS MD 70050



**PRISON
HEALTH
SERVICES
INCORPORATED**

# INFIRMARY DISCHARGE

INMATE NAME: _____  DOC# _____

DISCHARGE DATE: _____

_____

DISCHARGING DIAGNOSIS: _____

_____

_____

DISCHARGING PHYSICIAN: _____

PHS-MO-70051



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

## INPATIENT HISTORY AND PHYSICAL

CHIEF COMPLAINT  B. lat Arm Pain, MVA > 1 mo ago

Hx OF PRESENT ILLNESS  3 day Hx of     PREVIOUS ILLNESS  Ø

B. lat Arm Pain, Neck Pain & Shoulder

Pain. Progressive Mild → Mod

CURRENT MEDICATIONS  Ø  NSAIDS     ALLERGIES  Ø

Habits:          Smoking          Alcohol          Drugs

Family Hx.       T.B. _____   Diabetes_____   Cancer_____

                 Hypertension _____   Other _____

                 BP _____   T_____   P _____   R _____

| | Normal | | Abnormal |
|---|---|---|---|
| 1 | ✓ | Head, Face & Scalp | |
| 2 | ✓ | Mouth & Throat | |
| 3 | ✓ | Ears & Eardrums | |
| 4 | ✓ | Eyes & Pupils | |
| 5 | ✓ | Chest & Lungs | |
| 6 | ✓ | Cardiovascular | |
| 7 | ✓ | Abdomen, including Hernia | |
| 8 | ` | Anus & Rectum | |
| 9 | ✓ | Ext. Genitalia | |
| 10 | | Skin | |
| 11 | | Breast | |
| 12 | | Upper Extremities | ✓ |
| 13 | ✓ | Lower Extremities | |
| 14 | | Spine & Musculoskeletal | ✓ |

REMARKS

Pain ī ROM Neck R & L Rot, unable to
Hyperextend Neck 2° Pain
Grip 3-4/5 (L)  (R) 3/5, sensation intact
Abnorml C3, 4 neck film. 11/2/04

DIAGNOSIS  Neck Pain

Date: _____     Examining Physician:  H. Helly

| INMATE NAME (LAST FIRST MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Ellis, Clifford | 208226 | ▮▮▮▮ | B/M | MO4, ECC |

PHS-MD-70020



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: | D.O.B.:    /    / |
|-----------|----------------|--------------------|

12/14/09  PATIENT SEEN S/P MRI C-SPINE c C/O PAIN
7 WEAKNESS but MOVES U/E WELL. PAIN MEDS
WORKING.
⊕ BLOOD TINGED SPUTUM x 1 WE.
PT GIVEN CUP FOR SPUTUM Anal w Aam.
GEN: NAD
HEENT: NO △ PAIN W/ ROTATION & SHARP PAIN
Radiating down Arms.
Lungs: CLEAR
CV = RSR
ABD ⊝
EXT ⊝
A: C SPINE injury 2° MVA   MRI pending

P: KEEP IN MOU until work up complete
"PATIENT informed of injury & possible outcome
"Advised to Rest D/o Activity.

                                        [signature]

12/18/04  No change  Pt stable
         A/p Await MRI report Result
            cont pain mngmt

                                        [signature]

**Complete Both Sides Before Using Another Sheet**

| Date/Time | Inmate's Name: | D.O.B.:    /    / |
|---|---|---|

12/20/04   F/u Friday P/w Dr Moser to Re apart
of MRI. will sched Monday For Neurosurg
eval w/ X-rays & MRI films. MR Bee
Notified & appt scheduled.
Pt still c/o pain & discomfort neck upper arms
No change in strenghth.

exam: unchanged

A: Neck Trauma Abnl X-Ray; MRI unequivocal
for post Eval
P: Neurosurg eval to be done R/o need for
surg & further Rx.
cont present Meds                          Jr Shelly

12/21/04   Pt return from FWA Neuro/Surg Pts MRI not
sent c pt Dr Voss requested the MRI &
it is being sent to him. Pt states he is still hurting
Ⓞ. A & O x 3
A/P. Dr. Voss requests C-Spine Flex, Ext, AP, Lat
+ CT Cervical 3 contrast.
MRI results + Film
Will Continue Current Care Plan
                              D M Smith

12/22/04   Addendum:
Pain mgmt: will cont vicodin TID c/ Motrin
TID X 7d
giving Flexeril 1-TT QQ9HS               Jr Shls