

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: | D.O.B.: / / |
|-----------|----------------|-------------|

**12/23/04** — PT stable still c/o Neck pain. Pain meds ordered
No change otherwise.

A: Neck Pain cervicalgia c̄ Radiculopathy
2° Trauma.
P: (1) CT Neck, UM submitted
(2) cont Pain Mgmt, MR gtts
(3) Anticip F/u c̄ Neuro

*[signature]*

---

**1/3/04** — No changes Patient stable still c̄o Neck
Discomfort. CT done — ? Fx on study in
Post end plate of C3 & C4.
Patient informed will sch.d F/u Neurosurg
eval w/ films of all studies (incl CT/MRI & x-ra
[illegible] unchanged
A: Neck pain cervical etiol
P: cont Pos mgmt, F/u c̄ Neurosurg — TO
be setled

*[signature]*

| Date/Time | Inmate's Name: | D.O.B.:    /    / |
|-----------|----------------|-------------------|

**1/10/05** — PATIENT ambulating w/out difficulty. Was in argument & altercation w/ another inmate Mr. David Colbern. Patient defending himself against being struck w/ a chair. He was hit on the (L) forearm. c/o pain / swelling. No injuries to head or neck. Still wearing braces.

was seen holding chair by leg w/ one hand

Exam: A & O x 3   No Distress
       No apparent pain
       flesh? / color intact, moving all extrem w/out
       difficulty

       lungs clear
       CV: NR
       Abd ⊕
       ext   Discomfort (L) forearm

A: Thick Pain — Await F/U & dressing for review of films.

P: cont. Bisof mgmt — conservative.

                                          [signature]


**4/13/05** — He neck pain — No change, continues pain to neck w/ Rom. Will hold & now until appt w/ the Neuro-Surg. No new changes.

A: (L) Neck pain - MRI / CT / x-rays to be reviewed @ next visit.
   (2) Pain mgmt - decodin → Motrin TID periodic

                                          [signature]



**PRISON
HEALTH
SERVICES
INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: | D.O.B.:    /    / |
|-----------|----------------|-------------------|

1/19/05    PATIENT DOING WELL C/O EPISODE OF SEIZURE
LAST WEEKEND — STATES He TAKES Dilantin as
scheduled. WILL ✓ LEVEL in AM.
No Change in symptoms. occasional sharp pains
to shoulders & arms bilaterally. Also Reports
some Paresthesias (numbness of hand R > L)
Wears Neck support Religiously — MRI 11/04.
PT has F/u appt w/ Dr Voss in Dothan
1/20/05.

Exam:  extrem No Change in clinical exam
Ø Deficits Noted, muscle tone good
Reports Pain č movement. Able to Provide self
care in MOLI.

A:  ① Neck Pain č Abnl X-RAY —Neck C-spine.
    ② Hx Sz D/o — ✓ Dilantin Level.
    ③ cont Present management

                                        H. Shero



PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Ellis, Clifford, #206226 | D.O.B.: ███████ |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Complete Both Sides Before Using Another Sheet**



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 12/13/04 8³⁰ | S. c/o pain w Neck & both arm's |
| | O. Skin w/D to touch Nail beds pink. c/o pain in |
| | Neck & both arms. X-ray review/Dr. Williams. |
| | A. Alteration in comfort |
| | P. more for pain (illegible) |
| 12/14/04 | S ∅ c/o of pain at this time |
| | O alert & & Resp unlabored walking around new unit pain give? |
| | a alteration in comfort upon request of Inmate stated |
| | He was in pain |
| | a. Alteration in comfort |
| | P. mov for pain — (illegible) |
| 12/15/04 0001 | (S) "I was in a bus accident on October 28 - a truck |
| | hit us. My back was hurt. The doctor said my |
| | neck is the reason my back hurts. My neck still hurts |
| | it isn't never really quit hurting" |
| | (O) ① lat position c eyes closed Respreg c ease |
| | Skin w/d. Easily aroused for vital signs. Touches |
| | back & neck for source of discomfort. No facial grimace. |
| | Able to move extremities well. |
| | (A) Alteration in comfort |
| | (P) Monitor claim meds as ordered (illegible) |
| 12/15/04 | 0300 Vicoden tabs tip for c/o neck pain (he asked for it) (illegible) |
| 12/15/04 | 0600 Quiet in bed c c/o pain ——— (illegible) |

| INMATE NAME (LAST FIRST, MIDDLE) | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|
| Ellis, Clifford | 208226 | ▓ | B/M | Draper |

PHS-MD-70049                    mplete Both Sides Before Using Another S⁺    t



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 12/29/04 | O - Sitting up on side of bed. C collar intact. Skin WD to touch. Resp reg c̄ ease. No distress noted @ present. _Ellis_ |
| 12/30/04 0330 | S. "I'm really hurting bad in my neck. Could I get something for pain." |
| | O - Supine, semi-Fowlers. A&O x3 neck area (cervical collar) intact. |
| | (A) Alteration in comfort. |
| | (P) Relieve pain. Continue POC — Dr Knox |
| | I - Percogesic # tabs c̄ Motrin 800 mg po for c/o severe pain — D Spinna RN |
| 12/30/04 11:22p | (S) "Shoot I hurt in my neck. I went to the Docta today." |
| | (O) Supine in bed. Cervical collar on. skin WD. Resp rest c̄ ease. T 97.5 86.2 R18 BP 97/58 - Po med adm for pain |
| | (A) Alteration in comfort. |
| | (P) Continue POC — D Spinna RN |
| 12/31/04 10:00a | (S) Ø complaints voiced. — J Rompter, LPN |
| | (O) A&O x3 Skin w/o to touch. Resp reg c̄ ease. Sitting in chair. V/S stable. B/P 104/64 P-72 R-18 T-97.8. Cervical collar intact. Vicoden given @ 8am as orders. Ø s/s of distress noted. — J Rompter, LPN |
| | (A) Alt comfort — J Rompt |

| INMATE NAME (LAST FIRST, MIDDLE) _Ellis Clifford_ | | DOC# 208226 | DOB ▓ | R/S B/M | FAC Elmore |
|---|---|---|---|---|---|

PHS-MD-70049    mplete Both Sides Before Using Another S ▓t



**PRISON
HEALTH
SERVICES
INCORPORATED**

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| | Ellis, Clifford |
| 10/05/04 11²² | S: "I need something for pain" |
| | O: A+O X3 Ambu about MOU ad lib. Skin w/d |
| | to touch. Resp reg c ease. Cervical collar intact |
| | C/o pain given Ti Vicodin per order. NAD N-Inptive |
| | A: Alt comfort ————— Inptive with |
| | P: Cont c plan of care ————— Inptive |

| | Temp | BP | Pulse | Resp |
|---|---|---|---|---|
| | 98.6 | 110 / 80 | 80 | 20 |

**Do you now or have you ever had, or been treated for:**

| Problems | Y | N | Problems | Y | N | APPRAISAL | | N | Abn/Comment |
|---|---|---|---|---|---|---|---|---|---|
| Head Trauma | | ✓ | Kidney Stones/Disease | | ✓ | | Screening Observation | ☐ | Check items below & initial |
| Loss of Consciousness | | ✓ | Bladder/Kidney Infection | | ✓ | General | Movement, Deformity Pain, Bleeding | ☑ | MA |
| Severe Headaches | ✓ | | Alcoholism | | ✓ | | Habitus, Hygiene | | |
| Vertigo/Dizziness | ✓ | | Drug Abuse | ✓ | | Neuro | Mental Status, Intox Withdrawal, Tremors | ☑ | MA |
| Vision Problems | | ✓ | Tobacco Use | ✓ | | | Neuro-deficits | | |
| Hearing Problems | | ✓ | Psychiatric Hx | | ✓ | Skin | Injury, Bruises Trauma Jaundice | ☐ | Tatoo ⓁD shoulder |
| Dental Prob./ Dentures | ✓ | | Suicidal | | ✓ | | Diaphoretic, Rash Lesions, Infestations Needle Marks | | Razor bumps to Chin MA |
| Seizures | ✓ | | **Communicable/Contagious** | | | | Color, Turgor | | |
| Strokes | | ✓ | Tuberculosis | | ✓ | Head | Normocephalic Atraumatic Hair, Scalp | ☑ | MA |
| Nervous Disorders | | ✓ | HIV/ AIDS | | ✓ | | | | |
| DT's | | ✓ | Hepatitis- Type | | ✓ | Eyes | Glasses/ Vision Pupils Sclera, Conjunctiva | ☐ | ⓁD 20/ ⓅR 20/ 50 / |
| Heart Condition | | ✓ | Gonorrhea | | ✓ | | | | |
| Angina/Heart Attack | | ✓ | Syphilis | | ✓ | Ears | Appearance Canals, TMs, Hearing | ☐ | good MA |
| High B.P. | | ✓ | Lice; Crabs; Scabies | | ✓ | Nose | Epistaxsis, Sinuses | ☑ | MA |
| Anemia/Blood | | ✓ | OB/ GYN | | | Throat | Teeth, Gums, Dentures Mouth, Tongue, Tonsils Airway | ☐ | Tonsillectomy Childhood MA |
| Lung Condition | | ✓ | LMP Date: | | | | | | |
| Asthma | | ✓ | Duration: | | | Neck | C Spine, Mobility Veins, Carotids Thyroid, Lymph Nodes | ☑ | MA |
| Bronchitis | | ✓ | LMP Normal: | | | | | | |
| Emphysema | | ✓ | Regularity: | Y | N | Chest | Config. Ausc./ Resp. Cough/ Sputum | ☐ | Resp clear no cough MA |
| Pneumonia | | ✓ | Gravida/Para: | | | (Breasts) Masses | | | |
| Diabetes | | ✓ | AB/Miscarriage: | | | Heart | Ausc. Rate, Rhythm Murmurs, Ectopy | ☐ | Reg Rate/ Rhythm MA |
| Hay Fever/ Allergies | | ✓ | Contraception: | Y | N | Abdomen | Bowel Sounds Palp, G/R/T, Hernia | ☐ | Bowel sounds MA |
| Gastritis | | ✓ | Describe: | | | GU | Flank Tenderness Bladder Tenderness /Distention | ☑ | MA |
| Ulcers | | ✓ | LAB Tests- Dates | N | Ab | | | | |
| Bleeding | | ✓ | RPR | | | Back | ROM, Spasm, Injury | ☑ | MA |
| Gall Bladder/Pancreas | | ✓ | PPD- Date given: 1-12-04 | | | Extrem | Edema, Pulse Cyanosis- ROM, Injury | ☑ | MA |
| Liver Problems | | ✓ | RFA/ EFA | | | Genitals | Injuries/ Lesions | ☑ | MA |
| Arthritis | | ✓ | Date read: 1-14-04 | | | Pelvic/ Pap | Deferred ☐ | | |
| Joint Muscle Problem | | ✓ | Results in mm.: 0mm | | | Rectal/ Gulac | Deferred ☐ | | |
| Back/Neck Problem | | ✓ | Deferred/ Follow-up: | | | | | | |

