# MEDICATION ADMINISTRATION RECORD

Rec

| MEDICATION | HOUR | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dilantin 300mg qHS X 180d 1-12-04 | 2000 | | | | | | | | | | | | | | | | | | | | | | | | |
| Motrin 600mg po BID prn x 10d 1-12-04 | | | | | | | | | | | | | | | | | | | | | | | | | |
| Benzoyl Peroxide 10% Lotion - Apply to affected area BID x 30d  1-12-04 | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 1-12-04  THROUGH 1-31-04

Physician Robbins

Alt Physician

Allergies NKDA

Diagnosis

Complete Entries Checked:  By: ____  Title: LPN  Date:

PATIENT Ellis, Clifford

# MEDICATION ADMINISTRATION RECORD

Dilantin 300 mg po
q hs X 90d          1800 ————————→ ♦M
1-10-04      ∠-10-04

motrin 600mg po
BID PRN X 10d       P
1-10-04              R
                     N        UM

MEDICATIONS

CHARTING    1-1-04        1-31-04

Physician

Jagline

Diagnosis

2082͞

Complete Entries Checked:
By: Graves, LP          Title:          Date:

Ellis, Clifford



PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Ellis Clifford 208226    D.O.B.: ▆▆▆▆ |
|---|---|

2.9.04 10ᵃ | Transferd from DCC to ECC Vol 109
1 Transfered.                                              Y Butler

12/13/04 | To HCU to see MD    Wt 178  B/p 144/100  P-88  R-20
T-98⁵  O2Sat 98%/0 ——————— J Ways 4 LPN
PAIN IN NECK - SEVERE BILAT Arms. Grip strength
Reduced, c/o ↑ PAIN c ROTATION to (R) → ℓ L SIDED
PAIN worse than Right sharp  severity 10/10.
WORSE SAT/SUNDAY. TRANSFERED from to Elmore FROM
Draper. PATIENT seen Films Reviewed - Abnormal
Reports As normal, will Place in MOU  See Pains
physical exam
A. Neck Pain H/o MVA, A-3rd C-spine,
·Plan; PAIN mgmt; MOU, MRI C-spine
— D/w Dr Noisarre  u/M  MRI c-spine

                                                    R. Shelly

12/14/04 | Return FWA Appt  MRI - Neck
Wt 170  B/p 132/81  T 98  P 54 R 18
MRI Done Today. PT to go back to
MOU until MRI Results Are Back.
will F/u in AM

                                                    R. Shelly

12/30/04 4ᵖᵐ | Returned from FWA via Doc (Returned to MOU- No orders)
received upon return T98.0 P 70 RR 18 BP 138/76 O2Sat 98% DShivon RN



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED



## PROGRESS NOTES

| Date/Time | Inmate's Name: Ellis, Clifford - 208226 | D.O.B. |
|---|---|---|

07.08.05   To see HCP for evaluation of neck

Wt 170 T 97.8 B66 R 20 B/P 138/90 O Sat 99%

① 24 y/o B♂ in accident MVA/Bus last year
c/o pain in neck c LROM. Also c/o c thigh
pain last 30 days.

O: alert NAD
can't flex chin to chest
Unable to turn R w/o 3 c/o neck pain
— no obvious loss of strength of hands
after exercise much there appear
to be some spasm in the R sternomastoid
muscle

A/P: cervical strain 2nd to MVA/Bus accid
— hep naprosyn TID
Review of X-ray — no obvious fracture
MRI no fract
Get repeat cervical spine films
look for straightening

8/5/05   V/S wt 117, 97?, 98%, 58, 100/68
8:57 AM   ③ 24 y/o c/o Neck pain and LROM 2nd to MVA/Bus
accident. c/o waking up each morning c pain in
shoulders. c/o pain in his thighs & legs after he
walks for ~ 15-20 mins.

℗ alert in NAD:-
Neck: Good ROM of Neck flexor, extensor ____



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Ellis, Clifford 208226 | D.O.B.: / / |
|-----------|----------------------------------------|-------------|

**9/20/05** — 20 NCP re: per Warden request

**11/01/05** — Pt scheduled for sick call eval in HCU tomorrow

Dguicewrp

**11/2/05** — 20 NCP re: eval neck pain

S - clue got this place in my mouth x 4 days

O - no break in mucosa noted, slight ↑ in color over just molar on

(R) side   no S/S of infection, no masses or nodules palpated

A - mouth pain

P - natto gargles                              D. Senter cap

**11/15/05**
**15°/°**

For for multiple complaints

① Everything getting "worse"

① Neck - my neck hurts when turning. I'm in pain in back of neck & shoulder. Also hurts in chest anterbly

② L leg + R leg - I'm in pain - they hurt when I get up + start walk. I can't get straight up - once I start walking pain in leg around the knees. No falls

③ my vision - everything is blurred - no double vision my vision goes out

P.II

④ split on R gum

⑨ Alert in NAD,
PERLA  EOM's intact

Pt appears to hold neck stiff
Turns body to L + R to change position

(over)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Ellis, Clifford 208 226    D.O.B.: |
|---|---|
| 2/23/04 | To MD per DOC re: Hx of seizures Last seizure in April 03 per inmate. Wt 170 B/P 132/74, 98³ 98⁻ 60 20-2 Hgt |
|  | Seizure disorder - Non therapeutic on Dilantin 300 mg/day - pt is complaint c Dilantin |
|  | Imp |
|  | Fair Metabolizer of Dilantin |
|  | pln |
|  | D/C Dilantin |
|  | Start Tegretol |
| 3/__/04 | Pt brought to MOU p "having a seizure" Pt has submitted numerous recent sick call slips requesting work stop from farm. States he is compliant c Tegretol. Very evasive historian. |
|  | Ø A+O x 3 WDWN NAD PERLA Gross neuro/sens. intact. Ø signs of incontinence A/P Will ✓ Tegretol levels Highly suspicious for malingering Lay in today while awaiting levels |

Addendum
I spoke c officer Smith who witnessed the "seizure"
no focal motor or seizure activity was seen
@ DOC
DW



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PROGRESS NOTES

| Date/Time | Inmate's Name: | D.O.B.: / / |
|---|---|---|
| 02-16-04 | Rec'd @ SHCU-Staton, Vol. I of I & ✓ meds/mar— | ℛ Myers |

**Complete Both Sides Before Using Another Sheet**

PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 08/05/05 | TIME 10:47 (AM/PM) | ORIGINATING FACILITY Elmore ☐SIR ☐PDL ☐ESCAPEE ☐ pop | ☐SICK CALL ☐EMERGENCY ☑OUTPATIENT |
|---|---|---|---|

ALLERGIES  NKA

CONDITION ON ADMISSION
☑GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA

VITAL SIGNS: TEMP 98.5 (ORAL/RECTAL)   RESP 20   PULSE 85   B/P 110/74   RECHECK IF SYSTOLIC <100> 50 ____/____

NATURE OF INJURY OR ILLNESS

S- "The (L) side of my neck and arm/shoulder is hurting from the fight but my neck (always) hurt anyway but now it hurts worse."

| ABRASION /// | CONTUSION # | BURN xx / xx | FRACTURE Z/Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O- Ambulated back into ER in handcuffs, A+O x 3. Skin w/o to the touch, resp even et unlabored. Grip to (L) hand poor, unable to raise (L) arm/shoulder over head, pulses strong.

ORDERS / MEDICATIONS / IV FLUIDS

P- 1) HCP to review

| | TIME | BY |
|---|---|---|

A- Alteration in Comfort

DIAGNOSIS   Wgt 173   O₂ 97%

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 08/05/05 | TIME 1050 (A/P) | RELEASE / TRANSFERRED TO Elmore ☑DOC ☐AMBULANCE ☐ | CONDITION ON DISCHARGE ☑SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |
|---|---|---|---|

NURSE'S SIGNATURE  Austin LPN   DATE 08/05/05   PHYSICIAN'S SIGNATURE ____   DATE 8/5/05   CONSULTATION

| INMATE NAME (LAST, FIRST MIDDLE) Ellis, Clifford B. | DOC# 208226 | DOB | R/S Bm | FAC Elmore |
|---|---|---|---|---|

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

O₂ Sᴀₜ 97%

| ADMISSION DATE 1/14/05 | TIME 10⁵⁰ AM/PM | ORIGINATING FACILITY Elmore (MOU) ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKA | CONDITION ON ADMISSION ☐ GOOD ☑ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

VITAL SIGNS: TEMP 98 °  ☑ ORAL ☐ RECTAL    RESP 20    PULSE 82    B/P 120/84    RECHECK IF SYSTOLIC <100> 50 ___/___

NATURE OF INJURY OR ILLNESS

| | ABRASION /// | CONTUSION # | BURN ×× ×× | FRACTURE Z Z | LACERATION / SUTURES |
|---|---|---|---|---|---|

S- Body CHART: As of Monday 1/10/05 I have been having sharp pain both shoulders, esp. when I raise my arms. I thought my hands were numb & sleeping but now feel numbness throughout the day. I need to see somebody asap.

