

EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CLIFFORD ELLIS (AIS# 208226), | * | |
| | * | |
| Plaintiff, | * | |
| V. | * | |
| | * | 2:05-CV-1020-D |
| JAMES DELOACH, et al. | * | |
| Defendants. | * | |
| | * | |

## AFFIDAVIT OF WINFRED D. WILLIAMS, M.D.

**STATE OF ALABAMA**

**COUNTY OF ELMORE**

BEFORE ME, Tammy L. Gillis, a notary public in and for said County and State, personally appeared **WINFRED WILLIAMS, M.D.**, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of his ability, information, knowledge and belief, as follows:

"My name is Winfred Williams. I am a medical doctor and am over twenty-one years of age. I am personally familiar with all of the facts set forth in this affidavit. I have been licensed as a physician in Alabama since 1999, and have been board certified in family medicine since 1999. From July 1, 2004 through April 30, 2005, I served as the Medical Director for Staton Correctional Facility located in Elmore County, Alabama. I currently serve as the Medical Director for the Tutwiler Correctional Facility located in Wetumpka, Alabama. At all pertinent times, my employment has been with Prison Health Services, Inc. ("PHS"), the company which

currently contracts with the Alabama Department of Corrections to provide medical services to inmates.

Clifford Ellis (AIS# 208226) has been incarcerated as an inmate at Elmore Correctional Facility located in Elmore County, Alabama at all times pertinent to this lawsuit. I am familiar with Mr. Ellis and have been involved in medical services provided to him at Staton Correctional Facility.[1] I have reviewed Mr. Ellis' Complaint in this action as well as his medical records, (certified copies of which are being produced to the Court along with this Affidavit).

On October 28, 2004, Mr. Ellis was involved in an automobile accident when an Alabama Department of Corrections bus in which he was riding collided with another vehicle near Draper Correctional Facility. As a precaution, Mr. Ellis was immediately transported to the emergency room at Baptist Medical Center South for evaluation.

Mr. Ellis' treating physician at Baptist South evaluated Mr. Ellis and determined that he had slight tenderness in the middle portion of his back and a small scratch to the front of his right leg. Mr. Ellis was prescribed Motrin and Vicodin for pain. Mr. Ellis was released from Baptist South later that same day. He showed no signs of acute distress at discharge.

After Ellis was returned to Elmore he received extensive x-ray evaluation. Radiologist Maurice H. Rowell, M.D. evaluated x-rays of Mr. Ellis' lumbar spine and the mid-portion of Mr. Ellis' back. Dr. Rowell found that Ellis' vertebrae were well aligned and that there was no evidence of fracture or destructive bone disease. Radiologist Howard P. Schiele, M.D. reviewed Ellis' dorsal spine x-rays and concurred that there was no definite abnormality.

Pursuant to this inmate's continuing complaints of pain, he was referred to Delbert Hahn, M.D. for a cervical MRI. Dr. Hahn determined that Mr. Ellis' C2-3 and C3-4 intravertebral discs

---

[1] Elmore Correctional Facility does not have an infirmary. All of Elmore's inmates, including Mr. Ellis, are treated at neighboring Staton Correctional Facility.

were unremarkable. There were no significant disc protrusions at C4-C5 with minimal bulge centrally. He found C5-C6 and C6-7 to be unremarkable with C7-T1 within normal limits. Further, Dr. Hahn found no vertebral compression deformity.

On December 21, 2004, Mr. Ellis was referred to Neurologist Nicholas F. Voss, M.D. for further evaluation. Dr. Voss reviewed Ellis' medical records and determined that his complaints of back pain were most likely the result of a cervical strain. He ordered CT scans to rule out possible hairline fractures. On December 30, 2004, pursuant to Dr. Voss' recommendation, Mr. Ellis was again referred to Dr. Hahn for a CT scan of the cervical spine. On January 20, 2005, Dr. Voss re-evaluated Mr. Ellis with the benefit of a full radiographic workup. Dr. Voss determined that Mr. Ellis' x-rays, CT scans and MRIs were all normal without any significant radiographic findings. Dr. Voss determined that Mr. Ellis suffered from no fracture, disc disease or misalignment. He concluded that Ellis had full faculties neurologically. Mr. Ellis' claim that he suffers from a broken neck is completely unfounded.

In order to make Mr. Ellis comfortable, I have ordered "light duty," "double mattress," "no prolonged standing," "bottom bunk" and "no weight" profiles on his behalf. In order to treat Mr. Ellis' pain, I have prescribed Vicodin, Motrin, Feldene and Percogesic.

Based on my review of Ellis' medical records, and on my personal knowledge of the treatment provided to him, it is my opinion that Ellis has been evaluated and treated in a timely and appropriate fashion by PHS and its employees. Ellis has been seen and evaluated by the medical or nursing staff, and has been referred to an appropriate care provider and given appropriate care, whenever he has registered any health complaints. At all times, myself and the other healthcare providers at Staton have exercised the same degree of care, skill, and diligence as other similarly situated health care providers would have exercised under the same or similar

circumstances. In other words, it is my opinion that the appropriate standard of care has been adhered to at all times in providing medical care, evaluation, and treatment to this inmate.

At no time have I or any of the medical or nursing staff at Staton denied Ellis any needed medical treatment, nor have we ever acted with deliberate indifference to any serious medical need of Ellis. At all times, Ellis' conditions have been addressed as promptly as possible under the circumstances."

Further affiant sayith not.

_____
WINFRED D. WILLIAMS, M.D.

STATE OF ALABAMA                )
COUNTY OF ~~ELMORE~~ Autauga    )

I, Tammye Gullis, a Notary Public in and for said State and County, hereby certify that WINFRED D. WILLIAMS, M.D. who being known to me and who being duly sworn, and whose name is signed to the foregoing document, acknowledged before me on this date that being first informed of the contents of said document, having read the same, and understanding its purpose and effect, voluntarily executed the same upon the above-stated date.

SWORN TO and SUBSCRIBED BEFORE ME on this the 8th day of December, 2005.

_____
NOTARY PUBLIC
My Commission Expires: My Commission Expires 02/07/2009

(NOTARIAL SEAL)