IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLIFFORD ELLIS, #208226, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION No.2:05-CV-1020-D |
| | ) |
| JAMES DELOACH, et. al., | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR ENLARGEMENT OF TIME TO
FILE SPECIAL REPORT**

COME NOW, the defendants, **James Deloach and James Caton**, by and through the Attorney General for the State of Alabama, Honorable Troy King, and move, pursuant to Federal Rules of Civil Procedure (FRCVP) 6(b)(1), for an enlargement of time to comply with this Honorable Court's November 2, 2005 ORDER, establishing a deadline for the defendants to comply. Due to the length and complexity of plaintiff's complaint and the amount of legal issues presented, the undersigned has encountered some difficulty and delay in securing the affidavit and other discovery materials ordered by this Court. Accordingly, the undersigned respectfully requests an additional 40 days to gather the necessary information and file the Special Report.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL

_____MATTHEW Y. BEAM_____
MATTHEW Y. BEAM (BEA065)
ASSISTANT ATTORNEY GENERAL

**ADDRESS OF COUNSEL**

Office of the Attorney General
General Civil Litigation
11 South Union Street
Montgomery, Alabama 36130
(334) 242-7340
(334) 242-2433 fax

**CERTIFICATE OF SERVICE**

I hereby certify that this 12th day of December, 2005 served a copy of the foregoing on the plaintiff by placing same in the United States mail, postage prepaid and addressed as follows:

Mr. Clifford Ellis
AIS 208226
Elmore Correctional Facility
P.O. Box 8
Elmore, Alabama 36025

                                            /MATTHEW Y. BEAM/
                                        MATTHEW Y. BEAM (BEA065)
                                        ASSISTANT ATTORNEY GENERAL