IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CLIFFORD ELLIS, #208226,              )
                                      )
        Plaintiff,                    )
                                      )
    v.                                )       CIVIL ACTION NO. 2:05-CV-1020-D
                                      )
JAMES DELOACH, et al.,                )
                                      )
        Defendants.                   )

**ORDER ON MOTION**

Upon consideration of the motions for extension of time filed by the defendants on

December 12, 2005 (Court Doc. No. 9) and January 23, 2006 (Court Doc. No. 10), and for good

cause, it is

ORDERED that:

1.  These motions be and are hereby GRANTED to the extent allowed by this order.[1]

2.  The defendants be GRANTED an extension from December 12, 2005 to and including

February 6, 2006 to file their written report and answer.  The defendants are advised that no

additional extensions of time will be allowed unless they demonstrate the existence of

exceptional circumstances which warrant such action.

DONE, this 24th day of January, 2006.


                              /s/ Susan Russ Walker
                              SUSAN RUSS WALKER
                              UNITED STATES MAGISTRATE JUDGE

---

1. Contrary to the assertions made in the defendants' motions for extension of time, the complaint filed in
this case is neither lengthy nor complex.