IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CLIFFORD ELLIS, #208226, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) CIVIL ACTION No.2:05-CV-1020-D | |
| | ) | |
| JAMES DELOACH, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR ENLARGEMENT OF TIME TO
FILE SPECIAL REPORT**

COME NOW, the defendants, **James Deloach and James Caton** , by and

through the Attorney General for the State of Alabama, Honorable Troy King, and move,

pursuant to Federal Rules of Civil Procedure (FRCVP) 6(b)(1), for an enlargement of

time to comply with this Honorable Court's November 2, 2005 ORDER, establishing a

deadline for the defendants to comply.  The undersigned counsel has made contact

through the Warden at the institution where the plaintiff resides now and has found out

that the plaintiff would like to be seen by another doctor. The plaintiff did not request any

relief in his complaint.  The undersigned counsel is working with the Department of

Corrections to confirm that the plaintiff can be seen by another doctor and to get an

agreement to the plaintiff for him to sign.  Also, the undersigned counsel is not going to

be employed by the Office of the Attorney General after February 3, 2006.  Accordingly,

the undersigned respectfully requests an additional 30 days to pursue settlement before

filing a Special Report.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL


_____/s/ MATTHEW Y. BEAM_____
MATTHEW Y. BEAM (BEA065)
ASSISTANT ATTORNEY GENERAL




**ADDRESS OF COUNSEL**

Office of the Attorney General
General Civil Litigation
11 South Union Street
Montgomery, Alabama 36130
(334) 242-7340
(334) 242-2433 fax




**CERTIFICATE OF SERVICE**

I hereby certify that this 2nd day of February, 2006 served a copy of the foregoing

on the plaintiff by placing same in the United States mail, postage prepaid and addressed

as follows:

        Mr. Clifford Ellis
        AIS 208226
        Elmore Correctional Facility
        P.O. Box 8
        Elmore, Alabama 36025




_____/s/ MATTHEW Y. BEAM_____
MATTHEW Y. BEAM (BEA065)
ASSISTANT ATTORNEY GENERAL