IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CLIFFORD ELLIS, #208226,     )
     )
     Plaintiff,     )
     )
v.     )     CIVIL ACTION NO. 2:05-CV-1020-D
     )
JAMES DELOACH, et al.,     )
     )
     Defendants.     )

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the correctional defendants on February 2, 2006 (Court Doc. No. 12), and for good cause, it is

ORDERED that:

1. This motion be and is hereby GRANTED.

2. The parties be allowed until March 8, 2006 to pursue a settlement agreement.

3. The correctional defendants be GRANTED an extension from February 6, 2006 to and including March 23, 2006 to file their written report and answer.

DONE, this 6th day of February, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE