UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLIFFORD ELLIS, #208226 | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:05-CV-1020-D |
| | ) |
| JAMES DELOACH, et al. | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR SUBSTITUTION OF COUNSEL

COMES NOW undersigned counsel, and moves for substitution of counsel for the Defendants James Deloach and James Caton based on the following:

1. Assistant Attorney General Matthew Y. Beam is the counsel of record for the Defendants in this matter. Mr. Beam is no longer employed by the Attorney General's Office, requiring that his civil litigation caseload be reassigned.

2. This case has been reassigned to Assistant Attorney General J. Matt Bledsoe, who is prepared to represent the Defendants in this matter.

3. Counsel can be served at the address listed below.

WHEREFORE, based on the foregoing, the undersigned counsel requests that he be substituted as counsel of record for the Defendants.

Respectfully submitted,

TROY KING (KIN047)
Attorney General

/s/ *J. Matt Bledsoe*
J. Matt Bledsoe (BLE006)
Assistant Attorney General

1

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7443
mbledsoe@ago.state.al.us

# CERTIFICATE OF SERVICE

I hereby certify that I have, this the 9th day of February, 2005, served a copy of the foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Mr. Clifford Ellis, #208226
Elmore Correctional Facility
PO Box 8
Elmore, AL  36025

/s/ *J. Matt Bledsoe*
J. Matt Bledsoe (BLE006)
Assistant Attorney General