IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 MAR -1  A 9:57

CLIFFORD ELLIS #208226  )
    PETITIONER (pro-se)  )
      )
VS.  ) CASE NO : 2:05-CV-1020-D
      )
JAMES DELOACH, et al.  )
    RESPONDANT(s)  )

### NOTICE OF CHANGE OF ADDRESS

**Come now,** Clifford Ellis (pro-se) and do hereby give unto this Honorable United States District Court Middle District of Alabama Northern Division and its Honorable District Court Clerk his notice of change of address on the 27th day of February, 2006 he was returned into the care custody and control of the Alabama Department of Corrections, Staton Correction Facility located in Elmore County, Alabama at P.O. Box #56, Elmore, Al. 36025-0056 and respectfully request that this Honorable Court Please foward any and all correspondence to the same as appears below.

**Submitted** this the 27 th. day of February 2006.

Submitted by:
Clifford Ellis #208226 D3-16B
Staton Corr. Fac.
P.O.Box #56
Elmore, Alabama. 36025-0056

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed to the below listed parties by placing the same in a pre-paid postage and properly addressed envelope and depositing the same in the U.S.Mail on this the __27__ , day of __February__ , 2006.

SERVICE TO;

The Clerk of US District Court
Middle District of Alabama
P.O.Box 711
Montgomery, Ala. 36101-0711

J. Matt Bledson (BLE 006)
Assistant Attorney General
         C/O
Office of the Attorney General
P.O.Box 11 South Union Street
Montgomery,Al.36130

SUBMITTED By
Clifford Ellis
#208226 D3-16B
STATON COR.FAC.
P.O.BOX #56
ELMORE,ALABAMA.36025-0056