**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

March 17, 2006

# NOTICE OF CORRECTION

FROM:     Clerk's Office

Case Style:   Ellis v. Deloach et al

Case No.:    2:05cv01020-ID
             Document 17 Motion for Appointment of Counsel

This Notice of Correction was filed in the referenced case this date to enter the correct pdf to this document.   A copy of the corrected pdf is attached to this Notice.

Case 2:05-cv-01020-ID-TFM    Document 18    Filed 03/17/2006    Page 2 of 2