UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CLIFFORD ELLIS, #208226** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| vs. | )     Case No. 2:05-CV-1020-D |
| | ) |
| **JAMES DELOACH, et al.** | ) |
| | ) |
|     **Defendants.** | ) |

## ANSWER

COME NOW the Defendants, **James DeLoach and James Canton, Jr.,** by and through Troy King, Attorney General for the State of Alabama, and in accordance with this Honorable Court's Order, answer the Plaintiff's Complaint as follows:

1. Defendants deny being "negligent and callous in not providing a safe work environment."

2. Defendants admit that Plaintiff was inside the bus driven by Officer Canton when it collided with another vehicle.

3. Defendants deny the remaining allegations in Ground One Plaintiff's Complaint.

4. Defendants neither admit or deny the allegations in Ground Two of the Plaintiff's Complaint as it names "Prison Health Services" as the defendant that has denied Plaintiff adequate medical care.

5. Defendants deny all material allegations not expressly admitted herein.

## **AFFIRMATIVE DEFENSES**

1. Plaintiff's Complaint fails to state a claim upon which relief can be granted.

2. Plaintiff has failed to request relief.

3. Plaintiff lacks standing to bring this suit.

4. Defendants assert the defense of sovereign immunity.

5. Defendants assert the defense of qualified immunity.

6. Defendant James DeLoach cannot be held personally liable for a 42 U.S.C. § 1983 civil action under the theory of Respondeat Superior.

7. This Court lacks subject matter jurisdiction.


Respectfully Submitted,


Troy King (KIN047)
Attorney General



s/ *J. Matt Bledsoe*
J. Matt Bledsoe (BLE006)
Assistant Attorney General



ADDRESS OF COUNSEL
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 342-7443
(334) 242-2433 (fax)

**CERTIFICATE OF SERVICE**

      I hereby certify that I have on this 23rd day of March, 2006, served a copy of the foregoing upon the Plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Clifford Ellis, #208226
Staton Correctional Facility
P.O. Box 56
Elmore, Alabama 36025

                                              s/*J. Matt Bledsoe*
                                              J. Matt Bledsoe (BLE 006)
                                              Assistant Attorney General