IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISON

| | | |
|---|---|---|
| CLIFFORD ELLIS, #208226 | ) | |
| Plaintiff, | ) | |
| Vs. | ) | CIVIL ACTION NO: 2:05-CV-1020-D |
| JAMES DELOACH, et al., | ) | |
| Defendants. | ) | |

AFFIDAVIT

Before me, a Notary Public in and for said County and State of Alabama at large, personally appeared Warden James DeLoach, who being known to me and by me first duly sworn, deposes, and says on oath as follows:

My name is James H. DeLoach. I am currently employed as a Warden III with the Alabama Department of Corrections assigned to Draper Correctional Center, Elmore, Alabama 36025. I am over twenty-one years of age and have personal knowledge of the facts set forth below.

On October 28, 2004 the plaintiff was a passenger on an ADOC bus driven by defendant Caton which was involved in an accident. The plaintiff's claim that I failed to provide a safe work environment is without merit. Defendant Caton is a commercial licensed driver. The bus on which the plaintiff was a passenger met all safety standards.

A review of the plaintiff's medical record finds that immediately after the accident the plaintiff was examined by the attending physician at the prison health care unit. The plaintiff was transported to Baptist Hospital in Montgomery, Alabama for further examination. No serious injury was found and the plaintiff was returned to the prison

EXHIBIT A

where he was housed overnight in the Health Care Unit for observation. Since the accident the plaintiff has been seen by some medical professional eight times. On November 1, 2004 x-rays of his spine were taken. On November 2, 2004 x-rays of cervical spine were normal. On December 2, 2004 x-rays of the plaintiff thoracic showed no definite abnormality. On December 14, 2004 a MRI of the c-spine was performed on the plaintiff. On December 21, 2004 the plaintiff was seen by Dr. Voss, a neurosurgeon, who ordered a CT-scan of the plaintiff's spine. On December 30, 2004 the CT-scan was performed. On January 20, 2005 the plaintiff was seen on a follow up appointment by Dr. Voss. It is noted that the doctor found no fractures or breaks in the plaintiff's spine, and noted that everything was normal. The plaintiff's claim that he has not received proper health is non-sense. His records show that he has received exceptional health care.

I would ask that this matter be dismissed due to lack of foundation and merit.

James H. DeLoach, Warden III

SWORN TO AND SUBSCRIBED before me this 21st day of November 2005.

Notary Public

My Commission Expire 8-1-07