IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CLIFFORD ELLIS, #208226 | ) | |
| Plaintiff, | ) | |
| Vs. | ) | CIVIL ACTION NO: 2:05-CV-1020-D |
| JAMES DELOACH, et al., | ) | |
| Defendants. | ) | |

### AFFIDAVIT

Before me, a Notary Public in and for said County and State of Alabama at large, personally appeared James Caton, Jr., who being known to me and by me first duly sworn, deposes, and says on oath as follows:

My name is James Caton, Jr. I am currently employed as a Correctional Officer I with the Alabama Department of Corrections assigned to Draper Correctional Center, Elmore, Alabama 36025. I am over twenty-one years of age and have personal knowledge of the facts set forth below.

On October 28, 2004 inmate Ellis was being transported to a job site on an Alabama Department of Corrections owned bus. Inmate Ellis is claiming that he was at a job site that was unsafe. This is untrue.

I was driving an ADOC owned bus and was involved in an accident. Inmate Ellis was a passenger on the bus. I currently possess a Class B commercial driver license. I misjudged the speed and the distance of the other vehicle and therefore was involved in an accident. In no did I deliberately become involved in the accident. This whole incident was just an unfortunate accident in which lucky no one was seriously injured.

EXHIBIT B

Inmate Ellis is claiming that he did not receive proper medical treatment. After the accident inmate Ellis was transported to Baptist Emergency Room where he was treated and released back to Staton Health Care Unit on the same day.

Inmate Ellis has been seen on several occasions for this alleged back and neck injuries.

November 1, 2004 – x-rays of lower spine, right ribs, and middle back/all x-rays showed normal.

November 2, 2004 – x-rays were taken of cervical spine which was normal.

December 2, 2004 - x-rays of thoracic spine which showed no definitely abnormality.

December 14, 2004 - A MRI of the c-spine was done and stated that a fracture could not be ecluded.

December 21, 2004 -The patient was seen by Dr. Voss who is a neurosurgeon. Dr. Voss ordered a CT-scan which was done on December 30, 2004. The CT scan appeared to show a small fracture at C-3 and C-4.

On January 20, 2005 the patient had a follow-up appointment with Dr. Voss in which all his x-rays, CT scan and MRI films were taken. Dr. Voss stated that all the films were normal and no fractures were present.

James Caton, Jr., COI

SWORN TO AND SUBSCRIBED before me this 21st day of November 2005.

Notary Public

My Commission Expire 8-1-07