# A F F A D A V I T

**State of Alabama**    :

**Elmore County**    :

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at large, personally appeared Annie Latimore, who being known to me and being by me duly sworn, deposes and says on oath as follows:

My name is Annie Latimore.  I hereby certify and affirm that I am the Alternate Custodian of records at Staton Correctional Facility, P.O. Box 56, Elmore, Alabama 36025.  I am over twenty-one years of age and am competent to testify to the matters stated herein.

The attached *Alabama Department of Corrections Incident Report* number DCC-04-279 consisting of twenty-four pages, and *Prison Health Services Records* consisting of 146  page are true, exact and correct photocopies of documents maintained here in the institutional files.

I further certify and affirm that said documents are maintained in the usual and ordinary course of business at Staton Correctional Facility and that said  documents and entries therein were made at or reasonably near the time that such acts, events and transactions referred to therein are said to have occurred.

_Annie Latimore_
ANNIE LATIMORE

SWORN TO and SUBSCRIBED before me this _22_ day of March 2006.

_[signature]_                                          _[handwritten date]_
NOTARY PUBLIC                                My Commission Expires:

**EXHIBIT**
tabbies*
_C_

N601
D of C
DOC No. 601
(Rev. 1/96)

# STATE OF ALABAMA
## DEPARTMENT OF CORRECTIONS
## INSTITUTIONAL INCIDENT REPORT

| 1. Institution:<br>Draper Correctional Center | 2. Date:<br>10/28/04 | 3. Time:<br>1:30 PM | 4. Incident Number<br>DCC04-279 |
|---|---|---|---|

| 5. Location Where Incident Occurred:<br>Al Hwy 143 & Marion Spillway Rd. | 6. Type of Incident:<br>Automobile Accident |
|---|---|

| 7. Time Incident Reported:<br>1:35 PM | 8. Who Received Report:<br>Lt. Daniel Avant |
|---|---|

**9. Victim:**

a. James Caton, Jr. (Driver)     No. COI

b. _____     No. _____
   (Type Full Name)

**10. SUSPECTS / VICTIMS:**  Timothy Powell  No. B/229913

| | | | | |
|---|---|---|---|---|
| a. Tony Echols | No. B/233949 | b. Dwayne Richardson | No. B/234296 |
| b. Clifford B. Ellis | No. B/208226A | c. James A. Snipes | No. W/207878A |
| c. Demetrius Huckabee | No. B/221374 | d. Darian Ward | No. B/227662R |
| d. Josh Ingram | No. W/234389 | o. Emmanuel Watson | No. B/226974 |
| o. Jessie J. McShan | No. B/149196R | f. Lefloyd Williams | No. B/234200 |
| Tavarius Parker | B/202824R | g. Marion Woodward | No. B/192719R |
| John D. Inman | W/234821 | | |

**Physical Evidence:**

**12. Type of Evidence:** N/A

_____
_____
_____

**13. Description of Evidence:** N/A

_____
_____
_____

**14. Chain of Evidence:** N/A

a. _____
b. _____
c. _____
d. _____

**15. Narrative Summary:** On October 28, 2004 at approximately 1:30 PM Officer James Caton Jr. was assigned as Draper Farm Squad #11 Supervisor. Officer Caton had 14 inmates on his state issued bus (Tag #S-0882A) and was at the intersection of Marion Spillway Road and Alabama Hwy 143. Officer Caton pulled up to the stop sign and stopped and looked both ways before proceeding to cross Highway 143. Upon entering the northbound lane of Hwy 143, Officer Caton heard several inmates that were on the squad yelling to stop the bus. At this time Mr. Hugh Steadham hit the left hand front wheel and side of the bus with his 1994 Chevrolet pick-up truck. (Tag #29XM246) After the impact of the truck Officer Caton got all 14 inmates off
    CONTINED

Distribution: ORIGINAL Investigation and Inspection Division     COPY to Central Records File
           COPY to Deputy Commissioner, Institutions     COPY to Institutional File



| CONTINUATION SHEET | |
|---|---|
| | Incident Number: DCC 04-279 |
| Date: 10/28/04 | Type of incident: Automobile Accident |

Narrative Summary (Continued) Page No. 2

the bus and placed 12 of the inmates on the grass closest to Draper Industrial area fence. Officer Caton and inmate Jessie McShan B/149196R and Dwayne Richardson B/234296 proceeded to get Mr. Steadham out of his truck due to Officer Caton smelling gas from the truck. Mr. Steadham was placed in the grass on the southbound side of highway 143.

