# MEDICAL RECORDS



EXHIBIT

D

tabbies



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## *Vital Signs Flow Sheet*

Patient Name: Ellis, Clifford

Date of Birth: _____

### TEMPERATURE

| Date | 2/23 | | | | | | | | | | | | | | | |
|------|------|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|
| Time | 9A | | | | | | | | | | | | | | | |
| 104 | | | | | | | | | | | | | | | | |
| 102 | | | | | | | | | | | | | | | | |
| 100 | | | | | | | | | | | | | | | | |
| 98 | | | | | | | | | | | | | | | | |
| | 97³ | | | | | | | | | | | | | | | |
| 96 | | | | | | | | | | | | | | | | |

### BLOOD PRESSURE

| | | | | | | | | | | | | | | | | |
|------|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|
| 260 | | | | | | | | | | | | | | | | |
| 240 | | | | | | | | | | | | | | | | |
| 220 | | | | | | | | | | | | | | | | |
| 200 | | | | | | | | | | | | | | | | |
| 180 | | | | | | | | | | | | | | | | |
| 160 | | | | | | | | | | | | | | | | |
| 140 | | | | | | | | | | | | | | | | |
| 120 | 118/76 | | | | | | | | | | | | | | | |
| 100 | | | | | | | | | | | | | | | | |
| 80 | | | | | | | | | | | | | | | | |
| 60 | | | | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | |

### PULSE

| | | | | | | | | | | | | | | | | |
|------|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|
| 160 | | | | | | | | | | | | | | | | |
| 140 | | | | | | | | | | | | | | | | |
| 120 | | | | | | | | | | | | | | | | |
| 100 | | | | | | | | | | | | | | | | |
| 80 | 76 | | | | | | | | | | | | | | | |
| 60 | | | | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | | | | |

### RESPIRATIONS

| | | | | | | | | | | | | | | | | |
|------|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|
| 40 | | | | | | | | | | | | | | | | |
| 20 | 19 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | |

PHS-MD-70063



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Ellis, Clifford                    D.O.B.: 4/30/81 |
|-----------|---------------------------------------------------------------------|
| 12-21-04  | Please get x-rays & CT ordered on 12-20-04. Dr Voss would like to review MRI as well as the x-rays & CT. |

60111 (5/85)

**Complete Both Sides Before Using Another Sheet**

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# HEALTH EVALUATION

**Date:** 1-12-04          **ID#:** 208226

## ADMISSION DATA

**Last Name:** Ellis   **First:** Clifford   **Middle:** Bernard

**Birthplace:** Monte, Al   **DOB:** 4-30-81   **SS#:**

**Previous Incarcerations (Date & Facility)** 2000 - Atmore

**Health Insurance?** Y (N)   **Carrier:**   **State:**

**Policy Number:**

## MEDICAL DATA

**Family Physician:** NA   **Address:**   **Phone:**

**Previous Hospitalizations/Surgeries/Major Illness/Current Illness:** What? Where? 2000

**Medications:** ☐ None   yes   **Special Diet (Prescribed):** NA
**Allergies:** ☐ NKA

**ANY ARRESTEE WHO IS UNCONSCIOUS, SEMICONSCIOUS, ACTIVELY BLEEDING, IN ACUTE PAIN AND URGENTLY IN NEED OF MEDICAL ATTENTION SHOULD IMMEDIATELY BE REFERRED FOR EMERGENCY CARE.**

## CLINICAL OBSERVATIONS

| | |
|---|---|
| 1) Level of Consciousness: (✓) Alert   (✓) Oriented; time, place, person<br>( ) Lethargic   ( ) Stuporous   ( ) Comatose<br>Describe: | 3) Substance Abuse: (✓) Yes   ( ) No   ( ) Suspected<br>( ) Current Intoxication/Abuse  ( ) Use   ( ) Withdrawal Symptoms<br>Describe: What kind? Amount/Frequency?   (✓) Drugs  ( ) Alcohol |
| 2) General Appearance   (✓) Normal   ( ) Abnormal<br>Describe: | * If confirmed Benzo use, then follow Detox Protocol. If can not be confirmed, q shift BP (HR X 5 days).<br>Last Use: (Time/Date): |
| 4a) Behavior/Conduct: (✓) Calm   (✓) Cooperative   (✓) Non-Violent<br>( ) Agitated   ( ) Uncooperative   ( ) Violent<br>( ) Manipulative   ( ) Disorganized<br>Describe: | 4b) Affect/Mood:   (✓) Normal   ( ) Manic   ( ) Depressed<br>( ) Euphoria  ( ) Flat   ( ) Emotionally Confused<br>Describe: |
| 4c) Perceptions:   ( ) Delusional   ( ) Hallucinations | ( ) Hearing Voices |

| | | |
|---|---|---|
| 5a) Is there h/o actual suicide attempt? | ( ) Yes  (✓) No | 5b) Does pt describe current suicidal thoughts or ideations? ( ) Yes  (✓) No |
| 5c) Is there evidence or history of self-mutilation? | ( ) Yes  (✓) No | 5d) High risk pt may become assaultive towards staff? ( ) Yes  (✓) No |

| IF ANY of the above in #5 are circled, staff MUST describe here, include previous history and dates: | Triggers for Suicide Watch- 4G/H:<br>- Currently Suicidal<br>- History of actual attempt<br>- Fails to maintain control on Close Watch | Triggers for Close Watch- 2C:<br>- Emotionally distraught and unable to regain composure by end of intake process<br>- Actively hallucinating or not making any sense |
|---|---|---|

| | | |
|---|---|---|
| 6a) Communication Difficulties | ( ) Yes  (✓) No | 6b) Memory Defects   ( ) Yes  (✓) No |
| 6c) Hearing Impairment | ( ) Yes  (✓) No | 6d) Speech Difficulties   ( ) Yes  (✓) No |
| 7) Physical Aids: (✓) None   ( ) Glasses   ( ) Contacts   ( ) Hearing Aid   ( ) Dentures   ( ) Cane   ( ) Crutches<br>( ) Walker   ( ) Wheelchair   ( ) Braces   ( ) Artificial Limb   ( ) Other | | |

**8) Additional comments, complaints, symptoms:**   None

S) When I shave I get these bumps, I also get them on the back of my head.

O) A○ OX3, Skin W/D to touch, razor bumps (dry) to
A) to chin & neck (back)
Alt in comfort R/t razor bumps

P) Clipper Shave x 60d, Benzoyl peroxide 10% Lotion BID X30

**I have answered all questions truthfully. I have been told and shown how to obtain medical services. I hereby give my consent for professional services to be provided to me by and through**  ___PHS___.

✗ Clifford B. Ellis
**Inmate's Signature**

1-12-04
**Date**

Form 60412

# UTILIZATION MANAGEMENT REFERRAL REV. FORM

**PHS**

Form must be Complete and Legible. You must Type or Print

Please send this form with the Authorization Letter to the service provider at the time of the Appointment

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** Staton 843 | **Patient Name: (Last, First)** Ellis, Clifford | **Date: (mm/dd/yy)** 12/20/04 |
| **Site Phone #** (334) 567 - 1548 | **Alias: (Last, First)** | **Date of Birth: (mm/dd/yy)** 04/20/04 |
| **Site Fax #** (334) 567 - 1538 | **Inmate #** 208226 | **PHS Custody Date: (mm/dd/yy)** 11/20/03 |
| **Will there be a charge?** ☒ Yes ☐ No   **Sex** ☒ Male ☐ Female | **SS Number** 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 | **Potential Release Date: (mm/dd/yy)** 05/04/08 |

**Responsible party:** ☒ PHS  ☐ Auto Ins.  ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )  ☐ Other, be specific (Excludes Medicare and Medicaid):

## CLINICAL DATA

**Requesting Provider:** ☒ Physician  ☐ NP, PA  ☐ Dental

WINFRED D. WILLIAMS

**Facility Medical Director Signature and Date:**

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☒ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)
☐ Routine  ☐ Urgent

**Estimated Date of Service (mm/dd/yy)**  ___/___/___

(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:**   ☐ Radiation therapy
**Number of Visits/Treatments:** 4   ☐ Chemotherapy  ☐ Other:

**Specialist referred to:** Neurosurg

**Type of Consultation, Treatment, Procedure or Surgery:**
PLEASE EVALUATE AND TREAT

**You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.**
☐ Pertinent Documents have been attached and faxed.

**History of Illness/injury/symptoms with Date of Onset:**
History of MVA Abnormal
C-spine films, MRI DONE

**Results of a complaint directed physical examination:**
PAIN IN U/E BILAT c̄ +
strength & weakness.

**Previous treatment and response (including medications):**
NSAIDs, collar & MR

FAXED 12/20/04 CC

***For security and safety, please do not inform patient of possible follow-up appointments***

**UM DETERMINATION:**
☐ Alternative Treatment Plan (explain here):   ☐ Offsite Service Recommended and Authorized
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.   **Date resubmitted:** ___/___/___

P/W

**Regional Medical Director Signature, printed name and date required:**

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.   ___/___/___ (mm/dd/yy)

| **Cert Type:** | **Med Class:** | **UR Auth #:** |
|---|---|---|

UM Referral review form 2-05-2004



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 12/18/04 | S. I need something for pain |
| | O. Skin w/o to touch. Sitting up in chair c̄ cervical collar intact. Resp c̄ ease. (distress) noted. |
| | A. Alteration in comfort (mobility) |
| | P. No a. M Clan R. |
| 1000 | Pain meds as ordered. M Clan c̄ |
| 2000 | Sitting up watching TV's c̄ no discomfort. M Clan |
| 12-19-04 | (S) "when can I get something for pain" MB |
| 1230 pm | (O) A+0x3, Resp reg c̄ ease, skin WD to touch. Sitting in chair watching TV. Took noon meds 3 are diff. Cervical collar intact. NADN |
| | (A) alteration in comfort |
| | (P) con't plan of care ———— M Bennett |
| | (E) Notify staff of any problems |
| 12/20/04 | S- I don't need anything |
| | O-A+0x3 Resp c̄ ease. Skin WD to both. watch TV. Cervical collar intact c̄ W/N c̄ support. No s/s noted at this time. Pain meds give per ord |
| | A- Alter in comfort |
| | P- cont plan of care Notify of any problems. WD |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Ellis, Clifford | 208226 | 04/31/81 | B/M | Elmore MO2L |

PHS-MD-70049     Complete Both Sides Before Using Another Sheet



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 12/17/04 | S. I'm Doing find p c/o |
| | O. alert x3 Resp unlabored no signs of acute distress neck implaced in mobilizer |
| | A a. Alteration in comfort |
| | P. m.D. v for pain [signature] |
| 12/18/04 | S- No Complaints |
| | O- Sitting up in chair eaten regular food keep T. case. Skein W/D to touch Neck brace in place. No acute distress noted at this time T98⁴, P78, R20 B/P130/70 |
| | A) Alteration in comfort |
| | P) Continue the plan of care [signature] |
| 12/21/04 | S: D complaints voiced — [signature] |
| | O: A+O x3 Ambu is stff. Neck brace in place. V/s T-97⁸ P-84 R-20 02 Sat 98% B/p 120/90 — [signature] |
| | A: Alt comfort |
| | P: Cont c plan of care. — [signature] |
| 12/25/04 3A | S. No complaints |
| | O- Sitting up at bedside eating breakfast Resp. Easy. Skein W/D to touch. No clothing intact. No acute distress noted |
| | A) Alteration in comfort |
| | P) Continue the plan of care — Cathy [signature] |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Ollis, clifford | 208226 | 04/30/81 | B/M | BCC |

PHS-MD-70049

Complete Both Sides Before Using Another Sheet



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|

12/13/04 8:30A  S. c/o pain in Neck & both arm's.
O. Skin w/D to touch. Nail beds pink. c/o pain in
Neck & both arms. x-ray review/Dr. Williams.
A. Alteration in comfort
P. MSO4 for pain. McLaud ℞

12/14/24  S. ∅ c/o of pain at this time
O. alert & Resp unlabored walking around on unit [pain given parmeds]
a. alteration in comfort upon request of Inmate stated
He was in pain
a. Alteration in comfort
p. MSO4 for pain — 1/2 tr prn

12/15/04  (S.) "I was in a bus accident on October 28 - a truck
0001  hit us. My back was hurt. The Doctor said my
neck is the reason my back hurts. My neck still hurts
& ain't never really quit hurting"
(O.) ⊕ lat position c eyes closed. Respires c ease.
Skin w/d. Easily aroused for vital signs. Touches
Back & neck for source of discomfort. No facial grimace.
Able to move extremities well.
(A.) Alteration in comfort.
(P.) Monitor admin meds as ordered — Jdelmud ℞

12/15/04  0330  Vicodin tabs ii given for c/o neck pain (he asked for it) J Johnson ℞

12/15/04  0600  Quiet in bed c c/o pain — J Johnson ℞

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Ellis, Clifford | 208286 | 04/30/81 | B/M | Draper |

PHS-MD-70049

...mplete Both Sides Before Using Another S...



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 12/16/04 12 mn | S - "I'm not sure I need my pain pill now - I'll have to think about it. Oh, yes - I think I need it now - it hurt really bad when I moved."<br>O - Supine in bed. Eyes closed. Cervical collar on - Respreg c̄ ease - Skin w/d Easily aroused by verbal stimuli - Turned to Rt lateral position. T 97⁶ P 82 R 21 BP 118/73 —<br>A - Alteration in comfort & mobility ———— ☒Johnson<br>P - Adm meds as ordered Recommend slow deep breathing & imagery to relax. ——<br>E - Instructed inmate to relax, breathe deep and use imagery to help ↓ pain<br>I - Vicodin + adm po for ↓ pain ——— ☒Johnson |
| 0350 | Resting in supine position c̄ cervical collar on No ↓ pain ——— ☒Johnson |
| 12/16/04 | S - "I'm okay"<br>O - Leg ing in bed. Skin w/d to touch. Resp reg c̄ ease. No signs of distress noted. Color collar intact to neck."<br>A - Alteration in Health Maintenance<br>P - Continue plan of care. ————— Ellis |

Ellis



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|

12/29/04 O - Sitting up on side of bed. P collar intact. Skin WD to touch. Respreg Ē ease. No distress noted @ present. _____ EW

12/30/04 S - "I'm really hurting bad in my neck. Could I get something
0330  for pain.

O - Supine, semi - Fowlers, A+O x3 neck brace (cervical collar) intact.

(A) Alteration in comfort.

(P) Relieve pain. Continue POC — S Johnson RN

I - Percogesic # tabs Ē Motrin 800 mg po for c/o severe pain. ____ S Johnson RN

12/30/04 (S) Short of hurt in my neck. I went to the doctor today
11²²p (O) Supine in bed. Cervical collar on. skin WD. Resp reg ē ease- T 97⁵ 86² R18  BP 97/58 - Pt med adm
for pain -

(A) Alteration in comfort.

(P) Continue POC - _____ S Johnson RN

12/31/04 (S) Ø complaints voiced. _____ J. Hampton, LPN
10⁰⁰ᴬ (O) A+O x3 Skin W/D to touch. Resp reg ē ease. Sitting up in
chair. V/s stable. B/P ¹⁰²/64 P-72 R-18 T-97⁸. Cervical
collar intact. Vicodin given @ 8ᵃᵐ as order. Ø s/s of
distress noted. _____ J. Hampton, LPN

(A) Alt comfort _____ J. Hampt

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Ellis  Clifford | 208226 | 4-30-81 | B/M | Elmore |

PHS-MD-70049

**Complete Both Sides Before Using Another Sheet**



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 12/31/04 | P: Cont c̄ plan of care. ————— J. Hampton, LPN |
| 1/6/05 | S- d.m ok. |
| 0016 | O- Supine c̄ eyes closed. Covers on. Cervical collar intact. Difficult to awaken. For vital signs. Smiled upon awakening. T 99¹ P 67 R 20 BP 96/62 Skin W/D. RR ease - A+O x 3 |
| | A- ... Alteration ⊗ this time in mobility. |
| | P. Continue POC. I- Pained adm ... |
| 1/18/04 | S d.m ok but could be better they're sending to both R O Seroma |
| 0153 | O- on bed. Supine. Cervical collar on. Skin W/D. Eyes closed, RR ease. Easily aroused. T 97⁷ P 92 R 18 BP 100/76. |
| | A) No alteration in comfort ⊙ this time |
| | P) Continue POC ... |
| 1/14/05 10:59 PM | c/o pain both shoulders. Din Body Chart. No ∆ in care plan vs 98² p 82 R 20 BP 120/84 O₂s 97% ... LPN |
| 01-20-05 | 2:10 p Rtc from appoint c̄ Dr. Vass T 98 p 100 R 20 B/p 120/84 96% O₂ Sat. X-rays ⊗ Blue Jacket recieved M Clain |
| 1/21/05 | 3:08 Am. Supine d.m fine - They told me I could clean my collar ... at times |
| | O-BM, supine in bed. A+O x 3 Cervical collar off - Smiling ... Smiling appropriately. Conversative. n+ ... T 97⁹ P 89 R 2 BP 104/80. A) No alteration ⊙ this time. (P) Continue POC - ... |

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number** | **Patient Name: (Last, First)** | **Date: (mm/dd/yy)** |
| Slaton 843 | ELLIS, CLIFFORD | 01.03.05 |
| **Site Phone #** | **Alias: (Last, First)** | **Date of Birth: (mm/dd/yy)** |
| (334) 567 - 1548 | | 04.30.04 |
| **Site Fax #** | **Inmate #** | **PHS Custody Date: (mm/dd/yy)** |
| (334) 567 - 1538 | 208226 | 11.20.03 |

| **Will there be a charge?** ☒ Yes ☐ No | **Sex** ☒ Male ☐ Female | **SS Number** 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 | **Potential Release Date: (mm/dd/yy)** 05.04.08 |
|---|---|---|---|

**Responsible party:** ☒ PHS ☐ Auto Ins. ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans ) ☐ Other, be specific (Excludes Medicare and Medicaid)

## CLINICAL DATA

**Requesting Provider:** ☒ Physician ☐ NP, PA ☐ Dental

WINFRED WILLIAMS

**Facility Medical Director Signature and Date:**

_Dr. Stehr_    1/3/05

☐ Service needs criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☒ Office Visit (OV)    ☐ X-ray (XR)    ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)    ☐ Dialysis (DN)

☒ Routine    ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** ___/___/___

(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:** ☐ Radiation Therapy ☐ Chemotherapy
**Number of Visits/Treatments:** ___ ☐ Other ___

**Specialist referred to:** Dr VOSS

**Type of Consultation, Treatment, Procedure or Surgery:**

F/u APPT - JAN, 20th 2005   11:00AM
2323 W. Main St
Suite 113

**You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.**
☐ Pertinent Documents have been attached and faxed.

**History of Illness/Injury/symptoms with Date of Onset:**

11/04 - MVA

Hx MVA Abnl x-ray
of c-spine
CT Done

**Results of a complaint directed physical examination:**

S/weakness, ROM in Neck &
shoulders

**Previous treatment and response (including medications):**

Conservative, Pain Mgmt, MOU,
Neurosurg c/s.

***For security and safety, please do not inform patient of possible follow-up appointments***

**UM DETERMINATION:**

☐ Alternative Treatment Plan (explain here)    ☐ Offsite Service Recommended and Authorized

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.    Date resubmitted: ___/___/___

**Regional Medical Director Signature, printed name and date required:**

___/___/___ (mm/dd/yy)

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**

| Cert Type: | Mod Class: | **UR Auth #:** 14520393 |
|---|---|---|

UM Referral review form 2-05-2004

②

| Date/Time | Inmate's Name: Ellis, Clifford | D.O.B.:  /  / |
|-----------|-------------------------------|----------------|

1-20-05 — Pt may return as needed

Pt stable F/u Neuro Appt. PT stable clinically And may return PRN. No Report Available at this time. PT c/o HA will treat w/ meds get labs in AM ~ Dilantin level.

PT Advised to D/c Neck Brace.

Exam: No change.

A: Neck Pain Resolved. Headache 2° D/o Await Formal Report to Voss

P: Po. Vicodin & Benadryl now Also Labs Dilantin Dic to camp in AM

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: | D.O.B.:  /  / |
|-----------|----------------|---------------|
| 1/19/05 | | |

PATIENT DOING WELL c/o EPISODE OF SEIZURE
LAST WEEKEND — STATES He TAKES DILANTIN AS
SCHEDULED. WILL ✓ LEVEL IN AM.
No Change in symptoms. occasional sharp pains
to shoulders & arms bilaterally. Also Reports
some Parethesias (Numbness of hand R > L)
WEARS Neck support Religiously + MRI 11/04.
Pt has F/u appt w/ Dr VOSS in Dothan
4/20/05.

Exam: again No Change in clinical exam
Ø deficits noted, muscle tone good
Reports Pain c worsent. Able to Provide self
care in MOU.

A: ① Neck Pain c Abnl x-ray – Neck c-spine.
P ② Htx Sz D/o – ✓ Dilantin level.
③ cont Present - Management

*[signature]* H. Shew.

60111 (5/85)



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: | Ellis, Clifford | D.O.B.: 4 / 30 / 81 |
|-----------|----------------|-----------------|---------------------|

**12/23/04** PT stable. Still c/o Neck pain. Pain meds ordered
No change otherwise.

A: Neck Pain cervicalgia c̄ Radiculopathy
① 2° Trauma.
P: CT Neck, UM submitted
② conf Pain Mgmt, MR q1hs
③ Anticip F/u c̄ Neuro

*[signature]*

**1/3/04** No changes Patient stable still c̄ Neck
Discomfort. CT done — ? Fx on study in
post end plate of C3 & C4.
Patient informed will sched F/u Neurosurg
eval w/ films of All studies (incl CT/MRI & x-ray
exam) acknowledged
A: Neck Pain cervical etiol
P: conf pts mgmt, F/u c̄ Neurosurg — TO
be sched

*[signature]*

| Date/Time | Inmate's Name: | Ellis, Clifford 208226 | D.O.B.: 4/30/81 |

1/10/05 — PATIENT ambulating w/out difficulty. Was in argument & altercation w/ another inmate Mr. David Calhoun. Patient defending himself against being struck w/ a chair. He was hit on the (L) forearm. C/o pain / swelling. No injuries to head or neck. Still wearing braces.

was seen holding chair by leg w/ one hand

Exam: A & O x 3  No distress

No apparent pain.

HEENT, collar intact, moving all extrem w/out difficulty

Lungs: clear

CV: NSR

Abd: ⊖

soft   Discomfort (R) forearm

A: Thick pain — await F/U & dressing for review of films.

P: Cont present mgmt — conservative.

[signature]

4/13/05 — RE: Neck pain — No change clinically. ROM @ neck w/ pain. Will hold @ ___ until appt w/ the neuro-surg. No new changes.

A: (L) neck pain — MRI / CT / X-rays to be reviewed @ next visit.

(2) pain mgmt. Vicodin → Motrin TID percogesic

[signature]



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Ellis, Clifford | D.O.B.: / / |
|---|---|---|

**12/14/04** PATIENT SEEN S/P MRI C-SPINE. C/O PAIN
& WEAKNESS but MOVES U/E WELL. PAIN MEDS
WORKING.

⊖ BLOOD TINGED SPUTUM x 1 MO.
Pt GIVEN CUP FOR SPUTUM Anal w/ AFB.

GEN: NAD
HEENT: NO Δ PAIN W/ ROTATION & SHARP PAIN
Radiating down ARMS.

Lungs: CLEAR
CV: NSR
Abd ⊕
Ext ⊘

A: C SPINE injury 2° MVA   MRI pending

P: KEEP IN MOU until work up complete
PATIENT informed of injury & possible outcome
Advised to Rest D/O Activity.

*[signature]*

**12/16/04** No change   Pt stable
A/P Await MRI report/result
cont pain mngmt

*[signature]*

| Date/Time | Inmate's Name: | Ellis, C | | D.O.B.: | / / |
|---|---|---|---|---|---|

12/20/04  F/u Friday P/w Dr Moser to Re Report
of MRI. Will sched Monday for Nuerosurg
eval w/ x-rays & MRI films. MR Bee
Notified & appt scheduled.

Pt still c/o pain discomfort neck & upper arms
No change in strength.

exam: unchanged

A: Neck Trauma Abnl x-Ray; MRI unequivocal
for post eval

P: Nuerosurg eval to be done R/o need for
surg & further Rx.
cont present Meds                                    Sh. Sheller

12/21/04  Pt return from FWA Neuro/Surg. Pts MRI not
sent c̄ pt Dr. Voss requested the MRI &
it is being sent to him. Pt states he is still hurting
O. A&O x 3
A/P. Dr. Voss requests C-Spine Flex, Ext, AP, Lat
+ CT Cervical 3 contrast.
MRI results & Film
Will continue current care Plan
                                    D M Currut

12/22/04  ~~Addendum~~
Pain mgmt: will cont vicodin TID w/ Motrin
TID x 7d
qHS Flexeril T̄-T̄ PO qHS                    N. Sh...



