IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Clifford Ellis, #208226 )
    Plaintiff, )
)
VS. )
)   CIVIL ACTION NO. 2:05-CV-1020-D
)
James DeLoach, et al., )
    Defendants. )

## AFFIDAVIT

Before me, a Notary Public in and for said County and State of Alabama at large, personally appeared Clifford Ellis, who being known to me and by me first duly sworn, deposes and says on oath as follows:

My name is Clifford Ellis #208226. I am currently in the institutional at Staton Correctional Facility, Elmore, Alabama 36025. I am over twenty-one (21) years of age and have personal knowledge of the facts set forth below.

On October 28, 2004, I, the Plaintiff was a passenger on an ADOC bus, driven by defendant Caton which was involved in an accident. I the Plaintiff claim that the defendant's failed to provide a safe work environment is with merit. I, the Plaintiff was on a bus that did not meet all safety standards. I, with 12 other was locked in a cage and no seat belt was on the bus.

A review of I, the Plaintiff medical record finds that immediately after the accident I, the Plaintiff was examined by the attending physician at the prison health care unit. I, the Plaintiff was taken off the scene of the accident before any State Trooper, Police or Ambulance Service. Both the defendant's lied in there Affidavit stated, "The Plaintiff was transported to Baptist Hospital in Montgomery, Alabama for further examination.

Since the accident the Plaintiff has been seen by some medical professional eight times." This is untrue I, the Plaintiff has never been to Baptist Hospital in Montgomery, Alabama. Never saw medical professional eight times. I, the Plaintiff was housed overnight in the Health Care Unit. (SEE BODYCHART) on October 29, 2004, not November 01, 2004 x-rays of my spine were taken. Another untrue statement, "On November 01, 2004 x-rays of cervical spine were normal." On November 02, 2004 x-rays was taken again and I, the plaintiff upper Extremities and spine was abnormal. (SEE INPATIENT HISTORY AND PHYSICAL). On December 13, 2004, I the Plaintiff was placed in the Health Care Unit by (Dr. Williams) saying neck broken and that I can't be in the Prison Population. This is a Month and half after the accident. I hereby certify documents attached to this affidavit to be true and correct copies of documents on file in I, Clifford Ellis, B/M #208226, institutional File.

I recommend that the court order the defendants to produce all Medical Documents from Baptist Hospital all eight times seen by the physicians.

STATE OF ALABAMA:
COUNTY OF ELMORE:

Sworn to and subscribed before me and given under my hand and official seal on this the 27th day of April, 2006.

Clifford Ellis #208226

NOTARY PUBLIC

MY COMMISSION EXPIRES 1-22-08

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served upon:

    OFFICE OF THE ATTORNEY GENERAL
    11 SOUTH UNION STREET
    MONTGOMERY, ALABAMA 36130

by placing a copy of same in the United States Mail, first class postage prepaid and properly addressed this 27 day of April, 2006.

    *Clifford Ellis #208226*
    Clifford Ellis #208226
    P. O. BOX 56
    ELMORE, ALABAMA 36025