**PHS** PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | O2 Sat 99 |
|---|---|---|---|
| 10/28/04 | 310 PM | DCC | |

☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____     ☐ SICK CALL ☑ EMERGENCY ☐ OUTPATIENT

ALLERGIES: NKA

CONDITION ON ADMISSION: ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 99 (ORAL)  RESP. 20  PULSE 73  B/P 120/70  RECHECK IF SYSTOLIC <100> 50

**NATURE OF INJURY OR ILLNESS**

S"- I was thrown into another seat. I'm hurting around the Rt side of my rib around to Rt side of back.

ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / SUTURES

**PHYSICAL EXAMINATION**

O- Amb to HCU s̄ any difficulty. Noted slight tenderness to middle back area. Noted a small scratche to front of Rt leg. Ø other visible injuries noted @ this time. Placed in MOU until xray done tomorrow per Lassiter CRNP. No s/s of any acute distress leaving the ER.

A- Bodychart

**DIAGNOSIS**

**ORDERS / MEDICATIONS / IV FLUIDS**

1. Pt. Place in MOU for observation x 23 hour.   3:20 pm   SD
2. Ribs/Back xray in AM
3. Motrin 600mg ī po bid x 3day
4. Percogesic ī p.o bid x 3day

**INSTRUCTIONS TO PATIENT**

DISCHARGE DATE: 10/28/04   TIME: 320 PM   RELEASE/TRANSFERRED TO: MOU ☑ DOC ☐ AMBULANCE

CONDITION ON DISCHARGE: ☑ SATISFACTORY ☐ FAIR ☐ POOR ☐ CRITICAL

NURSE'S SIGNATURE: S Davis, LPN   DATE: 10/28
PHYSICIAN'S SIGNATURE: ___   DATE: ___   CONSULTATION: ___

**INMATE NAME (LAST, FIRST, MIDDLE)**: Ellis, Clifford

DOC#: 208226   DOB: 4-30-81   R/S: b/m   FAC.: Draper

PHS-MD-70007



**PRISON HEALTH SERVICES INCORPORATED**

### DEPARTMENT OF CORRECTIONS

## INPATIENT HISTORY AND PHYSICAL

CHIEF COMPLAINT: Bilat Arm Pain, MVA >1mo ago

Hx OF PRESENT ILLNESS: 3 day Hx of Bilat Arm Pain, Neck Pain & Shoulder Pain. Progressive mild → mod

PREVIOUS ILLNESS: Ø

CURRENT MEDICATIONS: Ø NSAIDS

ALLERGIES: Ø

Habits: Smoking ___  Alcohol ___  Drugs ___
Family Hx: T.B. ___  Diabetes ___  Cancer ___
Hypertension ___  Other ___
BP ___  T ___  P ___  R ___

| # | Normal | | Abnormal |
|---|--------|---|----------|
| 1. | ✓ | Head, Face & Scalp | |
| 2. | ✓ | Mouth & Throat | |
| 3. | ✓ | Ears & Eardrums | |
| 4. | ✓ | Eyes & Pupils | |
| 5. | ✓ | Chest & Lungs | |
| 6. | ✓ | Cardiovascular | |
| 7. | ✓ | Abdomen, including Hernia | |
| 8. | · | Anus & Rectum | |
| 9. | ✓ | Ext. Genitalia | |
| 10. | ✓ | Skin | |
| 11. | | Breast | |
| 12. | | (Upper Extremities) | ✓ |
| 13. | ✓ | Lower Extremities | |
| 14. | | (Spine & Musculoskeletal) | ✓ |

REMARKS: Pain c ROM Neck R & L Rot, unable to hyperextend Neck 2° pain
Grip 3-4/5 (L) (R) 3/5, sensation intact
Abnormal C3, 4 neck film. 11/2/04

DIAGNOSIS: Neck Pain

Date: ___   Examining Physician: [signature]

INMATE NAME (LAST, FIRST, MIDDLE): Ellis, Clifford
DOC#: 208226
DOB: 4/30/81
R/S: B/M
FAC: MOU ECC

PHS-MD-70020