IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF
ALABAMA NORTHERN Division

Clifford Ellis #208226
    Plaintiff,

                              Action No: 2:05-CV-1020

VS.

James Deloach, et.al,
    Defendants.

### REQUEST FOR AN ENLARGEMENT OF TIME OF 20 DAYS PURSUANT TO RULE 6(b) Fed.R.Civ.P.

Comes now, Clifford Ellis, by and through himself herein moves this Honorable Court for Extention of 20 Extra days to comply with this Court order of June 2006. Plaintiff asserts the following facts in support of (t)his motion for an enlargement of time pursuant to Rule 6(b) Fed.R.Civ.P. to wit:

1). Plaintiff stress the point that he's a layman untrained in the law, and needs more time to response to this court and to prepare his argument. Such as research ect...

2). And that his time in the prison's law library is limited do to large inmate population, and the fact that the prison law library is an all purpose room (facility). The prison law library is open from 7:00 a.m until 5:00 p.m Monday through Friday. However between 7 & 5 the library is close to the inmate population during feeding which can take up to two (2) to three (3) hours depending on what is being served. Which is between 9:00 A.M. and 12:00.

3). Friday around 8:20 A.M of June 16, 06 the library (law) was closed for eye doctor appointment and didn't open back up until 12:00. Inmates are not allowed access to the prison library during count time, which is normally held around 12:30 to 1:45 P.M. Monday through Friday. June 19, 06 camp lockdown from 7:00 until 2:00 P.M, due to shake-down, again June 20 2006 camp lockdown for shake-down (from 7:00 until 12:00 P.M). June 21 2006, law library open around 7:00 A.M and lockdown around 8:50 A.M. do to feeding.

4.) The law library also serve as the visitation yard on Saturdays & Sundays starting at 7:00 A.M up until 2:30 P.M. around the time the last meal is served, and might open around 5:00 P.M. until 7:00 P.M only. If there no such program held in there like Regilious programs. Plaintiff stress the facts the prison's staff often use the law library or the yard for cook-out they might have scheduled for themselves during the weekdays.

Wherefore, plaintiff, prays that (t)his motion for an enlargement of time 20 extra days be "Granted" as law and justice requires.

Done on this 21 day of June 2006.

Clifford Ellis #208226
Plaintiff, PRO SE

-3-

# CERTIFICATE OF SERVICES

I, hereby, certify that I have served a true and correct copy of the foregoing upon the Attorneys for the Respondents at the following address:

OFFICE OF The Attorney General, 11th South Union, St. Montgomery, Al. 36130

On this 21 day of June 2006, by placing the same in the U.S. Mail prepaid.

Sincerely

Clifford Ellis #208226