IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CLIFFORD ELLIS #208226
   PLAINTIFF, pro-se

Vs.

JAMES DeLOACH et,al
   DEFENDANT(S)

CIVIL ACTION No:2:05-CV-1020-D

## PLAINTIFF'S MOTION AND ANSWER IN OPPISITION TO DEFENDANT'S SPECIAL REPORT AND PLAINTIFF'S AFFIDAVIT

Before me, a Notary Public in and for said County and State of Alabama at large, personally appeared **Clifford Ellis,** who being known to me and by me first duly sworn, depose and says on oath as follows;

My name is **Clifford Ellis #208226,** I am presently incarcerated at Staton Corr. Facility in Elmore , Co. Alabama. I am over the the age of twenty-one and have personal knowledge of the facts set forth below. I am in well and sound mind and judgement and capable to testify to all the issues in this Summary Judgement.

Now comes the Plaintiff in the above styled cause and move this Honorable Court to grant said Summary Judgement under (FCRP56)

This Court has full jurisdiction to Entry this motion .

(A) A Summary Judgement, Interlocutory in character, may be rendered on the issue of liability alone although there is a genuine issue as to the amount of damages; The Plaintiff is entitled to a judgement.

(B) There is a material fact that exist for a hearing in this matter.

The amount of damages shown relief for the Plaintiff.

## "STATEMENT OF FACTS"

(1) The Plaintiff has established a claim in this Civil Action and Affidavit in good faith for a trial.

(2) The Plaintiff has set forth that there is a variance between the accident report and the Defendant's Affidavit. There is a clear discrepancy between what the State has alleged and the Plaintiff has proven.

(3) The Defendants Special Report/ Affidiavit is uncertain and in Bad Faith.

The Plaintiff is competent to testify to the matters stated therein, sworn or certified copies of all papers or parts thereof, referred to in this Affidavit shall be attached thereto.

(4) This Summary Judgement is made and supported as provided by Rule 56 Fed R. C.R.P.;

(5) The Plaintiff has set forht genuine issues with specific facts. The Plaintiff is entitled to a judgement as a matter of law;

(6) The Plaintiff moves this Honorable Court for the Defendants to show more definite facts because of the vase and ambiguousness in their Affidavit and Special Report.

(7) The Plaintiff moves for a suppression of evidence to show that he was tranported to Baptist Emergency Room. The Defendants is misleading the Court.

(8) The Plaintiff was not transported to Baptist Emergency Room for medical treatment after the accident.

(9) The Plaintiff was to sent to Staton Corr.Center for treatment at Staton Prison Health Care Unit:

## "FACTS OF THE CASE"

**(1)** Defendants being Deliberatel Indifferent to providing a safe work environment.

**(2)** Defendants violat Plaintiff Constitutional Rights fail to provide adequate medical treatment.

**(3)** Plaintiff has made a claim upon which relief can be granted. Plaintiff request that this Honorable Court consider this Report as a Motion for Summary Judgment for the Plaintiff. Due to the fact Defendants Affidavits made in Bad Faith. Plaintiff will show the Court the lies that the Defendants has made in there Affidavits and that's contempt of Court. Plaintiff requesting for this Court to Subpoena the urine specimen of Officer James Caton and why was it sent to Prattville not Auburn**(AADMS)** for testing.

Lt. Vince Helms went to Jackson Hospital EM. Room and collected a urine specimen from Officer James Caton to be tested, Lt. Vince Helms took the specimen to **(Alabama Alcohol and Drug Management Systems INC,)** There was chance of custody the urine could have been Lt. Vince Helms. There is no proof who it came from. The urine test came back to Ms. Kay Hope (Commissioner's Secretary) why not the Commissioner and Warden. The Plaintiff Summary Judgment is proper with his Affidavit and other documents to show there is genuine issue of material facts for a Jury Trial.

## ISSUE PRESENTED FOR REVIEW

On October 28,2004 at sometime around 1:30 p.m. Officer Caton was transporting Mr.Ellis to work detail when he was involved in a car accident Mr.Ellis stated the truth about described the accident. By their conspiracy and acts pursuant thereto, the defendants have willfully and maliciously, directly and indirectly, intimidated and prevented the accident.**(SEE ALL INMATES AFFIDAVIT FORFACTS)**

(5)

## **ARGUMENT OF THE CASE**

**(A)** Plaintiff moves for a Subpoena for all Medicial Record and Report, that he was transported to Baptist Hospital for Medicial treatment, and any Medicial Doctor that treated him. To appear in Court;

**(B)** plaintiff moves for the Defendants to produce documents for Court to inspect for any related acts that he was transported to Baptist Hospital for treatment.

**(C)** The Defendants Special Report should be Dismissed on the grounds that it is insufficient and unsupported by facts it is Frivolous.

**(D)** Defendant Warden James DeLoach failed to provide a safe work environment for all inmates on the work bus. James DeLoach and James Caton, Affidavit is confute and Frivolous;

**(E)** Under the Alabama Libilty Act the Defendant is not immune by any virtue of Sovereign immunity.

**(1)** The Warden and all Officer are responsibility for all inmates under their care.

**(2)** The Plaintiff has clearly presented to the Court his claim for Relief his Neck injury and Medicial Records and Reports of the accident incident reports.

**(3)** Any persons with CDL will not misjudged the speed on an on coming vehicle further any persons with CDL will not ran a stop sign, because they will lose their C.D.L

## CONCLUSION

Based on the foregoing, **CLIFFORD ELLIS** respectfully request that this court consider treating this Special Report as a Motion for Summary Judgment, and enter judgment on the claims discussed above in favor of the Plaintiff.

RESPECTFULLY SUBMITTED, *Clifford Ellis #208226*
CLIFFORD ELLIS #208226

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 12th day of July 2006, served a copy of the foregoing upon the Defendants, by placing same in the United States Mail, postage prepaid and properly address as follows:

J. Matt Bledsoe
Office of the Attorney General
11 South Union St.
Montgomery, Al 36130

*Clifford Ellis #208226*
Clifford Ellis #208226

SWORN TO AND SUBSCRIBED before me this __13th__ day of July 2006.

_____
Notary Public

My Commission Expire __1-22-08__