**Comments:**

Placement:  (✓) General Population   ( ) Emergency Dept.   ( ) Isolation   ( ) Medical Observation   ( ) Other: _____
Referral:   ( ) Medical   ( ) Dental   ( ) Mental Health   ( ) Other _____   When: ( ) Immediately   ( ) Next Sick Call _____

Screener's Signature _____   Date/Time 1-12-04   Evaluator's Signature/ Title _____ 1/15/04   Date/Time _____

PRISON
HEALTH
SERVICES
INCORPORATED

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** *Clifford Ellis*                    **BCDC#:** *208226*

1. I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2. I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment

3. I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me

4. I have had the opportunity to ask questions which have been answered to my satisfaction.

5. I understand there is no guarantee of success or permanence of the treatment

*Clifford Ellis*                                         *3-24-04*
Patient's Signature                                      Date

*M Hubon Dus*                                            *3-24-04*
Dentist's Signature                                      Date

PHS MD-70090

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

### MENTAL HEALTH SERVICES

# DENTAL RECORD

| DENTAL EXAMINATION | RESTORATIONS AND TREATMENTS |
|---|---|



Date of Initial Examination  1—12-04

Initial Classification

| Oral Pathology | ......... | Gingivitis | _____ |
| | | Vincent's Infection | _____ |
| | | Stomatitis | _____ |
| | | Other Findings | _____ |
| Occlusion | _____ | | |
| Roentgenograms | ......... | Periapical | _____ |
| | | Bitewing | _____ |
| | | Other | _____ |

**Health Questionnaire**

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☑ | Rheumatic Fever | ☐ | ☑ | V.D. |
| ☐ | ☑ | Allergy (Novocaine, penicillin, etc.) | ☐ | ☑ | Hepatitis |
| ☑ | ☐ | Present Medication | ☐ | ☑ | Anemia or Bleeding Problems |
| ☑ | | Epilepsy *no S* | ☐ | ☑ | Heart Disease |
| ☐ | ☑ | Asthma | 3/05 ☑ | | High Blood Pressure |
| ☐ | ☑ | Diabetes | ☐ | ☑ | Kidney Disease |
| ☐ | ☑ | HIV | ☐ | ☑ | Other Disease |

| SERVICES RENDERED | | | | | |
|---|---|---|---|---|---|
| Date | Tooth # | DX | TX | Initials | Class |
| 3/24/04 | | | Exam, prophy, OHI, Pt had moderate calculus deposits generalized, c moderate bleeding upon probing. | HPhD 04 | |
| 3/16/05 | | | Med. Hx updated, Exam & call, Polish OHI, Pt had moderate lantern buildup c moderate bleeding upon probing | JHR off | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|
| Ellis, Clifford B. | 208 226 | ▮▮▮▮ | B | KCF |

PHS-MD-70015



**PRISON
HEALTH
SERVICES
INCORPORATED**

## DEPARTMENT OF CORRECTIONS

# DENTAL RECORD TREATMENT

**Services Rendered**

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|------|---------|-----------|-----------|----------|-------|
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |

| PATIENT LAST NAME | FIRST | MIDDLE | DOB | R/S | ID NO |
|-------------------|-------|--------|-----|-----|-------|
|                   |       |        |     |     |       |

PHS-MD-70022



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Clifford Ellis_    Date of Request: _3-7-04_
ID # _197999_    Date of Birth: _____ Location: _6 cell - 61_
Nature of problem or request: _U have a tooth ache that_
_is very severe._

_____

_Clifford Ellis_    _197999_
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

RECEIVED
Date: _3-8-04_
Time: _6:30 am_
Receiving ~~Nurse~~ Intials _DA_

**(S)ubjective:** _Dental screening_

**(O)bjective** _Toothache_

**(A)ssessment:** _Request reviewed_

**(P)lan:** _Dental screening - apt made_
_Watch newsletter_

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:    ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_Anne Hartt_ _DA_
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:    INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95

# Radiology Services Report

**NAME:** ELLIS, CLIFFORD
**FACILITY:** STATON
**D.O.B.:**
**ID NUMBER:** 208226

MANDIBLE FOUR VIEWS 02/23/04

FINDINGS:

THE EXAM IS SEVERELY COMPROMISED DUE TO PATIENT MOTION ARTIFACT.

THE ENTIRE MANDIBLE IS NOT INCLUDED ON THE FRONTAL VIEWS. NO DISPLACED FRACTURES ARE DETECTED. THE MANDIBULAR CONDYLES APPEAR TO BE IN APPROPRIATE POSITION.

IMPRESSION: MOTION ARTIFACT, NO DISPLACED FRACTURE.

RP
J. WALDO, MD



**LabCorp** LabCorp Montgomery Hull
Laboratory Corporation of America    543 Hull Street, Montgomery, AL 36104-0000

Phone: 334-263-5745

| SPECIMEN 251-684-3200-0 | TYPE S | PRIMARY LAB YX | REPORT STATUS COMPLETE | Page #: | 1 |
|---|---|---|---|---|---|

### ADDITIONAL INFORMATION

ECC                    FASTING: Y
                       DOB:

| CLINICAL INFORMATION |
|---|
| CD- 41147607356 |

| PHYSICIAN ID. PEASANT J | PATIENT ID 208226 |
|---|---|

| PATIENT NAME ELLIS,CLIFFORD | SEX M | AGE(YR./MOS.) 24 / 5 |
|---|---|---|

PT. ADD.:

ACCOUNT: Staton Correctional Facility
Prison Health Services
2690 Marion Spillway Road
Elmore                      AL  36205-0000
ACCOUNT NUMBER:   01308900

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 9/08/2005 | 10:17 | 9/08/2005 | 9/08/2005 | 23:35 | 206 |

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| Phenytoin (Dilantin), Serum | 15.1 | ug/mL | 10.0 - 20.0 | YX |
| | | | Neonatal: | |
| | | | Therapeutic 6.0 - 14.0 | |
| | | | Detection Limit = 0.6 | |

LAB: YX LabCorp Montgomery Hull          DIRECTOR: Alton Sturtevant B PhD
543 Hull Street, Montgomery, AL 36104-0000

| Pat Name: ELLIS,CLIFFORD | Pat ID: 208226 | Spec #: 251-684-3200-0 | Seq #: 206 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

**LabCorp** Laboratory Corporation of America

LabCorp Montgomery Hull
543 Hull Street  Montgomery, AL 36104-0000

**LabCorp** Laboratory Corporation of America

Phone: 334-263-5745

| SPECIMEN 265-684-3211-0 | TYPE S | PRIMARY LAB YX | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

ECC                    FASTING: Y
                       DOB: ▮▮▮▮

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| ELLIS,CLIFFORD | M | 24 / 5 |

PT. ADD. :

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 9/22/2005 | 11:09 | 9/22/2005 | 9/22/2005 | 23:35 | 414 |

| CLINICAL INFORMATION |
|---|
| CD- 41147607489 |

| PHYSICIAN ID | PATIENT ID |
|---|---|
| PEASANT J | 208226 |

ACCOUNT:  Staton Correctional Facility
          Prison Health Services
          2690 Marion Spillway Road
          Elmore              AL   36205-0000
ACCOUNT NUMBER:   01308900

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| Phenytoin (Dilantin), Serum | 15.7 | ug/mL | 10.0 - 20.0 | YX |
| | | | Neonatal: | |
| | | | Therapeutic 6.0 - 14.0 | |
| | | | Detection Limit = 0.6 | |

LAB: YX LabCorp Montgomery Hull          DIRECTOR: Alton Sturtevant B PhD
543 Hull Street, Montgomery,  AL 36104-0000

9-23-05

| Pat Name:  ELLIS CLIFFORD | Pat ID:  208226 | Spec #:  265-684-3211-0 | Seq #:  414 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

**LabCorp** Laboratory Corporation of America

LabCorp Montgomery Hull
543 Hull Street, Montgomery AL 36104-0000

LabCorp
Laboratory Corporation of America

Phone: 334-263-5745

| SPECIMEN 222-684-3175-0 | TYPE S | PRIMARY LAB YX | REPORT STATUS COMPLETE | Page #: | 1 |
|---|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

ECC

FASTING: Y
DOB:

| CLINICAL INFORMATION |
|---|
| CD- 41147607010 |

| PATIENT NAME | | SEX | AGE(YR./MOS.) |
|---|---|---|---|
| ELLIS,CLIFFORD | | M | 24 / 4 |

| PHYSICIAN ID. PEASANT J | PATIENT ID. 208226 |
|---|---|

PT. ADD :

**ACCOUNT:** Staton Correctional Facility
Prison Health Services
2690 Marion Spillway Road
Elmore                    AL   36205-0000
**ACCOUNT NUMBER:**   01308900

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 8/10/2005 | 10:22 | 8/10/2005 | 8/10/2005 | 23:36 | 9632 |