O- AAOx3 skin w/n wnl resp clear, c/o pain in shoulder joints when raising arm forward

PHYSICAL EXAMINATION

and lateral. Cap refill < 1 sec. Hands/Fingers warm.

A - put in comfort

P - No Δ in current care plan



SHARP PAIN

PROFILE RIGHT OR LEFT

NUMBNESS

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 1/14/05 | TIME AM PM | RELEASE / TRANSFERRED TO _____ | ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☑ FAIR ☐ CRITICAL |
|---|---|---|---|---|

| NURSE'S SIGNATURE B. Salazar | DATE | PHYSICIAN'S SIGNATURE D. McCann | DATE 1/14/05 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Ellis Clifford | DOC# 208226 | DOB ▮▮▮▮ | R/S B/m | FAC Elmore |
|---|---|---|---|---|

# EMERGENCY

| ADMISSION DATE 1 / 10 /05 | TIME 12⁰⁵ AM/PM | ORIGINATING FACILITY Elmore ☐ SIR ☐ PDL ☐ ESCAPEE ☐ ____ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |

| ALLERGIES NKDA | O₂ sat 98% | CONDITION ON ADMISSION ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

| VITAL SIGNS: TEMP 97⁹ | ORAL/RECTAL | RESP 22 | PULSE 90 | B/P 154/108 | RECHECK IF SYSTOLIC <100> 50 / |

**NATURE OF INJURY OR ILLNESS**

S. David Calhoun grab a chair @ me + threaten to hit c it. Then hi swung the chair "the chair" @ me.

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / ____ SUTURES |

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O: A+O x3 Skin w/o to touch. Resp reg c ease. C/o pain to Lt forearm. No deformities noted V edema. Capillary refill less 3sec.

**ORDERS / MEDICATIONS / IV FLUIDS**

P: Refer to HCP

Ice Pack

X-Ray Lt Arm forearm    1/11/05

| | TIME | BY |

A: Body chart per D.O.C.

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE 1/10/05 | TIME 12¹ AM/PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULENCE ☐ ____ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE ____ RN | DATE 1/10/05 | PHYSICIAN'S SIGNATURE ____ | DATE 1/10/05 | CONSULTATION |

| INMATE NAME (LAST, FIRST MIDDLE) Ellis, Clifford | DOC# 208226 | DOB ____ | R/S B/M | FAC Elmore |

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 12/11/04 | TIME 8:00 ☒ PM | ORIGINATING FACILITY Elmore ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|---|

| ALLERGIES NKA | CONDITION ON ADMISSION ☐ GOOD ☒ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP 97.5 | ORAL RECTAL | RESP 20 | PULSE 58 | B/P 120/88 | RECHECK IF SYSTOLIC <100> 50 ___/___ |
|---|---|---|---|---|---|

**NATURE OF INJURY OR ILLNESS**

S- On Oct 28th 2004 I was in an accident which is causing extreme pain across back of my neck, down my (L) shoulder, down my arm. I've been going to sick calls over 20 times for the same reason. Not only that the pain continues but I'm being charged for each sick call.

O- A&O x3. No bruise or inflammation noted. C/o pain in back

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|



PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

of neck, (L) shoulder & (L) arm. Pain same during ROM Head. But feels sharp pain (L) side of neck while tilting head to the (R)

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

A- Pt in comfort.

P- Has HCU appt 12/13/04
Motrin 800 mg x PO now for pain

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE 12/11/04 | TIME 8:35 ☒ PM | RELEASE / TRANSFERRED TO ☒ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE | DATE 12/11/4 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Ellis Clifford | DOC# 208226 | DOB ▓▓▓▓ | R/S B/M | FAC Elmore |
|---|---|---|---|---|

PHS-MD-70007                    (White – Record Copy, Yellow – Pharmacy Copy)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Ellis, Clifford
208226
Elmore
400

D.O.B.
ALLERGIES: NKA

Use Last    Date 5/31/05

DIAGNOSIS (If Chg'd)
D/C Dilantin & Vasotec
new Dilantin 100mg FOUR PO QD x 100 days
Vasotec 20mg T PO QD x 100 days 3 hop
007401

5/31/05

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Ellis, Clifford
208226

D.O.B.
ALLERGIES:
Elmore
0820

Use Fourth    Date 5/16/05

DIAGNOSIS (If Chg'd)
Dilantin ER 100mg  IV  po qd last pill cell
x 40 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Ellis, Clifford
208226
Elmore
1130

D.O.B.
ALLERGIES: NKA

Use Third    Date 5/3/05

DIAGNOSIS (If Chg'd)
Feldene 20 T PO QD x 14 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Ellis Clifford

D.O.B.   / /
ALLERGIES:

Use Second    Date 4/11/05

DIAGNOSIS (If Chg'd)
HCU F/u HA

5/3/0 40 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Ellis, Clifford
208226
Elmore
1026

D.O.B.
ALLERGIES: NKA

Use First    Date 3/30/05

DIAGNOSIS
210844
D/C Vasotec
new Vasotec 20mg PO QD x 90 days 3 hop
12 Lead BMS     CXR PA Lat  HTN
UA/p

ALERT 3/30/05 @ 233p

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Ellis, Clifford
208226

D.O.B
ALLERGIES:

DIAGNOSIS (If Chg'd)
① HCU BP √ today, Wed & Friday
② Appt next week

Note BP
3/16/05   3/23/05 mDapat

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

Use Last   Date 3/16/05

NAME: Ellis, Clifford
208226

D.O
ALLRIES: NKA
Use'h   Date 3/3/05

DIAGNOSIS (If Chg'd)
① ccc HTN
② Vasotec 10mg Po qd × qd one PO
qd as directed   KOP.

06003/4/05

☐ GENERIC SUBSTITUTION IS NOT PERMITTED   noted

N Ellis, Clifford
208226

GIES: NKU

DIAGNOSIS (If Chg'd)
D/C current Dilantin
now Dilantin ER 100mg four PO 2PM   90 days
001401 × 60 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

Date 2/14/05

Ellis, Clifford
208226

GIES:

DIAGNOSIS (If Chg'd)
① light duty for duration of
② Dble Mattress
× 90 d
③ HCU F/U 3 wks   3/3/05 mDay

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

cond   Date 2/10/05

Ellis, Clifford
208226

DIAGNOSIS
HCU visit 2/10/05

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

B:
ERGIES:

st   Date 2/9/05



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.  /  / | |
| ALLERGIES: | |
| Use Last     Date  /  / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.  /  / | |
| ALLERGIES: | |
| Use Fourth     Date  /  / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.  /  / | |
| ALLERGIES: | |
| Use Third     Date  /  / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Ellis Clifford | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.  /  / | ① Feldene 20 mg Po qd x 10d |
| ALLERGIES: | ② HCU F/u 1wk  2/9/05 mp |
| Use Second     Date 1 31 05 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Ellis, Clifford  208226 | DIAGNOSIS |
|---|---|
| D.O.B.  /  / | ☒ Find Chart |
| ALLERGIES: NKA | |
| Use First     Date 1 24 05 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

60110. (4/03)

MEDICAL RECORDS COPY



**PRISON HEALTH SERVICES INCORPORATED**

## PHYSICIANS' ORDERS

NAME: ELLIS, CLIFFORD
208226
Draper

D.O.B.
ALLERGIES: NKA

Use Last     Date 12/9/04

DIAGNOSIS (If Chg'd)    appt 12/13/04 80
HCU visit - cont Back pain
XRay - Spinal Series Print to appt
X-Ray on 12/3/04
Noted ___ 8/12/04

□ GENERIC SUBSTITUTION IS NOT PERMITTED    Xass tu CRNP

---

NAME: ELLIS, CLIFFORD
Draper 208226

D.O.B.
ALLERGIES: NKA     Draper

Use Fourth     Date 11/15/04

DIAGNOSIS (If Chg'd)
May have Motrin 600 mg & Purcocia/ ? ROTID
X 5 days
Dc previous motrin order

□ GENERIC SUBSTITUTION IS NOT PERMITTED    Xass tu CRNP

---

NAME: Ellis Clifford
208226

D.O.B.
ALLERGIES: NKA

Use Third     Date 11/2/04

DIAGNOSIS (If Chg'd)
Profile for Low N X 3 days
No strenuous activity x 30 days
c heavy lifting > 15 lbs

□ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Ellis, Clifford
Draper 208226

D.O.B.
ALLERGIES: NKA

Use Second     Date / /

DIAGNOSIS (If Chg'd)
Spinal Series     XRay
L/S & cervical, spine today
HCU visit p films

□ GENERIC SUBSTITUTION IS NOT PERMITTED    Xass tu CRNP

---

NAME: Ellis, Clifford
208226
Draper

D.O.B.
ALLERGIES:

First     Date 11/1/04

DIAGNOSIS
Motrin 800 BID x 7d

□ GENERIC SUBSTITUTION IS NOT PERMITTED



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

*Elmore*

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Clifford Ellis          Date of Request: 11-06-05
ID # 208226          Date of Birth: ▓▓▓▓▓     Location: C2-124
Nature of problem or request: follow-up flot of pain in my neck. I have
been complain now for a long time. I need help my head hurting, having
blurry vision.