At approximately 1:40 PM Lt. Daniel Avant arrived at the scene and called Warden James DeLoach and advised him of the accident and also called for two state vans to transport the squad to the infirmary for medical attention. (See attached medical reports.) At approximately 1:42 PM Staton Communications was notified.

At approximately 2:00 PM Haynes Ambulance service arrived on the scene and transported Officer Caton and Mr. Steadham to Jackson Hospital. Officer Caton and Mr. Steadham were released from the hospital later that afternoon.

COI James Caton, Jr.

ADDENDUM

On 10/28/04 at approximately 3:12 P.M., Lt. Vince Helms went to Jackson Hospital Emergency Room and collected a urine specimen from Officer James Caton, Jr. to be tested in accordance with Administrative Regulation #602. Lt. Helms took the specimen to AADMS (Alabama Alcohol and Drug Management Systems Inc,) at 266 Interstate Commercial Park Loop, Prattville, Al. 36066. On 11/1/04, Lt. Helms received notification from Ms. Kay Hope (Commissioner's Secretary) that Officer Caton's urine specimen was negative for narcotics and alcohol.

Lt. Vince Helms

DPS FORM NO. 39

## ALABAMA STATE TROOPER
## DRIVER EXCHANGE INFORMATION

1. Location of Accident _AL 143  2 Mason Spillway_    County _Elmore_

2. Driver's Name _Hugh Brian Steadham_    D.O.B. _6-15-63_

3. Address _P. O Box  220198  Deatsville  AL_

4. Driver's License Number _4868680_    Issuing State _AL_

5. Date of Accident _10-28-04_    Bus. Phone _____    Home Phone _567-2160_

6. Year and Make of Automobile _1994  CHEVROlet_

7. License Tag No. _29kn 246_    State _AL_    VIN _1GCFC24K2RE122691_

8. Name of Owner _Same_

9. Address of Owner _____

10. Insurance Company or Agent, If Any _unknown_

11. Inv. Officer's Name _Tpr. Birmingham_    Stationed At _Montgomery_

**WHEN COMPLETED EXCHANGE WITH DRIVER OF OTHER VEHICLE.**
**YOU SHOULD INFORM YOUR INSURANCE COMPANY THAT YOU HAVE BEEN INVOLVED IN AN ACCIDENT**

**STATEMENT**

We were crossing the street in front of the prison, when I looked up to the left and saw a white truck hit the side of us. OFFICER CATON RAN THE STOP SIGN. Johnsum

Josh Ingram 234389    234389

**STATEMENT**

I saw the truck come from the left.  Officer Caton asked he guy in the door what was coming, he told him it was clear.  Officer Caton just glanced to his left and yield at the stop sign.  The truck tried to dodge but Officer Caton just went on straight.  Next thing I know the truck jackknifed the bus and that was it.

Dwayne Richardson  234296

**STATEMENT**

I saw the truck come from the left side and hit the bus.

Demetrius Huckabee  221374

2

**STATEMENT**

When the bus approached the stop sign Mr. Caton asked inmate Ward was
anything coming from right direction and after checking himself he rolled on
out into the highway.  The truck was coming from our left side.  Mr. Caton
didn't see the truck coming and the truck tried to go around him (Mr. Caton)
but Mr. Caton continued to go forward and the truck hit the bus from the
side.

Jesse J. McShan  149196

STATEMENT

Caton went right through the stop sign. Ward told him that it was straight on his side, thats the right side. Caton suppose to have looked to the left side. He didn't look. People was telling him to hold up, but he went on. If he could of speed up, he would of made it. I looked at the other truck right there on us. The truck tried to turn off, but Caton still was going straight until the truck hit the bus. I was thrown into the seat where Jesse was. I got up went to the gate. Caton did not want to open the gate. Ward opened the gate for me.

*Clifford Ellis 208226*

Clifford Ellis, 208226

STATEMENT

Officer Caton ran the stop sign at the intersection. He looked to his left once for a brief second and then proceeded to look to his right as we went across the intersection. Upon half way through or across the road the fellows began to holler saying "Caton a truck is coming, a truck is coming, and at that time the officer (Officer Caton) looked to his left, but at that time it was to late because the truck was within inches from impact. Inmate Darrian Ward, 227662 is the door man therefore, I was directly on the right side of Officer Caton at the time of impact in front of the bus standing in the door.