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / <br> ALLERGIES: | |
| Use Last    Date / / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / <br> ALLERGIES: | |
| Use Fourth    Date / / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / <br> ALLERGIES: | |
| Use Third    Date / / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: Ellis, Clifford <br> 208226 | DIAGNOSIS (If Chg'd) <br> Bactrim DS BID X 7 days <br> V/O Dr. Williams / McLaw |
|---|---|
| D.O.B. / / <br> ALLERGIES: NKA | |
| Use Second    Date 12/15/04 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: Ellis, Clifford <br> 208226 | DIAGNOSIS Abnormal C-spine, Bilat arm pain <br> ① Admit to MOU <br> ② Please give Vicodin ii P₀ q6° for pain X 5d <br> ③ Motrin 600 TID X 5d <br> ④ Schd MRI neck ASAP D/W |
|---|---|
| D.O.B. / / <br> ALLERGIES: | |
| Use First    Date 12/13/04 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

60110 (4/03)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# INFIRMARY ADMISSION

INMATE NAME: _Ellis, Clifford_     DOC# _208226_

ADMISSION DATE: _12/13/04_

ADMITTING DIAGNOSIS: _Neck Pain, Bilateral Arm pain,_

ADMITTING PHYSICIAN: _Dr. Williams_

ESTIMATED LENGTH OF STAY: _un known_

PHS MD 70050



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY PATIENT CARE PLAN

| | |
|---|---|
| Name: Ellis Clifford | Diagnosis: Neck / Arm Pain |
| DOC #: | Operations: Ø |
| Admit Date: 12/13/04 | Special Procedures: Ø |
| Admit Weight: | Allergies: |

| Weight:<br><br>B/P & TPR  BID _____ TID _____<br><br>Q 4 hours _____ Daily _____<br><br>Neuro Checks:<br><br>Other: | Diet<br><br>1 [____]   0 [____]<br>Fluids:<br>Encourage/Restrict<br>7 - 3<br>3 - 11<br>11 - 7<br>NPO: | Code Blue         Y      N |
|---|---|---|
| | | Living Will        Y      N |
| | | Power/Attorney   Y      N |
| | | Medications:<br><br>Moten 600 TID<br>x 5 d<br><br>Please give<br>Vicodin I-II PO<br>q 6-8 PRN<br>for Pain |
| | Foley Cath:   /   Isolation:<br><br>Straight Cath:  /  Type: | |
| | Treatments:<br><br>Glucose Monitoring: | |
| Radiology:<br><br><br>Preps:         Y      N | Respiratory Therapy:<br>         constant/prn<br>         cannula/mask<br>Oxygen       1/pm<br>Maximist Treatments: | |
| Laboratory:<br><br>Tests: | Dressings/Treatments: | PRN Medications: |

PHS-MD-70054



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# INFIRMARY DISCHARGE

**INMATE NAME:** _____  **DOC#** _____

**DISCHARGE DATE:** _____

_____

**DISCHARGING DIAGNOSIS:** _____

_____

_____

**DISCHARGING PHYSICIAN:** _____



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

## INPATIENT HISTORY AND PHYSICAL

CHIEF COMPLAINT  B.lat Arm Pain, MVA > 1mo Ago

Hx OF PRESENT ILLNESS  3 day Hx of      PREVIOUS ILLNESS  Ø

B.Lat Arm Pain, Neck Pain i severe

Pain. Progressive mild → mod

CURRENT MEDICATIONS  Ø NSAIDS      ALLERGIES  Ø

| Habits: | Smoking | Alcohol | Drugs | | |
|---|---|---|---|---|---|
| Family Hx. | T.B. ___ | Diabetes ___ | Cancer ___ | | |
| | Hypertension ___ | Other ___ | | | |
| | BP ___ | T ___ | P ___ | R ___ | |

| | Normal | | Abnormal |
|---|---|---|---|
| 1. | ✓ | Head, Face & Scalp | |
| 2. | ✓ | Mouth & Throat | |
| 3. | | Ears & Eardrums | |
| 4. | ✓ | Eyes & Pupils | |
| 5. | ✓ | Chest & Lungs | |
| 6. | ✓ | Cardiovascular | |
| 7. | ✓ | Abdomen, including Hernia | |
| 8. | | Anus & Rectum | |
| 9. | | Ext. Genitalia | |
| 10. | ✓ | Skin | |
| 11. | | Breast | |
| 12. | (Upper Extremities) | | ✓ |
| 13. | ✓ | Lower Extremities | |
| 14. | (Spine & Musculoskeletal) | | ✓ |

REMARKS

Pain i ROM Neck R & L Rot, unable to

Hyperextend Neck 2° pain

Grip 3-4/5 Ⓛ Ⓡ 3/5, sensation intact

Abnormal C3, 4 neck film. 11/2/04

DIAGNOSIS  Neck Pain

Date: _____     Examining Physician: _H. Haley_

| INMATE NAME (LAST, FIRST, MIDDLE)  Ellis, Clifford | DOC# 208226 | DOB 4/30/81 | R/S B/M | FAC. MOU ECC |
|---|---|---|---|---|

PHS-MD-70020

Facility Name: Amore

Month/Year of Charting: Jan 06

**Benzoyl Peroxide**
**five one bottle**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date: 1/13/06    Prescriber: Peasant
Stop Date: one time dose    RX #:

**Flexeril 10 mg**
**BID x 7 days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date: 1/13/06    Prescriber: Peasant
Stop Date: 1/20/06    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date:    Prescriber:
Stop Date:    RX #:

Diagnosis

Allergies: NKDA

Housing Unit:
Patient ID Number: 208726
Patient Name: Ellis, Clifford

Date of Birth: 7/30/81

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|-------------------|---------|-------------------|---------|---------------------|
| Clara | C | | | 1. Discontinued Order |
| | | | | 2. Refused |
| | | | | 3. Patient out of facility |
| | | | | 4. Charted in Error |
| | | | | 5. Lock Down |
| | | | | 6. Self Administered |
| | | | | 7. Medication out of Stock |
| | | | | 8. Medication Held |
| | | | | 9. No Show |
| | | | | 10. Other |

Facility Name.  **Elmore Correctional Facility**

Month/Year of Charting  **01/06**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**Indocin  25MG Cap      90.00**

Take 1 capsule(s) by mouth Three
Times Daily

Dc'd  09/20/05

Start Date:  12-10-2005      Prescriber  Lassiter, Lisa

Stop Date:  03-09-2006      RX #:  250966820

---

**Naprosyn  375MG Tab      90.00**

Take 1 tablet(s) by mouth Three Times
Daily

6A / 12N / (ep w) H

D/C 1/3/06

**Not KoP**

Start Date:  09-29-2005      Prescriber:  Peasant, John

Stop Date:  01-06-2006      RX #:  250682619

---

**Ranitidine HCl 150MG Tab      30.00**

Take 1 tablet(s) by mouth at bedtime

**Not KoP**

Start Date:  09-29-2005      Prescriber:  Peasant, John

Stop Date:  01-06-2006      RX #:  250682625

---

**Vasotec 20MG Tab      30.00**

Take 1 tablet(s) by mouth daily

**Not KoP**

Start Date:  10-25-2005      Prescriber:  Peasant, John

Stop Date:  10-24-2006      RX #:  250813992

---

**Dilantin 100MG Cap      120.00**

Take 4 capsule(s) by mouth (400mg)
at bedtime

**Not KoP**

Start Date:  10-25-2005      Prescriber:  Peasant, John

Stop Date:  10-24-2006      RX #:  250814253

---

**Qvar 80MCG/ACT Aerosol Soln      1**

Inhale 1 puff(s) by mouth twice daily

**Not KoP**

Start Date:  10-25-2005      Prescriber:  Peasant, John

Stop Date:  10-24-2006      RX #:  250813994

---

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
|  | D Austin LPN | Da |  |  | 1. Discontinued Order |
| Allergies N/KA |  |  |  |  | 2. Refused |
|  |  |  |  |  | 3. Patient out of facility |
|  |  |  |  |  | 4. Charted in Error |
| Housing Unit:  **Population** |  |  |  |  | 5. Lock Down |
| Patient ID Number:  **208226** |  |  |  |  | 6. Self Administered |
| Patient Name: |  |  |  |  | 7. Medication out of Stock |
|  |  |  |  |  | 8. Medication Held |
|  |  |  |  |  | 9. No Show |

**Ellis, Clifford**

Date of Birth:  **04-30-1981**      10. Other

Facility Name: ECC

Jan 06

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 600mg PO TID X 60(d) | 6A | | | | | | | | | | | | | | | | | | | | | | | | | →99 | | | | | | |
| | 12N | | | | | | | | | | | | | | | | | | | | | | | | | → | | | | | | |
| | 6P | | | | | | | | | | | | | | | | | | | | | | | | | → | | | | | | |

Start Date: 1/25/06  Prescriber: Pleasant, MD
Stop Date: 3/25/06  RX #:

CH

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Percogesics ii PO TID X 60(d) | 6A | | | | | | | | | | | | | | | | | | | | | | | | | →99 | | | | | | |
| | 12N | | | | | | | | | | | | | | | | | | | | | | | | | → | | | | | | |
| | 6P | | | | | | | | | | | | | | | | | | | | | | | | | → | | | | | | |

Start Date: 1/25/06  Prescriber: Pleasant, MD
Stop Date: 3/25/06  RX #:

CH

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flexeril 10mg ÷ PO BID X 7(d) | 6A | | | | | | | | | | | | | | | | | | | | | | | | | →99 | | | | | | |
| | 6P | | | | | | | | | | | | | | | | | | | | | | | | | → | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | 2 | 3 | 4 | 5 | 6 | |

Start Date: 1/25/06  Prescriber: Pleasant, MD
Stop Date: 2/1/06  RX #:

CH

Start Date:  Prescriber:
Stop Date:  RX #:

Start Date:  Prescriber:
Stop Date:  RX #:

Start Date:  Prescriber:
Stop Date:  RX #:

Diagnosis

Allergies: NKA

Housing Unit: ECC
Patient ID Number: 208226
Patient Name:
Ellis, Clifford

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| CHeelyn | CH | | | 1. Discontinued Order |
| | | | | 2. Refused |
| | | | | 3. Patient out of facility |
| | | | | 4. Charted in Error |
| | | | | 5. Lock Down |
| | | | | 6. Self Administered |
| | | | | 7. Medication out of Stock |
| | | | | 8. Medication Held |
| | | | | 9. No Show |
| | | | | 10. Other |

Date of Birth: 4/30/81

| Facility Name: | Elmore Correctional Facility | | | | | | | | | | | | | Month/Year of Charting: | | | | 09/05 | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Naprosyn Oral Tab 375 MG 375MG Tab 90.00

Take 1 tablet(s) by mouth Three Times Daily

Hour 6A 12n 6p — Dc'ed 9/1/05

Start Date: 07-12-2005   Prescriber: Peasant, John
Stop Date: 10-19-2005   RX #: 250183941

Vasotec 20 mg ÷ P.o. qd

Start Date: 05/31/05   Prescriber: D Mc Arthur P.A.
Stop Date: 09/10/05   RX #: Dw

Dilantin SOD ER 100 mg (4) tabs P.o. qd

Start Date: 05/18/05   Prescriber: D Mc Arthur P.A.
Stop Date: 09/09/05   RX #: Dw

Q Var MDI 80 mcg ÷ puffs Bid KOP

Start Date: 08/24/05   Prescriber: D Mc Arthur P.A.
Stop Date: 09/09/05   RX #: Dw

Tylenol ES ÷ P.o. tid PRN

Start Date: 08/05/05   Prescriber: Dr. Peasant, J.M.
Stop Date: 10/05/05   RX #: Dw

Indocin 25mg ÷ po TID x 100d (KOP) DIC ÷ P 9/20/05

Start Date:   Prescriber:
Stop Date:   RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies NKA | | | | | 1. Discontinued Order |
| | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: Population | | | | | 5. Lock Down |
| Patient ID Number: 208226 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| **Ellis, Clifford** | | | | | 8. Medication Held |
| | | | | | 9. No Show |
| | Date of Birth: | | | | 10. Other |

| Facility Name: | | | | | | | | | | | | Month/Year of Charting: | | | | | | | | | | | | | | | | | | | |

Zantac 150 mg
po HS x
100 days

Start Date: 9/20/05    Prescriber:
Stop Date: 12/30/05    RX #:

Flexaril 10mg
TID x
10 days

Start Date: 9/20/05    Prescriber:
Stop Date: 9/30/05    RX #:

Naprosyn 375mg
TID x 100 days

Start Date: 9/20/05    Prescriber:
Stop Date: 9/30/05    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | Clark | a | | | 1. Discontinued Order |
| Allergies | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: | | | | | 5. Lock Down |
| Patient ID Number: 208226 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| Ellis, Clifford | | | Date of Birth: | | 8. Medication Held |
| | | | | | 9. No Show |
| | | | | | 10. Other |

Facility Name: **Elmore Correctional Facility**

Month/Year of Charting: 11/05

**Indomethacin 25MG Cap    90.00**

Take 1 capsule(s) by mouth Three Times Daily

DC'd 09/20/05

Start Date: 09-02-2005

Stop Date: 12-10-2005

Prescriber: Peasant, John

RX #: 250536862

---

**Naprosyn 375MG Tab    90.00**

Take 1 tablet(s) by mouth Three Times Daily

6 A
12 N
6 p

GD Clifford Ellis

Given 10/04/05

Start Date: 09-29-2005

Stop Date: 01-06-2006

Prescriber: Peasant, John

RX #: 250682619

---

**Ranitidine HCl 150MG Tab    30.00**

Take 1 tablet(s) by mouth at bedtime

6 PM

Given 10/04/05  Clifford Ellis

30 #

Start Date: 09-29-2005

Stop Date: 01-06-2006

Prescriber: Peasant, John

RX #: 250682625

---

Vasotec 20 mg ; P.o. qd

6p

Clifford Ellis
11/05 (30)

Start Date: 10/24/05

Stop Date: 10/24/06

Prescriber: L. Lassiter CRNP

RX #:

---

Dilantin 500 ER
100 mg (4) tabs P.o. qd

6p

Start Date: 10/24/05

Stop Date: 10/24/06

Prescriber: L. Lassiter CRNP

RX #:

---

Feldene 20 mg
PO qD X 90 days

6 A

Start Date: 10/19/05

Stop Date: 1/19/06

Prescriber: Pleasant

RX #:

---

Diagnosis

Allergies: NKA

Housing Unit: Population

Patient ID Number: 208226

Patient Name:

**Ellis, Clifford**

Nurse's Signature: D Austin

Date of Birth:

| Documentation Codes |
|---|
| 1. Discontinued Order |
| 2. Refused |
| 3. Patient out of facility |
| 4. Charted in Error |
| 5. Lock Down |
| 6. Self Administered |
| 7. Medication out of Stock |
| 8. Medication Held |
| 9. No Show |
| 10. Other |

| Facility Name: | | Month/Year of Charting: 11/05 |
|---|---|---|

**Robaxin 500mg**
**PO BID x 7 days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start when available

Start Date: 11/19/05    Prescriber: Peasant
Stop Date:    RX #:

**Fluxaril 10mg**
**BID x 7 days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 11/18/05    Prescriber: Peasant
Stop Date: 11/25/05    RX #:

**Robaxin 500mg**
**↑ PO BID**
**x 7(d)**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DC'd 11/29/05    Null needles 11-25-05
Start when available

CH    Start Date: 11-23-05    Prescriber: Guice, CRNP
Stop Date:    RX #:

**Baclofen 10mg**
**↑ PO BID x 30(d)**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X |
| 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X |

CH    Start Date: 11/29/05    Prescriber: L. Fassuen, CRN
Stop Date: 12/29/05    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | CHeeey | CH | | | 1. Discontinued Order |
| Allergies NKA | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: | | | | | 5. Lock Down |
| Patient ID Number: 208226 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| | | | | | 8. Medication Held |
| | | | Date of Birth: | | 9. No Show |
| | | | | | 10. Other |

Facility Name: Elmore Correctional Facility

Month/Year of Charting: 12/05

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Indomethacin 25MG Cap     90.00**

Take 1 capsule(s) by mouth Three Times Daily

*(entry: DC'd 09/20/05)*

Start Date: 09-02-2005
Stop Date: 12-10-2005
Prescriber: Peasant, John
RX #: 250536862

---

**Naprosyn 375MG Tab     90.00**

Take 1 tablet(s) by mouth Three Times Daily

Not KOP

Start Date: 09-29-2005
Stop Date: 01-06-2006
Prescriber: Peasant, John
RX #: 250682619

---

**Ranitidine HCl 150MG Tab     30.00**

Take 1 tablet(s) by mouth at bedtime

Not KOP

Start Date: 09-29-2005
Stop Date: 01-06-2006
Prescriber: Peasant, John
RX #: 250682625

---

**Vasotec 20MG Tab     30.00**

Take 1 tablet(s) by mouth daily

Not KOP

Start Date: 10-25-2005
Stop Date: 10-24-2006
Prescriber: Peasant, John
RX #: 250813992

---

**Dilantin 100MG Cap     120.00**

Take 4 capsule(s) by mouth (400mg) at bedtime

Not KOP

Start Date: 10-25-2005
Stop Date: 10-24-2006
Prescriber: Peasant, John
RX #: 250814253

---

**Qvar 80MCG/ACT Aerosol Soln     1**

Inhale 1 puff(s) by mouth twice daily

Start Date: 10-25-2005
Stop Date: 10-24-2006
Prescriber: Peasant, John
RX #: 250813994

---

Diagnosis

Allergies: PCN, NKDA

Housing Unit: Population
Patient ID Number: 208226
Patient Name:

**Ellis, Clifford**

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| D Austin LPN | Du | | Ot |

Date of Birth:

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

| Facility Name: Elmore Correctional Facility | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|

Month/Year of Charting: 12/05

**Albuterol 90MCG/ACT Aerosol Soln**
1

Inhale 2 puff(s) by mouth every 6 hours

Hour: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

Start Date: 10-25-2005
Stop Date: 10-24-2006
Prescriber: Peasant, John
RX #: 250813996

**BAClofen 10mg ᵼ PO BID X 30(d)**

NOT KOP

Hour: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

Start when available
Start Date: 11/29/05
Stop Date: 12/29/05
Prescriber: Lassiter, CRNP
RX #:

**Indocin 25mg po ᵼ TID X 90 days**

NOT KOP

Hour: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

Start Date: 12/7/05
Stop Date: 3/7/05
Prescriber: Lassiter
RX #:

**Percocet Ti tabs Po BID X 90(d)**

NOT KOP

Hour: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

Start Date: 12/7/05
Stop Date: 3/7/05
Prescriber: Lassiter
RX #:

Hour: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

Start Date:
Stop Date:
Prescriber:
RX #:

Hour: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 3

Start Date:
Stop Date:
Prescriber:
RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies NKA | D. Austin LPN | DA | C. McElyea | CH | 1. Discontinued Order<br>2. Refused<br>3. Patient out of facility<br>4. Charted in Error<br>5. Lock Down<br>6. Self Administered<br>7. Medication out of Stock<br>8. Medication Held<br>9. No Show<br>10. Other |

Housing Unit: Population
Patient ID Number: 208226
Patient Name:

**Ellis, Clifford**

Date of Birth:

Facility Name: _Elmore_                              II & III    Month/Year of Charting: _07/06_

| Albuterol 90 mcg ÷ Puffs q̄6° | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N O P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 10/25/05    Prescriber: Peasant, D. M.
Den    Stop Date: 10/24/06    RX #:

| Inderin 25 mg ÷ P.o. tid × 90 days | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6A 12N 6p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 12/07/05    Prescriber: L. Lassiter CRNP
Den    Stop Date: 03/07/06    RX #:

| Percogesic ÷ P.o. Bid × 90 days | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6A 6p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 12/07/05    Prescriber: L. Lassiter CRNP
Den    Stop Date: 03/07/06    RX #:

| Feldene 20 mg ÷ P.o. q̄d | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 11/22/05    Prescriber: Peasant, Jm
Stop Date: 02/19/06    RX #:

| Metrin 600 mg tid X100 days) | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 1/3/06    Prescriber: Peasant
Stop Date: 13/06    RX #:

| purcogesic π tabs tid × 30 days | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6 1 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 1/3/06    Prescriber: Peasant
Stop Date: 2/3/06    RX #:

Diagnosis

Allergies  _NKA_

Housing Unit:
Patient ID Number: _20 82 26_
Patient Name:

_Eddie Chitent_

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| D. Austin Lpn | Da | | | 1. Discontinued Order |
| | | | | 2. Refused |
| | | | | 3. Patient out of facility |
| | | | | 4. Charted in Error |
| | | | | 5. Lock Down |
| | | | | 6. Self Administered |
| | | | | 7. Medication out of Stock |
| | | | | 8. Medication Held |
| | | | | 9. No Show |
| | | | | 10. Other |

Date of Birth:

| Facility Name: | Elmore Correctional Facility | | | | | | | | | | | Month/Year of Charting: | 10/05 | | | | |

**Indocin 25MG Cap    90.00**

Take 1 capsule(s) by mouth Three Times Daily

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | *DC'd 09/20/05* | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 09-02-2005    Prescriber: Peasant, John
Stop Date: 12-10-2005    RX #: 250536862

*Vasotec 20 mg ÷ P.O. qd*

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: 10/24/05    Prescriber: L. Lassiter crnp
Stop Date: 10/24/06    RX #:

*Tylenol ES ÷ P.O. tid x 60 days Prn*

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: 08/05/05    Prescriber: Dr. Peasant, J. M.
Stop Date: 10/05/05    RX #:

*Zantac 150 mg ÷ P.O. qhs x 100 days*

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

X Clifford Ellis
10-4-05

Start Date: 09/20/05    Prescriber: Dr. Peasant, J.M.
Stop Date: 12/30/05    RX #:

*Dilantin 500 ER 100 mg (4) tabs P.O. qd*

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: 10/24/05    Prescriber: L. Lassiter crnp
Stop Date: 10/24/06    RX #:

*Naprosyn 375 mg ÷ po TID*

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

X Clifford Ellis
10-4-05

Start Date: 9-28-05    Prescriber:
Stop Date: 1-6-06    RX #: 250682619

**Diagnosis**

**Allergies** NKA

Housing Unit: Population
Patient ID Number: 208226
Patient Name:

**Ellis, Clifford**

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| D. Austin Lpn | | Sirna RN | DS | 1. Discontinued Order |
| | | | CH | 2. Refused |
| | | | | 3. Patient out of facility |
| | | | | 4. Charted in Error |
| | | | MB | 5. Lock Down |
| | | | | 6. Self Administered |
| | | | | 7. Medication out of Stock |
| | | | | 8. Medication Held |
| | | | | 9. No Show |
| | | | | 10. Other |

Date of Birth:

Facility Name: Elmore

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Month/Year of Charting: 10/18/05

Bactrim DS 1 po
BID x 10 d

Start Date: 10/18/05   Prescriber: Guice CRNP
Stop Date: 10/28/05   RX #:

Rifampin 300 mg
1 po BID x 10 d

Start Date: 10/18/05   Prescriber: Guice CRNP
Stop Date: 10/28/05   RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|

Allergies: NKDA

Housing Unit:
Patient ID Number: 208226
Patient Name: Robin Parkhead

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Date of Birth: 11/30/81

Facility Name: Elmore Correctional Facility

Month/Year of Charting: 08/05

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Naprosyn Oral Tab 375 MG 375MG Tab 90.00 | 6 A | | | | | | | | | | | → | | | | | | | | | | | | | | | | | | | | |
| | 12 N | | | | | | | | | | | → | | | | | | | | | | | | | | | | | | | | |
| Take 1 tablet(s) by mouth Three Times Daily | 6 p | | | | | | | | | | | → | | | | | | | | | | | | | | | | | | | | |

Start Date: 07-12-2005    Prescriber: Peasant, John
Stop Date: 10-19-2005    RX #: 250183941

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nasatin 20 mg ÷ P.O. qd × 80 days | 6 p | | | | | | | | | | | | # 63 | | | | | → | | | | | | | | | | | | | | |

Start Date: 05/31/05    Prescriber: DMc Arthur P.A.
Stop Date: 09/10/05    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Phenytoin SOD ER 100 mg take 4 P.O. qd | 6 p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 05/18/05    Prescriber: DMc Arthur PA
Stop Date: 09/09/05    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Q Var MDI 80 mcg INH ÷ puff Bid KOP | 6 A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 6 p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 08/24/05    Prescriber: DMc Arthur PA
Stop Date: 09/09/05    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Albuterol 17 gm INH ÷ puffs q 6 hrs Prn KOP | 6 A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 12 N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 6 p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 12 MN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 08/24/04    Prescriber:
Stop Date: 08/23/05    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tyflenol ES ÷ P.O. t.i.d PRN | 6 A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 12 N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 6 p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 08/05/05    Prescriber: Dr. Peasant J.M.
Stop Date: 10/05/05    RX #:

Diagnosis

Allergies: NKDA

Housing Unit: Population
Patient ID Number: 208126
Patient Name:

**Ellis, Clifford**

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| D Austin Lpn | au | | | 1. Discontinued Order |
| | | | | 2. Refused |
| | | | | 3. Patient out of facility |
| | | | | 4. Charted in Error |
| | | | | 5. Lock Down |
| | | | | 6. Self Administered |
| | | | | 7. Medication out of Stock |
| | | | | 8. Medication Held |
| | | | | 9. No Show |
| | | | | 10. Other |

Date of Birth:

# MEDICATION ADMINISTRATION RECORD

07/01/2005

STDT01

(ELM-454) ELMORE CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ALBUTEROL (PROVENTIL-VENTOLIN) 17GM INH
INHALE 2 PUFF(S)   EVERY 6 HOURS AS NEEDED  *COA*
*KEEP ON PERSON* SHAKE-WELL, WAIT  *Cep*
1-MIN. BETWEEN PUFFS

RX:   6116520 MCARTHUR, P.A., DONALD , PA
START - 08/24/2004    STOP - 08/23/2005

QVAR MDI (7.3GM) 80MCG INH
INHALE 1 PUFF(S)   TWICE DAILY *KEEP ON  *COA*
PERSON*  *Cep*
RX:   6116524 MCARTHUR, P.A., DONALD , PA
START - 08/24/2004    STOP - 08/23/2005  9/9/05

PHENYTOIN SOD. ER (DILANTIN) 100MG CAP
TAKE 4 CAPSULE(S) BY MOUTH  (400MG) DAILY  *Cep*

RX:   7421777 LASSITER, N.P., LISA , NP
START - 05/18/2005    STOP - 07/16/2005  9/9/05

Vasotec 20mg 1 po qd   *Cep*

5-31-05 → 9-10-05

Motrin 600mg 1 po TID   *COA*
x10d    1200  *Cep*

6-23-05 → 7-3-05

Naprosyn 375mg
TID x 100 days
7/8/05 - 10/18/05 Kop

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 07/01/2005 | THROUGH | 07/31/2005 | | |
|---|---|---|---|---|---|
| Physician | LASSITER, N.P., LISA | | Telephone No. | | |
| Alt. Physician | | | Alt. Telephone | | Medical Record No |
| Allergies | NO KNOWN DRUG ALLERGY | | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By: MBarrett | | | Date: 6/29 |
|---|---|---|---|---|---|
| PATIENT | | | PATIENT CODE | ROOM NO. | BED FACILIT |
| ELLIS, CLIFFORD | | 208226 | | | |

# MEDICATION ADMINISTRATION RECORD

06/01/2005
STDT01

(ELM-454) ELMORE CORRECTIONAL FAC



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ALBUTEROL (PROVENTIL-VENTOLIN) 17GM INH
INHALE 2 PUFF(S)    EVERY 6 HOURS AS NEEDED
*KEEP ON PERSON* SHAKE WELL,WAIT
1-MIN BETWEEN PUFFS

RX:    6116520 MCARTHUR, P.A. , DONALD , PA
START - 08/24/2004    STOP - 08/23/2005

QVAR MDI (7.3GM) 80MCG INH
INHALE 1 PUFF(S)    TWICE DAILY *KEEP ON
PERSON*
RX:    6116524 MCARTHUR, P.A. , DONALD , PA
START - 08/24/2004    STOP - 08/23/2005

ENALAPRIL (VASOTEC) 20MG TAB
TAKE 1 TABLET(S) BY MOUTH  DAILY *KEEP ON
PERSON*

RX:    7186132 MCARTHUR, P.A. , DONALD , PA
START - 04/02/2005    STOP - 06/30/2005

PHENYTOIN SOD. ER (DILANTIN) 100MG CAP
TAKE 4 CAPSULE(S) BY MOUTH  (400MG) DAILY

RX:    7421777 LASSITER, N.P. , LISA , NP
START - 05/18/2005    STOP - 07/16/2005

Dilantin ER 100mg
II (two) p.o. qd today
5/31/05 - 9/10/05

Vasotec 50mg - p.o.
qd x 100 days
5/3/05 - 9/10/05

Motrin 600mg TID
x 3 days
6/9/05 - 6/12/05

Motrin 600mg 1 po TID
x 10d

10-23-05        7-28-05

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 06/01/2005 | THROUGH | 06/30/2005 | | |
|---|---|---|---|---|---|
| Physician    LASSITER, N.P., LISA | | | Telephone No. | | Medical Record No |
| Alt. Physician | | | Alt. Telephone | | |
| Allergies    NO KNOWN DRUG ALLERGY | | | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entire Checking By: | | Title: | Date: |
|---|---|---|---|---|---|
| PATIENT | | | PATIENT CODE | ROOM NO. | BED / FACILI |
| ELLIS, CLIFFORD | | | 208226 | | 1 |

# MEDICATION ADMINISTRATION RECORD
05/01/2005

STDT01

(ELM-454) ELMORE CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALBUTEROL (PROVENTIL-VENTOLIN) 17GM INH |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| INHALE 2 PUFF(S) EVERY 6 HOURS AS NEEDED |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| *KEEP ON PERSON* SHAKE WELL, WAIT |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 1-MIN. BETWEEN PUFFS |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

RX: 6116320 MCARTHUR, P.A., DONALD, PA
START - 08/24/2004    STOP - 08/23/2005

QVAR MDI (7.3GM) 80MCG INH
INHALE 1 PUFF(S) TWICE DAILY *KEEP ON PERSON*

RX: 6116324 MCARTHUR, P.A., DONALD, PA
START - 08/24/2004    STOP - 08/23/2005

PHENYTOIN SOD. ER (DILANTIN) 100MG CAP
TAKE 4 CAPSULE(S) BY MOUTH IN THE EVENING
*KEEP ON PERSON*

RX: 7120133 WILLIAMS, M.D., WINFRED, MD
START - 05/18/2005 STOP - 05/31/2005

ENALAPRIL (VASOTEC) 20MG TAB
TAKE 1 TABLET(S) BY MOUTH DAILY *KEEP ON PERSON*

RX: 7188132 MCARTHUR, P.A., DONALD, PA
START - 04/02/2005    STOP - 06/30/2005

Feldene 20mg. ↑ PO
QD x 14 days
5-3-05              5-17-05

Dilantin 100mg
Give 4 tabs every
evening
3/16/05 - 7/16/05

Dilantin ER 100mg IV
(Four) p.o. qd x 100 day
5/31/05 - 9/10/05

Vasotec 20mg - p.o.
qd x 100 day
5/31/05 - 9/10/05

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR    05/01/2005    THROUGH    05/31/2005

| Physician | MCARTHUR, P.A., DONALD | | |
|---|---|---|---|
| Alt. Physician | | Telephone No. | Medical Record No. |
| Allergies | NO KNOWN DRUG ALLERGY | Alt. Telephone | |
| | | Rehabilitative Potential | |

Diagnosis

| Medicaid Number | Medicare Number | | |
|---|---|---|---|
| PATIENT | | Title: | Date: |
| ELLIS, CLIFFORD | | PATIENT CODE 208224 | ROOM NO. | BED | FACIL'N |

# MEDICATION ADMINISTRATION RECORD

04/01/2005

STDT01

(DRA-453) DRAPER CORRECTIONAL FAC.