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| > Phenytoin (Dilantin), Serum | 9.1L | ug/mL | 10.0 - 20.0 | YX |

Neonatal:
Therapeutic 6.0 - 14.0

Detection Limit = 0.6

LAB: YX LabCorp Montgomery Hull          DIRECTOR: Alton Sturtevant B PhD
543 Hull Street, Montgomery, AL 36104-0000

8/31/05

| Pat Name: ELLIS,CLIFFORD | Pat ID: 208226 | Spec #: 222-684-3175-0 | Seq #: 9632 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report



ELLIS,CLIFFORD
ID:    208226

08/06/2005  19:41:50

SINUS BRADYCARDIA
NO OTHER FINDING

D.O.B.:
MALE
Dr:    PERSANT
Tech:    DM

24 YEARS

Comment:  CHEST PAIN

| | |
|---|---|
| Vent. Rate: | 58 bpm |
| RR Interval: | 1016 ms |
| PR Interval: | 168 ms |
| QRS Duration: | 96 ms |
| QT Interval: | 400 ms |
| QTc Interval: | 399 ms |
| QT Dispersion: | 86 ms |
| P-R-T AXIS: 64°  63°  61° | |

Summary: NORMAL ECG EXCEPT FOR RATE    * Unconfirmed Analysis *



**LabCorp** LabCorp Montgomery Hull
543 Hull Street, Montgomery, AL 36104-0000

Phone 334-263-5745

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 157-684-3239-0 | S | YX | COMPLETE | Page #: 1 |

ADDITIONAL INFORMATION

FCC                    FASTING  Y
                       DOB

CLINICAL INFORMATION
CD-41147606211

| PATIENT NAME | SEX | AGE(YR/MOS) |
|---|---|---|
| ELLIS,CLIFFORD | M | 24 / 2 |

PT ADD :

PHYSICIAN ID          PATIENT ID
WILLIAMS W            208226

ACCOUNT: Staton Correctional Facility
Prison Health Services
PO BOX 56
Elmore          AL  36025-0000
ACCOUNT NUMBER:  01308900

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 6/06/2005 | 8:21 | 6/06/2005 | 6/06/2005 | 23:35 | 8316 |

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| > Phenytoin (Dilantin), Serum | 3.7L | ug/mL | 10.0 - 20.0 | YX |

**Verified by repeat analysis**

Neonatal:
Therapeutic 6.0 - 14.0

Detection Limit = 0.6

LAB: YX LabCorp Montgomery Hull          DIRECTOR: Alton Sturtevant B PhD
543 Hull Street, Montgomery,  AL 36104-0000

**LabCorp**
Laboratory Corporation of America

LabCorp Montgomery Hull
543 Hull Street  Montgomery  AL 36104-0000

Phone: 334-263-5745

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 136-684-3195-0 | S | YX | COMPLETE | Page #:  1 |

ADDITIONAL INFORMATION

ELMORE                    FASTING: Y
                         DOB:

CLINICAL INFORMATION
CD- 41147605976

| PATIENT NAME | | SEX | AGE(YR./MOS.) | PHYSICIAN ID | PATIENT ID |
|---|---|---|---|---|---|
| ELLIS,CLIFFORD | | M | 24  /  1 | WILLIAMS W | 208226 |

PT. ADD :

ACCOUNT: Staton Correctional Facility
Prison Health Services
PO BOX 56
Elmore                   AL  36025-0000

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/16/2005 | 8:36 | 5/16/2005 | 5/16/2005 | 23:35 | 7910 |

ACCOUNT NUMBER:  01308900

| | TEST | RESULT | LIMITS | LAB |
|---|---|---|---|---|
| > | Phenytoin (Dilantin), Serum | 7.5 L   ug/mL | 10.0 - 20.0 | YX |

Neonatal:
Therapeutic 6.0 - 14.0

Detection Limit =  0.6

LAB: YX LabCorp Montgomery Hull          DIRECTOR: Alton Sturtevant B PhD
543 Hull Street, Montgomery,  AL 36104-0000

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

HCX

Name: _Ellis, Clifford_

HEALTHCARE CORRECTIONS

State ID No: _208226_

RADIOLOGY SERVICES REQUEST AND REPORT

DOB _____

INSTITUTION: _Elmore_

Race: _B_          Sex: _M_

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| William | 3/30/05 | 2:30 | | | |

HISTORY/DIAGNOSIS:

HTN

### X-RAY REQUEST

| | | | | | | |
|---|---|---|---|---|---|---|
| ABDOMEN/KUB | | FINGERS | | NAVICULAR VIEW | | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | | FOOT | | ORBITS | | STERNUM |
| ANKLE | | HAND | | OS CALCIS (HEEL) | | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | | HIP | | PELVIS | | THORACIC SPINE |
| X CHEST PA / LATERAL | | HUMERUS | | RADIUS/ULNA | | TIBIA/FIBULA |
| COCCYX | | KNEE | | RIBS | | TOES |
| CONE DOWN SELLA TURCICA | | LUMBAR SPINE | | SACRO-ILIAC JOINTS | | WRIST |
| ELBOW | | MANDIBLE | | SCAPULA | | ZYGOMA |
| FACIAL BONES | | MAXILLA | | SHOULDER | | ZYGOMATIC ARCH |
| FEMUR | | NASAL BONES | | SKULL | | |

### REPORT

Ellis

PA Chest:  The heart is not enlarged.  The lungs are clear.
IMPRESSION:  THERE IS NO EVIDENCE OF ACTIVE CARDIOPULMONARY DISEASE.

D & T: 04-04-05  Thomas J. Payne, III, M.D./π Board Certified Radiologist (Signature on file)

DMV
4/4/05

_J. Keibel_      R.T. -

X-RAY TECHNOLOGIST'S NAME (PRINT)          X-RAY TECHNOLOGIST'S SIGNATURE

_4-1-05_

DATE, TIME  EXAM PERFORMED

RADIOLOGIST'S NAME (PRINT)          RADIOLOGIST'S SIGNATURE          DATE SIGNED

JM CAHABA IMAGING

**LabCorp**
Laboratory Corporation of America

LabCorp Montgomery Hull
543 Hull Street, Montgomery, AL 36104-0000

Phone: 334-263-5745

**LabCorp**
Laboratory Corporation of America

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 097-684-3245-0 | S | YX | COMPLETE | Page #: 1 |

ADDITIONAL INFORMATION

FASTING: N
DOB: ▓▓▓▓▓▓

CLINICAL INFORMATION
CD-41147605505

| PATIENT NAME | SEX | AGE(YR/MOS) |
|---|---|---|
| ELLIS,CLIFFORD | M | 24 / |

PT ADD:

| PHYSICIAN ID | PATIENT ID |
|---|---|
| WILLIAMS W | 208226 |

ACCOUNT: Staton Correctional Facility
Prison Health Services
2690 Marion Spillway Road
Elmore                    AL    36205-0000
ACCOUNT NUMBER:    01308900

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 4/07/2005 | 7:15 | 4/07/2005 | 4/07/2005 | 23:35 | 7106 |

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CMP14+LP+5AC | | | | |
| Chemistries | | | | YX |
| Glucose, Serum | 88 | mg/dL | 65 - 99 | YX |
| Uric Acid, Serum | 4.0 | mg/dL | 2.4 - 8.2 | YX |
| BUN | 9 | mg/dL | 5 - 26 | YX |
| Creatinine, Serum | 1.1 | mg/dL | 0.5 - 1.5 | YX |
| BUN/Creatinine Ratio | 8 | | 8 - 27 | |
| Sodium, Serum | 139 | mmol/L | 135 - 148 | YX |
| Potassium, Serum | 4.2 | mmol/L | 3.5 - 5.5 | YX |
| Chloride, Serum | 100 | mmol/L | 96 - 109 | YX |
| Carbon Dioxide, Total | 28 | mmol/L | 20 - 32 | YX |
| Calcium, Serum | 9.1 | mg/dL | 8.5 - 10.6 | YX |
| Phosphorus, Serum | 3.7 | mg/dL | 2.5 - 4.5 | YX |
| Protein, Total, Serum | 7.8 | g/dL | 6.0 - 8.5 | YX |
| Albumin, Serum | 4.3 | g/dL | 3.5 - 5.5 | YX |
| Globulin, Total | 3.5 | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.2 | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.3 | mg/dL | 0.1 - 1.2 | YX |
| Alkaline Phosphatase, Serum | 101 | IU/L | 25 - 150 | YX |
| LDH | 130 | IU/L | 100 - 250 | YX |
| AST (SGOT) | 23 | IU/L | 0 - 40 | YX |
| ALT (SGPT) | 30 | IU/L | 0 - 40 | YX |
| > GGT | 94 H | IU/L | 0 - 65 | YX |
| Iron, Serum | 108 | ug/dL | 40 - 155 | YX |
| | | | | YX |
| Lipids | | | | YX |
| Cholesterol, Total | 187 | mg/dL | 100 - 199 | YX |
| > Triglycerides | 166 H | mg/dL | 0 - 149 | YX |
| HDL Cholesterol | 43 | mg/dL | 40 - 59 | YX |
| VLDL Cholesterol Cal | 33 | mg/dL | 5 - 40 | |
| > LDL Cholesterol Calc | 111 H | mg/dL | 0 - 99 | |
| Comment | | | | YX |

If initial LDL-cholesterol result is >100 mg/dL, assess for
risk factors and refer to the ATP-III table below

| Risk Category | LDL Goal mg/dL | LDL Level (mg/dL) at which to initiate Therapeutic Lifestyle Changes (TLC) | LDL Level (mg/dL) at which to consider Drug Therapy |
|---|---|---|---|

_[signature]_

| Pat Name: ELLIS CLIFFORD | Pat ID: 208226 | Spec #: 097-684-3245-0 | Seq #: 7106 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page



**LabCorp** LabCorp Montgomery Hull
543 Hull Street  Montgomery, AL 36104-0000

Phone: 334-263-5745

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 097-684-3245-0 | S | YX | COMPLETE | Page #:  2 |