          Clifford Ellis
          Signature

### DO NOT WRITE BELOW THIS LINE

Date: 11/07/05
Time: 750    (AM) PM
Allergies: NKA

```
┌─────────────────────────────────┐
│         RECEIVED                │
│ Date: 11/6/05                   │
│ Time: 22w                       │
│ Receiving Nurse Intials  C—     │
└─────────────────────────────────┘
```

**(S)ubjective:** My neck hurts, every AM when I wake up I
can't bend my neck nor turn it (a little bit) I can't see
far. The pain goes down my neck/spine to middle of my back

**(O)bjective  (V/S):** T: 90.3   P: 72   R: 18   BP: 100/90   WT: 160
Requesting to have seizure meds at noon instead of 6p.
Carries neck stiffly, able to bend but limited & c/o pain PERRLA,
eyes clear. Requests to see M.D., emergency.

**(A)ssessment:** Alteration in Comfort

                    11/7/05
**(P)lan:** HCP to review       Please chart

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRn
          CIRCLE ONE
Check One:   ROUTINE ( )   EMERGENCY ( )
   If Emergency was PHS supervisor notified:   Yes ( )   No ( )
   Was MD/PA on call notified:   Yes ( )   No ( )

          D. Austin, LPN
          SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

ELMORE



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Clifford Ellis                     Date of Request: 11-11-05
ID # 208226                  Date of Birth: ▮▮▮▮  Location: C2-124
Nature of problem or request: Follow-up. Need to see M.D. urgent. I could
not hardly walk this morning. Need to see the Doctor. Do to the accident

_____ Clifford Ellis
                                        Signature

### DO NOT WRITE BELOW THIS LINE

Date: 11/14/05
Time: 750   AM PM
Allergies: NKA

| RECEIVED |
|---|
| Date: 11/11/05 |
| Time: 220 |
| Receiving Nurse Intials  CW |

**(S)ubjective:** I have pain in my neck while walking and my vision gets blurry. My legs went out when I got up and they were hurting. Also I have a split in my gums and pain in my cheek

**(O)bjective:** (V/S): T: 98.8  P: 76  R: 20  BP:  WT: 160
AO×3. Noted ambulated into sick call ē problems except keeping neck stiff. Noted vision blurry @ distance, Ask to read sign @ door 40 feet away but said "I can't read it." Short distance able to read ē difficulty. Got up and was unable to walk, has to hold on to something. I never had pain in my legs before accident and now recently pain started several months ago. States this am "EMERGENCY MD review

**(A)ssessment:**

**(P)lan:**

Refer to: MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                        CIRCLE ONE   NOTE: Was threatened to be
Check One:  ROUTINE (✓)   EMERGENCY ( )              sued by an attorney
   If Emergency was PHS supervisor notified:   Yes ( )   No ( )  for not receiving
   Was MD/PA on call notified:    Yes ( )   No ( )  immediate attention

_____
         SIGNATURE AND TITLE                    witness: E. La forge

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Alford Ellis_     Date of Request: _11-11-05_
ID # _308226_     Date of Birth: �    Location: _D-124_
Nature of problem or request: _follow up Med is not helping___

_____

_____

                _Alford Ellis_
                *Signature*

## DO NOT WRITE BELOW THIS LINE

Date: _11/14/05_
Time: _750_ AM PM
Allergies: _NKA_

> **RECEIVED**
> Date: _11/11/05_
> Time: _226_
> Receiving Nurse Intials _CW_

**(S)ubjective:** _I have pain in my neck while walking and my vision gets blurry. My legs went on when I got up and they were hurting. Also I have a spot in my gums and pain in my cheek_

**(O)bjective (V/S): T:** _98.6_ **P:** _76_ **R:** _20_ **BP:** **WT:** _160_
_NOR3. Noted ambulated with no problems except keeping head still. Noted vision blurry @ distance. Ask to read sign @ door 50 feet away and said "I can't read it" Short distance able to read_

**(A)ssessment:**

**(P)lan:** _with difficulty. Got up and was unable to walk, had to hold on to something. I never had pain in my legs before accident and now recently pain started several months ago. States this am to be seen. MD review_

Refer to: **MD/PA**   Mental Health   Dental   Daily Treatment    Return to Clinic PRN
           CIRCLE ONE   _NOTE_ _Was threatening to her_
Check One: ROUTINE (✓)   EMERGENCY ( )         
   If Emergency was PHS supervisor notified:   Yes ( )   No ( ) _such by an attorney_
   Was MD/PA on call notified:   Yes ( )   No ( ) _for not giving_
                             _immediate attention_

        _B. LaHugh_             _witness: B. LaHugh_
               *SIGNATURE AND TITLE*



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: *Clifford Ellis*     Date of Request: *11-14-05*
ID # *208226*     Date of Birth: ▇▇▇▇    Location: *C2-124*
Nature of problem or request: *Follow-up. Having the same problems with my neck, legs, visioning. I have been complaining for a long time now over a year. I need to see the doctor urgent. Please help.*

*Clifford Ellis*
Signature

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

```
                              RECEIVED
                   Date:
                   Time:
                   Receiving Nurse Intials _____
```

**(S)ubjective:**     *At healthcare josee HCP's*

**(O)bjective**   **(V/S): T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )    No ( )
        Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Clifford Ellis_    Date of Request: _11-14-_

ID # _208226_    Date of Birth: █████    Location: _C2-124_

Nature of problem or request: _Follow-up, Having the same problems with my neck legs, spasming, I have been complaining for a long time now over a far. I need to see the cardiologist. Plaze Help_

_Clifford Ellis_
                                        Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/____
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**    _At healthcase Hosee 11et's_

**(O)bjective**    **(V/S): T:** _____    **P:** _____    **R:** _____    **BP:** _____    **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Clifford Ellis     Date of Request: 12-01-04

ID # 208226     Date of Birth: ▓▓▓▓▓     Location: 7-88

Nature of problem or request: My back are still hurting. I bought some pain pills. They don't work. And I'm having very bad head pain as well. Please do something about this situation.

_Clifford D. Ellis_
Signature

## DO NOT WRITE BELOW THIS LINE

Date: 12 / 2 / 04
Time: 530 AM PM
Allergies: NKA

RECEIVED
Date:
Time:
Receiving Nurse Intials _____

**(S)ubjective:** My BACK is still hurting the pain is going from my shoulder blades to my small of my BACK

**(O)bjective** (V/S): T: 97 6     P: 70     R: 20     BP: WS/62     WT: 17?

Rom normal voltes with slight gait ø signs of pain able to torch toes Bend side to side without Any Sig of pain

**(A)ssessment:** Alteration in comfort

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE

Check One:   ROUTINE ( )     EMERGENCY ( )
If Emergency was PHS supervisor notified:     Yes ( )   No ( )
Was MD/PA on call notified:     Yes ( )   No ( )

_SIGNATURE AND TITLE_

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 8 / 6 / 05 | TIME 810 AM PM | ORIGINATING FACILITY Elmore ☐ SIR ☐ PDL ☐ ESCAPEE ☐_____ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES  NKDA | CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP 98⁴ | ORAL RECTAL | RESP 20 | : | PULSE 58 | B/P 50/100 | RECHECK IF SYSTOLIC <100> 50 / |
|---|---|---|---|---|---|---|

| NATURE OF INJURY OR ILLNESS | | | |
|---|---|---|---|

S- "When I breethe in it
hurts." It hurts to swallow.

| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|

SATS 96%

**PROFILE RIGHT OR LEFT**

**RIGHT OR LEFT**

**PHYSICAL EXAMINATION**

O- EKG Done Normal Sinus
Rhythym. No swelling noted
to neck or bruises. Has
not taken meds (Dilantin,
Tylenol ES) was in altercation
on (8/5/05)
A- Altercation in conflict
P- Refer to HCP

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Tylenol ES Ti gun | 815 | a |
| Dilantin 400mg gun | 815 | a |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE 8 / 6 / 05 | TIME 820 AM PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE C. Lewis LPN | DATE 8/6/05 | PHYSICIAN'S SIGNATURE R. Kasturi CRP | DATE 8-8-05 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Ellis, Clifford | DOC# | DOB | R/S | FAC EC |
|---|---|---|---|---|



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**



Print Name: Clifford Ellis    Date of Request: 10-29-05
ID # 208226    Date of Birth: ▮▮▮▮    Location: C2-124
Nature of problem or request: Follow-up. My pain pills need to be reorder
and I'm having problem in my mouth. Like I'm chewing on my gum. In
the morning my neck be locking up when it's ▮▮▮▮ cold. I'm hurting
very bad right now. Please Help me.