*Damien Ward 227662*

Darrin Ward, 227662

STATEMENT

We were going past the prison coming to the stop and Caton didn't stop.  He slowed down but didn't stop.  I saw the truck coming, so I called Caton name but he wasn't hearing me, so we hit the truck.


*Tavarius Parker 202824*

Tavarius Parker, 202824

**PHS**
PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

O₂ Sat 99

| ADMISSION DATE | TIME 210 | ORIGINATING FACILITY DCC | |
|---|---|---|---|
| 10 /28/ 04 | AM/PM (circled) | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ SICK CALL ☐ EMERGENCY ☑ OUTPATIENT |

ALLERGIES NKA

CONDITION ON ADMISSION
☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 99 (ORAL/RECTAL — ORAL circled)  RESP. 20  PULSE 73  B/P 120 70  RECHECK IF SYSTOLIC <100> 50 ___/___

**NATURE OF INJURY OR ILLNESS**

S" — I was thrown into another seat. I'm hurting around the Rt side of my rib around to Rt side of back

| | ABRASION /// | CONTUSION # | BURN xx xxᵉ | FRACTURE Z Z | LACERATION / SUTURES |
|---|---|---|---|---|---|



PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O- Amb to HCU s̄ any difficulty. Noted slight tenderness to middle back area. Noted a small scratch to front of Rt leg. Ø other visible injures noted @ this time. Placed in MOU until xray done tomorrow per Lassiter CRNP. No s/s of any acute distress leaving the ER.

A- Bodychart

**ORDERS / MEDICATIONS / IV FLUIDS**

| | | TIME | BY |
|---|---|---|---|
| P1. Place in MOU for observation x 23 hour | | 320 pm | SD |
| 2. Ribs/ Back xray in AM | | | |
| Motrin 600mg ī po. bid x 3 day | | | |
| Percogesic ī p.o bid x 3 day | | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE 10 /28/ 04 | TIME 320 AM/PM (PM circled) | RELEASE / TRANSFERRED TO MOU | ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|---|

| NURSE'S SIGNATURE S Davis, Lpn | DATE 10/28 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Ellis, Clifford | DOC# 208226 | DOB 4-30-81 | R/S b/m | FAC. Draper |
|---|---|---|---|---|

PHS-MD-70007                **(White – Record Copy, Yellow – Pharmacy Copy)**



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY _____ | ☐ SICK CALL ☐ EMERGENCY |
|---|---|---|---|
| 10 /28 /04 | 250 AM PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐_____ | ☐ OUTPATIENT |

ALLERGIES: NKA

CONDITION ON ADMISSION
☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

O₂ Sat 97

VITAL SIGNS: TEMP 98² (ORAL/RECTAL) RESP. 16 PULSE 85 B/P 140,80 RECHECK IF SYSTOLIC <100> 50 ___/___

NATURE OF INJURY OR ILLNESS

S" I was in the middle of
the bus and tried to
break my fall and fell
on my Lt ~~ankle~~ arm".

| ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / ___ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O- Amb to HCU s̄ any difficulty.
A&O x3, skin w/D to touch,
resp c̄ ease. Moderate amt
∅ tenderness noted to Lt
forearm. ∅ other visible
injuries noted @ present
time. To Baptist south
for evaluation.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| DOC transport to Burns | | |
| Splint (L) wrist, forearm | | |

A - Body Chart (Injury to (L) wrist

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 10 /28/04 | 3PM AM PM | ☐ DOC ☐ AMBULANCE Bapt to South | ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| S Lewis, LPN | 10/28/04 | A Rossiter CRNP | 10-28-04 | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Woodward, Marion | 192719 | 11/17/80 | b/m | DOC |

PHS-MD-70007                    (White – Record Copy, Yellow – Pharmacy Copy)

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

Draper

| ADMISSION DATE 10/28/04 | TIME 2:55 AM/PM | ORIGINATING FACILITY ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|---|

ALLERGIES NKA

CONDITION ON ADMISSION
☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 98.4 ORAL/RECTAL RESP. 20 PULSE 78 B/P 149/96  RECHECK IF SYSTOLIC <100> 50 ___/___