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ALBUTEROL (PROVENTIL-VENTOLIN) 17GM INH
INHALE 2 PUFF(S)    EVERY 6 HOURS AS NEEDED
*KEEP ON PERSON* SHAKE WELL WAIT
1-MIN BETWEEN PUFFS

RX:   6116520 MCARTHUR, P.A. , DONALD , PA
START - 08/24/2004    STOP - 08/23/2005

AXXELIDT (7.3GM) 80MCG INH
INHALE 1 PUFF(S)    TWICE DAILY *KEEP ON
PERSON*
RX:   6116524 MCARTHUR, P.A. , DONALD , PA
START - 08/24/2004    STOP - 08/23/2005

ENALAPRIL (VASOTEC) 10MG TAB
TAKE 1 TABLET(S) BY MOUTH  DAILY *KEEP ON
PERSON*
RX:   7053392 WILLIAMS, M.D. , WINFRED , MD
START - 03/05/2005    STOP - 06/02/2005

PHENYTOIN SOD. ER (DILANTIN) 100MG CAP
TAKE 4 CAPSULE(S) BY MOUTH  IN THE EVENING
*KEEP ON PERSON*
RX:   7120132 WILLIAMS, M.D. , WINFRED , MD
START - 03/18/2005    STOP - 05/14/2005

*order revised 3/30/05*

*Vasotec 20mg po.
1qd x 90 days
3/30/05 - 6/30/05*

Clifford Ellis
BRM MD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR          04/01/2005          THROUGH          04/30/2005

Physician    WILLIAMS, M.D. , WINFRED

Alt. Physician

Telephone No.

Alt. Telephone

Medical Record No.

llergies    NO-KNOWN DRUG ALLERGY

Rehabilitative
Potential

Diagnosis

Medicaid Number          Medicare Number

PATIENT
ELLIS, CLIFFORD

PATIENT CODE
300226

ROOM NO.

BED  FACILITY
1          CLML

Date: 3/24

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dilantin ER 100mg iiii (4) po. qpm x 90 day 2/14/05 - 5/14/05 | 6P | | | | | | | | *D Clifford Ellis* | | | | | | | | | | | | | | | | | | | | |
| | | | | | | Hcar's given 3/9 05 | | | | | | | | | | | | | | | | | | | | | | | |
| Vasotec 10mg ? PO gd x 90 (d) 3/3/05 → 6/3/05 | 6A → KP | | | | | | | | *D Clifford Ellis* | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | Order reversed 3/2/05 | | | | | | | | | | | | | | | | | | | | | | |
| Vasotec 20mg - p.o. 3/3/05 x 90 day 6/3/05 | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 3/1/05
THROUGH 3/31/05

Physician **Dr Williams**
Alt. Physician

Allergies **NKA**

| Telephone No. | | Medical Record No. |
|---|---|---|
| Alt. Telephone | | 208226 |
| Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Compiled (if app... ...date By | *C Russell* | Title | 6P | Date |
|---|---|---|---|---|---|---|

PATIENT **Ellis, Clifford**

| | PATIENT CODE 208226 | ROOM NO. | BED | FACILI |
|---|---|---|---|---|

# MEDICATION ADMINISTRATION RECORD



STDTO:

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Phenytoin ER 100mg (4)
cap 9 evening

2/10/04 - 3/7/05          6P          Revised

Fieldene 20mg ↑ PO
QD x 10 days
1/31/05 - 2/10/05   William MD / 9P

PIROXICAM (FELDENE) 20MG CAP
TAKE 1 CAPSULE(S) BY MOUTH DAILY
RX#  6888791 WILLIAMS, M.D., WINFRED , MD
START: 02/02/2005    STOP: 02/11/2005
ELLIS, CLIFFORD
                        208226

02/14/05
Dilantin ER 100mg iiii
Q P.O. Q PM x 90days
02/14/05    05/14/05          6P

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 1/1/05   THROUGH 2/29/05

Physician   Dr Williams

Alt. Physician

Allergies  NKA

Diagnosis

| Medicaid Number | Medicare Number | | Telephone No. | Alt. Telephone | Medical Record No. |
|---|---|---|---|---|---|

Rehabilitative Potential

Complete Entries Checked
By:

PATIENT  Ellis, Clifford   Name Alt

Title

Date

PATIENT CODE   ROOM NO.   BED

Medical Record No. 208224

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

12/22/04
Vicodin #̄ p.o. Q 8hrs X 7 days — 3A / 11A / 7pm — Reordered 12/30/04

12/22/04
Flexeril 10mg ī – #̄ P.O. QHS X 7 days — 6p — Reordered 12/30/04

Motrin 800 mg c̄ Percogesic
#̄ tab po now – pain — 3³⁰ᵖ

12/30/04
12/30/04 Vicodin #̄ q̄
8 hrs X 14 days — 8A / 12AN
01/13/05  Dr. Williams  du

12/30/04 Flexeril 10 mg
– #̄ P.O. qhs x 14 days — 6p
01/13/05  Dr. Williams  du

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 12/01/04    THROUGH 12/31/04

Physician

Alt. Physician  Mc Arthur, PA

Allergies  NKDA

Diagnosis

| Medicaid Number | Medicare Number | | | |
|---|---|---|---|---|

Telephone No.

Alt. Telephone

Medical Record No

Rehabilitative Potential

Complete Entries Checked
By:

PATIENT  Odlis, Clifford

Title:

Date:

PATIENT CODE  208271?    ROOM NO.    BED  FACILI

# MEDICATION ADMINISTRATION RECORD

12/01/2004

STDT01

(DRA-453) DRAPER CORRECTIONAL FAC.

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

PHENYTOIN SOD. ER (DILANTIN) 100MG CAP
TAKE 4 CAPSULE(S) BY MOUTH  IN THE EVENING

RX:  6048575 MCARTHUR, P.A. , DONALD , PA
START - 08/10/2004    STOP - 03/07/2005

12-13-04
Motrin 600mg QID    6A / 12N / 6P

12-18-04 Dr. Williams

12-13-04
Vicodin II PO Q6H for pain    6AM / 12N / 6AM / 9PM

12/18/04 Dr. William

12/15/04
Bactrim DS T PO BID x7d    6A / 6P

12/22/04 Dr. Williams

12/15/04 → 12/24/04
Bactrim DS T PO BID x 10 days    6A / 6P

Percogesic T c Motrin 600mg Q6 x 5 days    6A / 12N / 6P / 12MN

12/??/04

12/22/04
Percogesic #T TID/PRN x 5 days    6A / 12N / 6P

12/??/04
Motrin 800mg p.o. TID/PRN x 5 days    6A / 12N / 6P

12/22/04
Motrin 800mg P.O. TID x 7 days    6A / 12N / 6P

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR       12/01/2004       THROUGH       12/31/2004

Physician   MCARTHUR, P.A. , DONALD

Alt. Physician

Telephone No.

Alt. Telephone

Medical Record No

Allergies    NO KNOWN DRUG ALLERGY

Rehabilitative Potential

Diagnosis

Medicaid Number | Medicare Number | Complete Entries Checked By: | Title: | Date:

PATIENT

ELLIS, CLIFFORD

PATIENT CODE  308226 | ROOM NO. | BED 1 | FACIL.

# MEDICATION ADMINISTRATION RECORD

01/01/2005

STDT01

(ELM-454) ELMORE CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

PHENYTOIN SOD. ER (DILANTIN) 100MG CAP
TAKE 4 CAPSULE(S) BY MOUTH  IN THE EVENING

RX:   6048575 MCARTHUR, P.A., DONALD , PA
START - 08/10/2004     STOP - 03/07/2005

Benadryl 25mg ÷ ii Now
1/20/05

12/30/04 Vicodin ÷ ii q 8hrs
x 14 days
01/3/05 Dr. Williams  new

12/30/04 Flexeril 10 mg ÷
÷ P.O q hs x 14 days
01/12/05 Dr. Williams  new

Percogesic ÷ ii p.o.
1/13/05

Motrin 600 mg ÷
P.O TID
1/13/05

01/19/05 Feldene 10 mg ÷
P.o. bid x 7 days
01/28/05 Dr. Williams  new

Vicodin ÷ Now
1/20/05

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 01/01/2005 | THROUGH | 01/31/2005 | |
|---|---|---|---|---|
| Physician | MCARTHUR, P.A., DONALD | | Telephone No. | Medical Record No |
| Alt. Physician | | | Alt. Telephone | |
| Allergies | NO KNOWN DRUG ALLERGY | | Rehabilitative Potential | |

Diagnosis                    ✻ NAME WATCH ✻

| Medicaid Number | Medicare Number | Complete Entries Checked | | |
|---|---|---|---|---|
| | | By: | | |

PATIENT                                    Title:           Date:
ELLIS, CLIFFORD

| PATIENT CODE | ROOM NO. | BED | FACILI |
|---|---|---|---|
| 200226 | 1 | | |

# MEDICATION ADMINISTRATION RECORD

11/01/2004
STDT01

(DRA-453) DRAPER CORRECTIONAL FAC.

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

PHENYTOIN SOD. ER (DILANTIN) 100MG CAP
TAKE 4 CAPSULE(S) BY MOUTH  IN THE EVENING   10P

*Clifford Ellis*
5d Ae  11/05/04 Ae

RX:    6048575 MCARTHUR, P.A., DONALD, PA
START - 08/10/2004    STOP - 03/07/2005

11/01/04 Motren 800 mg  P.o.    6A
Bid x 7 day)    6P

D/c'd  11/05/04

11/08/04 Dr. Williams  Ae

11/05/04 Motren 600 mg  P.o.    6A
tid x 5 day)    12N / 6P

11/10/04 L. Lassiter cerk  Ae

11/05/04 Percogesic  P.o.    6A
tid x 5 day)    12N / 6P

11/10/04 L. Lassiter cerk  Ae

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 11/01/2004 | THROUGH | 11/30/2004 | |
|---|---|---|---|---|
| Physician   MCARTHUR, P.A., DONALD | | | Telephone No. | Medical Record No |
| Alt. Physician | | | Alt. Telephone | |
| Allergies   NO KNOWN DRUG ALLERGY | | | Rehabilitative Potential | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked By: *Clewis* | Title: LPN | Date 10/8 |
|---|---|---|---|---|
| PATIENT | | PATIENT CODE  208226 | ROOM NO.  1 | BED FACILI |
| ELLIS, CLIFFORD | *Name Alex* | | | |

# MEDICATION ADMINISTRATION RECORD

02/01/2004

STDTO:

*DCC*

(KIL-445) KILBY CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

PHENYTOIN SOD. ER (DILANTIN) 100MG CAP
TAKE 3 CAPSULE(S) BY MOUTH =300MG AT
BEDTIME
RX: 5053396 ROBBINS, M.D. (MED D, MICHAEL ,
START - 01/13/2004    STOP - 04/11/2004

*See Below*

PHENYTOIN SOD. ER (DILANTIN) 100MG CAP
TAKE 3 CAPSULE(S) BY MOUTH =300MG AT
BEDTIME FOR 180 DAYS
RX: 5060029 ROBBINS, M.D. (MED D, MICHAEL ,
START - 01/14/2004    STOP - 07/11/2004

2000

D/C 2/9/04

BENZOYL PEROXIDE LOT (30ML) 10% LOT
APPLY TO AFFECTED AREAS AS DIRECTED FOR 30
DAYS
RX: 5060137 ROBBINS, M.D. (MED D, MICHAEL ,
START - 01/14/2004    STOP - 02/12/2004

0900

Naprosen 375mg PO
BID PRN x7d
2/6/04    2/13/04

CTM 4mg TT PO Bid
x7d
2/6/04    2/13/04    0800 / 1600

QBID TT PO BID x7d
2/6/04    2/13/04    0800 / 1600

Dilantin 400mg 1800
chs x 180 d
2/9 - 8/9/04

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 02/01/2004 | THROUGH | 02/28/2004 | | |
|---|---|---|---|---|---|
| Physician | ROBBINS, M.D. (MED D, MICHAEL | | Telephone No. | | Medical Record No |
| Alt. Physician | | | Alt. Telephone | | |
| Allergies | NO KNOWN DRUG ALLERGY | | Rehabilitative Potential | | |
| Diagnosis | | | | | |
| Medicaid Number | Medicare Number | Complete Entries Checked By: *Kathie Bailey* | | Title: *R* | *1/26/05* |
| PATIENT | ELLIS, CLIFFORD | | PATIENT CODE 206226 | ROOM NO. 1 | BED FACILI K |

# MEDICATION ADMINISTRATION RECORD

10/01/2004
STOT01    I OF II                    NAME ALERt    (DRA-453) DRAPER CORRECTIONAL FAC.

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PHENYTOIN SOD. ER (DILANTIN) 100MG CAP TAKE 4 CAPSULE(S) BY MOUTH IN THE EVENING  RX:   6048575 MCARTHUR, P.A., DONALD, PA  START - 08/10/2004    STOP - 03/07/2005 | GP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Clifford Ellis →
120 tabs 10/30/04 SP

Motrin 600mg ī po
BID x 3dayp)
10/28/04 - 10/31/04          0600 1800                Revised AP

Percogesic ī po BID
x 3dayp
10/28/04 - 10/31/04          0600 1800                Revised AP

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR          10/01/2004     THROUGH          10/31/2004
Physician   MCARTHUR, P.A., DONALD
Alt. Physician                                    Telephone No.
                                                  Alt. Telephone
Allergies    NO KNOWN DRUG ALLERGY
                                                  Rehabilitative
                                                  Potential
Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By: | Title: | Date: |
|---|---|---|---|---|

PATIENT
ELLIS, CLIFFORD                        PATIENT CODE   ROOM NO.   BED   FACILI
                                       208224         1

# MEDICATION ADMINISTRATION RECORD

STDT01

I of II

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

FLEXERIL 10mg + PO
TID x 2 days
6A
12N
6P
10/29/04 - 10/31/04  Sister CRNO

MOTRIN 600mg + PO
TID x 2 days
6A
12N
6P
10/29/04 - 10/31/04  Sister CRNP

PERCOGESIC + PO
TID x 2 days
6A
12N
6P
10/29/04 - 10/31/04  Sister CRNP

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 10/1/04 THROUGH 10/31/04

Physician  Williams

Alt. Physician

Telephone No.

Alt. Telephone

Medical Record No.

Allergies  NKA

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Charted:
By: _____  Title: LPN  Date: 10/2

PATIENT  Ellis, Clifford

PATIENT CODE  208226

ROOM NO.

BED  FACILIT  DC

**UTILIZATION MANAGEMENT REFERRAL REVIEW FORM**

Form must be Complete and Legible. You must Type or Print

*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

PHS ①

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** Staton 843 | **Patient Name: (Last, First,)** Ellis, Clifford | **Date: (mm/dd/yy)** 10, 28, 05 |
| **Site Phone #** (334) 567-1548 | **Alias: (Last, First,)** | **Date of Birth: (mm/dd/yy)** 04, 30, 81 |
| **Site Fax #** (334) 567-1538 | **Inmate #** 208226 ECC | **PHS Custody Date: (mm/dd/yy)** 11, 20, 03 |
| **Will there be a charge?** ☐ Yes ☐ No    **Sex** ☐ Male ☐ Female | **SS Number** 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 | **Potential Release Date: (mm/dd/yy)** 05, 04, 08 |

RECEIVED OCT 2 8 2005

**Responsible party:** ☐ PHS   ☐ Auto Ins.   ☐ Health Ins. (Excludes Medicare/Medicaid Managed Care alternative plans )   ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

## CLINICAL DATA

**Requesting Provider:** ☒ Physician   ☐ NP, PA   ☐ Dental

**Facility Medical Director Signature and Date:**
_(signature)_ 10/28/05

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☐ Office Visit (OV)    ☐ X-ray (XR)    ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)    ☐ Dialysis (DA)
☐ Routine    ☒ Urgent

**Estimated Date of Service (mm/dd/yy):** _____/_____/_____
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:** ☐ Radiation therapy  ☐ Chemotherapy
**Number of Visits/Treatments:** 3   ☐ Other:

**Specialist referred to:** Neurosurgery

**Type of Consultation, Treatment, Procedure or Surgery:**
Re evaluate pain in Neck + arms following MVA

**Diagnosis:** Neck pain
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**UM DETERMINATION:**
☐ Alternative Treatment Plan (explain here:)
☒ More Information Requested: (See Attached)
☐ Resubmitted with requested information.

**Regional Medical Director Signature,**
printed name and date required:

_(left margin, vertical)_ Send notes

**History of illness/injury/symptoms with Date of Onset:**
MVA - 10/04 c̄ c-spine abnormality
Pt sent to Dr Voss and Reviewed CT-Scan & MRI seen + found no evidence of fx or Herniation.

**Results of a complaint directed physical examination:**
Pt still c/o pain in Neck & C arm.
Neck good ROM.
c/o pain in (R) neck
NO Neurological finding by this observer.

**Previous treatment and response (including medications):**
Neurosurgical Evaluation by Dr Voss
CT of cervical spine, & MRI of spine.
— No new studies
— Need FOU for persistent c/o pain

****For security and safety, please do not inform patient of possible follow-up appointments****
the Health Providers & Warden

Please call Dr. McQueen to discuss plan -- will ?? on New ___ send no approval. 7

**Date resubmitted:** _____/_____/_____

RECEIVED PHS-STO
10, 31, 05 (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| **Cert Type:** | **Med Class:** | **CPT code:** | | **UR Auth #:** |
|---|---|---|---|---|

USa = UM Referral review form

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

**Please send this form with the Authorization Letter to the service provider at the time of the Appointment**

PHS

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** Staton 843 | **Patient Name: (Last, First,)** Ellis, Clifford | **Date: (mm/dd/yy)** 10, 28, 05 |
| **Site Phone #** (334) 567-1548 | **Alias: (Last, First,)** | **Date of Birth: (mm/dd/yy)** 04, 30, 81 |
| **Site Fax #** (334) 567-1538 | **Inmate #** 208226 | **PHS Custody Date: (mm/dd/yy)** 11, 2003 |
| **Will there be a charge?** ☐ Yes ☐ No  **Sex** ☐ Male ☐ Female | **SS Number** 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 | **Potential Release Date: (mm/dd/yy)** 05, 04, 08 |

**Responsible party:** ☐ PHS  ☐ Auto Ins.  ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )  ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

## CLINICAL DATA

**Requesting Provider:** ☑ Physician  ☐ NP, PA  ☐ Dental

**Facility Medical Director Signature and Date:** _(signature)_ 10/28/05

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)    ☐ X-ray (XR)    ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)    ☐ Dialysis (DA)

☐ Routine    ☑ Urgent

**Estimated Date of Service (mm/dd/yy)** ___/___/___

**(This starts the approval window for the "open authorization period")**

**Multiple Visits/Treatments:**    ☐ Radiation therapy  ☐ Chemotherapy
**Number of Visits/Treatments:** 3    ☐ Other:

**Specialist referred to:** Neuro Surgery

**Type of Consultation, Treatment, Procedure or Surgery:** Re-evaluate pain in Neck & arms following MVA

**Diagnosis:** Neck pain
**ICD-9 code:**

**You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.**
☐ Pertinent Documents have been attached and faxed.

_(margin, vertical:) Send notes_

**History of illness/injury/sypmtoms with Date of Onset:**
MVA - 10/04 c̄ c-spine abnormally
At seing Dr Voss and
Referred C+Scan & MRI
seen & found no evidence
of Hx or Herniation

**Results of a complaint directed physical examination:**
Pt still c/o pain in Neck &
① arm.
Neck good ROM.
c/o pain in ① neck
No Neurologeical finding by
this obser.

**Previous treatment and response (including medications)**
Neurosurgeical Evaluation by
Dr VOSS
CT of Cervical spine, & MRI of
same
- No new studies
- Need FOU for persistent c/o pain

**\*\*\*For security and safety, please do not inform patient of possible follow-up appointments\*\*\***
No HC or providers & warden

## UM DETERMINATION:

☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.    **Date resubmitted:** ___/___/___

**Regional Medical Director Signature, printed name and date required:**

_FAXED 10/31/05_

---

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**

| **Cert Type:** | **Med Class:** | **CPT code:** | **UR Auth #:** |
|---|---|---|---|

05a - UM Referral review form

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Ellis, Clifford | **Inmate Number:** | 208226EL |
| **Service Authorized:** | Office Visits: Op Neurosurgery Referral | **Effective Dates:** | 12/21/2004 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 4 |
| **Responsible Facility:** | Staton Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 14520393 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

| The consulting physician should complete this section. The completed form will be sealed in the attached envelope and returned with an officer to the correctional facility. |
|---|
| **Clinical Summary or Attached Report** |
| |
| |
| |
| |
| |
| |
| |
| ***\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\**** |

| Signature of Consulting Physician: | | |
|---|---|---|
| | Date | Time |
| Reviewed and Signed By Medical Director: | | |
| | Date | Time |

12/21/2004

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

**PHS**

RECEIVED DEC 20 2004

## DEMOGRAPHICS

**Site Name & Number:** Staton 843

**Site Phone #:** (334) 567 - 1548

**Site Fax #:** (334) 567 - 1538

**Patient Name: (Last, First)** ELLIS , Clifford

**Alias: (Last, First)**

**Inmate #** 208226

**SS Number** 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

**Date: (mm/dd/yy)** 08,20,04

**Date of Birth: (mm/dd/yy)** 04,30,04

**PHS Custody Date: (mm/dd/yy)** 11,20,03

**Potential Release Date: (mm/dd/yy)** 05,04,08

**Will there be a charge?** ☒ Yes ☐ No

**Sex** ☒ Male ☐ Female

**Responsible party:** ☒ PHS ☐ Auto Ins. ☐ Health Ins. (Excludes Medicare/Medicaid Managed Care alternative plans) ☐ Other, be specific (Excludes Medicare and Medicaid)

## CLINICAL DATA

**Requesting Provider:** ☒ Physician ☐ NP, PA ☐ Dentist
WINFRED D. WILLIAMS

**Regional Medical Director Signature and Date:**
☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☒ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DI)

☐ Routine  ☐ Urgent

**Estimated Date of Service (mm/dd/yy):** / /
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:**  ☐ Radiation Therapy  ☐ Chemotherapy
**Number of Visits/Treatments:** 4  ☐ Other:

**Specialist referred to:** Neurosurg

**Type of Consultation, Treatment, Procedure or Surgery:**
PLEASE EVALUATE AND TREAT

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of Illness/Injury/symptoms with Date of Onset:**
History of MVA Abnorml
C-spine films, MRI DONE

**Results of a complaint directed physical examination:**
PAIN IN U/E B/H ☐ + strenght ↓ weakness

**Previous treatment and response (including medications):**
NSAIDS , collar & MR

FAXED

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☒ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

**Date resubmitted:** / /

P/W

**Regional Medical Director Signature, printed name and date:**
Will Mosler, MD

10,21,04

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**

| Cert Type: | Med Class: | UR Auth # |
|---|---|---|
| NS/OV | 99201 | 04520393 |

UM Referral review forms 2-05-2004

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Ellis, Clifford | **Inmate Number:** | 208226EL |
| **Service Authorized:** | X-Ray: Ct Scan | **Effective Dates:** | 01/03/2005 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Staton Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 14550571 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**
- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

| |
|---|
| **The consulting physician should complete this section.** **The completed form will be sealed in the attached envelope and returned with an officer to the correctional facility.** |

| **Clinical Summary or Attached Report** |
|---|
| |
| |
| |
| |
| |
| |
| **\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\*** |

| Signature of Consulting Physician: | | |
|---|---|---|
| | Date | Time |
| Reviewed and Signed By Medical Director: | | |
| | Date | Time |

01/03/2005

Neurosurgical Associates of Dothan, P.C.   2323 West Main Street, Suite 113   Dothan, AL 36301
Telephone: (334) 793-6573    Fax: (334) 793-5346
D. Bruce Woodham, M.D.                   Nicholas F. Voss, M.D.

PATIENT NAME:   Ellis, Clifford            DOB:        04/30/1981

DOS:              01/20/2004

CHIEF COMPLAINT:  The patient returns today.  He has had a radiographic workup now.  X-rays of the cervical spine, a CT scan of the cervical spine and MRI of the cervical spine are all normal, without any radiographic findings.  There is no fracture, disc disease or misalignment, etc.  He has been wearing a collar and I discontinued that collar today.  I told him he does not need the collar.  His neck has been a bit sore but he states it has actually been getting better.  He is having no significant problems.  There is no tingling, weakness or numbness.  He is pleased with the news.