ADDITIONAL INFORMATION

FASTING:N
DOB:

CLINICAL INFORMATION
CD- 41147605505

| PATIENT NAME | SEX | AGE(YR/MOS) |
|---|---|---|
| ELLIS,CLIFFORD | M | 24  / |

PT ADD :

PHYSICIAN ID.                    PATIENT ID.
WILLIAMS W                               208226

ACCOUNT:  Staton Correctional Facility
Prison Health Services
2690 Marion Spillway Road
Elmore                        AL    36205-0000
ACCOUNT NUMBER:    01308900

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME |
|---|---|---|---|---|
| 4/07/2005 | 7:15 | 4/07/2005 | 4/07/2005 | 23:35 | 7106 |

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| CHD | <100 | >100 | >or=130 | |
| 2+   Risk Factors <130 | >or=130 | >or=130 | |
| 0-1 Risk Factors <160 | >or=160 | >or=190 | |
| T  Chol/HDL Ratio | 4 3 | ratio units | 0.0 - 5.0 |
| Estimated CHD Risk | 0 8 | times avg. | 0.0 - 1.0 |

```
                                     T. Chol/HDL Ratio
                                      Men   Women
                    1/2 Avg.Risk  3.4    3.3
                        Avg.Risk  5.0    4.4
                    2X  Avg.Risk  9.6    7.1
                    3X  Avg.Risk 23.4   11.0
```

The CHD Risk is based on the T. Chol/HDL ratio.  Other
factors affect CHD Risk such as hypertension, smoking,
diabetes, severe obesity, and family history of pre-
mature CHD.

LAB: YX LabCorp Montgomery Hull                 DIRECTOR: Alton Sturtevant B PhD
543 Hull Street, Montgomery,  AL 36104-0000



Ellis, Clifford
ID: 208226

D.O.B.:
MALE    BLACK    23 YEARS
Dr:    Williams
Tech:    Lysykanycz

Comment: Elmore Corr

04/07/2005 7:51:14

| | |
|---|---|
| Vent. Rate: | 69 bpm |
| RR Interval: | 868 ms |
| PR Interval: | 172 ms |
| QRS Duration: | 94 ms |
| QT Interval: | 372 ms |
| QTc Interval: | 387 ms |
| QT Dispersion: | 50 ms |
| P-R-T AXIS: | 69°  67°  65° |

SINUS RHYTHM
WITHIN NORMAL LIMITS

Summary: NORMAL ECG

* Unconfirmed Analysis *



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

DATE: 04/07/05

### URINALYSIS

LEUKOCYTES _Neg_

NITRITE _Neg_

UROBILINOGEN _Neg (normal)_

PROTEIN _Neg_

pH _6_

BLOOD _Neg_

SPEC. GRAVITY _1.015_

KETONE _Neg_

GLUCOSE _Normal_

HCG ____

(Add: Final Labs Here)

4/7/05

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC # | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Elles, Clefford | 208226 | | 4/m | Elmo |

PHS-MD-70012                    **LABORATORY REPORTS**



**LabCorp** LabCorp Montgomery Hull
543 Hull Street  Montgomery  AL 36104-0000

Phone: 334-263-5745

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|----------|------|-------------|---------------|---|
| 348-684-3233-0 | R | YX | COMPLETE | Page #:   1 |

ADDITIONAL INFORMATION

ECC

FASTING: Y
DOB

CLINICAL INFORMATION
CD-41147604288

| PATIENT NAME | SEX | AGE(YR/MOS) | PHYSICIAN ID. | PATIENT ID |
|--------------|-----|-------------|---------------|------------|
| ELLIS,CLIFFORD | M | 23 / 8 | WILLIAMS W | 208226 |

PT ADD :

ACCOUNT: STATON CORRECTIONAL FACILITY
PRISON HEALTH SERVICES
2690 Marion Spillway Road
Elmore                          AL   36205-0000
ACCOUNT NUMBER:   01308900

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|------------------|------|---------------|---------------|------|---|
| 12/13/2004 | 8:00 | 12/13/2004 | 12/14/2004 | 7:58 | 4817 |

| TEST | RESULT | | LIMITS | LAB |
|------|--------|---|--------|-----|
| Phenytoin (Dilantin), Serum | 10 3 | ug/mL | 10 0 - 20 0 | YX |
| | | | Neonatal: | |
| | | | Therapeutic 6 0 - 14 0 | |
| | | | Detection Limit = 0.6 | |

LAB: YX LabCorp Montgomery Hull            DIRECTOR: Alton Sturtevant B PhD
543 Hull Street, Montgomery,  AL 36104-0000

12/14/04
③



## Laboratory Corporation of America

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 166-684-3251-0 | S | YX | COMPLETE | Page #:  1 |

ADDITIONAL INFORMATION

DRAPER                          FASTING: Y
                               DOB

| | | CLINICAL INFORMATION |
|---|---|---|
| | | CD- 41147602519 |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| ELLIS,CLIFFORD | M | 26  /  4 |

PT ADD :

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| SONNIER M | 208226 |

ACCOUNT:  STATON CORRECTIONAL FACILITY
PRISON HEALTH SERVICES
2690 Marion Spillway Road
Elmore                AL    36205-0000

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 6/14/2004 | 10:00 | 6/14/2004 | 6/15/2004 | 7:57 | 2007 |

ACCOUNT NUMBER:    01308900

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| Phenytoin (Dilantin), Serum | 11.8    ug/mL | 10.0 - 20.0 | YX |

Neonatal:
Therapeutic 6 0 - 14.0

Detection Limit =  0 6

*** EFFECTIVE JUNE 8, 2004, gel barrier (SST) tubes
will no longer be accepted for TDM testing ***

LAB: YX LabCorp Montgomery Hull          DIRECTOR: Alton Sturtevant B PhD
543 Hull Street, Montgomery,  AL 36104-0000

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

KILBY CORRECTIONAL FACIL    1
PO BOX 11
MI. MEIGS, AL  36057

PATIENT NAME

*Ellis, Clifford*

PRISON ID

*208226*

DATE SUBMITTED

*1-12-04*

# NPY 12

| TEST NAME | RESULT | REFERENCE RANGE | COMMENTS |
|---|---|---|---|
| 1-2 HIV ANTIBODY | **NR** | NEGATIVE (NEG) | |
| RPR | **NR** | NON-REACTIVE (NR) | |
| URINALYSIS | **NEG** | | |
| APPEARANCE | | | |
| pH | | pH 5- pH 6 | |
| PROTEIN | | NEGATIVE (NEG) | |
| GLUCOSE | | NEGATIVE (NEG) | |
| KETONES | | NEGATIVE (NEG) | |
| BILIRUBIN | | NEGATIVE (NEG) | |
| BLOOD | | < 5 RBC/MCL | |
| NITRITE | | NEGATIVE (NEG) | |
| UROBILINOGEN | | < 1.0 MG/DL | |
| LEUK. ESTERASE | | NEGATIVE (NEG) | |
| SPECIFIC GRAVITY | | 1.016-1.022 | |

"A"     These results are unreliable due to the age of the specimen.
"H"     These results are unreliable due to the hemolyzed condition of the specimen.
"A+H"   These results are unreliable due to the age and hemolyzed condition of the
        specimen.

CLIA ID NO    01D0706289

WAYNE D. MERCER, PHD
LABORATORY DIRECTOR



09/14/2005 WED 9:43 FAX 334 .. 1538 Staton Health Unit ☐003/004

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM
. must be Complete and Legible. You must Type or l
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

## DEMOGRAPHICS

Site Name & Number:
Staton 843

Site Phone #
(334) 567-1548

Site Fax #
(334) 567-1538

Will there be a charge? ☐ Yes ☐ No
Sex ☐ Male ☐ Female

Patient Name: (Last, First)
Ellis, Clifford

Alias: (Last, First)

Inmate #
208226 ECC

SS Number

Date: (mm/dd/yy)
8/31/05

Date of Birth: (mm/dd/yy)

PHS Custody Date: (mm/dd/yy)

Potential Release Date: (mm/dd/yy)

Responsible party: ☐ PHS ☐ Auto Ins.
☐ Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans)
☐ Other, be specific: (Excludes Medicare, Medicaid and Veterans Administration Services)

## CLINICAL DATA

Requesting Provider: ☑ Physician ☐ NP, PA ☐ Dental

Facility Medical Director Signature and Date:

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.
☑ Office Visit (OV) ☐ X-ray (XR) ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS) ☐ Dialysis (DA)
☐ Routine ☐ Urgent

Estimated Date of Service (mm/dd/yy)
(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments:
Number of Visits/Treatments: 2
☐ Radiation therapy ☐ Chemotherapy ☐ Other

Specialist referred to: Dr Budford

Type of Consultation, Treatment, Procedure or Surgery:

Diagnosis:
ICD-9 code:

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

History of illness/injury/symptoms with Date of Onset:
Vision 20/10 20/10

Results of a complaint directed physical examination:

Previous treatment and response (including medications):

***For security and safety, please do not inform patient of possible follow up appointments***

## UM DETERMINATION:
☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.
☐ Offsite Service Recommended and Authorized
Date resubmitted:

Regional Medical Director Signature, printed name and data required:
Will Mosier, MD    9/16/

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.
Cert Type: | Med Class: | CPT code: | UR Auth #: AL 677

Use - UM Referral Review Form

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

must be Complete and Legible. You must Type or I

*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*



## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** Staton 843 | **Patient Name: (Last, First,)** Ellis, Clifford | **Date: (mm/dd/yy)** 8 31 05 |
| **Site Phone #** (334) 567-1548 | **Alias: (Last, First,)** | **Date of Birth: (mm/dd/yy)** |
| **Site Fax #** (334) 567-1538 | **Inmate #** 208226 | **PHS Custody Date: (mm/dd/yy)** 11 20 03 |
| **Will there be a charge?** ☐ Yes ☐ No   **Sex** ☐ Male ☐ Female | **SS Number** | **Potential Release Date: (mm/dd/yy)** 09 05 18 |