Clifford Ellis
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: 10/31/05
Time: 755/8  (AM) PM
Allergies: NKA

| RECEIVED |
|---|
| Date: 10-30-05 |
| Time: 2200 |
| Receiving Nurse Intials  Sm |

Sick
call

**(S)ubjective:** I need pain pills reordered. Tylenol, my neck
locks up in the AM & I wear a towel around it, down my spine
hurts.

**(O)bjective** Has towel around neck, requests to see M.D. C/o
Problems getting worse. Carries neck stiffly. C/o pain to gums (R)
side of mouth, gums pink, Ø sores noted. Ø c/o spitting out blood.

**(A)ssessment:** Alteration in Comfort

**(P)lan:** HCP to review
Wgt 163, T-98.1, P-76, R-18, BP-110/72

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (✓)    EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:   Yes ( )    No ( )

D Austin lpn / Dguiceerar
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT





**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: *Clifford Ellis*               Date of Request: *10-17-05*
ID # *208226*                  Date of Birth: ▮▮▮▮ Location: *C2-124*
Nature of problem or request: *A follow-up and something has bit me on my*
*arm.*

_____

_____ *Clifford Ellis* _____
                                    Signature

## DO NOT WRITE BELOW THIS LINE

Date: *10/18/05*
Time: *740A* (AM) PM
Allergies: *NKA*

> RECEIVED
> Date: *10/17/05*
> Time: *2130*
> Receiving Nurse Intials ___ *Sm* ___ Sick
>                                    Call

**(S)ubjective:** *Something bit me on my arm 2 days ago.*

**(O)bjective  (V/S): T:** *98.3*  **P:** *76*  **R:** *19*  **BP:** *110/90*  **WT:** *162*
*Noted small bump to (R) elbow area. ∅ infection noted, ∅*
*drainage noted. Requests info. on follow-up. FWA.*

**(A)ssessment:** *Alteration in Comfort.*

**(P)lan:** *HCP to review*

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                                  CIRCLE ONE
Check One:   ROUTINE (✓)   EMERGENCY ( )
       If Emergency was PHS supervisor notified:   Yes ( )   No ( )
       Was MD/PA on call notified:   Yes ( )   No ( )

_____ *J. Austin LPN | Pfuceerns 10/18/05* _____
                    SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Clifford Ellis_          Date of Request: _9-15-05_
ID # _208226_                Date of Birth ██████ Location: _C2-178_
Nature of problem or request: _Follow-up concerning about my neck._
_I need to see the doctor._

_Clifford Ell_
                                              Signature

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM PM
Allergies: _____

> RECEIVED
> Date: 9/15/05
> Time: 9:25 pm
> Receiving Nurse Intials _bj_

**(S)ubjective:**

Waive 9/16/05

**(O)bjective    (V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

made aware
of MD appt
→JW

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
                                      CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )      No ( )
                Was MD/PA on call notified:    Yes ( )      No ( )

_____
                              SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _____ Date of Request: _____
ID # _____ Date of Birth: ▮▮▮▮▮▮ Location: _____
Nature of problem or request: _____
_I need to see the doctor_ _____
_____
_____

_____
                          *Signature*

## DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

```
┌─────────────────────────────────┐
│           RECEIVED              │
│  Date: _____             │
│  Time: _____             │
│  Receiving Nurse Intials _____ │
└─────────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**   (V/S):  **T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                                    CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )    No ( )
                  Was MD/PA on call notified:   Yes ( )    No ( )

_____
        *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _____  Date of Request: _____
ID # _____  Date of Birth _____ Location: _____
Nature of problem or request: _____
_____
_____
_____
_____
                                                      *Signature*

---

**DO NOT WRITE BELOW THIS LINE**

Date: 08/30/05
Time: 7:28/A   (AM) PM
Allergies: NKA

> RECEIVED
> Date: 8/29/05
> Time: 2cw
> Receiving Nurse Intials: CW

**(S)ubjective:** My neck still hurts real, I don't want any medications. I will still take it until you all get me some proper help.

**(O)bjective:** Turning neck from side to side limited & C/o pain, C/o pain when looking down, pain goes to chest & back areas, Request to see M.D. for problem, wants "g thing to be like it was".

**(A)ssessment:** Alteration in Comfort

**(P)lan:** HCP to review

Wgt 163, T-98⁷ P-68  R-20  BP-107/82

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                           CIRCLE ONE                                    Has appt 9/1/05
Check One:  ROUTINE (✓)   EMERGENCY ( )
      If Emergency was PHS supervisor notified:   Yes ( )    No ( )
      Was MD/PA on call notified:   Yes ( )    No ( )

                    D. Austin LPN                    RN Losentu cPNP
                  *SIGNATURE AND TITLE*                  8-30-c

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _____  Date of Request: _____

ID # _____  Date of Birth: ▓▓▓▓▓  Location: _____

Nature of problem or request: _____

_____

_____

_____

_____
                                          *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___

Time: _____ AM  PM

Allergies: _____

RECEIVED
Date: 8/28/05
Time: 2000
Receiving Nurse Intials ___

*Sick Call*

**(S)ubjective:** Pain in my neck (pointing to left side) is shooting up my neck and continues shooting down my spine, & leg, both legs. my vision is blurry at distance.

**(O)bjective:** WT 170  T 98.3, P 80, R 20, 128/82. Inmate c/o pain in neck, ® arm, legs, spine ē pain running up ® side of head. Neck stiff ē difficulty turning head more than 5 degrees. Full range of motion ē arm and both legs.

**(A)ssessment:** Ambulates ē difficulty. Alt in comfort

**(P)lan:** MD review

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment      Return to Clinic PRN
                              CIRCLE ONE

Check One:  ROUTINE ( )    EMERGENCY ( )

If Emergency was PHS supervisor notified:  Yes ( )    No ( )

Was MD/PA on call notified:  Yes ( )    No ( )

Has appt ē MD
9-1-05

_____ 8-24-05

_____
                    *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE

YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Clifford Ellis          Date of Request: 08-18-05
ID # 208326          Date of Birth: ▇▇▇▇  Location: C2-179
Nature of problem or request: My neck is hurting very bad now do to the
fact the other inmate choke me and it was alright hurting but he made it
worst. I need to see a doctor

Clifford Ellis
*Signature*

### ~~DO NOT WRITE BELOW THIS LINE~~

Date: 8/19/05
Time: 7:15  AM/PM
Allergies: NKA

WT ± 170 lbs.

RECEIVED
Date: 8/18/05
Time: 2230
Receiving Nurse Intials: Dm

**(S)ubjective:** My neck going down my spine hurts when I try to bend my head forward. Also, hurts when I tilt my head to each side. I was choked 8/5/05.

**(O)bjective:** A0x3. Noted no swelling. Head ROM normal except Tilting head forward - c/o pain down spine. c/o pain p turning head 45° L & R. c/o pain when tilting

**(A)ssessment:** head 15° L & R.
Alt. in comfort

**(P)lan:** MD review

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (✓)   EMERGENCY ( )                    Has 9/1/05 app✓
If Emergency was PHS supervisor notified:   Yes ( )   No ( ) 8/19/05
Was MD/PA on call notified:   Yes ( )   No ( ) 8/19/05

*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: *Clifford Ellis*          Date of Request: *06-22-05*
ID # *208226*                Date of Birth: ▓▓▓ Location: *C2-76*
Nature of problem or request: *Follow-up and need to see the doctor*
*Concerning about my neck.*

                                    *Clifford Ellis*
                                    Signature

### DO NOT WRITE BELOW THIS LINE

Date: *06/23/05*
Time: *830/A*   (AM) PM
Allergies: *NKA*

┌─────────────────────────────┐
│          RECEIVED           │
│ Date: *6/22/05*             │
│ Time: *2230*                │
│ Receiving Nurse Intials     │
└─────────────────────────────┘
*Sick Call*

**(S)ubjective:** *I got pain in my neck.*

**(O)bjective** (V/S): T: *98.2*   P: *60*   R: *18*   BP: *102/64*   WT: *120*
*C/o ~~discomfort~~ discomfort upon flexion of neck to (R) side + back. Ø*
*edema noted, Ø bruises noted. Requests more X-Rays + whatever can*
*be done. Request to see MD.*

**(A)ssessment:** *Alteration in Comfort*

**(P)lan:** *HCP to review*

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                        CIRCLE ONE
Check One:   ROUTINE (✓)   EMERGENCY ( )
      If Emergency was PHS supervisor notified:   Yes ( )   No ( )
      Was MD/PA on call notified:   Yes ( )   No ( )

                    *D Austin*
                    SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS REC



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Clifford Ellis                    Date of Request: 04-20-05
ID # 208226 _____ Date of Birth: ▓▓▓▓ Location: A-1-4
Nature of problem or request: I need to see the M.D Dr. Williams
Concering the something about my neck.

_Clifford Ellis_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: 4/22/05
Time: 0740 AM PM
Allergies: NKDA

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** "I can only move my neck so far without it hurting me."
"I had some pain medicine" "Im not taking any now"
"I keep having HA"

**(O)bjective**   (V/S):  T: 99⁵    P: 82    R: 20    BP: 122/84    WT: 169
Has towel around neck. Limited Rom to neck bilateral. Peorla, ®grips bilateral
Gait is steady. C/o HA. Request to see Dr Williams.

**(A)ssessment:** Alteration In Comfort

**(P)lan:** See MD

_[signature] 4-22-05_

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE (✓)   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:   Yes ( )    No ( )

_D McLeod Lp_
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Clifford Ellis                     Date of Request: 03-12-03

ID # 208226                    Date of Birth [redacted]    Location: A-1-4

Nature of problem or request: My head has been hurting very bad. Them pills make it hurt worst, when I wake up head be hurting. I be move my neck and then my head start hurting. I have not been to no treatment because they say my name is not on the list. I need to see you Dr. William very important. Thank you for your time and help.

_Clifford Ellis_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: 03/16/05
Time: 730/A    AM PM
Allergies: NKA

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** My head has been hurting real bad, the pills make my head hurt worse.

**(O)bjective:** (V/S): T: 98.3   P: 68   R: 18   BP: 100/60   WT: 165

Has towel around base of neck, PERRLA, grips strong bilat, ambulates c̄ diff. CW HA c̄ present + requests to see Dr. Williams.

**(A)ssessment:** Alteration in Comfort

**(P)lan:** Ncp to review

H. Philly 3/16/05

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( ✓ )   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_Wustin Lpn_
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Clifford Ellis_          Date of Request: _02-03-05_
ID # _208226_          Date of Birth: ▓▓▓▓    Location: _A-1-7_
Nature of problem or request: _Very bad Pain from my neck down into my chest. I can't_
_sit down very long before my back start to hurt. Thank You for Your help and time_
_Please do something about this Pain please_
_Do to the accident_

_Clifford Ellis_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