92 98

## NATURE OF INJURY OR ILLNESS

"It hit my (R) wrist
on the Bus when I
Jumped."

| ABRASION /// | CONTUSION # | BURN XX/XX | FRACTURE Z/Z | LACERATION / ___ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

## PHYSICAL EXAMINATION

-O- No deformity
noted. Decreased strength
to (R) wrist. Unable to
rotate wrist from side
to side

-A- MVA

-P- Transfer to baptist
South per DOC Van

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| DOC transport to baptist South | | |

DIAGNOSIS Injury to

INSTRUCTIONS TO PATIENT RTC as needed

| DISCHARGE DATE 10/28/04 | TIME 3:56 AM/PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Williams, LeDuyd | DOC# 234300 | DOB 5/25/81 | R/S B/M | FAC. Draper |
|---|---|---|---|---|

PHS-MD-70007    **(White – Record Copy, Yellow – Pharmacy Copy)**



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY _Draper_ | ☐ SICK CALL ☐ EMERGENCY |
|---|---|---|---|
| 10 /28/04 | 2p AM (PM) | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _Ing_ | ☐ OUTPATIENT |

| ALLERGIES _NKA_ | CONDITION ON ADMISSION |
|---|---|
| | ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

VITAL SIGNS: TEMP _99.2_  (ORAL) RECTAL   RESP. _20_   PULSE _180_   B/P _142-90_   RECHECK IF SYSTOLIC _____ / ____ <100> 50

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN XX XX | FRACTURE Z Z | LACERATION / ____ SUTURES |
|---|---|---|---|---|---|

S- "I am not in any pain just burning to (L) side."

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O- Ambulated into ER per self. A+O x 3. Skin w/d to the touch. Laceration noted (L) inner wrist. Abrasions to back of (L) forearm c shards of glass noted to back of (L) forearm. Large bruise noted to (L) side.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| P-1) Cleansed c Saline | | |
| 2). Pressure dsg. applied | | |
| 3). Transport to Baptist So. | | |
| per Dr. Williams orders | | |

A - Alteration in Comfort
**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | ☐ DOC | CONDITION ON DISCHARGE |
|---|---|---|---|---|
| 10 /28/04 | 245 p AM PM | Baptist So. Hosp. | ☐ AMBULANCE | ☐ SATISFACTORY ☐ POOR  ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| Austin Lpn | 10/28/04 | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Echols, Tony | 233949 | | | |

PHS-MD-70007          (White – Record Copy, Yellow – Pharmacy Copy)

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

ORIGINATING FACILITY _Draper_

☐ SICK CALL  ☐ EMERGENCY
☐ OUTPATIENT

| ADMISSION DATE | TIME | ORIGINATING FACILITY |
|---|---|---|
| 10/28/04 | 25 AM/PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ |

ALLERGIES _NKA_

CONDITION ON ADMISSION
☐ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

VITAL SIGNS: TEMP _98²_   ORAL RECTAL   RESP. _20_   PULSE _74_   B/P _120/74_   RECHECK IF SYSTOLIC ____/____ <100> 50

NATURE OF INJURY OR ILLNESS

S-41 d got flung
underneath the seat-

|  | ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / ____ SUTURES |
|---|---|---|---|---|---|

PROFILE RIGHT OR LEFT

PHYSICAL EXAMINATION

O - L shoulder and
back no deformity
placed on backboard

RIGHT OR LEFT

A - MVA

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

P - Transfer to Baptist
South.

DIAGNOSIS _MVA_

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 10/28/04 | AM/PM | ☐ DOC ☐ AMBULANCE ☐ | ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Snipes, James | 207878 | 6/1/77 | W/M |  |

PHS-MD-70007    (White – Record Copy, Yellow – Pharmacy Copy)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY _Draper_ | ☐ SICK CALL  ☐ EMERGENCY |
|---|---|---|---|
| 10 / 28 / 04 | 3:30 AM/PM | ☐ SIR  ☐ PDL  ☐ ESCAPEE ☐____ | ☐ OUTPATIENT |

ALLERGIES  NKA

CONDITION ON ADMISSION
☐ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

VITAL SIGNS: TEMP 98.6  ORAL/RECTAL  RESP. 20  PULSE 76  B/P 100/130  RECHECK IF SYSTOLIC <100> 50 ____

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / ____ SUTURES |
|---|---|---|---|---|---|---|

S - " I hit the side of
the bus from the back
seat".