PHYSICAL EXAMINATION:  Neurologically I find he has full faculties, including normal motor, sensory and reflex testing.

RECOMMENDATION:  We will see him back on an as needed basis.

Nicholas F. Voss, M.D.

NFV/TC/1048363-000

Referring Physician:  Winfred Williams, M.D.



## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First) | Date: (mm/dd/yy) |
|---|---|---|
| Staton 843 | ELLIS, CLIFFORD | 01.03.05 |

| Site Phone # | Alias: (Last, First) | Date of Birth: (mm/dd/yy) |
|---|---|---|
| (334) 567 - 1548 | | 04.30.04 |

| Site Fax # | Inmate # | PHS Custody Date: (mm/dd/yy) |
|---|---|---|
| (334) 567 - 1538 | 208226 | 11.20.03 |

| Will there be a charge? | Sex | SS Number | Potential Release Date: (mm/dd/yy) |
|---|---|---|---|
| ☒ Yes ☐ No | ☒ Male ☐ Female | 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 | 05.04.08 |

Responsible party: ☒ PHS   ☐ Auto Ins.   ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )   ☐ Other, be specific (Excludes Medicare and Medicaid):

## CLINICAL DATA

Requesting Provider:   ☒ Physician   ☐ NP, PA   ☐ Dental

WINFRED WILLIAMS

Facility Medical Director Signature and Date:

_Jr. Shelx_   1/3/05

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☒ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)

☐ Outpatient Surgery (OS)   ☐ Dialysis (DX)

☒ Routine   ☐ Urgent

Estimated Date of Service (mm/dd/yy) ___/___/___

(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments:   ☐ Radiation Therapy   ☐ Chemotherapy

Number of Visits/Treatments: _____   ☐ Other:

Specialist referred to:   Dr VOSS

Type of Consultation, Treatment, Procedure or Surgery:

F/u APPT - JAN. 20th, 2005   11:00AM

2323 W. Main St
Suite 113

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

History of Illness/Injury/sypmtoms with Date of Onset:

11/04 - MVA

Hx MVA Abnl x-ray of c-spine

CT DONE

Results of a complaint directed physical examination:

9/EMANKNSS, Pain in Neck & shoulders

Previous treatment and response (including medications):

Conservative, Pain Mgmt, MOU Neurosurg c/s.

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.   Date resubmitted: ___/___/___

Regional Medical Director Signature, printed name and date required: _____   ___/___/___ (mm/dd/yy)

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**

| Cert Type: | Med Class: | UR Auth #: 14520 393 |
|---|---|---|

UM Referral review form 2-05-2004

②

# UTILIZATION M. AGEMENT REFERRAL REVI FORM

Form must be Complete and Legible

AFTER RMD approval, fax to XXX XXX-XXXX. You *must* Type or Print.

**PHS**

## DEMOGRAPHICS

| | | |
|---|---|---|
| Site Name & Number: **Staton 843** | Patient Name: (Last, First,) *ELLIS CLIFFORD* | Date: (mm/dd/yy) *1/3/05* |
| Inmate # *808226* | Alias: (Last, First,) | Date of Birth: (mm/dd/yy) *04/30/81* |
| Site Phone # **(334) 567-1548** | ☒ Male ☐ Female | PHS Custody Date *11/20/03* |
| Site Fax # **(334) 567-1538** | Will there be a charge for this Visit? ☒ Yes ☐ No | Potential Release Date *05/04/08* |

Responsible party: ☒ PHS ☐ Auto Ins. ☐ Health Ins.(Excludes Medicare and Medicaid Replacement) ☐ Other, be specific (Excludes Medicare and Medicaid):

## CLINICAL DATA

Requesting Provider: ☒ Physician ☐ NP, PA ☐ Dental

*WINFRED D. WILLIAMS*

Facility Medical Director Signature and Date: *N. ___ 1/3/05*

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)   ☒ X-ray (XR)   ☐ Dialysis (DA)
☐ Outpatient Surgery (OS)   ☐ Scheduled Admission (SA)

☐ Routine   ☒ Urgent

Estimated Date of Service (mm/dd/yy):

(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments: ☐ (Radiation, Chemotherapy)
Number of Visits/Treatments:

Type of Consultation, Treatment, Procedure or Surgery:

*CT SCAN - C-spine*
*IMI on 12/30/04 @ 2:45 p.m.*

You must include copies of pertinent lab, X-rays, and specialty consult reports with this form.

☐ Pertinent Documents have been attached and faxed.

History of Illness/injury/sypmtoms with Date of Onset:
*Neck injury MVA*
*Abnormal X-Rays*

Results of a complaint directed physical examination with objective findings:
*Pain & weakness bilat upper extrem.*

Previous treatment and response: (including medications)
*X-Rays, MRI Rest Profile Non Pain Meds*
*D/W*

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Offsite Service Recommended and Authorized
☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.   Date:

**FAXED**

Regional Medical Director Signature, printed name and date required:

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | UR Auth #: |
|---|---|---|

FROM :                                          FAX NO. :
                                                        Dec. 23 2004 02:16PM  P30

12/23/2004 14:48 FAX 3343958156          REGIONAL OFFICE                    ☒025
12/23/2004 THU 11:48  FAX 334 567 1538 Staton Health Unit                  ☒006/006

## UTILIZATION MANAGEMENT REFERRAL REVIEW FORM                              PHS

Form must be Complete and Legible. You must Type or Print
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

RECEIVED DEC 23 2004

### DEMOGRAPHICS

| Site Name & Number | Patient Name (Last, First) | Date (mm/dd/yy) |
|---|---|---|
| Staton 843 | Ellis Clifford | 12.21.04 |
| Site Phone # | Alias (Last, First) | Date of Birth (mm/dd/yy) |
| (334) 567 - 1543 | | 4.3.081 |
| Site Fax # | Inmate # | EPS Custody Date (mm/dd/yy) |
| (334) 567 - 1538 | 208226 | 11.20.03 |
| Will there be a charge?  Sex | SS Number | Potential Release Date (mm/dd/yy) |
| ☒Yes ☐No  ☒Male ☐Female | 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 | 05.04.08 |

Responsible party:  ☒PHS ☐Auto Ins.   ☐MedA Ins (Includes Medicare/Medicaid Kickpad One Alternative plans)
                                        ☐Other, ie specific (includes Medicare and Medicaid)

### CLINICAL DATA

| Referring Provider  ☐Physician ☒Nv, PA ☐Dental | History of Illness/Injury/symptoms with Date of Onset: |
|---|---|
| McArthur | Pt seen by Dr Voss 12/2/04 |

Clinical Review Director/Corporate UM Approval and Date
_Mohd A Ghilla_ 12/22/04

☐ Send this form back for "approval" via protocol

for R/O Cervical fx
Dr Voss requested CT Scan
Cervical 3 contrast

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

Results of a complaint directed physical examination:

☒Office Visit (OV)   ☐X-ray (XR)   ☐Scheduled Admission (SA)
☐Outpatient Surgery (OS)   ☐Dialysis (DY)
☒XScans   ☐Urgent

Estimated Date of Service (mm/dd/yy)  ____/____/____

(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments:   ☐Radiation Therapy
Number of Visits/Treatments: ___   ☐Chemotherapy
                              ☐Other:

Specialist referred to:  _IMI_

Previous treatment and response (including medications):

Type of Consultation, Treatment, Procedure or Surgery:

CT Scan 3 Contrast of
Cervical spine
11.30.04 2115M

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

***For security and safety, please do not inform patient of possible follow up appointments***

**UM DETERMINATION:**
☐ Alternative Treatment Plan (explain here):
                                                    ☐Other: Service Recommended and Authorized

☐ More Information Requested (list attached)
                                                    Date reviewed:
☐ Recommended with requested information.           _____

Regional Medical Director Signature,
printed name and date required:                      _Wm_ 12.25.04
**Will Mosier, MD**

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cost Type | Med Claim | DRAFT # |
|---|---|---|
| CT/XR | 72126 | 14527276 |

UM Referral review form 2-05-2004

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Please send this form with the Authorization Letter to the service provider at the time of Appointment

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First,) | Date: (mm/dd/yy) |
|---|---|---|
| Staton 843 | Ellis Clifford | 12.21.04 |
| **Site Phone #** | **Alias: (Last, First,)** | **Date of Birth: (mm/dd/yy)** |
| (334) 567 - 1548 | | 4.30.81 |
| **Site Fax #** | **Inmate #** | **PHS Custody Date: (mm/dd/yy)** |
| (334) 567 - 1538 | 208226 | 11.20.03 |
| **Will there be a charge?** ☒Yes ☐No  **Sex** ☒Male ☐Female | **SS Number** 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 | **Potential Release Date: (mm/dd/yy)** 05.04.08 |

**Responsible party:** ☒ PHS ☐ Auto Ins. ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans ) ☐ Other, be specific (Excludes Medicare and Medicaid):

## CLINICAL DATA

| | |
|---|---|
| **Requesting Provider:** ☐ Physician ☒ NP, PA ☐ Dental | **History of illness/injury/sypmtoms with Date of Onset:** |
| MsArthur | Pt seen by Dr Voss 12/21/04 for R/O Cervical Fx Dr Voss requested CT Scan Cervical 3 Contrast |
| **Facility Medical Director Signature and Date:** _____ 12/22/04 | |
| ☐ Service meets criteria for "approval via protocol" | **Results of a complaint directed physical examination:** |
| Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields. | |
| ☒Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA) | |
| ☐ Outpatient Surgery (OS)  ☐ Dialysis (DA) | |
| ☒ Routine  ☐ Urgent | |
| **Estimated Date of Service (mm/dd/yy)** __/__/__ | |
| (This starts the approval window for the "open authorization period") | |
| **Multiple Visits/Treatments:** ☐ Radiation therapy ☐ Chemotherapy | |
| **Number of Visits/Treatments:** _____ ☐ Other: | |
| **Specialist referred to:** IMI | **Previous treatment and response (including medications):** |
| **Type of Consultation, Treatment, Procedure or Surgery:** CT Scan 3 Contrast of Cervical Spine 12/30 @ 2:45 PM | |
| You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form. ☐ Pertinent Documents have been attached and faxed. | ***For security and safety, please do not inform patient of possible follow-up appointments*** |

| **UM DETERMINATION:** | ☐ Offsite Service Recommended and Authorized |
|---|---|
| ☐ Alternative Treatment Plan (explain here): | FAXED D/M |
| ☐ More Information Requested: (See Attached) | |
| ☐ Resubmitted with requested information. | **Date resubmitted:** __/__/__ |
| **Regional Medical Director Signature, printed name and date required:** | __/__/__ (mm/dd/yy) |

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**

| Cert Type: | Med Class: | UR Auth #: 14522278 |
|---|---|---|

UM Referral review form 2-05-2004

**Neurosurgical Associates of Dothan, P.C.   2323 West Main Street, Suite 113   Dothan, AL 36301**
**Telephone: (334) 793-6573     Fax: (334) 793-5346**
**D. Bruce Woodham, M.D.                        Nicholas F. Voss, M.D.**

## HISTORY AND PHYSICAL

PATIENT NAME:     Ellis, Clifford                    DOB:          04/30/1981

DOS:                      12/21/2004

ADMIT:                                                          SURGERY:

CHIEF COMPLAINT:  The patient is seen through the prison system in consultation for evaluation of neck, bilateral arm pain.

HISTORY OF PRESENT ILLNESS:  The pain is nonspecific.  It has been happening since a bus wreck October 28, 2004.  The pain sometimes goes into the right, sometimes goes into the left. His neck has been stiff.  He has been treated with a cervical collar since that time.  He has been given some medicine, which he thought might be Motrin.

PAST MEDICAL HISTORY:  Is reviewed and cosigned in the patient encounter form.

PHYSICAL EXAMINATION

        BP: 122/70
        PULSE: 74
        TEMPERATURE: 98.5
        SKIN:  Warm and dry.
        LUNGS:  Clear to auscultation.
        HEART:  Regular rhythm.
        ABDOMEN:  Soft.
        EXTREMITIES:  Warm and dry.

NEUROLOGIC EXAM:
        MENTAL STATE:  Alert, oriented to person, place and time.  Speech is fluent.
        CRANIAL NERVES:  Pupils equal and reactive.  EOMs are full, gaze conjugate.  Facial sensation is intact.  Facial movements are symmetric.  Tongue protrudes to the midline. Palate elevates to the midline.  Shoulder shrug intact.
        MOTOR TESTING:  Demonstrates full strength throughout the upper and lower extremities.
        SENSORY EXAM:  Intact to light touch and pin prick, proprioception.
        REFLEXES:  Symmetric; no pathological reflexes are present.
        CEREBELLAR FUNCTION:  Normal finger-nose-finger test.  No ataxia.
        SPINE EXAM:  ROM unrestricted.
        STRAIGHT LEG RAISE:  +/-
        FORAMINAL CLOSURE:  +/-

Ellis, Clifford

Page 2

There is some tenderness in the cervical spine to deep palpation at about the C6-C7 level. Nothing specific about the exam. X-rays, which are present, are normal AP and lateral. An MRI report demonstrates no abnormalities although the films are not present. No CT scans have been done.

IMPRESSION: There is a question of cervical fracture and I think this would best be evaluated by CT scan as well as flexion and extension views of the cervical spine. I think this probably represents nothing more than cervical strain.

RECOMMENDATION: I would be happy to review the MRI at which time, check the CT scan, check flexion and extension views and if these look okay I think we can wean him from his collar and begin him in some physical therapy.

Nicholas F. Voss, M.D.

Referring Physician: Winfred Williams, M.D.

NFV/TC/1016216-000

DICTATED - NOT YET READ
DATE MAILED

DEC 2 7 2004

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print
*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

**PHS**

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** Staton 843 | **Patient Name: (Last, First.)** Ellis, Clifford | **Date: (mm/dd/yy)** 02 20 04 |
| **Site Phone #** (334) 567 - 1548 | **Alias: (Last, First.)** | **Date of Birth: (mm/dd/yy)** 04 30 04 |
| **Site Fax #** (334) 567 - 1538 | **Inmate #** 208226 | **PHS Custody Date: (mm/dd/yy)** 11 20 03 |
| **Will there be a charge?** ☒ Yes ☐ No  **Sex** ☒ Male ☐ Female | **SS Number** 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 | **Potential Release Date: (mm/dd/yy)** 05 04 08 |

**Responsible party:** ☒ PHS  ☐ Auto Ins.  ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )  ☐ Other, be specific (Excludes Medicare and Medicaid):

## CLINICAL DATA

| | |
|---|---|
| **Requesting Provider:** ☒ Physician  ☐ NP, PA  ☐ Dental<br>WINFRED D. WILLIAMS<br><br>**Facility Medical Director Signature and Date:**<br>*[signature]*<br><br>☐ Service meets criteria for "approval via protocol"<br><br>**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**<br><br>☒ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)<br>☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)<br>☐ Routine  ☐ Urgent<br><br>**Estimated Date of Service (mm/dd/yy)** __/__/__<br>(This starts the approval window for the "open authorization period")<br><br>**Multiple Visits/Treatments:** ☐ Radiation therapy  ☐ Chemotherapy<br>**Number of Visits/Treatments:** (4)  ☐ Other:<br><br>**Specialist referred to:** NeuroSurg<br><br>**Type of Consultation, Treatment, Procedure or Surgery:**<br>Please Evaluate And treat<br><br>**You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.**<br>☐ Pertinent Documents have been attached and faxed. | **History of illness/injury/sypmtoms with Date of Onset:**<br>History of MVA Abnormal<br>C-spine films, MRI Done<br><br>**Results of a complaint directed physical examination:**<br>PAIN IN U/E B/H = ↓<br>Strenght ↓ weakness.<br><br><br>**Previous treatment and response (including medications):**<br>NSAIDS, collar ↓ MR<br><br>**FAXED** 2/20/04 EE<br><br>***For security and safety, please do not inform patient of possible follow-up appointments*** |

| | |
|---|---|
| **UM DETERMINATION:**<br>☐ Alternative Treatment Plan (explain here):<br><br>☐ More Information Requested: (See Attached)<br><br>☐ Resubmitted with requested information.<br><br>**Regional Medical Director Signature, printed name and date required:** | ☐ Offsite Service Recommended and Authorized<br><br>P/W<br><br>**Date resubmitted:** __/__/__<br><br>_____ (mm/dd/yr) |

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**

| | | |
|---|---|---|
| **Cert Type:** | **Mod Class:** | **UR Auth #:** 14520393 |

*good for 60 days*

①

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

**Form must be Complete and Legible. You must Type or Print**

Please send this form with the Authorization Letter to the service provider at the time of the Appointment

**PHS**

## DEMOGRAPHICS

| | | |
|---|---|---|
| Site Name & Number: **Staton 843** | Patient Name: (Last, First) **ELLIS CLIFFORD** | Date: (mm/dd/yy) **12, 13, 04** |
| Site Phone # **(334) 567 - 1548** | Alias: (Last, First) | Date of Birth: (mm/dd/yy) **04, 30, 81** |
| Site Fax # **(334) 567 - 1538** | Inmate # **208 226** | PHS Custody Date: (mm/dd/yy) |
| Will there be a charge? ☑Yes ☐No   Sex ☑Male ☐Female | SS Number **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** | Potential Release Date: (mm/dd/yy) |

Responsible party: ☑PHS ☐Auto Ins.    ☐Health Ins. (Excludes Medicare/Medicaid Managed Care alternative plans)    ☐Other; be specific (Excludes Medicare and Medicaid)

RECEIVED DEC 13 2004

## CLINICAL DATA

Requesting Provider: ☑Physician ☐ NP, PA ☐ Dental

**WINFRED D. WILLIAMS**

Facility Medical Director Signature and Date:

*[signature]*

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)   ☑ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DA)

☐ Routine   ☑ Urgent

Estimated Date of Service (mm/dd/yy): ___ , ___ , ___

(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments:    ☐ Radiation Therapy
Number of Visits/Treatments: _____    ☐ Chemotherapy   ☐ Other: 

Specialist referred to: **MRI / IMI**

Type of Consultation, Treatment, Procedure or Surgery: **MRI C-spine**

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.

☐ Pertinent Documents have been attached and faxed.

History of Illness/Injury/symptoms with Date of Onset: **MVA 10/04 C-spine Abnls**
**C3-4 Fx, PAIN IN U/E ⓑ**
**MRI needed w/ poss. Neurosurg Eval.**

Results of a complaint directed physical examination: **Strength 3/5 GRIP ⓇR, 4/5 ⓁL**
**↓ROM R→L, flexion limited unable to Hyperflex/Extend Neck.**

Previous treatment and response (including medications): **NSAIDs, Rest, Profiles**

***For security and safety, please do not inform patient of possible follow-up appointments***

**UM DETERMINATION:** ☑ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here): **D/W**

☐ More Information Requested: (See Attached)

Date resubmitted: _____

☐ Resubmitted with requested information.

Regional Medical Director Signature, WHEN MODIFICATION required:

*[signature]*    **12, 13, 04**

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: **MR / XR** | Med Class: **7214/** | UR Number: **1449422/** |
|---|---|---|

UM Referral review form 2-05-2004

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

**Form Must be Complete and Legible. You must Type or Print.**

*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

**PHS**

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** Staton 843 | **Patient Name: (Last, First,)** ELLIS CLIFFORD | **Date: (mm/dd/yy)** 12,13,04 |
| **Site Phone #** (334) 567 - 1548 | **Alias: (Last, First,)** | **Date of Birth: (mm/dd/yy)** 04,30,81 |
| **Site Fax #** (334) 567 - 1538 | **Inmate #** 208226 | **PHS Custody Date: (mm/dd/yy)** __,__,__ |
| **Will there be a charge?** ☒Yes ☐No  **Sex** ☒Male ☐Female | **SS Number** 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 | **Potential Release Date: (mm/dd/yy)** __,__,__ |

**Responsible party:** ☒ PHS  ☐ Auto Ins.  ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )  ☐ Other, be specific (Excludes Medicare and Medicaid):

## CLINICAL DATA

**Requesting Provider:** ☒Physician ☐NP, PA ☐Dental
WINFRED D. WILLIAMS

**Facility Medical Director Signature and Date:**
*[signature]*

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)  ☒ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)

☐ Routine  ☒ Urgent

**Estimated Date of Service (mm/dd/yy)** __,__,__
*(This starts the approval window for the "open authorization period")*

**Multiple Visits/Treatments:**  ☐ Radiation therapy ☐ Chemotherapy
**Number of Visits/Treatments:** _____  ☐ Other:

**Specialist referred to:** MRI / IMI

**Type of Consultation, Treatment, Procedure or Surgery:**
MRI C-Spine - 12/14/04
@ 11:15 A.M.

**You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.**
☐ Pertinent Documents have been attached and faxed.

**History of Illness/Injury/symptoms with Date of Onset:**
MVA 10/04 c-spine Abnl's
C3-4 Fx, PAIN IN U/E (B)
MRI needed w/ poss Neurosurg
Eval.

**Results of a complaint directed physical examination:**
Strength 3/5 GRIP (R), 4/5 (L)
↓ ROM R→L, Flexion limited
unable to HyperFlex/Extend
Neck.

**Previous treatment and response (including medications):**
NSAIDS, Rest, Profiles

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):  D/W

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.  **Date resubmitted:** __,__,__

**FAXED** 12/13/04

**Regional Medical Director Signature, printed name and date required:**

---

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY:**

| **Cert Type:** | **Med Class:** | **UR Auth #:** 1449422 |
|---|---|---|

UM Referral review form 2-05-2004

HCX

HEALTHCARE CORRECTIONS
RADIOLOGY SERVICES REQUEST AND REPORT

INSTITUTION: Elmore

Name: Ellis, Clifford

State ID No: 208226

DOB 4/30/81

Race: _____ Sex: _____

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP Recsent | Date of request 1/13/06 | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|

HISTORY/DIAGNOSIS:

### X-RAY REQUEST

| ABDOMEN/KUB |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) |
| ANKLE |
| CERVICAL SPINE |
| CHEST PA / LATERAL |
| COCCYX |
| CONE DOWN SELLA TURCICA |
| ELBOW |
| FACIAL BONES |
| FEMUR |

| SOFT TISSUE STUDIES |
| STERNUM |
| TEMPORO-MANDIBULAR JOINTS |
| THORACIC SPINE |
| TIBIA/FIBULA |
| TOES |
| WRIST |
| ZYGOMA |
| ZYGOMATIC ARCH |

X-ray

Ellis

LEFT KNEE: The examination sh___ no evidence of recent fracture or other significant bony abnormality.
IMPRESSION: NEGATIVE STUDY.

Comment: The current examination has been compared to the previous study. There has been no significant change.

D & T: 01-20-06  Howard P. Schiele, M.D./rr  Board Certified Radiologist  (Signature on file)

KA RL

X-RAY TECHNOLOGIST'S NAME (PRINT)

X-RAY TECHNOLOGIST'S SIGNATURE

DATE, TIME EXAM PERFORMED

RADIOLOGIST'S NAME (PRINT)

RADIOLOGIST'S SIGNATURE

DATE SIGNED

HEALTHCARE CORRECTIONS
RADIOLOGY SERVICES REQUEST AND REPORT

INSTITUTION: _Elmore_

State ID No: _208226_
DOB _4·30·81_
Race: _B/M_    Sex: _____

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Pleasant | 11/15/05 | | | | |

HISTORY/DIAGNOSIS:

### X-RAY REQUEST

| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
|---|---|---|---|
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS ( HEEL ) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE ✓ |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE ✓ | SACRO-ILLIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER (L) & (R) ✓ | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

### REPORT

BILATERAL SHOULDERS: The examination shows no evidence of recent fracture or other significant abnormality. oh
IMPRESSION: NEGATIVE STUDY. IF AC SEPARATION IS SUSPECTED, THEN WEIGHT BEARING VIEWS OF BOTH SHOULDERS WOULD BE RECOMMENDED. cc

DORSAL SPINE: The vertebrae are well aligned and show no evidence of any fracture or any destructive bone disease.
IMPRESSION: NORMAL STUDY. oh

LUMBAR SPINE: The vertebrae are well aligned and show no evidence of any fracture or any destructive bone disease.
IMPRESSION: NORMAL STUDY. oh        12·6·05

CERVICAL SPINE: The vertebrae are well aligned and show no evidence of any fracture or any destructive bone disease.
IMPRESSION: NORMAL STUDY. oh

KDA TPT 12-05-05  Howard P. Schiele, M.D./rr  Board Certified Radiologist  (Signature on file)

| X-RAY TECHNOLOGIST'S NAME (PRINT) | X-RAY TECHNOLOGIST'S SIGNATURE | DATE, TIME  EXAM PERFORMED |
|---|---|---|

| RADIOLOGIST'S NAME (PRINT) | RADIOLOGIST'S SIGNATURE | DATE SIGNED |
|---|---|---|

HCX

Name: _Ellis, Clifton_

# HEALTHCARE CORRECTIONS
## RADIOLOGY SERVICES REQUEST AND REPORT

State ID No: _Z08226_

DOB _4-30-81_

INSTITUTION: _Staton ECC (MOU)_

Race: _B_    Sex: _M_

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| D. McArthur, PA | 1/10/05 | | | | |

HISTORY/DIAGNOSIS:

R/O AbN

### X-RAY REQUEST

| | | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS (HEEL) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| CHEST PA / LATERAL | HUMERUS | X RADIUS/ULNA (L) | ✓ TIBIA/FIBULA ✓ |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

### REPORT

Ellis    Clifford

LEFT RADIUS AND ULNA: The examination shows no evidence of recent fracture or other significant bony abnormality.
IMPRESSION: NEGATIVE STUDY.

D & T: 01-12-05 Howard P. Schiele, M.D./rr  Board Certified Radiologist  (Signature on file)

1/13/05 @

_K. A., RT._
X-RAY TECHNOLOGIST'S NAME (PRINT)    X-RAY TECHNOLOGIST'S SIGNATURE    DATE, TIME EXAM PERFORMED

RADIOLOGIST'S NAME (PRINT)    RADIOLOGIST'S SIGNATURE    DATE SIGNED

# eRAD ImageMedical   CENTRAL DISTRIBUTION SERVER

Main          Info          Preferences      Work List

Default List    Other Lists     Corrections    Download Viewer                                          Help

**Central Teleradiology Server**          **Preliminary Report**

Print Friendly    ▲ Back to list
Open              Edit
Dictate

---

Name: *ELLIS, CLIFFORD*          ID: 043081/KS                    Sex: M
Admit:                          DoB:                            MR#:
Discharge:                      Order#:                         Completed: Dec 30,2004 15:47
Referred By: PRISON SYSTEMS      Reason: CT CERVICAL

Radiologist: IMI Transcriptionist      Report Date: Jan 03,2005 10:35:00  Key Images: 0
Status: Preliminary

---

## OBSERVATION
Words: 93 Chars: 596

SCAN: CT of the cervical spine without contrast.