**Responsible party:** ☐ PHS  ☐ Auto Ins.  ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )  ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):_____

## CLINICAL DATA

**Requesting Provider:**  ☑ Physician  ☐ NP, PA  ☐ Dental

Guez Jan Jisna

**Facility Medical Director Signature and Date:**

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☑ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DA)

☐ Routine          ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** ___/___/___

*(This starts the approval window for the "open authorization period")*

**Multiple Visits/Treatments:**
**Number of Visits/Treatments:** 2

☐ Radiation therapy
☐ Chemotherapy
☐ Other:_____

**Specialist referred to:** Dr. Bedford.

**Type of Consultation, Treatment, Procedure or Surgery:**
In home eye consults

**Diagnosis:** ↓ Visual acuity
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.

☐ Pertinent Documents have been attached and faxed

**History of illness/injury/symptoms with Date of Onset:**

Vision 20/10 20/10
Both 20/10

**Results of a complaint directed physical examination:**

Eye Check
20/10 Bil.of

**Previous treatment and response (including medications):**

Need Ophthalmology
eval

FAXED
9-15-05

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested:  (See Attached)

☐ Resubmitted with requested information

**Date resubmitted:**
___/___/___

**Regional Medical Director Signature, printed name and date required:**

___/___/___ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|

Usa - UM Referral review form

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| Patient Name: | Ellis, Clifford | Inmate Number: | 208226EL |
|---|---|---|---|
| Service Authorized: | Office Visits: Op Neurosurgery Referral | Effective Dates: | 12/21/2004 |
| Effective: | Visits authorized for 60 days from effective date. | Visits Authorized: | 4 |
| Responsible Facility: | Staton Correctional Facility | Contact Name: | Michelle Pope |
| Authorization Number: | 14520393 | Telephone Number: | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule") Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.
The completed form will be sealed in the attached envelope and
returned with an officer to the correctional facility.**

---

| Clinical Summary or Attached Report |
|---|
| |
| |
| |
| |
| |
| |

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| | | |
|---|---|---|
| Signature of Consulting Physician: | Date | Time |
| Reviewed and Signed By Medical Director: | Date | Time |

| Patient Name: | Ellis, Clifford | Inmate Number: | 208226EL |
|---|---|---|---|
| Service Authorized: | X-Ray: Ct Scan | Effective Dates: | 01/03/2005 |
| Effective: | Visits authorized for 60 days from effective date. | Visits Authorized: | 1 |
| Responsible Facility: | Staton Correctional Facility | Contact Name: | Michelle Pope |
| Authorization Number: | 14550571 | Telephone Number: | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.**
**The completed form will be sealed in the attached envelope and**
**returned with an officer to the correctional facility.**

---

### Clinical Summary or Attached Report

*** For security and safety, please do not inform patient of possible follow-up appointments. ***

| Signature of Consulting Physician: | Date | Time |
|---|---|---|

| Reviewed and Signed By<br>Medical Director: | Date | Time |
|---|---|---|

| Facility Name: Elmore | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Month/Year of Charting: 10/18/05

Bactrim DS ipo
BID x 10d

lea
lop

Start Date: 10/18/05    Prescriber: Yuuci CRNP
NB    Stop Date: 10/28/05    RX #:

Rifampin 300mg
ipo BID x 10d

lea
lop

Start Date: 10/18/05    Prescriber: Yuuci CRNP
NB    Stop Date: 10/28/05    RX #:

| | Start Date: | Prescriber: |
| | Stop Date: | RX #: |

| | Start Date: | Prescriber: |
| | Stop Date: | RX #: |

| | Start Date: | Prescriber: |
| | Stop Date: | RX #: |

| | Start Date: | Prescriber: |
| | Stop Date: | RX #: |

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies: NKDA | MBarrett | NB | | | 1 Discontinued Order |
| | | | | | 2 Refused |
| | | | | | 3 Patient out of facility |
| | | | | | 4 Charted in Error |
| Housing Unit: | | | | | 5 Lock Down |
| Patient ID Number: 208-226 | | | | | 6 Self Administered |
| Patient Name: | | | | | 7 Medication out of Stock |
| | | | | | 8 Medication Held |
| | | | | | 9 No Show |
| | | | | | 10 Other |

Date of Birth:

| Facility Name: **Elmore Correctional Facility** | | Month/Year of Charting: | 10/05 |
|---|---|---|---|

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**Indocin 25MG Cap     90 00**

Take 1 capsule(s) by mouth Three
Times Daily

*DC'd 09/20/05*

Start Date: **09-02-2005**   Prescriber: **Peasant, John**
Stop Date: **12-10-2005**   RX #: **250536862**

---

*Vasotec 20 mg ÷ P.o.*
*q d*

Start Date: **10/24/05**   Prescriber: *L. Lassiter cnap*
Stop Date: **10/24/06**   RX #:

---

*Tylenol ES ÷ P.o.*
*tidx 60 days prn*

Start Date: **08/05/05**   Prescriber: *Dr. Peasant, J.M.*
Stop Date: **10/05/05**   RX #:

---

*Zantac 150 mg ÷ P.o.*
*qHS x 100 days*

X *Clifford Ellis*
*10-4-05*

Start Date: **09/20/05**   Prescriber: *Dr. Peasant, J.M.*
Stop Date: **12/30/05**   RX #:

---

*Dilantin 500 ER*
*100 mg (4) tabs P.o. qd*

Start Date: **10/24/05**   Prescriber: *L. Lassiter cnap*
Stop Date: **10/24/06**   RX #:

---

*Naprosyn 375mg*
*1 po TID*

X *Clifford Ellis*
*10-4-05*

Start Date: **9-28-05**   Prescriber:
Stop Date: **1-6-06**   RX #: **250682619**

---

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | *D. Austin lpn* | | *Dina RN* | DS | 1 Discontinued Order |
| Allergies: **NKA** | | | *Coley* | CH | 2 Refused |
| | | | *Barnett* | MB | 3 Patient out of facility |
| Housing Unit: **Population** | | | | | 4 Charted in Error |
| Patient ID Number: **208226** | | | | | 5 Lock Down |
| Patient Name: | | | | | 6 Self Administered |
| **Ellis, Clifford** | | | | | 7 Medication out of Stock |
| | Date of Birth | | | | 8 Medication Held |
| | | | | | 9 No Show |
| | | | | | 10 Other |

| Facility Name: | | | | | | | | | | | | Month/Year of Charting: | | | | | | | | | | | | | | | | | |

**Zantac 150 mg PO HS x 100 days**
Hour: Lp
Start Date: 9/20/05  Prescriber:
Stop Date: 12/30/05  RX #:

**Flexeril 10 mg TID x 10 days**
Hours: LN, LP, LP
Start Date: 9/20/05  Prescriber:
Stop Date: 9/30/05  RX #:

**Naprosyn 375 mg TID x 100 days**
Hours: LN, LP, LP
Start Date: 9/20/05  Prescriber:
Stop Date: 9/30/05  RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies | Clews | a | | | 1 Discontinued Order 2 Refused 3 Patient out of facility 4 Charted in Error 5 Lock Down 6 Self Administered 7 Medication out of Stock 8 Medication Held 9 No Show 10 Other |

Housing Unit:
Patient ID Number: 208226
Patient Name: Ellis, Clifford
Date of Birth:

| Facility Name: Elmore Correctional Facility | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Month/Year of Charting: 09/05

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Naprosyn Oral Tab 375 MG 375MG Tab 90.00**

Take 1 tablet(s) by mouth Three Times Daily

Hours: 6 A, 12 N, 6 p

D/C'ed 9/1/05

Start Date: 07-12-2005
Stop Date: 10-19-2005
Prescriber: Peasant, John
RX #: 250183941

---

*Vasotec 20 mg ÷ P.o. qd*

Hour: 6p

Start Date: 05/3/05
Stop Date: 09/10/05
Prescriber: DMcArthur P.A.
RX #: Au

---

*Dilantin SOD ER 100 mg (4) tabs P.o. qd*

Hour: 6p

Start Date: 05/18/05
Stop Date: 09/09/05
Prescriber: DMcArthur P.A.
RX #: Au

---

*Q Var MDI 80 mcg ÷ puffs Bid KOP*

Hours: 6 A, 6p

Start Date: 09/24/05
Stop Date: 09/09/05
Prescriber: DMcArthur P.A.
RX #: Au

---

*Tylenol ES ÷ P.o. tid PRN*

Hours: 6 A, 12 N, 6p

Start Date: 09/05/05
Stop Date: 10/05/05
Prescriber: Dr. Peasant J.M.
RX #: Au

---

*Indocin 25mg ÷ po TID x100d (KOP) D/C'd 9/20/05*

Hours: 10 A, 2 p, 6 p

X Clifford Ellis

Start Date:
Stop Date:
Prescriber:
RX #:

---

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies NKA | | Au | Barrett | MS | 1 Discontinued Order |
| | | | | | 2 Refused |
| Housing Unit: Population | | | | | 3 Patient out of facility |
| Patient ID Number: 208226 | | | Sima RN/LS | | 4 Charted in Error |
| Patient Name: | | | | | 5 Lock Down |
| **Ellis, Clifford** | | | | | 6 Self Administered |
| | | | | | 7 Medication out of Stock |
| Date of Birth | | | | | 8 Medication Held |
| | | | | | 9 No Show |
| | | | | | 10 Other |

Facility Name    Elmore Correctional Facility

Month/Year of Charting    08/05

| Naprosyn Oral Tab 375 MG 375MG Tab 90.00 | Hour | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6ᴬ | | | | | | | | | | | | | | | | | | | → | | | | | | | | | | | |
| Take 1 tablet(s) by mouth Three Times Daily | 12N | | | | | | | | | | | | | | | | | | | → | | | | | | | | | | | |
| | 6ᵖ | | | | | | | | | | | | | | | | | | | → | | | | | | | | | | | |