```
RECEIVED
Date: 2/3/05
Time: 1000p
Receiving Nurse Intials   MB
```
                                                    s/c

**(S)ubjective:**  _I have a lot of pain from my neck down_
_my Chest. I can't sit long before my back_
_starts to hurt._

**(O)bjective**  (V/S):  T: _98°_  P: _66_  R: _20_  BP: _114/86_  WT: _185_
_AA0x3. c/o Neck pain running down to ℝ chest_
_c/o pain in back of neck down ½ back as well_

**(A)ssessment:**  _pain both sides around Kidney. Says his neck_
_locks up when its cold. also says he feels_
_crackling sounds when he moves his neck._

**(P)lan:**  _Noted c̄ stiff neck. Can move 10% Ⓛ & ℝ ↑._
_ALT in Comfort_
_HCU Review_

Refer to: ( MD/PA ) Mental Health  Dental  Daily Treatment      Return to Clinic PRN
                        CIRCLE ONE
Check One:  ROUTINE (✓)    EMERGENCY ( )
     If Emergency was PHS supervisor notified:  Yes ( )  No ( )
           Was MD/PA on call notified:  Yes ( )  No ( )

_____
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Clifford Ellis _____ Date of Request: 01-30-05
ID # 208226 _____ Date of Birth: ▊▊▊ Location: A-1-4
Nature of problem or request: I am having very bad pain in my neck upper back and
arms when the cold air hit my neck it lock up on me. Please do something about this
Problem I have been having this problem for a while now. Please help me

_____ Clifford Ellis _____
Signature

## DO NOT WRITE BELOW THIS LINE

Date: 1/31/05
Time: 8 35  AM PM
Allergies: NKA

```
RECEIVED
Date: 1-30-05        Sick
Time: 1800            care
Receiving Nurse Intials: PM
```

**(S)ubjective:** The profile I possess I feel is not suitable in
my condition. The pain in my shoulders and around
my spine are unbearable esp around my neck on cold weat

**(O)bjective:** (V/S): T: 98³  P: 76  R: 20  BP: 106/84  WT: 185
PAOX3. States he needs to see MD immediately - soon
as possible. c/o Pain on both shoulders, spine

**(A)ssessment:** and neck area, esp when cold. Needs pain
med renewed.
ACT in comfort

**(P)lan:** HCV review                    work up w/
                                          Dr Voss normal
                                          collar DC'd
                                          Return to Clinic PRN
                                          Nature RN

Refer to: MD/PA  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
                        CIRCLE ONE
Check One:  ROUTINE (✓)    EMERGENCY ( )
    If Emergency was PHS supervisor notified:  Yes ( )  No ( )
        Was MD/PA on call notified:  Yes ( )  No ( )

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Clifford Ellis _____ Date of Request: 01-23-05

ID # 208226 _____ Date of Birth ▒▒▒▒ Location: C-2-14b

Nature of problem or request: Dr William, my neck and shoulders are still hurting very bad. Last night the pain hit me in the front. Sharp pain in the upper part of my back. Thank you again for your time and help in my situation.

_____

Clifford B. Ellis
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: 01/24/05
Time: 0748 AM PM
Allergies: NKA

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** I'm in pain my med is not doing any good.

**(O)bjective (V/S):** T: 98¹  P: 80  R: 20  BP: 110/80  WT: 180

① Blue jacket c/o pain around neck & in shoulder
States "mobility is pain full.

**(A)ssessment:**

Alteration, in comfort

**(P)lan:**

Hcp review

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment  Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )  EMERGENCY ( )       out guide Enent requested
If Emergency was PHS supervisor notified:  Yes ( )  No ( )  1/24/05
Was MD/PA on call notified:  Yes ( )  No ( )

_____
SIGNATURE AND TITLE

WHITE:  INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: Clifford Ellis                Date of Request: 11-14-04
ID # 208226              Date of Birth: ____    Location: 7-88
Nature of problem or request: My back was still hurting. I have been complaining
for the last two weeks about my back injury. Why do you allow me to
suffer like this Please help me in my situation.

Signature: Clifford Elles

---

### DO NOT WRITE BELOW THIS LINE

Date: 11 /15 / 04
Time: 5        AM PM
Allergies: NKA

| RECEIVED |
| --- |
| Date: 11/14/04 |
| Time: 8³⁰ pm |
| Receiving Nurse Intials: |

**(S)ubjective:** My BACK cont to Hust from the accident on 10-28-04
when I sent down I cant sit down for more then 10
min without pain

**(O)bjective:** (V/S): T: 98⁸  P: 68  R: 26  BP: 110/64  WT: 170
Rom normal walks without gait Bends half way at wast
without signs of pain Able to move Arms without any Rom
problems

**(A)ssessment:**
Alteration in comfort

**(P)lan:** Wcp Rovaw

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )    No ( )
        Was MD/PA on call notified:    Yes ( )    No ( )

SIGNATURE AND TITLE                11-15-07

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Clifford Ellis                     Date of Request: 11-07-04
ID # 208226                 Date of Birth: ▓▓▓▓    Location: 7-88
Nature of problem or request: I'm still in pairi. I need some help. Are
this pain going to be with for the rest of life. Please help me
Thank You Du to the accident

_____
Clifford Ellis
                                              Signature

### DO NOT WRITE BELOW THIS LINE

Date: 11/08/04
Time: 5:14 (AM) PM
Allergies: NKA

┌─────────────────────────────────┐
│         RECEIVED                 │
│ Date: 11-07-04                   │
│ Time: 1925                       │
│ Receiving Nurse Intials ___ AM   │
└─────────────────────────────────┘

**(S)ubjective:** I am still in pain, I need to see the doctor
my shoulders + neck hurt.

**(O)bjective:** (V/S): T: 97.9   P: 68   R: 18   BP: 118/88   WT:
Able to raise arms to head length. Pulses to arms strong. 0 edema
noted, grips to hands strong bilaterally, neck supple but c/o pain
but does not ~~flexted~~ grimace.

**(A)ssessment:** Alteration in Comfort

**(P)lan:** HCP to review

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
                                CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )    No ( )
                Was MD/PA on call notified:   Yes ( )    No ( )

_____
                                          A. Dawton RN
        SIGNATURE AND TITLE                11-8-04



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Clifford Ellis                    Date of Request: 11-03-04
ID # 208226                    Date of Birth: ████    Location: 7-88
Nature of problem or request: The pills I'm taking is not working. I'm in a lot of
Pain. Please do something about this pain. Thank You for Your help.
Do to the accident.

_Clifford Ellis_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: 11-4-04
Time: 5:55 (AM) PM
Allergies: NKDA