PHYSICAL EXAMINATION

O - Able to lift leg c̄
assistance states burning
type pain in lower
back when turning
leg from side to
side. No deformity
noted

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

DIAGNOSIS  MVA

INSTRUCTIONS TO PATIENT  Sent to ER

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE |
|---|---|---|---|---|
| 10 / 28 / 04 | AM/PM | | | ☐ SATISFACTORY ☐ POOR  ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Watson, Emmanuel | 226074 | 8/1/80 | b/m | Draper |

PHS-MD-70007                    (White – Record Copy, Yellow – Pharmacy Copy)

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY Draper | □ SICK CALL | □ EMERGENCY |
|---|---|---|---|---|
| 10 / 28 / 04 | 2p AM (PM) | □ SIR □ PDL □ ESCAPEE □ Draper pop | ☑ OUTPATIENT | |

ALLERGIES  NKA

CONDITION ON ADMISSION
☑ GOOD  □ FAIR  □ POOR  □ SHOCK  □ HEMORRHAGE  □ COMA

VITAL SIGNS: TEMP 98.4  (ORAL) RECTAL  RESP. 20  PULSE 89  B/P 140/90  RECHECK IF SYSTOLIC ____ / ____ <100> 50

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / ____ SUTURES |
|---|---|---|---|---|---|

5-" My shoulder finger collar bone. & behind my neck.

B/p 145/96  R22  T98.6  P90

PHYSICAL EXAMINATION

O- Ambulated into ER per self. C/o pain to L index finger, L color bone, back of neck. ROM to L shoulder limited. C/o pain trying to flex neck from side to side.

A- MVA

P- Transfer to Baptist South ER

DIAGNOSIS  MVA

INSTRUCTIONS TO PATIENT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | ☑ DOC | CONDITION ON DISCHARGE |
|---|---|---|---|---|
| 10 / 28 / 04 | AM PM | | □ AMBULANCE □ | ☑ SATISFACTORY □ POOR □ FAIR □ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| N Austin LPN | 10/28/04 | | | |

INMATE NAME (LAST, FIRST, MIDDLE)

Inman, John

| | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| | 234921 | 08/14/58 | wm | Draper |

PHS-MD-70007

(White – Record Copy, Yellow – Pharmacy Copy)

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | | | | □ SICK CALL | □ EMERGENCY |
|---|---|---|---|---|---|---|---|
| 10 /28 /04 | 2p ☐AM ☒PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | Draper prop | | | | ☒OUTPATIENT |

| | CONDITION ON ADMISSION |
|---|---|
| ALLERGIES NKA | ☒GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA |

| VITAL SIGNS: TEMP 99.7 | ☒ORAL ☐RECTAL | RESP. 20 | PULSE 74 | B/P 130/88 | RECHECK IF SYSTOLIC ___ /___ <100> 50 |
|---|---|---|---|---|---|

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / ___ SUTURES |
|---|---|---|---|---|---|---|

S-" Can't turn my neck from one side to the other.

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O- Ambulated into ER per self.
A+O × 3. Skin w/d to the touch.
No numbness to ® side + extremities,
unable to turn neck from side
to side. Able to move toes + feet s̄
difficulty. Painful stimuli noted
to lower extremities, grip to ℓ hand
poor, unable to grip c̄ ® hand, No
pain.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| P-1) Motrin 600 mg P.O. now | | |
| 2) Percogesic ii P.O. now | | |
| 3) Transport to Baptist So. per | | |
| Dr McArthur for C-spine X-Rays. | | |

A- Alteration in Comfort

**DIAGNOSIS**    O₂ Sat 97%

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO ☒DOC | CONDITION ON DISCHARGE |
|---|---|---|---|
| 10 /28 /04 | 2⁵⁰p ☐AM ☒PM | Baptist So Hospital ☐ AMBULANCE | ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE D Austin Lpn | DATE 10/28/04 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Powell, Timothy | 229913 | 06/10/83 | Bm | Draper |

PHS-MD-70007                    **(White – Record Copy, Yellow – Pharmacy Copy)**

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY  Draper | ☐ SICK CALL  ☑ EMERGENCY |
|---|---|---|---|
| 10 /28/00 | 308 AM ☑PM | ☐ SIR  ☐ PDL  ☐ ESCAPEE  ☐ | ☐ OUTPATIENT |

| ALLERGIES  NKA | CONDITION ON ADMISSION  ☑ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP  98.9 | ORAL RECTAL | RESP.  16 | PULSE  100 | B/P 122 68 | RECHECK IF SYSTOLIC <100> 50 ___/___ |
|---|---|---|---|---|---|

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION / ___ SUTURES |
|---|---|---|---|---|---|---|

S) I was in bus accident
My head & (R) hand hurt.