FINDINGS: Axial CT examination of the cervical spine does not show any obvious vertebral compression deformity or fracture of the posterior elements.
There appears to be small fractures of the uncinate processes of the superior right side of the third and fourth vertebral bodies in the neural foramina. This could be volume averaging from the superior edge of the uncinate process on the right side with a slightly oblique, tilted position of the cervical spine with reference to the axial plane. Clinical correlation is needed.

## IMPRESSION
Words: 71 Chars: 463

IMPRESSION: CT examination of the cervical spine with parasagittal reconstruction raises the question of minimal avulsion fractures of the right uncinate processes of the superior endplate of C3 and C4. This could be due to volume averaging across the tip of the uncinate processes in a slightly oblique cervical spine.

Thank you for this patient referral.

Delbert Hahn, M.D.

DH/lr
D: 12/30/04
T: 01/03/05

1/3/05
Ⓝ dx MVA 11/04

Approve

---

HCX                                                    Name: _Ellis, Capet_

HEALTHCARE CORRECTIONS                     State ID No: _208226_

RADIOLOGY SERVICES REQUEST AND REPORT       DOB _4-30-81_

INSTITUTION: _Draper_  ECC                  Race: _B_      Sex: _M_

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| W. Wassler, CRNP | 12/2/04 | | | | |

HISTORY/DIAGNOSIS:    Back pain

**X-RAY REQUEST**

| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
|---|---|---|---|
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS ( HEEL ) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | X THORACIC SPINE |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILLIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

Ellis                              **REPORT**

DORSAL SPINE:  There is no definite abnormality.  Several of the upper and lower dorsal
vertebrae are largely obscured by superimposed soft tissue shadows and cannot be fully
evaluated.

D & T: 12-07-04 Howard P. Schiele, M.D./rr  Board Certified Radiologist  (Signature on file)

Smt 12/7/04

ECC

_J. Kerbetz R.T._                _J Kerbetz_              _12-6-04_
X-RAY TECHNOLOGIST'S NAME (PRINT)   X-RAY TECHNOLOGIST'S SIGNATURE   DATE, TIME EXAM PERFORMED

_____                _____              _____
RADIOLOGIST'S NAME (PRINT)          RADIOLOGIST'S SIGNATURE          DATE SIGNED



## Integrated Magnetic Imaging

| | |
|---|---|
| **Date:** | **12/14/04** |
| **Patient:** | **Ellis, Clifford** |
| **DOB:** | **04/30/81** |
| **Physician:** | **W. Williams** |
| **Tech:** | **Deanna Closson, RT (R) (MR) (CT)** |
| **Chart#:** | **C121404-4** |
| **Tape:** | |
| **Indication:** | **C3-4 fracture, bilateral arm pain** |

**SCAN:**   MRI of the cervical spine without contrast.

**TECHNIQUE:**   Multiplanar, multipulse MRI of the cervical spine was completed in the usual manner.

**FINDINGS:**   The vertebral marrow signal is unremarkable.  The C2-3 and C3-4 intervertebral discs are unremarkable.
At C4-5, there is no significant disc protrusion.  There is a minimal bulge centrally.  C5-6 and C6-7 are also unremarkable.  C7-T1 is within normal limits.

**IMPRESSION:**   Multiplanar, multipulse MRI of the cervical spine does not show any focal disc protrusion or spinal stenosis.  The patient does not have any vertebral compression deformity.  I do not see any definite deformity in the lamina.  Fracture of the posterior elements cannot be excluded.

Thank you for this patient referral.

Delbert Hahn, M.D.

DH/lr
D:  12/14/04
T:  12/14/04

12/16/04



BlueCross®
BlueShield®
Preferred Provider



acr
Accredited by the American
College of Radiology

12/20/2004   08:59   [TX/RX NO 5202] ⊠001

| | |
|---|---|
| **Date:** | **12/14/04** |
| **Patient:** | **Ellis, Clifford** |
| **DOB:** | **04/30/81** |
| **Physician:** | **W. Williams** |
| **Tech:** | **Deanna Closson, RT (R) (MR) (CT)** |
| **Chart#:** | **C121404-4** |
| **Tape:** | |
| **Indication:** | **C3-4 fracture, bilateral arm pain** |

**SCAN:**   MRI of the cervical spine without contrast.

**TECHNIQUE:**   Multiplanar, multipulse MRI of the cervical spine was completed in the usual manner.

**FINDINGS:**   The vertebral marrow signal is unremarkable.  The C2-3 and C3-4 intervertebral discs are unremarkable.
At C4-5, there is no significant disc protrusion.  There is a minimal bulge centrally.  C5-6 and C6-7 are also unremarkable.  C7-T1 is within normal limits.

**IMPRESSION:**   Multiplanar, multipulse MRI of the cervical spine does not show any focal disc protrusion or spinal stenosis.  The patient does not have any vertebral compression deformity.  I do not see any definite deformity in the lamina.  Fracture of the posterior elements cannot be excluded.

Thank you for this patient referral.

SIGNED ORIGINAL ON FILE

_____

Delbert Hahn, M.D.

DH/lr
D: 12/14/04
T: 12/14/04



# imi

## Integrated Magnetic Imaging

| | |
|---|---|
| **Date:** | **12/30/04** |
| **Patient:** | **Ellis, Clifford** |
| **DOB:** | **04/30/81** |
| **Physician:** | **W. Williams** |
| **Tech:** | **Kristal Stanfield, RT (R)** |
| **Chart#:** | |
| **Tape:** | |
| **Indication:** | **Bus, truck accident, fracture** |

**SCAN:**   CT of the cervical spine without contrast.

**FINDINGS:** Axial CT examination of the cervical spine does not show any obvious vertebral compression deformity or fracture of the posterior elements.

There appears to be small fractures of the uncinate processes of the superior right side of the third and fourth vertebral bodies in the neural foramina. This could be volume averaging from the superior edge of the uncinate process on the right side with a slightly oblique, tilted position of the cervical spine with reference to the axial plane. Clinical correlation is needed.

**IMPRESSION:**   CT examination of the cervical spine with parasagittal reconstruction raises the question of minimal avulsion fractures of the right uncinate processes of the superior endplate of C3 and C4. This could be due to volume averaging across the tip of the uncinate processes in a slightly oblique cervical spine.

Thank you for this patient referral.

Delbert Hahn, M.D.

DH/lr
D: 12/30/04
T:  01/03/05

FAXED

7094 University Court  •  Montgomery, AL 36117

(334) 271-OPEN (6736)  •  Office: (334) 271-1345  •  Fax: (334) 271-1342

www.imiofmontgomery.com

A Division of Ransom & Heart, Inc.





12/20/2004  08:57  [TX/RX NO 5201] Ø001



(334) 793-5346
LISA

| | |
|---|---|
| **Date:** | **12/14/04** |
| **Patient:** | **Ellis, Clifford** |
| **DOB:** | **04/30/81** |
| **Physician:** | **W. Williams** |
| **Tech:** | **Deanna Closson, RT (R) (MR) (CT)** |
| **Chart#:** | **C121404-4** |
| **Tape:** | |
| **Indication:** | **C3-4 fracture, bilateral arm pain** |

**SCAN:**  MRI of the cervical spine without contrast.

**TECHNIQUE:**  Multiplanar, multipulse MRI of the cervical spine was completed in the usual manner.

**FINDINGS:**  The vertebral marrow signal is unremarkable.  The C2-3 and C3-4 intervertebral discs are unremarkable.
At C4-5, there is no significant disc protrusion.  There is a minimal bulge centrally.  C5-6 and C6-7 are also unremarkable.  C7-T1 is within normal limits.

**IMPRESSION:**  Multiplanar, multipulse MRI of the cervical spine does not show any focal disc protrusion or spinal stenosis.  The patient does not have any vertebral compression deformity.  I do not see any definite deformity in the lamina.  Fracture of the posterior elements cannot be excluded.

Thank you for this patient referral.

SIGNED ORIGINAL ON FILE

Delbert Hahn, M.D.

DH/lr
D:  12/14/04
T:  12/14/04



# imi

## Integrated Magnetic Imaging

**Date:** 12/14/04
**Patient:** Ellis, Clifford
**DOB:** 04/30/81
**Physician:** W. Williams
**Tech:** Deanna Closson, RT (R) (MR) (CT)
**Chart#:** C121404-4
**Tape:**
**Indication:** C3-4 fracture, bilateral arm pain

**SCAN:** MRI of the cervical spine without contrast.

**TECHNIQUE:** Multiplanar, multipulse MRI of the cervical spine was completed in the usual manner.

**FINDINGS:** The vertebral marrow signal is unremarkable. The C2-3 and C3-4 intervertebral discs are unremarkable.
At C4-5, there is no significant disc protrusion. There is a minimal bulge centrally. C5-6 and C6-7 are also unremarkable. C7-T1 is within normal limits.

**IMPRESSION:** Multiplanar, multipulse MRI of the cervical spine does not show any focal disc protrusion or spinal stenosis. The patient does not have any vertebral compression deformity. I do not see any definite deformity in the lamina. Fracture of the posterior elements cannot be excluded.

Thank you for this patient referral.

Delbert Hahn, M.D.

DH/lr
D: 12/14/04
T: 12/14/04



7094 University Court • Montgomery, AL 36117

(334) 271-OPEN (6736) • Office: (334) 271-1345 • Fax: (334) 271-1342

www.imiofmontgomery.com

*A Division of Ransom & Heart, Inc.*


BlueCross BlueShield
Preferred Provider


Accredited by the American College of Radiology

10-29-04

HCX

**HEALTHCARE CORRECTIONS**
**RADIOLOGY SERVICES REQUEST AND REPORT**

INSTITUTION: _Staton ECC_

Name: _Ellis Clifford_
State ID No: _208224_ -
DOB _04/30/81_
Race: _B_          Sex: _N_

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Lassiter | 11/02/04 | | | | |

HISTORY/DIAGNOSIS: PAIN

### X-RAY REQUEST

| | | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS ( HEEL ) | TEMPORO-MANDIBULAR JOINTS |
| X CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILLIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

### REPORT

CERVICAL SPINE: The vertebrae are well aligned and show no evidence of any fracture or any destructive bone disease.
IMPRESSION: NORMAL STUDY.

D: & T: 11-03-04  Maurice H. Rowell/jhi  Board Certified Radiologist (Signature on file)

ECC

11/4/04

_K.A. R.T_
X-RAY TECHNOLOGIST'S NAME (PRINT)          X-RAY TECHNOLOGIST'S SIGNATURE          DATE, TIME EXAM PERFORMED

RADIOLOGIST'S NAME (PRINT)          RADIOLOGIST'S SIGNATURE          DATE SIGNED

HCX

**HEALTHCARE CORRECTIONS**
**RADIOLOGY SERVICES REQUEST AND REPORT**

*Mou*

INSTITUTION: *DCC*

Name: *Ellis Clifford*
State ID No.: *208226*
DOB: *4-30-81*
Race: *B*          Sex: *M*

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| *Williams* | *10/28/04* | | — | | — |

HISTORY/DIAGNOSIS:

*MVA*

*Pain - Low back*
*+ ↓ Rt scapula area*

| | X-RAY REQUEST | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS ( HEEL ) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE ✓ | RIBS *Rt - mid back* | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILLIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

Ellis

**REPORT**

RIGHT MID RIBS: The ribs appear to be intact with no pneumothorax or pulmonary contusion identified. If symptoms persist, follow up is recommended.

LUMBAR SPINE: The vertebrae are well aligned and show no evidence of any fracture or any destructive bone disease.
IMPRESSION: NORMAL STUDY.

D: & T: 11-01-04  Maurice H. Rowell/jhi  Board Certified Radiologist (Signature on file)

*11-3-04*

*J Kerbetz R.T.*
X-RAY TECHNOLOGIST'S NAME (PRINT)

X-RAY TECHNOLOGIST'S SIGNATURE

*10-29-04*
DATE, TIME  EXAM PERFORMED

RADIOLOGIST'S NAME (PRINT)          RADIOLOGIST'S SIGNATURE          DATE SIGNED



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### PHYSICIANS' ORDERS

NAME: Ellis Clifford

DIAGNOSIS (If Chg'd)　　8/7/06　　Jone

Shaving Profile x 60 Days

4/Dr. Pleasant / thigh chen

D.O.B. 4/30/81
ALLERGIES:

Use Last　　Date 3/18/06

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Ellis, Clifford
208221-
Elmore

DIAGNOSIS (If Chg'd)

Wly visit x 4 weeks w/ Dr. Pearson

D.O.B. 04 30 81
ALLERGIES: NKA

Use Fourth　　Date 2 16 No 163

TED Dr. Pearson

NAME: Ellis, Clifford
208226

— make sure

D.O.B. 4/30/81
ALLERGIES: N/K A

to pull TID
medication

on 2/9/06

Use Third　　Date 1/25/06

M.D. orders
Body charts
Sick Calls

ED

---

NAME: Ellis, Clifford
208226 Elmore

D.O.B. 4/30/81
ALLERGIES: N/R A

① Htn V in 2-3 wk BP Neck, arm
② D/C current motrin And Feldene
③ Start Motrin 600 mg P.O. TID x 60 days
④ Flexeril 10 mg B.I.D. x 7 days

Berogesic tab 2 po T.I.D. x 60 days

Use Second　　Date 1/25/06

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Ellis, Clifford
Elmore

D.O.B. 4/30/81
ALLERGIES: N/R D

DIAGNOSIS

① Dilantin level 1/19/06
② BP Check A.M. q d x 14 dys

Use First　　Date 1/12/06

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

MEDICAL RECORDS COPY

60110 (4/03)



**PHS**

**PRISON
HEALTH
SERVICES
INCORPORATED**

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / <br> ALLERGIES: | |
| Use Last    Date / / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / <br> ALLERGIES: | |
| Use Fourth    Date / / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / <br> ALLERGIES: | |
| Use Third    Date / / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Ellis  Clifford <br> 208226 <br> Elmore <br> D.O.B. 4 /30 /81 <br> ALLERGIES: 1510 | DIAGNOSIS (If Chg'd)    See below <br> Zantac 150 mg po BID x 60 days |
|---|---|
| Use Second    Date 2/6/06 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Ellis, Clifford <br> 208226 <br> Elmore <br> D.O.B. 4 /30 /81 <br> ALLERGIES: NKA    1510 | DIAGNOSIS    See above <br> Toradol 10 mg Im now <br> To mou x 1 hour - re-eval H/H <br> Toradol 10 mg po TID x 5 days <br> Hold all motrin, percogesic while on toradol <br> To Dr Bradford ASAP either Here or Kilby |
|---|---|
| Use First    Date 2/6/06 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

**MEDICAL RECORDS COPY**

60110 (4/03)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

---

NAME: Ellis, Clifford

D.O.B. 4 30 81
ALLERGIES: NKA

Use Last     Date 1 23 05  1045

DIAGNOSIS (If Chg'd)
Robaxin 500mg 1 po Bid X 7day

Notfeel Trice 500
11/24 0700

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED   Dfiscoenp

---

NAME: Ellis, Clifford
208226

D.O.B. 4/30/81
ALLERGIES: NKA

Elmore
Smillie MD
11/18/05
1600

Use Fourth     Date 11 15 05

DIAGNOSIS (If Chg'd)
⑥ X-ray - both Shoulder
⑦ X-ray. L-S spine
⑧ Flexeril 10mg BID X 7days

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Ellis, Clifford
208226

D.O.B. 4 30 81
ALLERGIES: NKA

Elmore
Smillie MD
11/18/05
1600

Use Third     Date 11 15 05

DIAGNOSIS (If Chg'd)     12/1/05
① Feldene 20mg po qd X 90day
② Cervical spine X-ray
③ Thoracic spine X-ray & L-S spine X-ray
④ Robaxin 500 mg po BID X 7days
⑤ HCV visit 2-3 wk

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Ellis, Clifford
208226

D.O.B. 4 30 81
ALLERGIES: NKA

Elmore
1215

Use Second     Date 11 2 05

DIAGNOSIS (If Chg'd)
No water, warm salt gargles @ 0300; 1500
X 5 days (Bruise the diabetics)

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Ellis, Clifford
208226

D.O.B. 4 30 81
ALLERGIES: NKA

Use First     Date 10 28 05

DIAGNOSIS
① UM to Dr Vass for FOU for DM
Neck and R arm pain
2nd to MVA

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

60110 (4/03)          **MEDICAL RECORDS COPY**



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

---

NAME: Ellis Clifford
Elmore 208826

D.O.B. 4/30/81
ALLERGIES: NKDA

Use Last     Date 10/24/05

DIAGNOSIS (If Chg'd)
Vasotec 20mg 1 po qd x 365 (KOP)
Melaril 40mg 4) po HS x 365d
QVAR 80mcg 1 puff BID (KOP) x 365d
Albuterol 17gm INH 2 puffs q6hr x365d(KOP)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED.

---

NAME: Clifford Ellis
Elmore
208826

D.O.B. 04/30/81
ALLERGIES: NKA

Use Fourth   Date 10/23/05 1130

DIAGNOSIS (If Chg'd) 11/2/05 MDN
Bactrim DS 1 tab po BID X10 day
Rifampin 300mg 1 tab BID X 10 day
HCU ✓ to check skin
Chart to MD's desk once orders off

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Ellis Clifford
208226

D.O.B. 4/30/81
ALLERGIES: NKA

Use Third    Date 9/2/05

DIAGNOSIS (If Chg'd)
① Consult Neurosurgery at
    UAB
② Consult Dr. Bonner (Psychiatry)
    regarding depression

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Ellis, Clifford
208226

D.O.B. 4/30/81
ALLERGIES: NKA

Use Second   Date 9/20/05

DIAGNOSIS (If Chg'd)
① Naprosyn 375 T I D X for 100d
② D/C current Indocin
③ Flexeril 10 T I D X 10 day
④ Zantac 150 1's po X 10 day KOP
⑤ Dilantin level in AM.

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Ellis, Clifford
208226

D.O.B. 4/30/81
ALLERGIES: NKA

Use First    Date 9/12/05

DIAGNOSIS
HCU visit 4wk for Wgt loss
Weekly Wgt X 8.6ch

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

60110 (4/03)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Ellis, Clifford
208226
Elmore 430

D.O.B. 43051

ALLERGIES: NWA

Use Last    Date 5/31/05

DIAGNOSIS (If Chg'd)
D/C Dilantin & Vasotec
new Dilantin 100mg FOUR PO QD x 100 days
Vasotec 20mg I PO QD x 100 days Shop
007401

5/31/05

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Ellis, Clifford
208226
Elmore 0820

D.O.B. 4/30/51

ALLERGIES:

Use Fourth    Date 5/16/05

DIAGNOSIS (If Chg'd)
Dilantin ER 100g IV po qd but pill well
x 40 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Ellis, Clifford
208226
Elmore 30

D.O.B. 43051

ALLERGIES: NWA

Use Third    Date 5/3/05

DIAGNOSIS (If Chg'd)
Feldene 20 I PO QD x 14 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Ellis Clifford

D.O.B. / /

ALLERGIES:

Use Second    Date 4/11/05

DIAGNOSIS (If Chg'd)
HCU F/w HA

5/3/05

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Ellis, Clifford
208226
Elmore 1026

D.O.B. 43051

ALLERGIES: NWA

Use First    Date 3/30/05

DIAGNOSIS
210844
D/C Vasotec
new Vasotec 20mg PO QD x 90 days Shop
12 Lead BH5    CXR PA/Lat HTN
VADO

3/30/05 @ 233/p

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

**MEDICAL RECORDS COPY**

60110 (4/03)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Ellis, Clifford
208226

D.O.B. 4/30/81
ALLERGIES:

Use Last    Date 3/16/05

**DIAGNOSIS (If Chg'd)**
① HCU BP √ Today, Wed & Friday
② Appt next week
Note HR
8/14/05    3/23/05 MD appt
☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Ellis, Clifford
208226

D.O.B. 4/30/81
ALLRGIES: NKA

Use h    Date 3/3/05

**DIAGNOSIS (If Chg'd)**
① cu HTN
② Vasotec 10 mg PO qd x 90d one po
qd as directed KOP.
HCU 3/4/05
06 03/4/05
☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

N Ellis, Clifford
208226

4/30/81
GIES: NKA

Date 2/14/05

**DIAGNOSIS (If Chg'd)**
D/C current Dilantin
noted 2/14/05
now Dilantin ER 100mg four PO 2PM
x 90 days
00142/ x 60 days
☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

Ellis, Clifford
208226

4/30/81
GIES:

cond    Date 2/10/05

**DIAGNOSIS (If Chg'd)**
① light duty for duration of sentence
② Double Mattress BID site
x 90 d
③ HCU Flu 3 wks    3/3/05 MD appt
☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

E: Ellis, Clifford
208226

D.B. 4/30/81
LLERGIES:

Use First    Date 2/9/05

**DIAGNOSIS**
HCU Visit 2/10/05

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

60110 (4/03)

MEDICAL RECORDS COPY



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Ellis, Clifford 208226 <br><br> D.O.B. 4/30/81 <br> ALLERGIES: NKA <br><br> Use Last     Date 8/31/05 | DIAGNOSIS (If Chg'd)  ⑤ Indocin 25 s po TID X 10 days <br> ① Smaller Eye chart <br> ② Dilantin level 21k  007401 <br> ③ UNIT & see Dr Bradford dont <br> ④ DIC Naprosyn current ord <br> ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |
| NAME: Ellis, Clifford 208226 <br><br> D.O.B. 4/30/81 <br> ALLERGIES: <br><br> Use Fourth     Date 8/5/05 | DIAGNOSIS (If Chg'd) <br> ① Tylenol ES 2 po TID prn pain <br> ② HCU visit 3-4 wk <br> ③ Dilantin level 007401 <br> ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |
| NAME: Ellis, Clifford 208226 <br><br> D.O.B. 4/30/81 <br> ALLERGIES: NKA <br><br> Use Third     Date 7/8/05 | DIAGNOSIS (If Chg'd) 8/5/05 md visit S Angiwed <br> ① DIC current Motrin 7/8/05 <br> ② Naprosyn 375 TID X 100 dy KOP <br> ③ HCU visit in 4wk <br> ④ Cervical Spine persistent Nck pain <br> ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |
| NAME: Ellis Clifford 208226 Elmore 1300 <br><br> D.O.B. 4/30/81 <br> ALLERGIES: <br><br> Use Second     Date 6/23/05 | DIAGNOSIS (If Chg'd) 7/8/05 md visit <br> Motrin 600 m po TID X 10 days <br> HCU visit see md re neck <br> noted <br> ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |
| NAME: Ellis Clifford 208225 Elmore 1640 <br><br> D.O.B. 4/30/81 <br> ALLERGIES: NKA <br><br> Use First     Date 6/8/05 | DIAGNOSIS <br> Motrin 600 mg po TID x 3 days <br> ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Last    Date / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Fourth    Date / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Third    Date / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: ELLIS, CLIFFORD | DIAGNOSIS (If Chg'd) |
|---|---|
| | ① Feldene 20 mg Po qd x 10d |
| D.O.B. / / | ② HCU Plu 1wk  2/9/05 MD |
| ALLERGIES: | |
| Use Second    Date 1/31/05 | 1/31/05 2⁴⁰ᵖ |
| | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Ellis, Clifford  208226 | DIAGNOSIS |
|---|---|
| | Find Chart |
| D.O.B. / / | |
| ALLERGIES: NWA | |
| Use First    Date 1/24/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

60110 (4/03)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| **NAME:** Ellis, Clifford<br>208226<br>*Draper*<br>**D.O.B.** 4/30/81<br>**ALLERGIES:** NKA<br>Use Last    Date 12/8/04 | **DIAGNOSIS (If Chg'd)** appt 12/13/04 SO<br>HCU visit - cont Back pain<br>XRay - Spinal Series Print to appt<br>X-Ray on 12/3/04<br>Note Appt on 12/3/04<br>☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED *Bass tu CRNP* |
| **NAME:** ELLIS, CLIFFORD<br>*Draper* 208226<br>**D.O.B.** 4/30/81   *Draper*<br>**ALLERGIES:** NKA<br>Use Fourth    Date 11/15/04 | **DIAGNOSIS (If Chg'd)**<br>May have Motrin 600 mg & Percogesic 1 POTID<br>X 5 days<br>Dc previous motrin order<br>☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED *Bass tu crnp* |
| **NAME:** Ellis Clifford<br>208226<br>**D.O.B.** 4/30/81<br>**ALLERGIES:** NKA<br>Use Third    Date 11/2/04 | **DIAGNOSIS (If Chg'd)**<br>Profile for Low iN x 3 days<br>No strenuous Activity x 30 days<br>ω heavy lifting > 15 lbs<br>☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED *N. ___* |
| **NAME:** Ellis, Clifford<br>*Draper* 208226<br>**D.O.B.** 4/30/81<br>**ALLERGIES:** NKA<br>Use Second    Date  /  / | **DIAGNOSIS (If Chg'd)**<br>Spinal Serv   XRay<br>L/S & Cervical spine today<br>HCU visit p films<br>☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED *Bass tu CRNP* |
| **NAME:** Ellis, Clifford<br>208226<br>*Draper*<br>**D.O.B.** 4/30/81<br>**ALLERGIES:**<br>First    Date 11/1/04 | **DIAGNOSIS**<br>Motrin 800 BID x 7d<br>☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED *N. ___* |

**MEDICAL RECORDS COPY**



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Ellis, Clifford

DIAGNOSIS (If Chg'd)
Tylenol ii po BID PRN X 7 days
Antacid ii po now
Per protocol

M. Allen
3/9/04

D.O.B. 4/30/1981
ALLERGIES: NKA
AIS# 208326
Use Last    Date 3/9/04

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED    5:45    3/9/04

---

NAME: Ellis, Clifford
Draper 208326

D.O.B. 4/30/81
ALLERGIES: NKA

Noted
J. Hopper
Speed
8/8/04

DIAGNOSIS (If Chg'd)
1) Dilantin level
2) Cmp-M + CBC/04 PLT
3) Tylenol 325mg ii po BID
   X 7 days PRN

8/26/04
M. Allen

Use Fourth    Date 8/26/04

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME:

DIAGNOSIS (If Chg'd)

D.O.B.    /    /
ALLERGIES:

Use Third    Date    /    /

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME:

DIAGNOSIS (If Chg'd)

D.O.B.    /    /
ALLERGIES:

Use Second    Date    /    /

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME:

DIAGNOSIS

D.O.B.    /    /
ALLERGIES:

Use First    Date    /    /

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

MEDICAL RECORDS COPY

60110 (4/03)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Ellis, Clifford 208226     D.O.B.: 4/30/81 |
|---|---|

2/6/06  S- My headache started hurting around 2AM, tried usual remedies and it just won't go away today. My last seizure was sometime last year. I'm on Dilantin - Sometimes I have a H/A before seizures. Vision worse today 30/70 OD, OS, OU.

*Outside order to find out juvenile court*

O- Holding neck stiff, will not turn head. PEARRL CN II - XII intact. Reflexes 2+ equal. No muscle spasms noted, no tremors. Walks c steady gait, ON/V, photo or phonophobia

1/19/06
Dilantin level
11.8

A Headache NOS

P Toradol IM now then PO TID x 5 days - Hold NSAIDS

E- Discussed PDC c inmate - states saw Dr Bradford last month & has glasses coming. Instructed may take only Motrins (Percogesic (states makes him too sleepy to work) & Toradol completed. To MD HCU if H/A worse or no △.