Start Date   07-12-2005    Prescriber: Peasant, John
Stop Date:   10-19-2005    RX # 250183941

| Nasotec 20 mg ÷ PO qd x 80 days | Hour | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6ᵖ | | | | | | | | | | | | | | | | # 63 | | | → | | | | | | | | | | |

Start Date   05/31/05    Prescriber   DMcArthur P.A.
Stop Date   09/10/05    RX #:

| Phenytoin SOD ER 100 mg take 4 PO. qd | Hour | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6ᵖ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date   05/18/05    Prescriber   DMcArthur PA
Stop Date   09/09/05    RX #:

| QVar MDI 80mcg INH ÷ puff Bid KOP | Hour | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6ᴬ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 6ᵖ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date   08/24/05    Prescriber   DMcArthur P.A.
Stop Date   09/09/05    RX #:

| Albuterol 17gm INH ÷ puffs q 6 hrs PRN KOP | Hour | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6ᴬ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 12N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 6ᵖ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 12MN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date   08/24/04    Prescriber
Stop Date   08/23/05    RX #:

| Tylenol ES #1 PO Tid PRN | Hour | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6ᴬ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 12N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 6ᵖ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date   08/05/05    Prescriber   Dr. Peasant J.M.
Stop Date   10/05/05    RX #:

Diagnosis

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| D. Austin LPN | DA | | | 1 Discontinued Order |
| | | | | 2 Refused |
| | | | | 3 Patient out of facility |
| | | | | 4 Charted in Error |
| | | | | 5 Lock Down |
| | | | | 6 Self Administered |
| | | | | 7 Medication out of Stock |
| | | | | 8 Medication Held |
| | | | | 9 No Show |
| | | | | 10 Other |

Allergies   NKA

Housing Unit:   Population
Patient ID Number:   208226
Patient Name:
**Ellis, Clifford**

Date of Birth:

# MEDICATION ADMINISTRATION RECORD
07/01/2005

STDTC1

(ELM-454) ELMORE CORRECTIONAL FAC

| MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ALBUTEROL (PROVENTIL-VENTOLIN) 17GM INH
INHALE 2 PUFF(S)   EVERY 6 HOURS AS NEEDED *(eA*
*KEEP ON PERSON* SHAKE-WELL,WAIT   *(ep*
1-MIN BETWEEN PUFFS

RX:   6116520 MCARTHUR, P.A., DONALD , PA
START - 08/24/2004     STOP - 08/23/2005
QVAR MDI (7.3GM) 80MCG INH
INHALE 1 PUFF(S)   TWICE DAILY *KEEP ON *(eA*
PERSON*   *(ep*
RX:   6116524 MCARTHUR, P.A., DONALD , PA
START - 08/24/2004     STOP - 08/23/2005 9/9/05

PHENYTOIN SOD. ER (DILANTIN) 100MG CAP
TAKE 4 CAPSULE(S) BY MOUTH  (400MG) DAILY *(ep*

RX:   7421777 LASSITER, N.P., LISA , NP
START - 05/18/2005     STOP - 07/16/2005 9/9/05

Vasotec 20mg 1 po qd   *(ep*

5-31-05 → 9-10-05

Motrin 600mg 1 po TID   *(eA*
x10d   *1200*
                    *(ep*
6-23-05 → 7-3-05

-naprosyn 375mg
TID x 100 days
7/8/05 - 10/18/05 KOP

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 07/01/2005 | THROUGH | 07/31/2005 | | |
|---|---|---|---|---|---|
| Physician | LASSITER, N.P., LISA | | Telephone No. | | Medical Record |
| Alt. Physician | | | Alt. Telephone | | |
| Allergies | NO KNOWN DRUG ALLERGY | | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By: _M Barnett_ | | | _6/29_ |
|---|---|---|---|---|---|

PATIENT
ELLIS, CLIFFORD

PATIENT CODE   208226

ROOM NO   1

BED / FACIL

# MEDICATION ADMINISTRATION RECORD

06/01/2005

(ELM-454) ELMORE CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ALBUTEROL (PROVENTIL-VENTOLIN) 17GM INH
INHALE 2 PUFF(S)   EVERY 6 HOURS AS NEEDED
*KEEP ON PERSON* SHAKE WELL,WAIT
1-MIN BETWEEN PUFFS

RX:   6116520 MCARTHUR, P.A. , DONALD , PA
START - 08/24/2004    STOP - 08/23/2005

QVAR MDI (7.3GM) 80MCG INH
INHALE 1 PUFF(S)   TWICE DAILY *KEEP ON
PERSON*
RX:   6116524 MCARTHUR, P.A. , DONALD , PA
START - 08/24/2004    STOP - 08/23/2005

ENALAPRIL (VASOTEC) 20MG TAB
TAKE 1 TABLET(S) BY MOUTH  DAILY *KEEP ON
PERSON*
RX:   7168132 MCARTHUR, P.A. , DONALD , PA
START - 04/02/2005    STOP - 06/30/2005

PHENYTOIN SOD. ER (DILANTIN) 100MG CAP
TAKE 4 CAPSULE(S) BY MOUTH  (400MG) DAILY

RX:   7421777 LASSITER, N.P. , LISA , NP
START - 05/18/2005    STOP - 07/16/2005

Dilantin ER 100mg   GA
IV (Four) p.o. qd daily  Kep
5/31/05 - 9/10/05

Vasotec 20mg - p.o. GA
qd x100 days kof  Kep
5/31/05 - 9/10/05

Motrin 600 mg TID   GA
x 3 days   12p
                 6p
6/9/05 - 6/12/05

Motrin 600mg 1 po TID  GA
x 10d   12p
                 6p
6-23-05      7-3-05

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 06/01/2005 | THROUGH | 06/30/2005 | | |
|---|---|---|---|---|---|
| Physician | LASSITER, N.P., LISA | | Telephone No | | Medical Record N |
| Alt. Physician | | | Alt. Telephone | | |
| Allergies | NO KNOWN DRUG ALLERGY | | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked By | | Title: | |
|---|---|---|---|---|---|

PATIENT                                                    PATIENT CODE | ROOM NO | BED | FAC

# MEDICATION ADMINISTRATION RECORD
05/01/2005

(ELM-454) ELMORE CORRECTIONAL FAC

| MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ALBUTEROL (PROVENTIL-VENTOLIN) 17GM INH
INHALE 2 PUFF(S) EVERY 6 HOURS AS NEEDED
*KEEP ON PERSON* SHAKE WELL, WAIT
1-MIN. BETWEEN PUFFS

RX: 6116520 MCARTHUR, P.A., DONALD, PA
START - 08/24/2004    STOP - 08/23/2005

QVAR MDI (7.3GM) 80MCG INH
INHALE 1 PUFF(S) TWICE DAILY *KEEP ON
PERSON*
RX: 6116524 MCARTHUR, P.A., DONALD, PA
START - 08/24/2004    STOP - 08/23/2005

PHENYTOIN SOD ER (DILANTIN) 100MG CAP
TAKE 4 CAPSULE(S) BY MOUTH IN THE EVENING  cep    q m µL SSMt o
*KEEP ON PERSON*
RX: 7120132 WILLIAMS M D , WINFRED  MD
START - 03/17/2005    STOP - 07-16-05

ENALAPRIL (VASOTEC) 20MG TAB
TAKE 1 TABLET(S) BY MOUTH DAILY *KEEP ON  cep    bmulup for Clifford Ellis
PERSON*    #30 thru 6/5/05    Order revised    Clifford E
RX: 7188132 MCARTHUR, P.A., DONALD, PA    8/24 c
START - 04/02/2005    STOP - 06/30/2005

Feldene 20mg. PO  cp    → µ/s MR $ pme for Clifford Ellis
QD X 14 days    day gun 9/17/05
5-3-05       5-17-05

Dilantin 100mg  cep    /10 - 4r    Cliff
Give 4 tabs every
evening    Order revised    8/24
3/16/05 - 7/16/05

Dilantin ER 100mg IV  6A
(Four) p.o. qd x 100day  KOP
5/3/05 - 9/10/05

Vasotec 20mg - p.o.  6A
qd X 100 day p.o  KOP
5/3/05 - 9/10/05

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 03/01/2005 | THROUGH | 05/31/2005 | | |
|---|---|---|---|---|---|
| Physician | MCARTHUR, P. A., DONALD | | Telephone No. | | Medical Record # |
| Alt Physician | | | Alt Telephone | | |
| Allergies | NO KNOWN DRUG ALLERGY | | Rehabilitative Potential | | |

Diagnosis

| Medical Number | Patient's SSN | Complete Entries Checked: By | | Title: | | Date: |
|---|---|---|---|---|---|---|

PATIENT
ELLIS, CLIFFORD

PATIENT CODE    ROOM NO    BED / FACIL
208224    1

# MEDICATION ADMINISTRATION RECORD

04/01/2005

STOTO1

(DRA-453) DRAPER CORRECTIONAL FAC.