```
RECEIVED
Date: 11/3/04
Time: 10:30 pm
Receiving Nurse Intials: ___
```

**(S)ubjective:** Stabbing pain under (B) shoulder
blades. The pain med is not work
& back of neck

**(O)bjective   (V/S):** T: 98² P: 65 R: 18 BP: 112/05 WT:
Currently on Motrin 600mg, B10
& swelling noted/mistakes "car wreck last
Thursday?"

**(A)ssessment:** Alter comfort

**(P)lan:** ACP to review

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )      No ( )
Was MD/PA on call notified:   Yes ( )      No ( )

_Lewis LPN_        _Lustmer LPN_
SIGNATURE AND TITLE        1159

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Clifford Ellis    Date of Request: 11-01-04
ID # 208226    Date of Birth: ▮▮▮▮    Location: 7-88
Nature of problem or request: My back are still hurting. The pill don't work
I can't hardly move my neck and arms. My head are hurting
bad too. I am doing heavy work something I can't do right now.
I got to get something from you until I get heal. I need to see you
                                    Clifford Ellis
                                    _Signature_

### DO NOT WRITE BELOW THIS LINE

Date: 11/2/04
Time: 505    (AM) PM
Allergies: NKDA

```
┌─────────────────────────────────┐
│           RECEIVED              │
│  Date: 11/1/04                  │
│  Time: 11°° pm                  │
│  Receiving Nurse Intials: AP    │
└─────────────────────────────────┘
```

(S)ubjective: I need a stop up until I heal. I was in in a accident Thursday. The pain medicine is not work

(O)bjective (V/S): T: 98.1  P: 80  R: 18  BP: 130/70  WT:
Currently on motrin for pain

(A)ssessment: alt in comfort

(P)lan: Hr Pto review

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
                        CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )   No ( )
        Was MD/PA on call notified:   Yes ( )   No ( )

_____    L. Leastueprng
            SIGNATURE AND TITLE       11-2-04

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Clifford Ellis                    Date of Request: 10-31-04
ID # 208226                    Date of Birth: ███    Location: 7-88
Nature of problem or request: My back are still hurting. I got soures in my
shoulder and neck. Thank you for your help. (Do to the accident.)

_Clifford Ellis_
Signature

~~DO NOT WRITE BELOW THIS LINE~~

Date: 11 / 1 / 04
Time: 5:10  (AM) PM
Allergies: NKA

| RECEIVED |
| --- |
| Date: 10/31/04 |
| Time: 8:05 pm |
| Receiving Nurse Intials: _JA_ |

**(S)ubjective:** My BACK AND shoulder been Huiting ever since
the accident And I've been HAving Headaches

**(O)bjective** (V/S): T: 98² P: 64 R: 20 BP: 120/78 WT: 120
Alert x 3 Resp unlabored clear SKIN warm to the touch
Able to been bend over at waist ∅ signs of acute distress mace
Able to Flex neck in Both Directions without pain

**(A)ssessment:** ~~HCP Review~~ Alteratuin in comfort

**(P)lan:** HCP Review

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )      No ( )
    Was MD/PA on call notified:   Yes ( )      No ( )

_NHA LPN_
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 6 / 8 / 05 | TIME 325 ☐AM ☒PM | ORIGINATING FACILITY _Elmore_ ☐SIR ☐PDL ☐ESCAPEE ☐____ | ☐SICK CALL ☐EMERGENCY ☐OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKA | CONDITION ON ADMISSION ☐GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA |
|---|---|

| VITAL SIGNS: TEMP 983 | ORAL RECTAL | RESP 20 | PULSE 66 | B/P 120/80 | RECHECK IF SYSTOLIC <100> 50  / |
|---|---|---|---|---|---|

NATURE OF INJURY OR ILLNESS

S- "My head hurts real bad,
and I can't hardly bend my
neck down." "My left leg
has kinda been bothering me."

| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE x z z | LACERATION / ____ SUTURES |
|---|---|---|---|---|---|

PROFILE RIGHT OR LEFT

PHYSICAL EXAMINATION

O- Unable to turn neck
from side to side. Can
partial bend neck down to
chest and back.

RIGHT OR LEFT

A- Alterations in comfort.

P- M.D. to review.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Motrin 600mg PO TID X 3 days Sign up for sick call | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 6 / 8 / 05 | TIME 330 ☐AM ☒PM | RELEASE / TRANSFERRED TO 6/8/05 | ☒DOC ☐AMBULENCE | CONDITION ON DISCHARGE ☒SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |
|---|---|---|---|---|

| NURSE'S SIGNATURE C. Thompson | DATE 6/8/05 | PHYSICIAN'S SIGNATURE | DATE 6/8/05 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Ellis, Clifford | DOC# 208226 | DOB ▇▇▇ | R/S B/M | FAC. Elmore |
|---|---|---|---|---|



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Clifford Ellis    Date of Request: 7-27-04
ID # 208206    Date of Birth: [redacted]    Location: 2-16
Nature of problem or request: Follow - up.

Clifford Ellis
Signature

### DO NOT WRITE BELOW THIS LINE

Date: 7/28/04
Time: 5 55 (AM) PM
Allergies: NKA

RECEIVED
Date: 7.27.04
Time: 210
Receiving Nurse Intials ___

**(S)ubjective:** " my bottom gums are still sore & my gums still bleed every morning"

**(O)bjective** (V/S): T: 98.4   P: 76   R: 18   BP: 112/76   WT: ___
-Ø bleeding noted @ present. C/o pain in lower part of mouth

**(A)ssessment:** Alteration in comfort

**(P)lan:** MD/PA/ LRNP to review

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   | Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE (Ø   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

Sched f HCU
Appt
N. Shelly

SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _____ Date of Request: _____
ID # _____ Date of Birth: ▓▓▓▓▓▓ Location: _____
Nature of problem or request: _____
_____
_____
_____
_____ *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: 7/28/0_
Time: _____ (AM PM
Allergies: NKA

┌─────────────────────────────────────┐
│           RECEIVED                   │
│ Date: 7/27/00                        │
│ Time: 2/0                            │
│ Receiving Nurse Intials ___          │
└─────────────────────────────────────┘

**(S)ubjective:** _____

**(O)bjective (V/S): T:** 98 **P:** 176 **R:** 18 **BP:** 144/76 **WT:** ____

**(A)ssessment:** _____

**(P)lan:** _____

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment  ┌ Return to Clinic PRN ┐
                        CIRCLE ONE

Check One:  ROUTINE ( )   EMERGENCY ( )
        If Emergency was PHS supervisor notified:  Yes ( )   No ( )
        Was MD/PA on call notified:  Yes ( )   No ( )

_____
                        *SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### PHYSICIANS' ORDERS

| NAME: Ellis, Clifford | DIAGNOSIS (If Chg'd) Tylenol ÏÏ po BID PRN X 7 days |
|---|---|
| | Antacid ÏÏ po now |
| | Per protocol |
| D.O.B | M. Mow |
| ALLERGIES: NKA | |
| AIS# 208226 | 3/9/04 |
| Use Last    Date 3/9/04 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED    S#s |

| NAME Ellis, Clifford | DIAGNOSIS (If Chg'd) |
|---|---|
| Draper 208226 | 1) Dilantin level |
| | 2) CMP-14 + CBC/D + PLT |
| D.O.B. | 3) Tylenol 325m ÏÏ po BID |
| ALLERGIES: NKA | X 7 days PRN |
| Use Fourth    Date 5/26/00 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Third    Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Second    Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS |
|---|---|
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use First    Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

60110 (4/03)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Clifford Ellis_    Date of Request: _02-06-09_

ID # _120777_    Date of Birth: _____    Location: _____

Nature of problem or request: _I have two places coming up that_
_are most likely getting my entire area swollen_
_with puss and pain. I showed it to the nurse today_
_at insuline labs and she said to fill out a sick call_

_____
                                    _Signature_

### DO NOT WRITE BELOW THIS LINE

Date: __/__/__                    Refer to
Time: ___ AM PM                    SC
Allergies: _____

┌─────────────────────────────┐
│          RECEIVED           │
│ Date: 7/6/04                │
│ Time: 10:05 PM              │
│ Receiving Nurse Intials  RO │
└─────────────────────────────┘

**(S)ubjective:** _____

**(O)bjective    (V/S):** T: _____  P: _____  R: _____  BP: _____  WT: 171

_____

**(A)ssessment:** _____

**(P)lan:** _____

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
                                    CIRCLE ONE
Check One:   ROUTINE ( )       EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )    No ( )
               Was MD/PA on call notified:    Yes ( )    No ( )

_____
                    _SIGNATURE AND TITLE_

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

### Prison Health Services
### Treatment Record

**Treatment Ordered:**

*Weekly weight × 8 weeks*

| Date 9/10 | Date 9/16 | Date 9/23 | Date 9/30 | Date | Date | Date |
|---|---|---|---|---|---|---|
| 162/165 | 164 | 163 | 143 | | | |
| | | | | | | |
| *dm* | *dm* | *dm* | *dm* | | | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|---|---|---|---|---|---|---|
| | | | | | | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

**Comments:**

| Patient Name/Number | Allergies: | Housing Unit: |
|---|---|---|
| 208226 | NKA | Elmore |
| Ellis, Clifford | | |



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: *Clifford Ellis*     Date of Request: *03-08-04*
ID # *208226*     Date of Birth ▮▮▮▮     Location: *3-14*
Nature of problem or request: *The pill I have been taken is not agree*
*with my system. I'm having very bad headaches right now.*

_____

*Clifford Ellis*
Signature

## DO NOT WRITE BELOW THIS LINE

Date *3 8 /04*
Time: *5:35* (AM) PM
Allergies: *NKA*

┌─────────────────────────────┐
│       RECEIVED              │
│ Date:                       │
│ Time:                       │
│ Receiving Nurse Intials ____ │
└─────────────────────────────┘

**(S)ubjective:** *Medication Does not agree c̄ stomach. Request*
*Medication to be D. Need Stop ap from Pharm. Unable*
*Walk & Hx severe headaches. Hx Seizures seizure actual on Saturday*
**(O)bjective** *wt 169 /bs -80-18-11948. A to x 3. Respiration c̄ CER*
*Kun labored - Ambul c̄o difficulty. Bowel Sounl Active X4 Quad*
*No acute distress noted*
**(A)ssessment:** *Alteration comfort*


**(P)lan:** *MD Review)*
*Tylenual ii po BID / PRN X7 days )              done per protocol*
Refer to: *Antacid po now Gone e 5:40 AM MM)*
MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (✓)   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_____
*M. Mawh Ca*
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Ellis Clifford 208226 Draper | **DIAGNOSIS (If Chg'd)** D/C Tegretol ↓ Tegretol to 100 mg BID x 7days Then D/C. Dilantin 300 mg ER PO BHS x 90 days |
| D.O.B.: ▉ ALLERGIES: NKA | |
| Use Last    Date 4/6/04 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |
| NAME: Ellis Clifford 208226 Draper | **DIAGNOSIS (If Chg'd)** Tegretol level done Tylenol 325 mg TT 10bs now. Labin 3/25/04 — da In |
| D.O.B.: ▉ ALLERGIES: NKA | |
| Use Fourth    Date 3/25/04 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |
| NAME: Ellis Clifford 208226 Draper | **DIAGNOSIS (If Chg'd)** Zantac 150 mg T BID x 14 days Continue Tegretol. Most side effects will ↓ c̄ time. Inform Pt |
| D.O.B.: ▉ ALLERGIES: NKA | |
| Use Third    Date 3/10/04 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |
| NAME: Ellis Clf Clifford 208226 | **DIAGNOSIS (If Chg'd)** Seizure disorder ① Dilantin in T wk (may take 7 more day) ② Tegretol 200 mg BID x 90 day ③ Tegretol level 3/18/04 B/B Prosplex 180 drug  VO Dr. Sonnier / J. Hych NP |
| D.O.B.: ▉ ALLERGIES: ∅ | |
| Use Second    Date 2/23/04 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |
| NAME: Ellis Clifford 208226 | **DIAGNOSIS** Naprosyn 375 mg PO BID PRN x 7d Q-BID T tab BID PO x 7d C TM 4mg T tab PO BID x 7d VO Dr. RPPm / S Va/fm |
| D.O.B.: ▉ ALLERGIES: NKA | |
| Use First    Date 2/6/04 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

MEDICAL RECORDS COPY

60110 (4/03)

*Draper*



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: _Clifford Ellis_    Date of Request: _4-05-04_
ID # _208226_    Date of Birth: ▮▮▮▮  Location: _2-16_
Nature of problem or request: _Follow-up_

_Clifford Ellis_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _4 /6 /04_
Time: _0510_  AM PM
Allergies: _NKA_