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O) Alert & Oriented. Skin
W-D. Color WNL. Able to
Wiggle finger on (R) hand.
No swelling noted.
State head hurt behind
eyes. No abn. noted on
neck. PERRLA. Bil
Hand grips WNL.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| ① Motrin 600 mg Now BRK | | |
| ② MOU OBS | 314 | O.H. |

A) Alteration in Comfort Pain

DIAGNOSIS

INSTRUCTIONS TO PATIENT

Instructed will be place in MOU Overnight for Observation

| DISCHARGE DATE  10 /27 /04 | TIME  314 AM ☑PM | RELEASED / TRANSFERRED TO  ☐ DOC  ☐ AMBULANCE  ☑ MOU | CONDITION ON DISCHARGE  ☑ SATISFACTORY  ☐ POOR  ☐ FAIR  ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE  O. Humphrey | DATE  10/28/04 | PHYSICIAN'S SIGNATURE | DATE  10/28/04 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE)  Freeman, Joshua | DOC#  234389 | DOB  7/30/80 | R/S  W/m | FAC.  Draper |
|---|---|---|---|---|

PHS-MD-70007                    **(White – Record Copy, Yellow – Pharmacy Copy)**

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 10/28/04 | TIME 245 AM / PM | ORIGINATING FACILITY Draper □ SIR □ PDL □ ESCAPEE | | □ SICK CALL □ EMERGENCY □ OUTPATIENT |

| ALLERGIES NKA | CONDITION ON ADMISSION □ GOOD □ FAIR □ POOR □ SHOCK □ HEMORRHAGE □ COMA |

| VITAL SIGNS: TEMP 98.4 | ORAL RECTAL | RESP. _____ | PULSE _____ | B/P 120/70 | RECHECK IF SYSTOLIC <100> 50 _____ |

**NATURE OF INJURY OR ILLNESS**

S - "I hit my leg in the van".

| | ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE z/z | LACERATION / SUTURES |



PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O - Has superficial laceration noted to (L) lower leg.

A - MVA

(R) thigh x-ray

P. Place in MOU 23 hr obs
(2) Dsg to (L) leg
(3) Motrin Motrin now

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
| --- | --- | --- |
| MOU 23 hr | | |
| DSC (L) leg | | |
| Motrin | | |
| (R) thigh | | |

**DIAGNOSIS**

MVA

**INSTRUCTIONS TO PATIENT**

MVA

| DISCHARGE DATE 10/28/04 | TIME AM PM | RELEASE / TRANSFERRED TO □ DOC ☑ AMBULANCE □ | CONDITION ON DISCHARGE □ SATISFACTORY □ POOR □ FAIR □ CRITICAL |

| NURSE'S SIGNATURE | DATE 10/28/04 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) Ward, Darian | | DOC# 227662 | DOB 6/3/83 | R/S B/m | FAC. Draper |

PHS-MD-70007                    (White — Record Copy, Yellow — Pharmacy Copy)

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

ORIGINATING FACILITY: Draper

☐ SICK CALL   ☐ EMERGENCY
☐ OUTPATIENT

| ADMISSION DATE | TIME | ORIGINATING FACILITY | |
|---|---|---|---|
| 10/28/04 | 215 ☐AM ☒PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | |

ALLERGIES: NKA

CONDITION ON ADMISSION
☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 98³   ORAL/RECTAL   RESP. 20   PULSE 78   B/P 120/70   RECHECK IF SYSTOLIC <100> 50 _____/

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|

S - "I was through from
one side of the bus and
my neck fells stiff"