Disposition RTN to camp c 1 hr observation in MOU post Toradol c some relief of H/A —————    [signature] CRN



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: *Ellis, Clifford* 208226A     D.O.B.: 4/30/81 |
|-----------|---------------------------------------------------------------|

1-25-06  Wt 176, BP 124/86, P 70, R 20, Temp 98.2, O₂ Sat 98

Ⓢ Pt C/o Neck pain, pain in chest, & pain
in ℓ knee.

Ⓞ X ray ℓ knee 3 ty. NO Δ for 12/05

♯ — Review of medication sheet — pt
does not go to AM pill room
— pill call

Ⓐ — medgel compleant
Non Compliance ē medication

Ⓟ AS per Δ dated

**Facility:** Staton Correctional Facility

**Patient Name:** Ellis (Last)  Clifford (First)  04 30 81 (MI)
**Inmate Number:** 208226
**Date of Birth:** 04 / 30 / 81 (MM/DD/YYYY)
**Date of Report:** 2 / 16 / 06 (MM/DD/YYYY)
**Time Seen:** 1245  AM / **PM** Circle One

**Subjective:** Chief Complaint(s): Headache started 2am, c̄ blurred vision off & on/frontly
Onset: Today  ☐ New Onset ☐ Sudden ☐ Gradual ☑ Chronic
Activity prior to onset: Sleep.
History:
(Continue on back if necessary)

Pain Scale: (1-10) 7  Duration of Pain: 6 hours  Does anything relieve the pain? nothing ☐ Check Here if additional notes on back
Description of Pain: ☑ Throbbing ☐ Sharp ☐ Pressure ☐ Dull/Achy ☑ Other: stabing
Location of pain: forehead  Radiation: ☑ No Radiation ☐ Radiation to: _____
Associated Symptoms: Nausea ☑ NO ☐ YES  Vomiting ☑ No ☐ Yes (x _____ )  ☐ Visual Changes ☐ Photophobia
☑ Dizziness ☐ Sinus Problems ☐ Other:
Worst Headache: ☐ NO ☑ YES  Prior Headache history: ☑ NO ☐ YES
History of Head Injury? ☑ NO ☐ YES(If Yes):  LOC? ☑ NO ☐ YES  Confusion: ☑ NO ☐ YES  Seizures: ☐ NO ☑ YES
Meds taken: ☑ NO ☐ YES_____

Trauma sustained in altercation with custody staff, or other inmate? ☑ NO ☐ YES (Requires notification of correctional staff)

**Objective:** Vital Signs: (As Indicated) T: 98.² P: 106 RR: 14 B/P: 140 / 90  02 95%
General Appearance: ☑ No acute distress ☑ Alert ☑ Oriented x 3 ☐ Confused ☐ Lethargic
☐ Irritable / Agitated  ☑ Normal facial symmetry ☑ YES ☐ NO: _____
Skin: ☑ Warm ☐ Cool ☑ Dry ☐ Moist/clammy  Skin Color: ☑ Normal ☐ Pallor ☐ Flushed ☐ Jaundice
Pupil: ☑ PERRL ☐ Pupils unequal/abnormal: _____
Neck: ☑ Supple with no meningeal signs ☐ Stiff neck
Musculoskeletal: ☑ Symmetric with no weakness ☐ Asymmetric/Weakness: _____
Gait: ☑ Able to walk/normal gait ☐ Difficulty walking or abnormal gait
Signs of substance abuse: ☑ NO ☐ YES: _____
☐ Additional Examination: _____
(Continue on back if necessary)

**Assessment: (Referral Status)**
☐ Check Here if continued on back
**Preliminary Determination(s):** _____
☐ Referral NOT Required
☑ Referral Required due to the following: (Check all that apply)
☐ Abnormal Vitals  ☑ Visual disturbances  ☑ Dizziness
☐ Altered mental status  ☐ Unequal pupils  ☐ Nausea/vomiting,  ☐ Recurrent Complaint (More than 2 visits)
☐ Recent Head Injury  ☐ + Meningeal signs  ☐ B/P systolic > 160, diastolic > 95
Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☐ Isolation for contagious conditions (communicable).
☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Instructions to return if condition worsens.
☐ Other: _____  ☐ Return if no improvement within 24 hours or condition worsens.

OTC Medications given ☑ NO ☐ YES (If Yes List): _____ (Describe)

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): MS Lassiter  Date for referral: 2 16 06 (MM/DD/YYYY)
Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____  Time 13²²

x _Marilee Moore, RN, HSA_  Name: Marilee Moore, RN, HSA
Nurses Signature          Printed

Dosation NP 2-6-06

*Follow-up*



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: *Clifford Ellis*                    Date of Request: 01-09-05

ID # 208226                    Date of Birth: 04-30-81   Location: C2-124

Nature of problem or request: *My neck, arms, are hurting. My neck, face has gotten worst every since they use force to shave me and why should I be punish for doing what you told me to do. I have a write-up for ~~not~~ not shave, and you give me a No shave Profile. Will you please explain this profile to me, because No means no to me. Please Help me. I need Help.        Clifford Ellis*
*My neck and arms are hurting very bad. Please Help me.*        Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**   **(V/S): T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**

**(P)lan:**

*Pt call in to be seen*

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN 1/12/06
CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

**Nursing Evaluation Tool:**                    <u>General Sick Call</u>

Facility: BBB

Patient Name: Ellis, Clifford
_____ Last

Inmate Number: 208226                    Date of Birth: 4 / 30 / 81
                                                         MM   DD   YR

Date of Report: 1 / 6 / 06              Time Seen: 955   AM / PM Circle One
                MM  DD  YYYY

**Subjective:** Chief Complaint(s): I don't know about the meds I am taking.

Onset: _____

~~Brief History:~~
(Continue on back if necessary)

_____

_____

_____

_____

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T:_____ P:_____ RR:_____ B/P:_____ / _____

Examination Findings:
(Continue on back if necessary)

_____

_____

_____

☐ Check Here if additional notes on back

**Assessment:** *(Referral Status)* Preliminary Determination(s): _____
    ☐ Referral <u>NOT REQUIRED</u>

    ☐ Referral <u>REQUIRED</u> due to the following: (Check all that apply)
        ☐ Recurrent Complaint (More than 2 visits for the same complaint)
        ☐ Other: _____

    _____

    Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
    ☐ Instructions to return if condition worsens.
    ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
    ☐ Other: _____
              (Describe)
OTC Medications given: ☐ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☐ YES (If Yes, Whom/Where): _____    Date for referral: ___/___/___
                                                                                         MM  DD  YYYY
Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____    Time _____





## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Clifford Ellis_____    Date of Request: _01-06-05_
ID # _208226_____    Date of Birth: _04-30-81_ Location: _C2-124_
Nature of problem or request: _My neck, arms are hurting very bad. Why you all not giving me proper treatment. I got hurt here in the State, it's your Job to give me the proper treatment. Please Help me. Dr. Peasant, why did you order me something for a while and then say it's Killing me. Please don't Kill me, I need Help. All I'm asking is for the ~~~~~~ SHC to help me_

_Clifford Ellis_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

RECEIVED
Date: 1/8/06
Time: 2300
Receiving Nurse Intials _SM_

**(S)ubjective:**

**(O)bjective**    (V/S):  T: _____    P: _____    R: _____    BP: _____    WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )    No ( )
            Was MD/PA on call notified:    Yes ( )    No ( )

_____
SIGNATURE AND TITLE
WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

**Nursing Evaluation Tool:**          **General Sick Call**

Facility: Staton Correctional Facility

Patient Name: _Clifford_ _Ellis_
                Last              First

Inmate Number: _208226_      Date of Birth: _4_ / _30_ / _81_
                                              MM   DD    YYYY   MI

Date of Report: _1_ / _9_ / _06_     Time Seen: _9:10_   (AM) PM  Circle One
                 MM  DD   YYYY

_Subjective:_ Chief Complaint(s): Neck & arms hurts "very" BAD. I'm not getting
        Onset: Tx for the problem. Medication is not helping.
Brief History: Ambulate to sick call c̄ neck stiff c̄ towel wrapped
(Continue on back if necessary)
for warmth. Concerned about surgery at "UAB"
which had been cancelled and for what reason.
Unfamiliar with what "No Shave" profile means.
☐ Check Here if additional notes on back

_Objective:_ Vital Signs: (As Indicated) T: _99°_  P: _71_  RR: _20_  B/P: _130_ / _85_

Examination Findings: No pain in neck, arms down to hands
(Continue on back if necessary)
at 7 or 8 (from level 1 to 10). feeling as sharp
stabbing pain. Constantly HA due from
continuous pain in neck. Gave "No shave", meaning
hair to be no more than 1/8" long = use clippers.
☐ Check Here if additional notes on back

_Assessment:_ (Referral Status)      Preliminary Determination(s): _____
☐ Referral **NOT REQUIRED**

☑ Referral **REQUIRED** due to the following: (Check all that apply)
        ☑ Recurrent Complaint (More than 2 visits for the same complaint)

        ☐ Other: _____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

_Plan:_  Check All That Apply:
        ☐ Instructions to return if condition worsens.
        ☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
        ☐ Other: _____
                    (Describe)

OTC Medications given  ☐ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO ☐ YES (If Yes, Whom/Where): _____        Date for referral: _/_/_
                                                                                      MM DD YYYY
Referral Type: ☑ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): _____  Time _____

X _____ LPN          Name: _____
        Nurses Signature                    Printed

HCX

HEALTHCARE CORRECTIONS
**RADIOLOGY SERVICES REQUEST AND REPORT**

INSTITUTION: *Elmore*

Name: *Clin Clifford*

State ID No: *208-24*

DOB *4-30-81*

Race: _____ Sex: _____

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| *Pleasant* | 12/7/05 | | | | |

HISTORY/DIAGNOSIS:

### X-RAY REQUEST

| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
|---|---|---|---|
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS ( HEEL ) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE (R)(L) | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILLIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

### REPORT

Ellis

BILATERAL KNEES: The examination shows no evidence of recent fracture or other significant bony abnormality.
IMPRESSION: NO BONY ABNORMALITY IS DETECTED. HOWEVER, IF SYMPTOMS PERSIST A FOLLOW UP EXAMINATION IS RECOMMENDED.

D & T: 12-21-05 Maurice H. Rowell/rr Board Certified Radiologist (Signature on File)

12/29/05

---

*VA. RT.*
X-RAY TECHNOLOGIST'S NAME (PRINT)          X-RAY TECHNOLOGIST'S SIGNATURE          DATE, TIME  EXAM PERFORMED

RADIOLOGIST'S NAME (PRINT)          RADIOLOGIST'S SIGNATURE          DATE SIGNED

**HS**

## Nursing Evaluation Tool:                    General Sick Call

Facility: BBB _Elmore_

Patient Name: _Ellis_                    _Clifford_
                                                      First          Last

Inmate Number: _20 9 2 26_          Date of Birth: _04_ / _30_ / _81_ MI
                                                      MM      DD      YYYY

Date of Report: _12_ / _30_ / _05_          Time Seen: _____ (AM) PM  Circle One
                    MM    DD    YYYY

**Subjective:** Chief Complaint(s) _Neck Pain_

Onset: _Same as before_

Brief History: _Accident_
(Continue on back if necessary)

_____

_____

_____

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _98.4_  P: _76_  RR: _18_  B/P: _120_ / _79_  _wgt 160_

Examination Findings: _Has towel wrapped around neck, carries neck stiffly_
(Continue on back if necessary) _c neck pain. ROM to neck limited. Requests to see MD_

_____

_____

**Assessment:** (Referral Status) Preliminary Determination(s): _____
                                                      ☐ Check Here if additional notes on back

☐ Referral **NOT REQUIRED**

☑ Referral **REQUIRED** due to the following: (Check all that apply)
     ☐ Recurrent Complaint (More than 2 visits for the same complaint)
     ☐ Other: _Apt Scheduled 1/26/06 already_

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
     ☐ Instructions to return if condition worsens.
     ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up.  ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
     ☐ Other: _____
                (Describe)
TC Medications given  ☑ NO  ☐ YES (If Yes List): _____

ferral: ☑ NO  ☐ YES (If Yes, Whom/Where): _HCP to review_    Date for referral: _12_ / _30_ / _05_
                                                                              MM    DD    YYYY
_al Type: ☐ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?): _____  Time _____



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Clifford Ellis_____ Date of Request: _12-28-05_

ID # _208226_____ Date of Birth: _04-30-81_ Location: _C2-124_

Nature of problem or request: _My neck is hurting very bad Please Help me_

_Clifford Ellis_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _12_/_30_/_05_
Time: _____ AM PM
Allergies: _NKA_

```
┌─────────────────────────────┐
│          RECEIVED           │
│  Date:  12/29/05            │
│  Time:  10.35 p             │
│  Receiving Nurse Intials  A │
└─────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective   (V/S): T:** _98.4_ **P:** _74_ **R:** _18_ **BP:** _120/70_ **WT:** _165_

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( ✓ )   EMERGENCY ( )
If Emergency was PHS supervisor notified:     Yes ( )     No ( )
Was MD/PA on call notified:     Yes ( )     No ( )

_D Austin M / D_ _____ _12/30/05_ _0952_
*SIGNATURE AND TITLE* see Order sheet)
Evat tool

'TE:   INMATES MEDICAL FILE
_LOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

*Follow-up*

Print Name: _Clifford Ellis_     Date of Request: 01-04-06
ID # _208226_          Date of Birth: _04-30-81_ Location: _L2-124_
Nature of problem or request: _MY neck, arms are hurting. Dr Peasant, why did you order me something that you said it's killing me. I hurt everyday all day and not receive no treatment from You. I'm scared of taking anything now, because you said then pills I'm taking are killing me. I don't want to die in prison, please, please don't kill me. My life are in your hands. I had no problems before this accident, and now you are letting me suffer._ _Clifford Ellis_
_Please Help me. I need Help_                    *Signature*

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