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ALBUTEROL (PROVENTIL-VENTOLIN) 17GM INH
INHALE 2 PUFF(S)    EVERY 6 HOURS AS NEEDED
*KEEP ON PERSON* SHAKE WELL, WAIT
1-MIN BETWEEN PUFFS

RX:   6116520 MCARTHUR, P.A., DONALD , PA
START - 08/24/2004    STOP - 08/23/2005

QVAR MDI (7.3GM) 80MCG INH
INHALE 1 PUFF(S)    TWICE DAILY *KEEP ON
PERSON*
RX:   6116524 MCARTHUR, P.A., DONALD , PA
START - 08/24/2004    STOP - 08/23/2005

ENALAPRIL (VASOTEC) 10MG TAB
TAKE 1 TABLET(S) BY MOUTH  DAILY *KEEP ON     *(A*
PERSON*
RX:   7953992 WILLIAMS, M.D., WINFRED , MD      *order revised 3/30/05*
START - 03/05/2005    STOP - 06/02/2005

PHENYTOIN SOD  ER (DILANTIN) 100MG CAP
TAKE 4 CAPSULE(S) BY MOUTH  IN THE EVENING   *(off*
*KEEP ON PERSON*
RX:   7120132 WILLIAMS, M.D., WINFRED , MD
START - 03/18/2005    STOP - 05/14/2005

*Vasotec 10mg P.O.   64*
*qd x 90 days*
*3/30/05  - 6/30/05*

*Clifford Ellis*
*MD  4/4/05*

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 04/01/2005 | THROUGH | 04/30/2005 | | |
|---|---|---|---|---|---|
| Physician   WILLIAMS, M.D., WINFRED | | | Telephone No. | | Medical Record N |
| Alt. Physician | | | Alt. Telephone | | |
| Allergies   NO KNOWN DRUG ALLERGY | | | Rehabilitative Potential | | |
| Diagnosis | | | | | |
| Medicaid Number | Medicare Number | Complete entries checked: | | Time | Date 3/6 |

PATIENT
ELLIS, CLIFFORD

| PATIENT CODE | ROOM NO | BED FACIL |
|---|---|---|

MEDICATION ADMINISTRATION RECORD

Dilantin ER 100mg 6P
ĪĪĪi (4) po. qpm x 90 day
2/14/05 - 5/14/05

ns/ s/ Clifford Ellis
4 cards given 3/9/05

Vasotec 10mg ÷ PO qd 6A →
X 90 (d)
3/3/05 → 6/3/05    KOP

s/ Clifford Ellis
Order revised 3/30/05 MD

Vasotec 20mg ÷ p.o.  6A
3/30/05 X 90 days
→ 6/3/05

NURSE'S ORDERS, MEDICATION NOTES AND INSTRUCTIONS ON REVERSE SIDE

3/1/05
Dr Williams
THROUGH 3/31/05

NKA

| Telephone No. | Medical Record No. |
|---|---|
| Jail Telephone | 208226 |
| Rehabilitation | |
| Podiatrist | |

Complete Entries Checked:
By: B Kinell    Title: LPN    Date: 2/6

PATIENT CODE: 208226

Ellis, Clifford

MEDICATION ADMINISTRATION RECORD

Phenytoin ER 100mg (4)
cap 4 evening
3/10/04 - 3/7/05                    6p       NP       Revised

Feldene 20mg T PO
BID x 10 Days            6am BID   MN

1/31/05 - 2/10/05   William, MD / SE

PIROXICAM (FELDENE) 20MG CAP
TAKE 1 CAPSULE(S) BY MOUTH DAILY
RX:   6888791 WILLIAMS, M.D., WINFRED , MD
START: 02/02/2005      STOP: 02/11/2005
ELLIS, CLIFFORD
                              208226

02/14/05
Dilantin ER 100 mg iiii
(4) P.O. @ PM x 90 days      6P
02/14/05 - 05/14/05

NURSE'S ORDERS  MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

HROLC #  2/29/05

2/17/05
Dr. Williams

NKA

Complete Entries Checked:
By:                    Title: NP       Date: 1/26/
                                                      05

Medical Record
208226

Ellis, Clifford    Name Alert

MEDICATION ADMINISTRATION RECORD

12/22/04
Vicodin ṫ p.o. Q 8 hrs X       3A _____ Reordered 12/30/04 XXX XX
7 days                          11A _____                   XXX XX
                                7 PR _____                  XXX

12/22/04
Flexeril 10 mg ṫ - ṫṫ P.O. QHS                Reordered 12/30/04        1 2 3 4 5 6 7
X 7 days                        6 p _____                   XXX

    Motrin 800 mg ō Percogesic
    ṫ tab po now - pain         3 ³⁰ a _____ _____→

12/30/04  Vicodin ṫṫ Q          8A
8 hrs X 14 days                 4P
                                12 AN
01/13/05  Dr. Williams    du


12/30/04  Flexeril 10 mg
ṫ - ṫṫ P.O. QHS X 14 days       6 p
01/12/05  Dr. Williams    du

12/01/04
Mc Arthur, PA          THROUGH  12/31/04
NKDA

Complete Entries Checked:
By:

Ellis, Clifford                        208226              DC

MEDICATION ADMINISTRATION RECORD
12/01/2004

(DRA-453) DRAPER CORRECTIONAL FAC

PHENYTOIN SOD. ER (DILANTIN) 100MG CAP
TAKE 4 CAPSULE(S) BY MOUTH IN THE EVENING

RX:   6048575 MCARTHUR, P.A., DONALD , PA
START - 08/10/2004    STOP - 03/07/2005

12-13-04
Motrin 600mg4iD

12-18-04 Dr.Williams

12-13-04
Vicodin # PO Q6h for
Pain
12/18/04 Dr.William

12/15/04
bactrim DS tpo biD x7d

12/22/04 Dr.Williams
12/15/04 → 12/24/04
Bactrim DS t po BIDx
10 day

percogsic t c metrin
600mg q6°x5 day)
12/17/04

12/21/04
Percogsic # TID/PRN
X5 days

12/21/04
Motrin 800mg P.O. TID
X5 days

12/22/04
Motrin 800mg P.O. TID
X7days

NURSE'S ORDERS, MEDICATION NOTES AND INSTRUCTIONS ON REVERSE SIDE

| | 12/01/2004 | | 12/31/2004 | | |
|---|---|---|---|---|---|
| | MCARTHUR, P A , DONALD | | | Telephone No | Medical Record No |
| | | | | PR Telephone | |
| | NO KNOWN DRUG ALLERGY | | | Rehabilitation Contact | |

Diagnosis

Complete Entries Checked:
By:                                    Title:              Date:

ELLIS, CLIFFORD

PATIENT CODE    ROOM NO    BED

208226              1

# MEDICATION ADMINISTRATION RECORD
01/01/2005

(ELM-454) ELMORE CORRECTIONAL FAC

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

PHENYTOIN SOD ER (DILANTIN) 100MG CAP
TAKE 4 CAPSULE(S) BY MOUTH IN THE EVENING    6P

RX:   6048575 MCARTHUR, F A, DONALD, PA
START - 03/10/2004    STOP - 03/07/2005

X Clifford B. Ellis
01.20.05 Mcclan ☐ 90D.R.

Benadryl 25mg ‡ Now    4PM
1/20/05

12/30/04 Vicodin ‡ ‡ q 8 hrs    8A
x 14 days    4P
                          12P
01/13/05 Dr. Williams   pew

12/30/04 Flexeril 10 mg ‡    6p
‡ P.O q h s x 14 day
01/12/05 Dr. Williams   pew

Percogesic ‡ p.o.    6A
1/13/05                6P

Motrin 600 mg,    6A
P.O TID            12P
                   6P
1/13/05

01/19/05 Feldene 10 mg ‡    6A
P.O. Bid x 7 days    6P
01/28/05 Dr. Williams   pew

Vicodin ‡ Now    4PM    4:00P
1/20/05

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 01/01/2005 | THROUGH | 01/31/2005 | | |
|---|---|---|---|---|---|
| Physician | MCARTHUR, F A, DONALD | | Telephone No. | | Medical Record |
| Alt. Physician | | | Alt Telephone | | |
| ergies | NO KNOWN DRUG ALLERGY | | Rehabilitative Potential | | |
| Diagnosis | | ‡ NAME WATCH ‡ | | | |
| Medicaid Number | Medicare Number | Complete Entries Checked: By: G. Johnson RN | Title: | Date: 12/30/04 | |
| PATIENT | | | PATIENT CODE 20826 | ROOM NO. 1 | BED FAC |

ELLIS, CLIFFORD

# MEDICATION ADMINISTRATION RECORD
11/01/2004

(DRA-453) DRAPER CORRECTIONAL FAC

PHENYTOIN SOD. ER (DILANTIN) 100MG CAP
TAKE 4 CAPSULE(S) BY MOUTH IN THE EVENING (CP)

*Clifford Ellis*
5d Rec 11/05/04 Rec

RX: 6048575 MCARTHUR, P.A., DONALD, PA
START - 08/10/2004    STOP - 03/07/2005

11/01/04 Motrin 800mg ÷ P.o.
Bid x 7 days)    6^A Ep    D/c'd 11/05/04

11/08/04 Dr. Williams Rec

11/05/04 Motrin 600mg ÷ P.o.
tid x 5 days)    6^A 12^N 6p

11/10/04 L. Lassiter CRNP Rec    6p

11/05/04 Percogesic ii P.o.
tid x 5 days)    6^A 12^N 6p

11/10/04 L. Lassiter CRNP Rec

NURSE'S ORDERS MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| | 11/01/2004 | THROUGH | 11/30/2004 | |
|---|---|---|---|---|
| Provider | MCARTHUR, P.A., DONALD | | Telephone No. | Medical Record N |
| | | | Alt Telephone | |
| | NO KNOWN DRUG ALLERGY | | Rehabilitative Potential | |

Diagnosis

Complete Entries Checked: By: _Lewis_    Title: LPN    Date: 10/3

PATIENT
ELLIS, CLIFFORD    *Name Alt*    PATIENT CODE: 208326    ROOM NO: 1    BED | FACIL

MEDICATION ADMINISTRATION RECORD
02/01/2004

DCC

(KIL-445) KILBY CORRECTIONAL FAC

PHENYTOIN SOD. ER (DILANTIN) 100MG CAP
TAKE 3 CAPSULE(S) BY MOUTH  =300MG AT
BEDTIME
RX:  5053396 ROBBINS, M.D. (MED D, MICHAEL,
START - 01/13/2004    STOP - 04/11/2004

2000    See Below

PHENYTOIN SOD. ER (DILANTIN) 100MG CAP
TAKE 3 CAPSULE(S) BY MOUTH  =300MG AT
BEDTIME FOR 180 DAYS
RX:  5060026 ROBBINS, M.D. (MED D, MICHAEL,
START - 01/14/2004    STOP - 07/11/2004

2000  Δ 11d 2/9/04

BENZOYL PEROXIDE LOT (30ML) 10% LOT
APPLY TO AFFECTED AREAS AS DIRECTED FOR 30
DAYS
RX:  5060137 ROBBINS, M.D. (MED D, MICHAEL,
START - 01/14/2004    STOP - 02/12/2004

0900

Naprosen 375mg i PO
BID PRN X-7d
2/6/04        2/13/04

CTm 4mg ñ PO Bid
X-7d
2/6/04        2/13/04

0800
1600

QBID ñ PO Bid x7d
2/6/04        2/13/04

0800
1600

Dilantin 400 mg 1800
@ hs x 180d
2/9 - 8/9/04

MEDICATIONS

CHARTING FOR        02/01/2004
Physician  ROBBINS, M.D. (MED D, MICHAEL
Att. Physician
                NO KNOWN DRUG ALLERGY
Allergies

Diagnosis

Medical Record No.