```
RECEIVED
Date:
Time:
Receiving Nurse Intials _____
```

**(S)ubjective:** _The tegretol is not agreeing w my system it causes me to have real bad headaches. I'm requesting a change in my medicine._

**(O)bjective** (V/S): T: _98.2_  P: _86_  R: _22_  BP: _129/68_  WT: _167_
_Alert et oriented X 3 Resp ease skin w/ to touch ambulating ⊥ difficulty DN DI_

**(A)ssessment:**
_No alt noted_

**(P)lan:** _MD/PA to Review_

Refer to:  (MD/PA)  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (✓)    EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )  No ( )
Was MD/PA on call notified:  Yes ( )  No ( )

_C. Hudson / DM Blunt_
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

_Hopper_

Print Name: _Clifford B Ellis_    Date of Request: _3-22-04_
ID # _208226_    Date of Birth: ▮▮▮▮    Location: _3-14_
Nature of problem or request: _Follow-up_

_Clifford B. Ellis_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

```
RECEIVED
Date: 3/22/04
Time: 10 PM
Receiving Nurse Intials  JJ
```

Refer to
sick call

**(S)ubjective:**

**(O)bjective  (V/S):** T: _____  P: _____  R: _____  BP: _____  WT: _____

**(A)ssessment:**

**(P)lan:** _Wants to see Chronic Care nurse_

Return to Clinic PRN

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment
CIRCLE ONE
Check One:  ROUTINE ( )  EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )  No ( )
Was MD/PA on call notified:  Yes ( )  No ( )

_M. McClain    PMB Cust_
SIGNATURE AND TITLE

WHITE:  INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Clifton B. Ellis     Date of Request: 3-16-04
ID # 202226     Date of Birth: ▓▓▓▓▓     Location: 3-14
Nature of problem or request: Follow up

*Clifford B. Ellis*
Signature

### ~~DO NOT WRITE BELOW THIS LINE~~

Date: 3/17/04
Time: 5:00 (AM) PM
Allergies: NKA

Refer to
sick call

┌─────────────────────────┐
│        RECEIVED         │
│ Date: 3/16/04           │
│ Time: ×⁴ pe             │
│ Receiving Nurse Intials JJ │
└─────────────────────────┘

**(S)ubjective:** C/o feeling illness upon working on farm. Request leave on farm or something from MD saying he has Hx seizure + c/me Doe. Need Medication for headache.

**(O)bjective:** Wt 173 lbs - 114/80 - 78- 20. A+O×3. Respiration ear sunclear, Ambulate s difficulty, no acute distress noted

**(A)ssessment:** ~~Alteration~~ discomfort

out guide
(N)
8
3/18/04
Need ChnA

**(P)lan:** MD/Review

Refer to:     (MD/PA)  Mental Health   Dental   Daily Treatment     Return to Clinic PRN
                        CIRCLE ONE
Check One:   ROUTINE (✓)   EMERGENCY ( )
    If Emergency was PHS supervisor notified:    Yes ( )    No ( )
    Was MD/PA on call notified:    Yes ( )    No ( )

*W. Wink LPN*
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95





## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Clifford Ellis                    Date of Request: 03-04-04
ID # 208226          Date of Birth: ▮▮▮▮   Location: 3·14
Nature of problem or request: I still receive the same pill for my seizure.
Please look into this situation.

_Clifford Ellis_
                                              *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: 3/10/04
Time: 0525   AM PM
Allergies: NKDA

┌─────────────────────────────┐
│        RECEIVED             │
│ Date: 3/9/04                │
│ Time: 6:50p                 │
│ Receiving Nurse Intials AAJ │
└─────────────────────────────┘

**(S)ubjective:** "I want seizure medicine changed back to Dilantin. The Tegretol is also causing pain in my stomach. I would like a profile from the

**(O)bjective** 172   Warm. Due to my seizures.
124/61   Alert et Oriented x 3  Resp unlabored
98.4, 20, 70  NAD N

**(A)ssessment:** Alt in health maintenance

**(P)lan:** MD/PA

Refer to:  (MD/PA)  Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                                CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )   No ( )
    Was MD/PA on call notified:   Yes ( )   No ( )

_C. Hell, LPO/_
                    *SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Clifford Ellis_     Date of Request: _2-20-04_
ID # _208226_     Date of Birth ▮▮▮▮  Location: _MOU Bed #6_
Nature of problem or request: _Need to see chronic care_
_Nurse Humphries for soreness in right Jaw._
_Medication was increased and caused soreness._

_Clifford Ellis  208226_
Signature

### ~~DO NOT WRITE BELOW THIS LINE~~

Date: _2 22 04_
Time: _12:00_  ~~AM~~ PM
Allergies: _NKA_