PROFILE RIGHT OR LEFT

PHYSICAL EXAMINATION

O - Has abrasion from
(R) shoulder and abrasion
to (L) side

RIGHT OR LEFT

A - MVA

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Admit to MCU | | |

P - MD to see

DIAGNOSIS: MVA

INSTRUCTIONS TO PATIENT: RTC

| DISCHARGE DATE | TIME AM PM | RELEASE / TRANSFERRED TO | ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|---|
| / / | | | | |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE 10/28/04 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Parker Traveron | 202824 | 7/1/78 | B/M | Draper |

PHS-MD-70007                    (White – Record Copy, Yellow – Pharmacy Copy)



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 10/28/04 | TIME 305 ☑AM ☐PM | ORIGINATING FACILITY Draper ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKA | CONDITION ON ADMISSION ☑GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA |
|---|---|

| VITAL SIGNS: TEMP 97⁶ | ORAL RECTAL | RESP. 20 | PULSE 80 | B/P 120/86 | RECHECK IF SYSTOLIC ___/___ <100> 50 |
|---|---|---|---|---|---|

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION / SUTURES |
|---|---|---|---|---|---|---|

S- I was sitting on the 3rd
seat in front did not
hit

O- Alert skin w/o sc rap c
egse (ug a beasion) or
laceration noted on evalatory
s difficulty

A- Alteration in comfort

P- DOC

PROFILE RIGHT OR LEFT

PHYSICAL EXAMINATION

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 10/28/04 | TIME 310 ☑AM ☐PM | RELEASE / TRANSFERRED TO ☑DOC ☐AMBULANCE ☐ | CONDITION ON DISCHARGE ☑SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE Ruth Smith RN | DATE 10/28/04 | PHYSICIAN'S SIGNATURE Rose T NP/MD | DATE 10-28-04 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) McShan Jessie 40u/0 | DOC# 149190 | DOB 9/8/64 | R/S B/m | FAC. Draper |
|---|---|---|---|---|

PHS-MD-70007          (White – Record Copy, Yellow – Pharmacy Copy)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY Draper | |
|---|---|---|---|
| 10 /28 /04 | 3:10 AM (PM) | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ SICK CALL ☑ EMERGENCY ☐ OUTPATIENT |

ALLERGIES  NKDA

CONDITION ON ADMISSION
☑ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

| VITAL SIGNS: TEMP 98.8 (ORAL RECTAL) | RESP. 18 | PULSE _____ | B/P 118/87 | RECHECK IF SYSTOLIC ____ /____ <100> 50 |

**NATURE OF INJURY OR ILLNESS**

(S) accident. I had braced myself when the truck hit the bus!

| ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

(O) A/0/3, A&0 mild abrasion
® scapula, Irregular lung
sounds clear bil ROM noted
NAD/N                manual

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| motrin 600mg TID x 3d | | |

Alt medica is comfort

PMD to review

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**
Pillcall 3x day

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE | |
|---|---|---|---|---|
| 10/28/04 | 3:15 AM (PM) | ☐ DOC ☑ AMBULANCE ☐ | ☑ SATISFACTORY ☐ FAIR | ☐ POOR ☐ CRITICAL |

| NURSE'S SIGNATURE Marriott | DATE 10/28/04 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Richardson Dwayne | DOC# 234296 | DOB 5-14-61 | R/S BM | FAC. Dec |
|---|---|---|---|---|

PHS-MD-70007                    (White – Record Copy, Yellow – Pharmacy Copy)

**PHS**
PRISCH
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 10/28/04 | TIME 3:05 AM/PM | ORIGINATING FACILITY Draper ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

ALLERGIES NKA 974

CONDITION ON ADMISSION
☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 974 ORAL/RECTAL   RESP. 20   PULSE 76   B/P 138, 86   RECHECK IF SYSTOLIC <100> 50

NATURE OF INJURY OR ILLNESS

-S- "We were hit by a van - I am okay".

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / ___ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION
-O- No Injury seen individed

-A- MVA

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

-P- Return to Doc with Injures

DIAGNOSIS MVA

INSTRUCTIONS TO PATIENT
RTC as needed

| DISCHARGE DATE 10/28/04 | TIME 306 AM/PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

NURSE'S SIGNATURE Blein   DATE   PHYSICIAN'S SIGNATURE   DATE   CONSULTATION

| INMATE NAME (LAST, FIRST, MIDDLE) Hucabee Demetris | DOC# 22374 | DOB 10/31/88 | R/S B/m | FAC. Draper |
|---|---|---|---|---|