```
          RECEIVED
Date: 1/5/06
Time: 2300
Receiving Nurse Intials
```

**(S)ubjective:**

**(O)bjective**   **(V/S): T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

*See*

**(A)ssessment:**

*Eval*

*Sheet*

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                              CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )      No ( )
                  Was MD/PA on call notified:   Yes ( )      No ( )

_____
                    *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT
GLF-1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

*15CC*

Print Name: *Clifford Ellis*                    Date of Request: *12-30-05*
ID # *208226*              Date of Birth: *04-30-81*   Location: *C2-124*
Nature of problem or request: *12:20 P.M. Took me to the back gate Sgt. Smith threating to shave me himself with Force.*
*12:35 P.M. Warden Waston came to the back gate telling his officers to use force on me. They put my hands behind my back, Put*
*it's handcuff on me. Leg iron on my legs. I Kept telling the Warden Waston that my arms, neck, and head are hurting me.*
*Took me to Staton Hospital to do a body chart, because the handcuff was to tight and bending my arms behind my back, Knowing*
*the condition of my neck. I'm hurting a lot more now.*    *Clifford Ellis*
*Please Help me. I need Help.*                         *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: *01 / 03 / 06*
Time: _____ (AM) PM
Allergies: _____ *NKA*

┌─────────────────────────────────┐
│          RECEIVED               │
│ Date:    *1/2/06*               │
│ Time:    *9⁴⁵*        *S/C*     │
│ Receiving Nurse Intials *b2*    │
└─────────────────────────────────┘

**(S)ubjective:**


**(O)bjective**


**(A)ssessment:**


**(P)lan:** *Wgt. 171, T- 98.6, P- 68, R - 18, BP - 112/90*

Refer to:   MD/PA  Mental Health  Dental  Daily Treatment      Return to Clinic PRN
                            CIRCLE ONE
Check One:  ROUTINE (✓)  EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )   No ( )
        Was MD/PA on call notified:   Yes ( )   No ( )

                    *D Austin Lpn*
                    *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95

H S

Nursing Evaluation Tool:                    **General Sick Call**

Facility: BBB  Elmore

Patient Name: Ellis                          Clifford

Inmate Number: 209226 Last                   Date of Birth: 04 / 30 / 81
                                                            MM   DD   YYYY

Date of Report: 01 / 03 / 06                 Time Seen: _____ AM / PM Circle One
              MM   DD   YYYY

**Subjective:** Chief Complaint(s): Pain radiates from my (R) shoulder + (L) shoulders down
to my fingers. Onset: Friday

Brief History: Having arms bend by the officer
(Continue on back if necessary)

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: 98.6 P: 68 RR: 18 B/P: 112 / 90

Examination Findings: Painful stimuli noted to arms bilat/hands, grips
(Continue on back if necessary) strong bilat, capillary refill <3 seconds, able to flex arms, make
fist.

**Assessment: (Referral Status)** Preliminary Determination(s): _____   ☐ Check Here if additional notes on back
   ☐ Referral **NOT REQUIRED**

   ☐ Referral **REQUIRED** due to the following: (Check all that apply) _____
         ☐ Recurrent Complaint (More than 2 visits for the same complaint)
         ☐ Other: _____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
   ☐ Instructions to return if condition worsens.
   ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☐ Other: _____
              (Describe)
OTC Medications given  ☐ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO  ☐ YES (If Yes, Whom/Where): Hcu               Date for referral: 01 / 03 / 06
                                                                              MM   DD   YYYY
Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): _____  Time _____

*ELMORE*



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Clifford Ellis_ _____ Date of Request: _12-27-05_
ID # _208226_ _____ Date of Birth: _04-30-81_ Location: _C2-124_
Nature of problem or request: _My neck, head, are hurting very bad, I need_
_help._

_Clifford Ellis_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _12 / 28 / 05_
Time: _____ (AM) PM
Allergies: _NKA_

| RECEIVED |
|---|
| Date: _12/27/05_ |
| Time: _2030_ |
| Receiving Nurse Intials _DM_ |

_S/C_

**(S)ubjective:**

**(O)bjective** (V/S): **T:** _99.1_   **P:** _68_   **R:** _20_   **BP:** _100/70_   **WT:** _163_

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE (✓)       EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_D Austin LPN_    _D Messner 12/30/05_
*SIGNATURE AND TITLE*

_See final Dool_
_Rated 12/05/05_

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

**PHS**

## Nursing Evaluation Tool:                                    Headache

Facility: BBB _Elmore_

Patient Name: _Ellis, Clifford_
                                                                    Last                First            MI

Inmate Number: _208 226_         Date of Birth: _04 / 30 / 81_
                                                                    MM   DD   YYYY

Date of Report: _12 / 28 / 05_         Time Seen: _____ (AM)/ PM  Circle One
                    MM   DD   YYYY

**Subjective:** Chief Complaint(s) _My neck, HA, I need help._

Onset: _13 - 14 months_         ☐ New Onset  ☐ Sudden  ☐ Gradual  ☑ Chronic

Activity prior to onset: _____

History: _I was in an accident._
(Continue on back if necessary)

Pain Scale: (1-10) _10_   Duration of Pain: _all day / night_  Does anything relieve the pain? _Ø_   ☐ Check Here if additional notes on back

Description of Pain: ☑ Throbbing  ☑ Sharp  ☑ Pressure  ☐ Dull/Achy  ☐ Other: _____

Location of pain: _top of spine_         Radiation: ☐ No Radiation  ☑ Radiation to: _legs  arms._

Associated Symptoms: Nausea ☐ NO  ☑ YES  Vomiting ☐ No, ☑ Yes (x _Ø_ )  ☑ Visual Changes  ☑ Photophobia ☐

☑ Dizziness  ☐ Sinus Problems  ☑ Other: _Blurry_

Worst Headache: ☑ NO  ☐ YES         Prior Headache history: ☐ NO  ☐ YES

History of Head Injury? ☑ NO  ☐ YES(if Yes): LOC? ☐ NO  ☐ YES   Confusion: ☐ NO  ☐ YES   Seizures: ☐ NO  ☑ YES  _hx._

Meds taken: ☐ NO  ☑ YES _CCC_         Trauma sustained in altercation with custody staff, or other
                                        inmate? ☐ NO  ☐ YES (Requires notification of correctional staff)

**Objective:** Vital Signs: (As Indicated) T: _99.1_  P: _68_   RR: _20_   B/P: _100  170_   _Wgt 163_

General Appearance: ☑ No acute distress  ☐ Alert  ☐ Oriented x _3_   ☐ Confused  ☐ Lethargic

☐ Irritable / Agitated         ☐ Normal facial symmetry  ☑ YES  ☐ NO:

Skin: ☑ Warm  ☐ Cool  ☑ Dry  ☐ Moist/clammy   Skin Color: ☑ Normal  ☐ Pallor  ☐ Flushed  ☐ Jaundice

Pupil: ☑ PERRL         Pupils unequal/abnormal: _____

Neck: ☐ Supple with no meningeal signs  ☐ Stiff neck

Musculoskeletal: ☐ Symmetric with no weakness  ☐ Asymmetric/Weakness: _____

Gait: ☑ Able to walk/normal gait  ☐ Difficulty walking or abnormal gait

Signs of substance abuse: ☑ NO  ☐ YES: _____

☐ Additional Examination: _Carries neck stiffness_
Continue on back if necessary)

☐ Check Here if continued on back

**Assessment:** *(Referral Status)*         Preliminary Determination(s): _____

☐  Referral **NOT Required**

☑  Referral **Required** due to the following: (Check all that apply)
   ☐ Abnormal Vitals       ☐ Visual disturbances     ☐ Dizziness           ☑ Recurrent Complaint (More than 2 visits)
   ☐ Altered mental status  ☐ Unequal pupils          ☐ Nausea/vomiting,
   ☐ Recent Head Injury     ☐ + Meningeal signs       ☐ B/P systolic > 160, diastolic > 95
        **Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure
        of the appropriate care to be given.

**Plan:** Check All That Apply:

☐ Isolation for contagious conditions (communicable).

☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as
   appropriate follow-up. ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits).

☐ Instructions to return if condition worsens.         ☐ Return if no improvement within 24 hours or condition worsens.

☐ Other: _____

OTC Medications given  ☑ NO  ☐ YES (If Yes List): _____
                                    (Describe)

Referral: ☐ NO  ☑ YES (If Yes, Whom/Where): _Hcp_                    Date for referral: _12 / 28 / 05_
                                                                                          MM   DD   YYYY

Referral Type: ☑ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?): _____   Time _____

x _D. Austin Lpn_         Name: _D. Austin Lpn_
        Nurses Signature                            Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Clifford Ellis_ _____ Date of Request: _12-22-05_
ID # _208226_ _____ Date of Birth: _04-30-81_ Location: _C2-724_
Nature of problem or request: _My neck is hurting. My mouth is hurting_
_head is hurting, still having problem with my eyes. Please Help me I be_
_hurting so bad in the morning I can't go to eat. I need help_

_Clifford Ellis_
_____
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _12/23/05_
Time: _8:00_ AM PM
Allergies: _NKA_

> **RECEIVED**
> Date: _12/22/05_
> Time: _1600_
> Receiving Nurse Intials _Sm_    Sick Call

**(S)ubjective:** _My neck hurts so much I'm unable to get_
_up in the morning to eat. My lower gums hurt_
_and can't eat without__ was scheduled to go to UAB for_
_The only 2 months later denied._

**(O)bjective:** (V/S): T: _98_ P: _76_ R: _20_ BP: _130/82_ WT: _165_
_AOx3. c/o pain in neck. 10/4 - MVS. CT scan & MRI_
_showed no neurological finding & neck ē good ROM._

**(A)ssessment:** _Noted lower gum at base of ① teeth behind ↑ lip_
_a whitish spot 0.5 cm dia. C/o pain when eating._
_Wants to know why UAB appt had been cancelled._

**(P)lan:** _Rlt in comfort_
_MD review_

Refer to:   ~~MD/PA~~   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( ✓ )      EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_signature_    _signature_
_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

**Prison Health Services**
**Treatment Record**

*Kunie Cray*

Treatment Ordered:

*Snellen – check both eyes*

| Date 12/9 | Date | Date | Date | Date | Date | Date |
|---|---|---|---|---|---|---|
| Done 12 | | | | | | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|---|---|---|---|---|---|---|
| | | | | | | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

Comments:

OD $20/70$    OS $20/70$    OU $20/70$

| Patient Name/Number | Allergies: | Housing Unit: |
|---|---|---|
| *Ellis, Clifford* | NKA | *Elmore* |
| 208226 | | |

*ELL*



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Clifford Ellis_ _____ Date of Request: _12-19-05_

ID # _208226_ _____ Date of Birth: _04-30-81_ Location: _C-2-124_

Nature of problem or request: _My neck, mouth are hurting very bad. I need to_
_see the doctor urgent. Please help me. I can't hardly eat, or sit down_
_long enough to write a letter. I need help, please help me._

_Clifford Ellis_
*Signature*

## DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

> **RECEIVED**
> Date:
> Time:
> Receiving Nurse Intials _____

**(S)ubjective:**

**(O)bjective  (V/S): T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

*MD appoint.*

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )   No ( )
        Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Clifford Ellis_          Date of Request: _11-27-05_
ID # _208226_          Date of Birth: _04-30-81_   Location: _C2-124_
Nature of problem or request: _Follow-up  The New pills for my neck keeps_
_my head hurting and it's doing me no good. I need help very bad_
_with my eyes please. Please help me things are getting worst! Please_
_help again._

                                        _Clifford Ellis_
                                        *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _11 / 29 / 05_
Time: _____ (AM) PM
Allergies: _NKA_

┌─────────────────────────────────┐
│           RECEIVED              │
│ Date: _11/28/05_               │
│ Time: _2000_          _Sm_ Sick │
│ Receiving Nurse Intials    Call │
└─────────────────────────────────┘

**(S)ubjective:** _Need new pills for my neck, eyes, things are_
_getting worse._

**(O)bjective** _Inmate has towel around neck, carries neck stiffly._
_C/o excessive pain to neck area, poor eye sight. Robaxin is not_
_doing any good. PERRL, grips to hands moderate, cap refill < 3 secs._
_ambulates 5 diff. Requests to see M. D._

**(A)ssessment:** _Alteration in Comfort_

**(P)lan:** _Hcp to review_
_Wgt 169, T-98.6, R-18, P-72, BP-140/98_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                              CIRCLE ONE
Check One:  ROUTINE ( ✓ )   EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )   No ( )
        Was MD/PA on call notified:   Yes ( )   No ( )

                    _D Austin_ Lpn        _L Rossiter_ PMD  _11-29-05_
                              *SIGNATURE AND TITLE*

WHITE:     INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95

MEASURE VISUAL ACUITY (SNELLEN EYE CHART)
RIGHT EYE (OD) _20/70_ WITH GLASSES
LEFT EYE   (OS) _20/70_ WITH GLASSES

WITHOUT GLASSES
WITHOUT GLASSES

IF DISTANCE VISION IS 20/30 OR WORSE WITH GLASSES:
     REFER FOR EYE CLINIC

IF COMPLAINTS OF DECREASED VISION AT NEAR (READING)
     REFER FOR EYE CLINIC

IF LAST EYE EXAM GREATER THAN 2 YEARS AGO
     REFER FOR EYE CLINIC

IF COMPLAINTS OF MEDICAL NATURE (ie PAIN, HX EYE DISEASE, SUDDEN
DECREASE IN VISION, etc.) OR REQUEST BY ANOTHER DOCTOR (ie CHRONIC
CARE, etc.)
     REFER FOR EYE CLINIC

IF BROKEN OR LOST OR STOLEN GLASSES AND THEY WERE PRESCRIBED WITH
PAST 18 MONTHS ORDER NEW GLASSES BASES ON LAST RX.  ADVISE PATIENT
THAT HE MUST PAY FOR GLASSES (CMS WILL BUY GLASSES ONCE EVERY 2
YEARS ONLY.) DO NOT HAVE TO WAIT FOR NEXT EYE CLINIC.

IF ONLY COMPLAINT IS "WANTS SUNGLASSES, TINT, SHADE PROFILE, ETC". NO
REFERRAL UNLESS ONE OF OTHER CRITERIA MET. (MAY HAVE ROUTINE EXAM
EVERY 2 YEARS WITH NO COMPLAINT.

12/09/05

**PHS**

## Nursing Evaluation Tool:     Headache

Facility: BBB _Elmore_

Patient Name: _Ellis_ (Last)     _Clifford_ (First)

Inmate Number: _20 92 26_     Date of Birth: _04_ / _30_ / _81_ (MM / DD / YYYY)  Mi

Date of Report: _12_ / _19_ / _05_ (MM / DD / YYYY)     Time Seen: _____  AM / PM  Circle One

**Subjective:** Chief Complaint(s): _Neck, HA Blood, mouth (gums)_

Onset: _Just started 6 month_  ☐ New Onset  ☐ Sudden  ☐ Gradual  ☑ Chronic

Activity prior to onset: _daily routine_

History: _Was in accident, Has hx of seizure, HA's._
(Continue on back if necessary)

☐ Check Here if additional notes on back

Pain Scale: (1-10) _10_   Duration of Pain: _Gd all day_   Does anything relieve the pain? _∅_

Description of Pain: ☑ Throbbing ☑ Sharp ☐ Pressure ☐ Dull/Achy  ☐ Other: _____

Location of pain: _neck  gums_     Radiation: ☐ No Radiation ☑ Radiation to: _neck + Mouth_

Associated Symptoms: Nausea ☐ NO ☑ YES  Vomiting ☐ No ☐ Yes (x____)  ☑ Visual Changes  ☐ Photophobia ☐

Dizziness ☑ Sinus Problems ☐ Other: _____

Worst Headache: ☐ NO ☑ YES     Prior Headache history: ☑ NO ☐ YES

History of Head injury? ☑ NO ☐ YES(if Yes): LOC? ☐ NO ☐ YES   Confusion: ☐ NO ☐ YES   Seizures: ☐ NO ☑ YES _4_

Meds taken: ☐ NO ☐ YES _____   Trauma sustained in altercation with custody staff, or other inmate? ☐ NO ☑ YES (Requires notification of correctional staff)

**Objective:** Vital Signs: (As Indicated) T: _98.7_ P: _68_ RR: _20_ B/P: _110_ / _78_ wgt. _168_

General Appearance: ☑ No acute distress ☐ Alert ☐ Oriented x _3_ ☐ Confused ☐ Lethargic
☐ Irritable / Agitated ☐ Normal facial symmetry ☑ YES ☐ NO:

Skin: ☑ Warm ☐ Cool ☑ Dry ☐ Moist/clammy  Skin Color: ☑ Normal ☐ Pallor ☐ Flushed ☐ Jaundice

Pupil: ☑ PERRL ☐ Pupils unequal/abnormal:

Neck: ☐ Supple with no meningeal signs ☐ Stiff neck

Musculoskeletal: ☑ Symmetric with no weakness ☐ Asymmetric/Weakness: _Carries neck stiffly_

Gait: ☑ Able to walk/normal gait ☐ Difficulty walking or abnormal gait

Signs of substance abuse: ☐ NO ☑ YES: _____

☐ Additional Examination: _Noted 2 white areas to gums, bottom on each side_
(Continue on back if necessary) _∅ drainage, C/O discomfort upon eating._

☐ Check Here if continued on back

**Assessment:** (Referral Status)     Preliminary Determination(s): _____
☐ Referral **NOT** Required

☑ Referral **Required** due to the following: (Check all that apply)
☐ Abnormal Vitals  ☐ Visual disturbances  ☐ Dizziness  ☑ Recurrent Complaint (More than 2 visits)
☐ Altered mental status  ☐ Unequal pupils  ☑ Nausea/vomiting,
☐ Recent Head Injury  ☐ + Meningeal signs  ☐ B/P systolic > 160, diastolic > 95

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☐ Isolation for contagious conditions (communicable).
☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits).
☐ Instructions to return if condition worsens.   ☐ Return if no improvement within 24 hours or condition worsens.
☐ Other: _Requests to see M.D_
(Describe)

OTC Medications given ☑ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _HCP_     Date for referral: _12_ / _19_ / _05_ (MM / DD / YYYY)

Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _HCP to review_ Time _____

x _D. Austin LPN_     Name: _D. Austin LPN_
Nurses Signature     Printed



**PHS**
**PRISON**
**HEALTH**
**SERVICES**
**INCORPORATED**

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Last    Date / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Fourth    Date / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

NAME: Ellis, Clifford
2082226    Status

D.O.B. 4/30/81
ALLERGIES: NKDA

Use Third    Date 2/23/04

DIAGNOSIS (If Chg'd) Rt jaw pain

X-ray Rt jaw

MD/C
J. Huguley
2/23/04

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Ellis, Clifford
#2082226

D.O.B. 4/30/81
ALLERGIES: NKDA

Use Second    Date 1/12/04

DIAGNOSIS (If Chg'd)
① Dilantin 300mg po qd @ HS x1800
② Motrin 600mg po BID prn x 10d
V/O Dr Robbins / J Handy, RN

Ⓝ

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Ellis, Clifford
#2082226

D.O.B. 4/30/81
ALLERGIES: NKDA

Use First    Date 1/12/04

DIAGNOSIS
① CC
② Clipper Shave x 100d
③ Benzoyl Peroxide 10% Lotion - appl
to affected area x 30d
V/O Dr Robbins / J Handy, RN

Ⓝ

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

60110 (4/03)

MEDICAL RECORDS COPY



**PRISON HEALTH SERVICES INCORPORATED**

## PHYSICIANS' ORDERS

NAME:

DIAGNOSIS (If Chg'd)

D.O.B.  /  /
ALLERGIES:

Use Last    Date  /  /

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME:

DIAGNOSIS (If Chg'd)

D.O.B.  /  /
ALLERGIES:

Use Fourth    Date  /  /

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME:

DIAGNOSIS (If Chg'd)

D.O.B.  /  /
ALLERGIES:

Use Third    Date  /  /

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Ellis Clifford
2/9/04 0931

D.O.B. 4/30/81    208226

ALLERGIES: NKDA

Use Second    Date 2/9/04

DIAGNOSIS (If Chg'd)
1) ↑ Dilantin 400 mg po q hs x 180 d.
2) Dilantin level ~ 3 wks.

noted
D. Tsuffi

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Ellis, Clifford
208226

D.O.B. 4/30/81

ALLERGIES: NKA

Use First    Date 1/10/04

DIAGNOSIS
Dilantin 300 mg PO q hs x 90 d
Motrin 600 mg PO Bid PRN x 10 d
Dilantin level Monday

w Dr. Robbins / Syracuse.

(N)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
# TRANSFER & RECEIVING SCREENING FORM

RECEIVED: Inmate/Health Record

Institution: _____

Date: _____ Time: _____ AM/PM

RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital

RECEIVING MEDICAL STATUS

☐ Population

☐ Infirmary

☐ Isolation

RELEASED: Inmate/Health Record

Institution: _KCF_

Date: 2/19/04  Time: 1735  AM/(PM)

RELEASE FROM:
☐ Infirmary    ☐ Segregation
☑ Population    ☐ Mental Health
☐ Other _____

RELEASE TO:
☑ DOC    ☐ Infirmary    ☐ Mental Health

Institution/Work Release Center/Free-World Hospital

ALLERGIES:

_NKA_

PHYSICAL EXAMINATION

Date of last exam: 01/12/04

Chest X-Ray Date: _____ Result: Down

PPD Reading 01/14/04

Classification: _____

Limitations: _____

| LAB RESULTS - - LAST REPORT | Date | Normal | Abnormal | | YES | NO | |
|---|---|---|---|---|---|---|---|
| CBC | 01/12/04 | ☑ | ☐ | Wears Glasses/Contacts | ☑ | ☐ | (L)20/50 (R)20/70 |
| Urinalysis | 2/12/04 | ☑ | ☐ | Dental Exam | ☐ | ☑ | |
| ____ | | ☐ | ☐ | Hearing Aide | ☐ | ☑ | |
| | | | | Other Prothesis | ☐ | ☑ | Recieving Nurse |

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

Seizures
Eye Clinic

CURRENT MEDICATION - - DOSAGE AND FREQUENCY

See - MAR

| MEDICATIONS | ☐ Sent w / inmate | ☐ Not sent w / inmate |
|---|---|---|
| X-RAY FILM | ☐ Sent w / inmate | ☐ Not sent w / inmate |
| HEALTH RECORD | ☐ Sent w / inmate | ☐ Not sent w / inmate |

Released to: _____

Date: _____ Time: _____ AM/PM

| MEDICATIONS | ☑ Received | ☐ Not Received |
|---|---|---|
| X-RAY FILM | ☐ Received | ☑ Not Received |
| HEALTH RECORD | ☑ Received | ☐ Not Received |

SCHEDULE FOR CHRONIC CARE CLINIC

DATE: 2/9/04  LAST CLINIC: Seizures

CHART REVIEWED ☑ YES    ☐ NO

Received by: A H Smith MD

Signature of Receiving Nurse

Date: _____ Time: _____ AM/PM

FOLLOW-UP CARE NEEDED    Date    Time    With Whom - - Location (Sending Nurse)    Date/Appt. Made w/Whom (Rec. Nurse)

☑ Medical    ☐ Dental    _____

☐ Mental Health    _____

| NURSING ASSESSMENT (SENDING NURSE) (Noted from health record documentation) | | Yes | No |
|---|---|---|---|
| HISTORY | Drug Use | | ☑ |
| | Mental Illness | | ☑ |
| | Suicide Attempt | | ☑ |
| | Chronic Care | ☑ | |
| STATUS | Special Diet | | ☑ |
| | Appearance | ☑ | |

OTHER PERTINENT NURSING ASSESSMENT

| NURSING ASSESSMENT (RECEIVING NURSE) (Noted from inmate assessment) | | Yes | No |
|---|---|---|---|
| SKIN | Open Sores | | ☑ |
| | Lice | | ☑ |
| | Edema | | ☑ |
| | Warm & Dry | ☑ | |
| | Cool & Moist | | ☑ |
| CONDITION | Alert | ☑ | |
| | Oriented | ☑ | |
| | Uncooperative | | ☑ |
| | Depressed | | ☑ |

INTAKE

Sick Call Procedures Explained    yes
Height    67
Weight    130
Blood Pressure    oro
Temperature    979
Pulse Resp.    64 18
Other _____

Glenda Tyree LPN    2/19/04    A Hall Smith MD    2/20/04
Signature of Nurse Completing Assessment (Sending Nurse)    Date    Signature of Intake Screening Nurse (Receiving Nurse)    Date

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| Ellis, Clifford B. | 208226 | 4/30/81 | B/m | KCF |

PHS-MD-70009

(White - Medical Jacket, Yellow - Transfer Coordinator)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: *Clifford Ellis*          Date of Request: *2-20-04*
ID # *208226*          Date of Birth: *04-30-81*  Location: *MOU Bed #6*
Nature of problem or request: *Need to see chronic care*
*Nurse Humphries for soreness in right Jaw,*
*Medication was increased and caused soreness.*

*Clifford Ellis  208226*
                              Signature

**DO NOT WRITE BELOW THIS LINE**

Date: *2  22  04*
Time: *10:00*  (AM) PM
Allergies: *NKA*

RECEIVED
Date: *2/20/04*
Time: *10*
Receiving Nurse Intials: *AHB*

**(S)ubjective:**  *Since they increased my Phenytoin my Rt Jaw has been sore. I already have seen the Dentist and he said nothing is wrong.*

**(O)bjective**  *wt 168  BP 100/46  P 72  R20 temp °*
*Resp at ease. No swelling noted to Rt Jaw. No tenderness noted when palpated.*

**(A)ssessment:**

*2/23/04*

**(P)lan:**  *MD to review*

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment          Return to Clinic PRN
                              CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
          If Emergency was PHS supervisor notified:   Yes ( )   No ( )
                 Was MD/PA on call notified:   Yes ( )   No ( )

SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 12/7/05

**To:** Elmore

**From:** SHCU

**Inmate Name:** Ellis Clifford     **ID#:** 208226

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:** No Shave profile

X 90 days

**Date:** 12/7/05 **MD Signature:** Dr. Peasant / Smullean (p) **Time:** 1630

through

3/7/06

60418





**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Clifford Ellis_        Date of Request: _03-04-04_
ID # _208226_        Date of Birth: _04-30-81_    Location: _3-14_
Nature of problem or request: _I still recieve the same pill for my seizure._
_Please look into this situation._

_Clifford Ellis_
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: _3/10/04_
Time: _0525_    AM PM
Allergies: _NKDA_

| RECEIVED |
|---|
| Date: _3/9/04_ |
| Time: _650p_ |
| Receiving Nurse Intials _AHf_ |

**(S)ubjective:** "I want seizure medicine changed back to Dilantin. The tegretol is also causing pain in my stomach. I also would like a pass to step up from the top. Due to my seizures.

**(O)bjective** 172 term. Alert et Oriented x3 Resp unlabored
126/64 NAD N
a8.4, 20, 70

**(A)ssessment:** Alt in health maintenance

**(P)lan:** MD/PA

Refer to:  (MD/PA)  Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:   Yes ( )    No ( )

_C. Hell, LPD/DMHuns_
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name _Clifford B. Ellis_  Date of Request: _3-16-04_
ID # _20226_  Date of Birth: _04-30-71_ Location: _3-14_
Nature of problem or request: _Follow up_

_Clifford B. Ellis_
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: _3/17/04_
Time: _5:00_  (AM) PM
Allergies: _NKA_

| RECEIVED |
| --- |
| Date: _3/16/04_ |
| Time: _x⁰⁰ p_ |
| Receiving Nurse Intials _JJ_ |

Refer to sick call

**(S)ubjective:** C/o feels illness upon working on farm Request leave on farm OR something from MD saying he has Hx seizure + ine Dx c Need Medication

**(O)bjective** wt 173 lbs - 114/80 - 78. 20. A + O x 3 Respiratione ease unlabored. Ambulate s difficulty. No acute distres noted

**(A)ssessment:** Alteration discomfort

out guide
⟨m⟩
8
3/18/04

**(P)lan:** MD / Review

Need Chart

Refer to: (MD/PA) Mental Health  Dental  Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE ( )  EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )  No ( )
Was MD/PA on call notified:  Yes ( )  No ( )

_W. Munk LPN_
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST



Print Name: _Clifford B Ellis_    Date of Request: _3-22-04_
ID # _208226_    Date of Birth: _04-30-81_    Location: _3-14_
Nature of problem or request: _Follow-up_

_Clifford B. Ellis_
                                         Signature

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM          | RECEIVED                              | Refer to
Allergies: _____   | Date: 3/22/04                         | sick call
                                | Time: 10⁰⁰ Pm                          |
                                | Receiving Nurse Intials _JJ_          |

**(S)ubjective:**

**(O)bjective**   (V/S): **T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**

**(P)lan:** wAnts to see Chronic Care nurse

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                                    CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )    No ( )
        Was MD/PA on call notified:   Yes ( )    No ( )

_____
          SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: **Clifford Ellis**          Date of Request: **4·05·04**
ID # **202026** _____ Date of Birth: **04·30·81** Location: **2-16**
Nature of problem or request: **Follow-up**
_____
_____

_____ **Clifford Ellis**
                                          *Signature*

### DO NOT WRITE BELOW THIS LINE

_____
Date: **4/6/04**
Time: **0570**  AM  PM
Allergies: **NKCA**

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** The tegretol is not agreeing with my system it causes me to have real bad headaches. I'm requesting a change in my medicine.

**(O)bjective** (V/S): T: **98.2**  P: **86**  R: **22**  BP: **120/68**  WT: **187**
Alert et oriented X3  Resp. c. ease  skin w/s to touch. Ambulating  S difficulty DW DN

**(A)ssessment:**
No alt noted

**(P)lan:** MD/PA to Review

Refer to: (MD/PA)  Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                              CIRCLE ONE
Check One:  ROUTINE (✓)   EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )   No ( )
        Was MD/PA on call notified:   Yes ( )   No ( )

_____
                    *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: Ellis Clifford 208226 | DIAGNOSIS (If Chg'd) |
|---|---|
| | D/C Tegretol |
| | ↓ Tegretol to 100 mg BID x 7 days then |
| D.O.B. 4 30 81   Draper | D/C |
| ALLERGIES NWA | Dilantin 300 mg ER PO QHS x 90 days |
| Use Last    Date 4 16 04 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: Ellis Clifford 208226 | DIAGNOSIS (If Chg'd) |
|---|---|
| | Tegretol level done |
| | Tylenol 325 mg II tabs now |
| D.O.B. 4 30 81   Draper | |
| ALLERGIES: NWA | Louin 3/25/04 — Da In |
| Use Fourth   Date 3 26 04 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: Ellis Clifford 208226  Draper | DIAGNOSIS (If Chg'd) |
|---|---|
| | Zantac 150 mg I BID x 14 days |
| | Continue Tegretol. Most side effects |
| D.O.B. 4 30 81 | will ↓ c̄ time. |
| ALLERGIES: NWA | Inform PT |
| Use Third    Date 3 10 04 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: Ellis Clif Clifford 208226 | DIAGNOSIS (If Chg'd) Seizure disorder |
|---|---|
| | Pt Dilantin in T init (may take) 7 more drop |
| | ① Tegretol 200 mg BID x 90 days |
| D.O.B. 4 130 181 | ② Tegretol level 3/8/04 |
| ALLERGIES: φ | B/B Profilex 180 drop  VO Dr. Sonier / J. Hyten NRI |
| Use Second   Date 2 23 04 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: Ellis Clifford 208226 | DIAGNOSIS |
|---|---|
| | Naprosyn 375 mg PO BID |
| | PRN x 7d |
| D.O.B. 4 130 81 | Q-BID # i tab — BID po x 7d |
| ALLERGIES: NKA | C̄ Im 4 mg # i tab PO BID x 7d |
| Use First    Date 2 16 04 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

MEDICAL RECORDS COPY

60110 (4/03)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Clifford Ellis_ _____ Date of Request: _03-08-04_
ID # _208826_ _____ Date of Birth: _04-30-81_ Location: _3-14_
Nature of problem or request: _The pill I have been taken is not agree_
_with my system. I'm having very bad headaches right now._

_Clifford Ellis_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _3-8-04_
Time: _5:35_ (AM) PM
Allergies: _NKA_

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** _Medication Does not agree c̄ stomach. Request_
_Medication to Be D. Need stop ap from tarm. Unable_
_Walk + Hx severe headaches. Hx seizures seizure activity on saturday_

**(O)bjective** _wt 169 los - 80-18-110/78. A tox3. Respiration c̄ CPR_
_tenlabored. Ambulate c̄ difficulty. Bowel Soul Active Myards_
_No acute distress nted_

**(A)ssessment:** _alteration comfort_

**(P)lan:** _MD Review_
_Tylenol ii po 3ID / PRN x 7 days_ } _done per protocol_
_antacid po now gave @ 5:40 Ammmm_

Refer to: MD/PA Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE (✓) EMERGENCY ( )

If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

_M. Maugh Ca_
*SIGNATURE AND TITLE*

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95

## Prison Health Services
### Treatment Record

**Treatment Ordered:**

Weekly weight x 8 weeks

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| 9/10 | 9/16 | 9/23 | 9/30 | | | |
| 162/165. | 164 | 163 | 142 | | | |
| *(initials)* | *(initials)* | *(initials)* | *(initials)* | | | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| | | | | | | |
| | | | | | | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

**Comments:**

| Patient Name/Number | Allergies: | Housing Unit: |
|---------------------|-----------|---------------|
| 208226 Ellis, Clifford | NKA | Elmore |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Clifford Ellis_    Date of Request: _11-07-04_
ID # _208226_    Date of Birth: _04-30-81_ Location: _7-88_
Nature of problem or request: _I'm still in Pain. I need some help. Are_
_this pain going to be with me for the rest of life. Please help me._
_Thank You Du to the accident_

_Clifford Ellis_
**Signature**

### DO NOT WRITE BELOW THIS LINE

Date: _11/08/04_
Time: _5:15_  (AM) PM
Allergies: _NKA_

RECEIVED
Date: _11-07-04_
Time: _1928_
Receiving Nurse Intials _A7_

**(S)ubjective:** _I am still in pain, I need to see the doctor my shoulders + neck hurt._

**(O)bjective** (V/S): T: _97.9_    P: _68_    R: _18_    BP: _118/88_    WT:
_Able to raise arms to head length. Pulses to arms strong. Øedema noted, grips to hands strong bilaterally, neck supple but c/o pain but does not flinch grimace._

**(A)ssessment:** _Alteration in Comfort_

**(P)lan:** _HCP to review_

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:    ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_A Dasata CMA_
_11-8-04_
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:    INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002    (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Clifford Ellis                    Date of Request: 11-03-04
ID # 208226                    Date of Birth: 04-30-81 Location: 7-88
Nature of problem or request: The pills I'm taking is not working. I'm in alot of Pain. Please do something about this pain. Thank You for Your help. Do to the accident.

_Clifford Ellis_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: 11-4-04
Time: 5:35   AM PM
Allergies: NKDA

RECEIVED
Date: 11/3/04
Time: 10:30 pm
Receiving Nurse Intials

**(S)ubjective:** Stabbing pain under (B) shoulder blades. The pain med is not working + back/neck.

**(O)bjective  (V/S):** T: 98.7   P: 65   R: 18   BP: 112/65   WT:
Currently on Motrin 600mg BID & swelling noted. Pt states "car wreck last Thursday."

**(A)ssessment:** Alt in comfort

**(P)lan:** HCP to review

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_Lewis, LPN_        JL Lasthcenp
*SIGNATURE AND TITLE*        11-5-9

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT
GLE-1002   (1/4)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Clifford Ellis _____ Date of Request: 11-01-04
ID # 208226 _____ Date of Birth: 04-30-81 Location: 7-88
Nature of problem or request: My back are still hurting. The pill don't work
I can't hardly move my neck and arms, my head are hurting
bad too. I am doing heavy work something I can't do right now.
I got to get something from you until I get heal. I need to see you

Clifford Ellis
_____
Signature

### DO NOT WRITE BELOW THIS LINE

Date: 11, 2, 04
Time: 5:05 AM/PM
Allergies: NKDA

| RECEIVED |
| --- |
| Date: 11/1/04 |
| Time: 11:00 pm |
| Receiving Nurse Intials: /2 |

**(S)ubjective:** I need a stop up until I heal. I was inside
in a accident Thursday. The pain medicine is not work

**(O)bjective  (V/S):** T: 98.1  P: 80  R: 18  BP: 130/70  WT: _____
Currently on motrin for pain

**(A)ssessment:** alt in comfort

**(P)lan:** HCP to review

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE

Check One:  ROUTINE ( )   EMERGENCY ( )
   If Emergency was PHS supervisor notified:   Yes ( )   No ( )
   Was MD/PA on call notified:   Yes ( )   No ( )

_____
SIGNATURE AND TITLE
11-2-04

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Clifford Ellis          Date of Request: 10-31-04
ID # 208226          Date of Birth: 4-30-81   Location: 7-88
Nature of problem or request: My back are still hurting. I got soure's in my
shoulder and neck. Thank you for your help. (Dr to the accident)

                                        Clifford Ellis
                                                    Signature

**DO NOT WRITE BELOW THIS LINE**

Date: 11 / 1 / 04
Time: 5 10  (AM) PM
Allergies: NKA

> **RECEIVED**
> Date: 10/31/04
> Time: 8:05 pm
> Receiving Nurse Intials:

**(S)ubjective:** My BACK And shoulder been Nurting ever since
the accident And I've been HAving Headaches

**(O)bjective  (V/S):** T: 98 2   P: 64   R: 20   BP: 122/78   WT: 170
Alert x3 Resp unlabored clear skin warm to the touch
Able to bend over at waist & signs of acute distress nlcd
Able to flex neck in both Directions without pain

**(A)ssessment:** Hcp Review  Alctoration in comfort

**(P)lan:** Hcp Revorw

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
                            CIRCLE ONE
Check One:  ROUTINE ( )   EMERGENCY ( )
      If Emergency was PHS supervisor notified:   Yes ( )   No ( )
            Was MD/PA on call notified:   Yes ( )   No ( )

                                    SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSTION DATE 6 /8 /05 | TIME 325 AM PM | ORIGINATING FACILITY Elmore ☐ SIR ☐ PDL ☐ ESCAPEE | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

ALLERGIES NKA

CONDITION ON ADMISSION: ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

| VITAL SIGNS: TEMP 98.3 | ORAL RECTAL | RESP. 20 | PULSE 66 | B/P 120/80 | RECHECK IF SYSTOLIC <100>50 ____/____ |

**NATURE OF INJURY OR ILLNESS**

S- "My head hurts real bad and I can't hardly bend my neck down." "My left leg has kinda been bothering me."

| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / ____ SUTURES |
|---|---|---|---|---|---|

PROFILE RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O- Unable to turn neck from side to side. Can partial bend neck down to chest and back.

A- Alterations in Comfort.

P- M.D. to review.

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Motrin 600mg PO TIW x 3days. Sign up for sick call | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE 6 /8 /05 | TIME 330 AM PM | RELEASE / TRANSFERRED TO ☑ DOC ☐ AMBULENCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|
| 6/8/05 | | | |

| NURSE'S SIGNATURE C. Thompson RN | DATE 6/8/05 | PHYSICIAN'S SIGNATURE | DATE 6/8/05 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Ellis, Clifford | DOC# 208226 | DOB 4-30-81 | R/S B/M | FAC. Elmore |
|---|---|---|---|---|

PHS-MD-70007                    (White – Record Copy, Yellow – Pharmacy Copy)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Clifford Ellis_     Date of Request: _7-27-04_
ID # _208226_     Date of Birth: _04-30-71_  Location: _2-16_
Nature of problem or request: _Follow-up_

_Clifford Ellis_
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: _7/28/04_
Time: _5 55_  (AM) PM
Allergies: _NKA_

┌─────────────────────────────────┐
│           **RECEIVED**          │
│ Date: _7.27.04_                 │
│ Time: _210_                     │
│ Receiving Nurse Intials _SM_    │
└─────────────────────────────────┘

**(S)ubjective:** _" My bottom gums are still sore & my gums still bleed every morning"_

**(O)bjective** (V/S): T: _98.4_  P: _76_  R: _18_  BP: _112/76_  WT: _____
_θ bleeding noted @ present. C/o pain in lower part of mouth_

**(A)ssessment:** _Alteration in comfort_

**(P)lan:** _MD/PA/CRNP to review_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment    ⌐ Return to Clinic PRN ¬
                              CIRCLE ONE
Check One:  ROUTINE (✓)   EMERGENCY ( )
         If Emergency was PHS supervisor notified:   Yes ( )   No ( )     _Sched appt HCU_
         Was MD/PA on call notified:   Yes ( )   No ( )     _J. Shelly_

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Clifford Ellis                Date of Request: 08-18-05
ID # 208326                 Date of Birth: 04-30-81  Location: C2-17B
Nature of problem or request: My neck is hurting very bad now do to the
fact the other inmate choke me and it was alright hurting but he made it
worst. I need to see a doctor.

Clifford Ellis
*Signature*

## DO NOT WRITE BELOW THIS LINE

Date: 8/19/05
Time: 7:15   AM/PM
Allergies:  NKA

wt ↑70 lbs.

RECEIVED
Date: 8/18/05
Time: 0730
Receiving Nurse Intials _Sm_    Sick Call

**(S)ubjective:** My neck going down my spine hurts when I try to bend my head forward. Also hurts when I tilt my head to each side. I was choked 8/5/05.

**(O)bjective:** A0x3 Noted no swelling. Head ROM normal except Tilting head forward. c/o pain down spine. c/o pain p̄ turning head 45° L & R. c/o pain when tilting head 15° L & R.

**(A)ssessment:** Alt. in comfort.

**(P)lan:** PMD review

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                          CIRCLE ONE
Check One:  ROUTINE ( ✓ )    EMERGENCY ( )         H05 9/1/05 appt
      If Emergency was PHS supervisor notified:   Yes ( )   No ( )
      Was MD/PA on call notified:   Yes ( )   No ( )    8/19/05

*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Clifford Ellis_                Date of Request: _06-22-05_
ID # _208226_                Date of Birth: _04-30-81_   Location: _C2-76_
Nature of problem or request: _Follow-up and need to see the doctor_
_Concerning about my neck._

_Clifford Ellis_
                                                Signature

**DO NOT WRITE BELOW THIS LINE**

Date: _06 / 23 / 05_
Time: _8:30_  (AM)  PM
Allergies: _NKA_

| RECEIVED |
| --- |
| Date: _6/22/05_ |
| Time: _2230_ |
| Receiving Nurse Intials _Sm_  _Sick Call_ |

**(S)ubjective:**  _I got pain in my neck._

**(O)bjective  (V/S):  T:** _98.2_   **P:** _60_   **R:** _18_   **BP:** _102/64_   **WT:** _120_
_C/o ~~discomfort~~ discomfort upon flexion of neck to (R) side + back. Ø_
_edema noted, Ø bruises noted. Requests more X-Rays + whatever can_
_be done. Requests to see MD._
**(A)ssessment:** _Alteration in Comfort_

**(P)lan:** _HCP to review_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                                     CIRCLE ONE
Check One:  ROUTINE (✓)   EMERGENCY ( )
          If Emergency was PHS supervisor notified:   Yes ( )   No ( )
          Was MD/PA on call notified:   Yes ( )   No ( )

_D Austin_  _RN_        _J R_
                        **SIGNATURE AND TITLE**

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS REC

GLF-1002  (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Clifford Ellis_ _____ Date of Request: _04-20-05_

ID # _208226_ _____ Date of Birth: _04-30-81_ Location: _A-1-4_

Nature of problem or request: _I need to see the M.D. Dr. Williams_
_Concering the something about my neck._

_____

_Clifford Ellis_
_Signature_

### DO NOT WRITE BELOW THIS LINE

Date: _4 / 22/ 05_

Time: _0740_ ___ AM PM

Allergies: _NKDA_