NURSE'S ORDERS MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE
                02/29/2004

Telephone No.
Alt. Telephone

Rehabilitative
Potential

Complete Entries Signed
By:                                    Title:

PATIENT:
ELLIS, CLIFFORD

PATIENT CODE        ROOM NO    MED FACIL
208226              1

# MEDICATION ADMINISTRATION RECORD

10/01/2004

I OF II                    NAME ALERT    (DRA-453) DRAPER CORRECTIONAL FAC

PHENYTOIN SOD ER (DILANTIN) 100MG CAP
TAKE 4 CAPSULE(S) BY MOUTH IN THE EVENING

RX:   6048575 MCARTHUR, P A , DONALD , PA
START - 08/10/2004    STOP - 03/07/2005

*Clifford Ellis*
120 tabs 10/30/04

motrin 600mg po        0600
BID x 3days            1800
    10/28/04 - 10-31-04                    Revised

Percogesic po BID      0600
x 3days                1800
    10/28/04 - 10/31/04                    Revised

---

NURSE'S ORDERS MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHART PERIOD | 10/01/2004 | THROUGH | 10/31/2004 | | | |
|---|---|---|---|---|---|---|
| Physician | MCARTHUR, P A , DONALD | | | Telephone No | | Medical Record N |
| Rx Physician | | | | Rx Telephone | | |
| Allergies | NO KNOWN DRUG ALLERGY | | | Rehabilitative Potential | | |
| Diagnosis | | | | | | |
| Medicaid Number | Medicare Number | | Complete Entries Checked By | | Title | Date |

PATIENT: ELLIS, CLIFFORD          PATIENT CODE: 208226    ROOM NO: 1    BED | FACIL

# MEDICATION ADMINISTRATION RECORD

II of II

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FLEXERIL 10 mg 1 PO TID x 2 days 10/29/04 - 10/31/04 Smith CRNP | 6A 12N 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MOTRIN 600 mg 1 PO TID x 2 days 10/29/04 - 10/31/04 Smith CRNP | 6A 12N 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PERCOGESIC 1 PO TID x 2 days 10/29/04 - 10/31/04 Smith CRNP | 6A 12N 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS MEDICATION NOTES AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 10/1/04 THROUGH 10/31/04

Physician William

Alt. Physician

Allergies NKA

Telephone No.

Alt. Telephone

Rehabilitative Potential

Medical Record N

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: | | |
|---|---|---|---|---|
| | | By: | Title: CPN | Date: 10/ |

PATIENT   Ellis Alvarez

PATIENT CODE   008226

ROOM NO.   BED   FAC

MEDICATION ADMINISTRATION RECORD
07/01/2004

(DRA-453) DRAPER CORRECTIONAL FAC.

HENYTOIN SOD ER (DILANTIN) 100MG CAP
TAKE 4 CAPSULE(S) BY MOUTH =400MG AT
BEDTIME FOR 180 DAYS
RX:    5196596 ROBBINS, M.D. (MED D, MICHAEL ,
START -- 02/12/2004    STOP -- 08/09/2004

07/07/04
Bactrim DS ÷ PO BID
X 10 d
07/17/04  R. Fasudec CRNP

written on wrong inmate

NURSE'S ORDERS MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| | 07/01/2004 | (THROUGH) | 07/31/2004 | | |
|---|---|---|---|---|---|
| ROBBINS, M.D. (MED D, MICHAEL | | | | Telephone No | Medical Record |
| | | | | Alt. Telephone | |
| NO KNOWN DRUG ALLERGY | | | | Rel sbtation | |
| | | | | Per s idel | |

Diagnosis

| Medical Record | Telephone Number | Complete Entries Checked | | | |
|---|---|---|---|---|---|
| | | By C. Neeo (sgr) | | Title | 6/2 |

PATIENT
ELLIS, CLIFFORD

PATIENT CODE    ROOM NO    BED   FACIL
208226              1

# MEDICATION ADMINISTRATION RECORD
06/01/2004

(DRA-453) DRAPER CORRECTIONAL FAC.

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PHENYTOIN SOD ER (DILANTIN) 100MG CAP AKE 4 CAPSULE(S) BY MOUTH =400MG AT BEDTIME FOR 180 DAYS RX: 5196396 ROBBINS, M D (MED D, MICHAEL START - 02/12/2004    STOP - 08/09/2004 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dilantin | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tylenol 325 mg ī PO BID X 7 (E) 5-26-04 — 6-2-04 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR  06/01/2004  THROUGH  06/30/2004

Physician  ROBBINS, M D (MED D, MICHAEL

Alt. Physician

ergies  NO KNOWN DRUG ALLERGY

Telephone No

Alt. Telephone

Rehabilitative Potential

Medical Record N

Diagnosis

Medicaid Number | Medicare Number | Complete Entries Checked: By: _C. Newton_ | Title: | Date: 5/2

PATIENT  ELLIS  CLIFFORD

PATIENT CODE  208226

ROOM NO  1

BED | FACIL

# MEDICATION ADMINISTRATION RECORD
05/01/2004

(DRA-453) DRAPER CORRECTIONAL FAC

* NAME Alert *

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

PHENYTOIN SOD. ER (DILANTIN) 100MG CAP
TAKE 4 CAPSULE(S) BY MOUTH =400MG AT
BEDTIME FOR 180 DAYS
RX:    5176576 ROBBINS, M.D. (MED D, MICHAEL,
START - 02/12/2004     STOP - 08/09/2004

Revised 4/13/04

CARBAMAZEPINE (TEGRETOL) 200MG TAB
TAKE 1 TABLET(S) BY MOUTH  TWICE DAILY

RX:    5263248 SONNIER, M.D. (MD DI, MARC, MD
START - 02/25/2004     STOP - 05/24/2004

D/C

4/13/04
Dilantin 300mg ER + po 4p
q hs x 90(d)

7/13/04
Tylenol 325mg π̄ P.O
BID x 7dup
5/26/04 - 6/2/04

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

CHARTING FOR    05/01/2004    THROUGH    05/31/2004

| Physician    SONNIER, M.D. (MD DI, MARC | Telephone No | Medical Record N |
|---|---|---|
| Alt. Physician | Alt. Telephone | |
| ergies        NO KNOWN DRUG ALLERGY | Rehabilitative Potential | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By: C.Kelly RN | Title: | Date: 4/2 |
|---|---|---|---|---|

| PATIENT    ELLIS, CLIFFORD | PATIENT CODE    208226 | ROOM NO. | BED | FACIL 1 |
|---|---|---|---|---|

# MEDICATION ADMINISTRATION RECORD

STDT01

NAME Alert

MEDICATIONS   300

Dilantin 400mg po
g hs
2/9/04 — 8/9/04                6P    Revised/DC'd

Tegutol 200mg Bid
2/23/04 — 5/23/04             6A  6P

3/09/04
Tylenol Ti PO BID X 7d        6A
                               6P

3/10/04
0 3/10/04 Zantac 150 mg       6A
÷ Bid x 14 days               6P
03/24/04 Dr. Sonnier   Sa

MEDICATIONS   HOUR

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR   3/1/04   THROUGH   3/31/04

Physician   Sonnier
Alt. Physician
                                      Telephone No.              Medical Record No
                                      Alt. Telephone

Allergies   NKA                       Rehabilitative
                                      Potential
Diagnosis

Medicaid Number         Medicare Number        Complete Entries Checked:
                                                By:   B Sarah Ann        3/28/04

PATIENT   Ellis Clifford               Title:
                              PATIENT CODE   ROOM NO.   MED FACILITY
                              208226

# MEDICATION ADMINISTRATION RECORD

04/01/2004
STDT01

*Name Alert*

(DRA-453) DRAPER CORRECTIONAL FAC.

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

PHENYTOIN SOD. ER (DILANTIN) 100MG CAP
TAKE 4 CAPSULE(S) BY MOUTH =400MG AT
BEDTIME FOR 180 DAYS
RX: 5196596 ROBBINS, M.D. (MED D, MICHAEL,
START - 02/12/2004    STOP - 08/09/2004

*Dc'd*

CARBAMAZEPINE (TEGRETOL) 200MG TAB
TAKE 1 TABLET(S) BY MOUTH TWICE DAILY

RX: 5263248 SONNIER, M.D (HO DI, MARC, MD
START - 02/25/2004    STOP - 05/24/2004

*Revised*

03/8/04
Tylenol 325 mg ii PO BID
x 5 days

04/05/04  Dr Sonnier

04/06/04
Tegretol 100mg BID X 70
then D/C 4/13/04 D. McArthur

04/13/04
Dilantin 300 mg ER PO KOP
@HS X 90d
07/13/04 D McArthur

| MEDICATIONS | HOUR |
|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR  04/01/2004  THROUGH  04/30/2004

Physician SONNIER, M.D. (HO DI, MARC    Telephone No
Alt. Physician    Alt. Telephone

Allergies  NO KNOWN DRUG ALLERGY    Rehabilitative Potential

Diagnosis

Medicaid Number | Medicare Number | Complete Entries Checked: By | Title: | Date:

PATIENT