```
RECEIVED
Date: 2/20/04
Time: 10 P
Receiving Nurse Initials: RHR
```

**(S)ubjective:** _Since they increase my phenytoin my Rt Jaw has been sore. I already have seen the Dental and he said Nothing is wrong_

**(O)bjective** _wt 168  BP 100/40  P 72  R 20  T 97.5 ⊕ No tenderness No swelling noted to Rt Jaw No tenderness noted when palpated_

**(A)ssessment:**

**(P)lan:** _MD to review_     2/23/04

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:   Yes ( )    No ( )

_(signature)_
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
~~YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT~~

GLF1000 7/95

DEPARTMENT OF CORRECTIONS
# TRANSFER & RECEIVING SCREENING FORM

**PHS** PRISON HEALTH SERVICES INCORPORATED

| RECEIVED: Inmate/Health Record | RELEASED: Inmate/Health Record | ALLERGIES: |
|---|---|---|
| Institution: _____ | Institution: _KCF_ | _NKA_ |
| Date: _____ Time: _____ AM/PM | Date 02/19/06 Time: 1735 AM/(PM) | PHYSICAL EXAMINATION |

**RECEIVED FROM:**
Institution/Work Release Center/Free-World Hospital

**RELEASE FROM:**
- [ ] Infirmary  [ ] Segregation
- [✓] Population  [ ] Mental Health
- [ ] Other _____

**RECEIVING MEDICAL STATUS**
- [ ] Population
- [ ] Infirmary
- [ ] Isolation

**RELEASE TO:**
- [✓] DOC  [ ] Infirmary  [ ] Mental Health
- [ ] _____
Institution/Work Release Center/Free-World Hospital

**PHYSICAL EXAMINATION**
Date of last exam: _01/12/06_
Chest X-Ray Date: _____ Result _____
PPD Reading _01/14/06_
Classification: _____
Limitations: _____

**LAB RESULTS - - LAST REPORT**

| | Date | Normal | Abnormal |
|---|---|---|---|
| CBC | 01/12/06 | ✓ | |
| Urinalysis | 21/12/06 | ✓ | |

| | YES | NO | |
|---|---|---|---|
| Wears Glasses/Contacts | ✓ | | (R)20/50 (L)20/70 |
| Dental Prosthesis | | ✓ | |
| Hearing Aide | | ✓ | |
| Other Prosthesis | | ✓ | |
| | | | Recieving Nurse |

**CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS**

Seizures
Eye Clinic

**CURRENT MEDICATION - - DOSAGE AND FREQUENCY**

See - MAR

| MEDICATIONS | [ ] Sent w / inmate | [ ] Not sent w / inmate |
|---|---|---|
| X-RAY FILM | [ ] Sent w / inmate | [ ] Not sent w / inmate |
| HEALTH RECORD | [ ] Sent w / inmate | [ ] Not sent w / inmate |
| Released to: | | |

Date: _____ Time: _____ AM/PM

| MEDICATIONS | [✓] Received | [ ] Not Received |
|---|---|---|
| X-RAY FILM | [ ] Received | [✓] Not Received |
| HEALTH RECORD | [✓] Received | [ ] Not Received |
| CHART REVIEWED | [✓] YES | [ ] NO |

**SCHEDULE FOR CHRONIC CARE CLINIC**

DATE: _2/9/06_  LAST CLINIC: _Seizures_

Received by: _W. H. Smith MD_
Signature of Receiving Nurse

Date: _____ Time: _____ AM/PM

**FOLLOW-UP CARE NEEDED**

| | Date | Time | With Whom - - Location (Sending Nurse) | Date/Appt Made w/Whom (Rec. Nurs |
|---|---|---|---|---|
| [✓] Medical | | | | |
| [ ] Dental | | | | |
| [ ] Mental Health | | | | |

**NURSING ASSESSMENT (SENDING NURSE)** (Noted from health record documentation)

HISTORY
| | Yes | No |
|---|---|---|
| Drug Use | | |
| Mental Illness | | |
| Suicide Attempt | | |
| Chronic Care | | |

STATUS
| | | |
|---|---|---|
| Special Diet | | |
| Appearance | | |

OTHER PERTINENT NURSING ASSESSMENT

**NURSING ASSESSMENT (RECEIVING NURSE)** (Noted from intake assessment)

SKIN
| | Yes | No |
|---|---|---|
| Open Sores | | ✓ |
| Lice | | ✓ |
| Edema | | ✓ |
| Warm & Dry | ✓ | |
| Cool & Moist | ✓ | |

CONDITION
| | | |
|---|---|---|
| Alert | ✓ | |
| Oriented | ✓ | |
| Uncooperative | | ✓ |
| Depressed | | ✓ |

**INTAKE**
| | |
|---|---|
| Sick Call Procedures Explained | Yes |
| Height | 67 |
| Weight | 187 |
| Blood Pressure | 130/80 |
| Temperature | 979 |
| Pulse Resp | 64/18 |
| Other | |

_Gleda Tyree ln_    _2/19/06_
Signature of Nurse Completing Assessment (Sending Nurse)    Date

_W. H. Smith MD_    _2/20/06_
Signature of Intake Screening Nurse (Receiving Nurse)    Date

| INMATE NAME (LAST FIRST MIDDLE) | DOC# | DOB | Race/Sex | FAC |
|---|---|---|---|---|
| Ellis, Clifford B. | 206226 | [redacted] | Blm | KCF |

PHS-MD-70009

(White - Medical Jacket. Yellow - Transfer Coordinator)



**PRISON
HEALTH
SERVICES**
INCORPORATED

## PHYSICIANS' ORDERS

NAME:

DIAGNOSIS (If Chg'd)

D.O.B.    /    /
ALLERGIES:

Use Last    Date   /   /

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME:

DIAGNOSIS (If Chg'd)

D.O.B.    /    /
ALLERGIES:

Use Fourth   Date    /    /

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME:

DIAGNOSIS (If Chg'd)

D.O.B.    /    /
ALLERGIES:

Use Third    Date    /    /

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Ellis Clifford
2/9/04 0931
D.O.B. ▓▓▓▓  208226
ALLERGIES: NKDA

Use Second   Date  2,19,104

DIAGNOSIS (If Chg'd)
1) ↑ Dilantin 400 mg po q hs x 100 d.
2) Dilantin level in 3 wks.

noted
D. Duff

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Ellis, Clifford
208226
D.O.B. ▓▓▓▓
ALLERGIES: NKA

Use First    Date  1/10/04

DIAGNOSIS
Dilantin 300 mg PO qHS X 90 d
Motrin 600 mg PO Bid PRN X 10d
Dilantin level Monday

co Dr. Robbins / SSaravsden.    Ⓐ

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

MEDICAL RECORDS COPY

60110 (4/03)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME:

DIAGNOSIS (If Chg'd)

D.O.B.  /  /
ALLERGIES:

Use Last  Date  /  /

☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED

NAME:

DIAGNOSIS (If Chg'd)

D.O.B.  /  /
ALLERGIES:

Use Fourth  Date  /  /

☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED

NAME: Ellis, Clifford
208 22 6  Status

DIAGNOSIS (If Chg'd) Rt Jaw Pan

X-ray Rt Jaw

D.O.B. ▓▓▓▓
ALLERGIES: N KDA

Use Third  Date 2-23-04

☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED

NAME: Ellis, Clifford
# 208226

D.O.B. ▓▓▓▓
ALLERGIES: NKDA

DIAGNOSIS (If Chg'd)
① Dilantin 300mg po qd@HSx180d
② motrin 600mg po BID pcn x 10d
V/O Ken Robbins / Mandy, npl

Use Second  Date 1/12/04

☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED

NAME: Ellis, Clifford
# 208226

D.O.B. ▓▓▓▓
ALLERGIES: NKDA

DIAGNOSIS
① CCC
② Clipper Shave x 60d
③ Benzoyl Peroxide 10% Lotion - Appl
to affected area x 30d
V/O Ken Robbins / Mandy, npl

Use First  Date 1/12/04

☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED

60110 (4/03)