```
┌─────────────────────────────────┐
│          RECEIVED                │
│  Date:                           │
│  Time:                           │
│  Receiving Nurse Intials _____  │
└─────────────────────────────────┘
```

**(S)ubjective:** "I can only move my neck so far without it hurting me."
"I had some pain medicine" "I'm not taking any now"
"I keep having HA

**(O)bjective** (V/S): T: _99⁵_    P: _82_    R: _20_    BP: _122/84_    WT: _169_

Has towel around neck. Limited Rom to neck bilateral. Pearla, ⊕ grips bilateral gait is steady. C/o HA. Request to see Dr Williams.

**(A)ssessment:** Alteration In comfort

**(P)lan:** See MD

_J. Shelly_
_4-22-05_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE

Check One:  ROUTINE ( )    EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )    No ( )

Was MD/PA on call notified:   Yes ( )    No ( )

_D Mc Leod_
_SIGNATURE AND TITLE_

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLE-1002   (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Clifford Ellis _____ Date of Request: 03-12-03
ID # 208226 _____ Date of Birth: 04-30-81   Location: A-1-4
Nature of problem or request: My head has been hurting recl bad. Them pills make it hurt
worst. When I wake up head be hurting. I be more my neck and then my head start hurting.
I have not been to no treatment because they say my name is not on the list. I need to see
you Dr. William very important. Thank you for your time and Help.

Clifford Ellis
_____
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: 03/16/05
Time: 730/A   AM  PM
Allergies: NKA

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** My head has been hurting real bad, the
pills make my head hurt worse.

**(O)bjective  (V/S):  T:** 98.3   **P:** 68   **R:** 18   **BP:** 100/60   **WT:** 165
Has towel around base of neck, PERRLA, grips strong bilat,
ambulates to diff. CW HA c present + requests to see Dr.
Williams.
**(A)ssessment:** Alteration in Comfort

**(P)lan:** Hcp to review

H. ghby
3/16/05

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

D. Austin Lpn
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Clifford Ellis                    Date of Request: 02-03-05
ID # 208226                    Date of Birth: 04-30-81    Location: A-1-4
Nature of problem or request: Very bad Pain from my neck down indo my Chest. I Can't
Sit down very long before my back start to hurt. Thank You for your help and time
Please do something about this pain please
Do to the accident

                                        Clifford Ellis
                                            *Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

RECEIVED
Date: 2/3/05    s/c
Time: 10:10p
Receiving Nurse Intials: MB

**(S)ubjective:** I have a lot of pain from my neck down my Chest. + can't sit long before my back starts to hurt.

**(O)bjective** (V/S): T: 98°  P: 66  R: 20  BP: 114/06  WT: 185

**(A)ssessment:**

AA0x3. c/o Neck pain running down to ® chest. c/o pain in back of neck down ½ back as well pain both sides around Kidneys. Says his neck locks up when its cold. also says he feels crackling sounds when he moves his neck.

**(P)lan:**

Noted ē stiff neck. Can move 10% © & ® ↑↓ ALT in comfort
HCW Review

Refer to: (MD/PA)  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
                                CIRCLE ONE
Check One:  ROUTINE (✓)    EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )    No ( )
                Was MD/PA on call notified:    Yes ( )    No ( )

                                    *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Clifford Ellis          Date of Request: 01-30-05
ID # 208226          Date of Birth: 09-30-81    Location: A.1-4
Nature of problem or request: I'm having very bad pain in my neck, upper back, and arms. When the cold air hit my neck it lock up on me. Please do something about this problem. I have been having this problem for a while now. Please help me.

Clifford Ellis
_Signature_

### DO NOT WRITE BELOW THIS LINE

Date: 1/31/05
Time: 8:35    ~~AM~~ PM          RECEIVED          Sick
Allergies: NKA          Date: 1-30-05          care
                          Time: 1000
                          Receiving Nurse Intials: PM

**(S)ubjective:** The profile I possess I feel is not suitable in my condition. The pain in my shoulders and around my spine are unbearable esp around my neck in cold weath.

**(O)bjective**  (V/S): T: 98³  P: 76  R: 20  BP: 106/84  WT: 185

PAOx3. States he needs to see MD immediately - soon as possible. c/o Pain on both shoulders, spine

**(A)ssessment:** and neck area, esp when cold. Needs pain med renewed.

ALT in comfort

**(P)lan:** HCV review

work-up w/ Dr. Voss normal
Collar DC'd

**Refer to:** (MD/PA)  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
CIRCLE ONE          Notkew Ph
Check One:  ROUTINE (✓)  EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )  No ( )
Was MD/PA on call notified:  Yes ( )  No ( )

_SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Clifford Ellis _____ Date of Request: 01-23-05

ID # 208226 _____ Date of Birth: 04-30-81  Location: C-2-146

Nature of problem or request: Dr William, my neck and shoulders are still hurting very bad. Last night the pain hit me in the front. Sharp pain in the upper part of my back. Thank you again for your time and help in my situation.

Clifford B. Ellis
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: 01/24/05

Time: 0968   AM  PM

Allergies: NKA

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** Im IN pain my med is not doing any good.

**(O)bjective   (V/S):** T: 98  P: 80  R: 20  BP: 110/80  WT: 180
2 blue jacket. c/o pain around neck & in shoulder
States "mobility is pain full.

**(A)ssessment:**
Alteration, in comfort

**(P)lan:**
Hcp review

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment    Return to Clinic PRN
                                    CIRCLE ONE
out guide per request

Check One:  ROUTINE ( )    EMERGENCY ( )                     1/24/05
      If Emergency was PHS supervisor notified:   Yes ( )   No ( )
            Was MD/PA on call notified:   Yes ( )   No ( )

*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Clifford Ellis                Date of Request: 11-14-04
ID # 208226                Date of Birth: 04-30-81    Location: 7-88
Nature of problem or request: My back ~~was~~ still hurting. I have been complaining
for the last ~~to~~ two weeks about my back injury. Why do you allow me to
suffer like this. Please help me in my situation.

Clifford Ellis
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: 11 /13 / 04
Time:    5        AM PM
Allergies: NKA

RECEIVED
Date: 11/14/04
Time: 8³⁰ pm
Receiving Nurse Initials /M

**(S)ubjective:** My BACK cont to Hurt from the accident on 10-28-04
when I sent down I cant sit down for more then 10
min without pain

**(O)bjective** (V/S): T: 98³    P: 68    R: 26    BP: 110/64    WT: 170
Rom noimal walks without gait Bears halfway at waist
without signs of pain Able to move Arms without any Rom
problems

**(A)ssessment:**    Alteration in comfort

**(P)lan:**    Wcp Roview

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
                        CIRCLE ONE

Check One:   ROUTINE ( )     EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )    No ( )
                Was MD/PA on call notified:    Yes ( )    No ( )

_____        Russi to GProp
*SIGNATURE AND TITLE*                11-15-04

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Clifford Ellis_     Date of Request: _08-29-05_
ID # _269226_     Date of Birth: _09-30-81_   Location: _CX17B_
Nature of problem or request: _My neck is hurting very bad. It got worst when_
_the other inmate hit it. I need to see a Doctor because the pain traveling_
_through my body. Please help me. I have fill out alot of Request and have not_
_receive no help. This is a serious issues. Please help me_
                   _Clifford Ellis_
                                *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _08/30/05_
Time: _7:28/A_   (AM) PM
Allergies: _NKA_

| RECEIVED |
| --- |
| Date: _8/29/05_ |
| Time: _2100_ |
| Receiving Nurse Initials _CW_ |

**(S)ubjective** My neck still hurts real, I don't want any medications. I will still take it until you all get me some proper help.

**(O)bjective** Turning neck from side to side limited + C/o pain, C/o pain when looking down, pain goes to chest + back areas, Request to see M.D. for problem, wants "a thing to be like it was."

**(A)ssessment:** Alteration in Comfort

**(P)lan:** HCP to review
Wgt 163, T-98.7 P-68 R-20 BP-102/82

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
                       CIRCLE ONE                       _Has appt 9/1/05_
Check One:   ROUTINE ( ✓ )    EMERGENCY ( )
      If Emergency was PHS supervisor notified:   Yes ( )   No ( )
            Was MD/PA on call notified:   Yes ( )   No ( )
                                             _D Lasantu CRNP_
                                             _8-30-05_

                       _D Austin LPN_
                       *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Clifford Ellis_ _____    Date of Request: _08-23-05_
ID # _202326_ _____    Date of Birth: _04-30-81_  Location: _C-2-178_
Nature of problem or request: _my neck I have fill out alot of sick call slip_
_for the same thing and have not receive the proper treatment for my neck and_
_I need to see another doctor because the pain is getting worst all over and the_
_pills is doing no good. I need Help quickly._

_Clifford Ellis_
_Signature_

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

> **RECEIVED**
> Date: _8/23/05_
> Time: _2000_
> Receiving Nurse Intials _SM_    _Sick Call_

**(S)ubjective:** _Pain in my neck (pointing to left side) is shooting up my_
_neck and continues shooting down my spine, & leg,_
_both legs. my vision is blurry at distance._

**(O)bjective** _wt 170  T 98.³  P 80  R 20, 128/82,  Inmate, c/o pain_
_in neck, R arm, legs, spine c pain running up R side_
_of head. Neck stiff c difficulty turning head more than_
_5 degrees. Full range of motion c arm and both legs._

**(A)ssessment:** _Ambulates c difficulty._
_Alt in comfort_

**(P)lan:** _MD review_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:   Yes ( )    No ( )

_Has appt c MD_
_9-1-05_

_Signature  8-24-05_

_SIGNATURE AND TITLE_

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 8 / 6 / 05  TIME 810 ☐AM ☑PM | ORIGINATING FACILITY Elmore ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|

| ALLERGIES NKDA | CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

VITAL SIGNS: TEMP __98⁴__ ORAL/RECTAL   RESP. __20__   PULSE __58__   B/P __50/100__   RECHECK IF SYSTOLIC <100> 50 ___/___

| NATURE OF INJURY OR ILLNESS | | | | | |
|---|---|---|---|---|---|
| | ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / _____ SUTURES |

S- "When I breethe In it hurts." It hurts to swallow.

SATS 94%



PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O- ECG Done Normal Sinus Rhythym, No swelling noted to neck or bruises. Has not taken meds (Dilantin, Tylenol ES) Was in altercation on (8/5/05)

A- Altercation in conflict

P- Refer to HCP

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Tylenol ES ii ✓ prn | 815 | CC |
| Dilantin 400mg given | 815 | a |
| | | |
| | | |
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 8 / 6 / 05  TIME 820 ☐AM ☑PM | RELEASE / TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|

| NURSE'S SIGNATURE C. Lewis LPN | DATE 8/6/05 | PHYSICIAN'S SIGNATURE R. Kuestner | DATE 8-8-05 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Ellis, Clifford | DOC# 208226 | DOB 4/3/81 | R/S | FAC. EC |
|---|---|---|---|---|

PHS-MD-70007                    (White – Record Copy, Yellow – Pharmacy Copy)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**



Print Name: Clifford Ellis    Date of Request: 10-29-05

ID # 208226    Date of Birth: 04-30-81    Location: C2-124

Nature of problem or request: Follow-up My pain pills need to be reorder
and I'm having problem in my mouth. Like I'm chewing on my gum. In
the morning My neck be locking up when it's ~~cold~~ cold. I'm hurting
very bad right now. Please Help me.

Clifford Ellis
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: 10/31/05
Time: 9:58 (AM) PM
Allergies: NKA

| RECEIVED |
| --- |
| Date: 10-30-05 |
| Time: 2200 |
| Receiving Nurse Intials Sm  *Sick call* |

**(S)ubjective:** I need pain pills reordered. Tylenol, my neck.
locks up in the AM & I wear a towel around it, down my spine
hurts.

**(O)bjective:** Has towel around neck, requests to see M.D. C/o
Problems getting worse. Carries neck stiffly. C/o pain to gums (L)
side of mouth, gums pink, 0 sores noted. 0 C/o spitting out blood.

**(A)ssessment:** Alteration in Comfort

**(P)lan:** HCP to review
Wgt 163, T-98.1, P-76, R-18, BP-110/72

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE (✓)    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

D Austin Lpa / DQuicerap
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:    INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95

*Elmore*



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: *Clifford Ellis*                 Date of Request: *10-17-05*
ID # *208226*                    Date of Birth: *04-30-81* Location: *C2-124*
Nature of problem or request: *A follow-up and something has bit me on my arm.*

_____ *Clifford Ellis* _____
                                                          Signature

### DO NOT WRITE BELOW THIS LINE

Date: *10/18/05*
Time: *7:40 A*  (AM) PM
Allergies: *NKA*

| RECEIVED |
|---|
| Date: *10/17/05* |
| Time: *2130* |
| Receiving Nurse Intials *Sm* *Sick Call* |

**(S)ubjective:** *Something bit me on my arm 2 days ago.*

**(O)bjective:** (V/S): T: *98.3*  P: *76*  R: *18*  BP: *110/98*  WT: *162*
*Noted small bump to (R) elbow area. Ø infection noted, Ø drainage noted. Requests info. on follow-up. FWA.*

**(A)ssessment:** *Alteration in Comfort.*

**(P)lan:** *HCP to review*

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                                    CIRCLE ONE
Check One:  ROUTINE (✓)   EMERGENCY ( )
       If Emergency was PHS supervisor notified:   Yes ( )   No ( )
             Was MD/PA on call notified:   Yes ( )   No ( )

_____
*S Austin Lyd RN* SIGNATURE AND TITLE *10/18/05*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Clifford Ellis_     Date of Request: _09-15-05_
ID # _208226_     Date of Birth: _04-30-81_ Location: _C2-178_
Nature of problem or request: _Follow-up concerning about my neck,_
_I need to see the doctor._

_Clifford Ellis_
**Signature**

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
|---|
| Date: 9/16/05 |
| Time: 9:25 pm |
| Receiving Nurse Intials bj |

**(S)ubjective:**

Waive 9/16/05

**(O)bjective**   **(V/S): T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

Made aware
of MD appt

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )    No ( )
      Was MD/PA on call notified:   Yes ( )    No ( )

_SIGNATURE AND TITLE_

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: **Clifford Ellis** _____ Date of Request: **12-01-04**
ID # **208226** _____ Date of Birth: **04-30-81** Location: **7-88**
Nature of problem or request: My back are still hurting. I Bought some pain
Pills. They don't work. And I'm having very bad head pain as well. Please
do something about this situation.

_____ **Clifford Ellis** _____
_Signature_

### DO NOT WRITE BELOW THIS LINE

Date: **12 / 2 / 04**
Time: **5:30** (AM) PM
Allergies: **NKA**

┌─────────────────────────────┐
│          RECEIVED           │
│ Date:                       │
│ Time:                       │
│ Receiving Nurse Intials ___ │
└─────────────────────────────┘

**(S)ubjective:** My BACK is still Hurting the pain is going from my
shoulder blades to my small of my BACK

**(O)bjective** (V/S): T: **97⁶**   P: **70**   R: **20**   BP: **110/62**   WT: **175**
Rom normal walks with slight gait p sings of pain
Able to torch toes Bend side to side without any signs
of pain

**(A)ssessment:** Alteration in comfort

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                              CIRCLE ONE

Check One:  ROUTINE ( )     EMERGENCY ( )
          If Emergency was PHS supervisor notified:   Yes ( )   No ( )
                    Was MD/PA on call notified:   Yes ( )   No ( )

_____
_SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

---

NAME: Ellis, Clifford

208226

D.O.B. 4/30/81

ALLERGIES: NKA

Use Last    Date 10/29/07

DIAGNOSIS (If Chg'd)

May go back to camp
Flexeril 20mg 10mg po TID X 2days
Cont Motrin 600mg but ↑ to TID c̄
Phenergan X 2 Days

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Ellis, Clifford

208226

Draper

D.O.B. 4/30/81

ALLERGIES: NWA

Use Fourth    Date 8/6/04

DIAGNOSIS (If Chg'd)

D05989 this week
B13# x FDX

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Ellis, Clifford

208226

Draper

D.O.B. 4/30/81

ALLERGIES: NWA

Use Third    Date 8/6/04

DIAGNOSIS (If Chg'd) "Bleeding Gums"

Dental Appt
Motrin 400 mg BID X 270 days
DO M9 this week, in 90 + 182 days
S10091 this week + in 120 days
Tylenol 325 mg iii Tabs TID x 5 days

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: ELLIS CLIFFORD
208226

D.O.B. 4/30/81

ALLERGIES: NKA

Use Second    Date 7/20/04

DIAGNOSIS (If Chg'd)

HCU F/u Appt Bleeding Gums

Appt. 8/4 (cu)

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Ellis, Clifford 208226

Draper

D.O.B. 4/30/81

ALLERGIES: NKDA

Use First    Date 7/7/04

DIAGNOSIS

Bactrim DS i po BID X 10 days
Please inform pt

7/07/04

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

**MEDICAL RECORDS COPY**

60110 (4/03)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: *Clifford Ellis*          Date of Request: *11-14-05*
ID # *208226*                Date of Birth: *04-30-81*  Location: *C2-124*
Nature of problem or request: *Follow-up. Having the same problems with*
*my neck legs, visioning. I have been complaining for a long time now over*
*a year. I need to see the doctor urgent. Please help.*

*Clifford Ellis*
                                                        Signature

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM  PM                  RECEIVED
Allergies: _____          Date:
                                   Time:
                                   Receiving Nurse Intials _____

**(S)ubjective:**          *At healthcare to see HCP's*

**(O)bjective    (V/S):  T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA  Mental Health  Dental  Daily Treatment      Return to Clinic PRN
                                CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )    No ( )
                Was MD/PA on call notified:    Yes ( )    No ( )

                            _____
                                *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



*Elmore*

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: *Clifford Ellis*     Date of Request: *11-06-05*
ID # *208226*     Date of Birth: *04-30-81* Location: *C2-129*
Nature of problem or request: *Follow-up Alot of pain in my neck. I have been complain now for a long time. I need help my head hurting, having blurry vision.*

*Clifford Ellis*
Signature

### DO NOT WRITE BELOW THIS LINE

Date: *11/07/05*
Time: *750/A* (AM) PM
Allergies: *NKA*

| RECEIVED |
|---|
| Date: *11/6/05* |
| Time: *22w* |
| Receiving Nurse Intials *C* |

**(S)ubjective:** *My neck hurts, every AM when I wake up I can't bend my neck nor turn it (a little bit) I can't see far. The pain goes down my neck/spine to middle of my back*

**(O)bjective  (V/S): T:** *98.3*  **P:** *72*  **R:** *18*  **BP:** *100/90*  **WT:** *160*
*Requesting to have seizure meds at noon instead of 6p. Carries neck stiffly, able to bend but limited w/ pain. PERRLA, eyes clear. Requests to see M.D., emergency.*

**(A)ssessment:** *Alteration in Comfort*

*11/7/05*

**(P)lan:** *HCP to review*

*Please chart*

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE

Check One:  ROUTINE ( )     EMERGENCY ( )
If Emergency was PHS supervisor notified:     Yes ( )     No ( )
Was MD/PA on call notified:     Yes ( )     No ( )

*D Austin LPN*
SIGNATURE AND TITLE

WHITE:     INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

ELMORE



PRISON HEALTH SERVICES
INCORPORATED

**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Clifford Ellis_    Date of Request: _11-11-05_
ID # _208226_    Date of Birth: _04-30-81_ Location: _C2-124_
Nature of problem or request: _Follow-up. Need to see M.D. urgent. I could not hardly walk this morning. Need to see the Doctor. Do to the accident_

_Clifford Ellis_
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: _11/14/05_
Time: _750_  AM PM
Allergies: _NKA_

| RECEIVED |
| --- |
| Date: _11/11/05_ |
| Time: _22w_ |
| Receiving Nurse Intials _C_ |

**(S)ubjective:** _I have pain in my neck while walking and my vision gets blurry. My legs went out when I got up and they were hurting. Also I have a split in my gums and pain in my cheek_

**(O)bjective** (V/S): T: _98⁶_  P: _76_  R: _20_  BP: ___  WT: _160_

**(A)ssessment:** _AOx3. Noted ambulated into sick call c̄ problems except keeping neck stiff. Noted vision blurry @ distance. Ask to read sign @ door 40 feet away and said "I can't read it." Short distance able to read c̄ difficulty. Got up and was unable to walk, had_

**(P)lan:** _to hold on to something. I never had pain in my legs before accident and now recently pain started several months ago. States this am "EMERGENCY" :MD review_

Refer to:  **MD/PA**  Mental Health  Dental  Daily Treatment      Return to Clinic PRN
CIRCLE ONE   _NOTE: Was threatened to be_

Check One:  ROUTINE (✓)    EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )  No ( )  _sued by an attorney_
Was MD/PA on call notified:  Yes ( )  No ( )  _for not requiring immediate attention._

_SIGNATURE AND TITLE_                    _witness: C.L. Forgie_

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name _Clifford Ellis_ _____ Date of Request: _12-18-05_
ID # _208226_ _____ Date of Birth: _04-30-81_ Location: _C2-124_
Nature of problem or request: _My neck are hurting very bad. My head are_
_hurting as well. I can't eat, the bottom of mouth is hurting. My_
_blood has not been check in three months to see how my_
_level is with my seizure. Please Help me._

_Clifford Ellis_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/____
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: _12/18/05_ |
| Time: _7:00_ |
| Receiving Nurse Intials _PM_ |

Sick Call

**(S)ubjective:**

**(O)bjective**

**(A)ssessment:**

**(P)lan:**

_Wgt 168, T-98.7 P-68, R-20, BP-110/78_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE (✓    EMERGENCY (  )
If Emergency was PHS supervisor notified:   Yes (  )    No (  )
Was MD/PA on call notified:   Yes (  )    No (  )

_D. Winslow_
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Clifford Ellis                    Date of Request: 11-22-05

ID # 208226                    Date of Birth: 09-30-8  Location: C2-124

Nature of problem or request: Follow-up I'm in pain abot of pain and need help. ~~Anything~~ I can't hardly see please help me. Things are getting worst.

Clifford Ellis
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: 11/23/05
Time: 7:50a  (AM) PM
Allergies: NKA

RECEIVED
Date: 11-22-05
Time: 930 pm
Receiving Nurse Intials: DSf

**(S)ubjective:** The Flexeril is not working, I need something stronger for my pain. My neck stays hurting & locks up. My vision is decreasing.

**(O)bjective:** PERRLA, Carries neck stiffly. Eyes Clear. Requests meds for pain, present meds non-Effective.

**(A)ssessment:** HCP ~~to review~~ Alteration in Comfort

**(P)lan:** HCP to review
Wgt 160, T-99.4, P-74, BP-122/90, R-18

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE

Check One:  ROUTINE ( ✓ )   EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )    No ( )

Was MD/PA on call notified:   Yes ( )    No ( )

D Christin Lpn
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE

YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 3/7/06

**To:** Staton

**From:** Staton Health Care

**Inmate Name:** Ellis Clifford    **ID#:** 208 226

The following action is recommended for medical reasons:

1.    House in _____

2.    Medical Isolation _____

3.    Work restrictions _____

4.    May have extra _____ until_____

5.    Other _____

**Comments:** No Shaving Profile x60
Days

**Date:** 3/7/06    **MD Signature:** D. Resnat/Hhig Nhezka    **Time:** _____

60418