## STATEMENT

Caton went right through the stop sign. Ward told him that it was straight on his side, thats the right side. Caton suppose to have looked to the left side. He didn't look. People was telling him to hold up, but he went on. If he could of speed up, he would of made it. I looked at the other truck right there on us. The truck tried to turn off, but Caton still was going straight until the truck hit the bus. I was thrown into the seat where Jesse was. I got up went to the gate. Caton did not want to open the gate. Ward opened the gate for me.

*Clifford Ellis 208226*

Clifford Ellis, 208226

## STATEMENT

We were crossing the street in front of the prison, when I looked up to the left and saw a white truck hit the side of us. OFFICER CATON RAN THE STOP SIGN. Johngram

_Josh Ingram  234389_   234389

## STATEMENT

I saw the truck come from the left. Officer Caton asked he guy in the door what was coming, he told him it was clear. Officer Caton just glanced to his left and yield at the stop sign. The truck tried to dodge but Officer Caton just went on straight. Next thing I know the truck jackknifed the bus and that was it.

Dwayne Richardson  234296

# STATEMENT

I saw the truck come from the left side and hit the bus.

Demetrius Huckabee  221374

2

## STATEMENT

When the bus approached the stop sign Mr. Caton asked inmate Ward was anything coming from right direction and after checking himself he rolled on out into the highway. The truck was coming from our left side. Mr. Caton didn't see the truck coming and the truck tried to go around him (Mr. Caton) but Mr. Caton continued to go forward and the truck hit the bus from the side.

*Jesse J. McShan #149196*
Jesse J. McShan  149196

STATEMENT

Officer Caton ran the stop sign at the intersection. He looked to his left once for a brief second and then proceeded to look to his right as we went across the intersection. Upon half way through or across the road the fellows began to holler saying "Caton a truck is coming, a truck is coming, and at that time the officer (Officer Caton) looked to his left, but at that time it was to late because the truck was within inches from impact. Inmate Darrian Ward, 227662 is the door man therefore, I was directly on the right side of Officer Caton at the time of impact in front of the bus standing in the door.

*Damien Ward, 227662*
Darrin Ward, 227662

STATEMENT

We were going past the prison coming to the stop and Caton didn't stop.  He slowed down but didn't stop.  I saw the truck coming, so I called Caton name but he wasn't hearing me, so we hit the truck.

*Tavarius Parker 202824*

Tavarius Parker, 202824

N601
D of C
DOC No. 601
(Rev. 1/96)

# STATE OF ALABAMA
# DEPARTMENT OF CORRECTIONS
## INSTITUTIONAL INCIDENT REPORT

| 1. Institution: Draper Correctional Center | 2. Date: 10/28/04 | 3. Time: 1:30 PM | 4. Incident Number DCC04-279 |
|---|---|---|---|

| 5. Location Where Incident Occurred: Al Hwy 143 & Marion Spillway Rd. | 6. Type of Incident: Automobile Accident |
|---|---|

| 7. Time Incident Reported: 1:35 PM | 8. Who Received Report: Lt. Daniel Avant |
|---|---|

9. Victim:

a. James Caton, Jr. (Driver)     No. COI
(Type Full Name)

b. _____     No. _____
(Type Full Name)

10. SUSPECT VICTIMS:

| a. Tony Echols | No. B/233949 | | Timothy Powell | No. B/229913 |
|---|---|---|---|---|
| b. Clifford B. Ellis | No. B/208226A | b. Dwayne Richardson | No. B/234296 |
| c. Demetrius Huckabee | No. B/221374 | c. James A. Snipes | No. W/207878A |
| d. Josh Ingram | No. W/234389 | d. Darian Ward | No. B/227662R |
| e. Jessie J. McShan | No. B/149196R | e. Emmanuel Watson | No. B/226974 |
| Tavarius Parker | B/202824R | f. Lefloyd Williams | No. B/234200 |
| John D. Inman | W/234821 | g. Marion Woodward | No. B/192719R |

Physical Evidence:
12. Type of Evidence: N/A

13. Description of Evidence: N/A

14. Chain of Evidence: N/A

a. _____

b. _____

c. _____

d. _____

15. Narrative Summary: On October 28, 2004 at approximately 1:30 PM Officer James Caton Jr. was assigned as Draper Farm Squad #11 Supervisor. Officer Caton had 14 inmates on his state issued bus (Tag #S-0882A) and was at the intersection of Marion Spillway Road and Alabama Hwy 143. Officer Caton pulled up to the stop sign and stopped and looked both ways before proceeding to cross Highway 143. Upon entering the northbound lane of Hwy 143, Officer Caton heard several inmates that were on the squad yelling to stop the bus. At this time Mr. Hugh Steadham hit the left hand front wheel and side of the bus with his 1994 Chevrolet pick-up truck. (Tag #29XM246) After the impact of the truck Officer Caton got all 14 inmates off
CONTINED

Distribution: ORIGINAL Investigation and Inspection Division     COPY to Central Records File
COPY to Deputy Commissioner, Institutions     COPY to Institutional File



D of C
N 602

| CONTINUATION SHEET | |
|---|---|
| | Incident Number: DCC 04-279 |
| Date: 10/28/04 | Type of incident: Automobile Accident |

**Narrative Summary (Continued) Page No. 2**

the bus and placed 12 of the inmates on the grass closest to Draper Industrial area fence. Officer Caton and inmate Jessie McShan B/149196R and Dwayne Richardson B/234296 proceeded to get Mr. Steadham out of his truck due to Officer Caton smelling gas from the truck. Mr. Steadham was placed in the grass on the southbound side of highway 143.

At approximately 1:40 PM Lt. Daniel Avant arrived at the scene and called Warden James DeLoach and advised him of the accident and also called for two state vans to transport the squad to the infirmary for medical attention. (See attached medical reports.) At approximately 1:42 PM Staton Communications was notified.

At approximately 2:00 PM Haynes Ambulance service arrived on the scene and transported Officer Caton and Mr. Steadham to Jackson Hospital. Officer Caton and Mr. Steadham were released from the hospital later that afternoon.

*James Caton Jr*
COI James Caton, Jr.

---

## A D D E N D U M

On 10/28/04 at approximately 3:12 P.M., Lt. Vince Helms went to Jackson Hospital Emergency Room and collected a urine specimen from Officer James Caton, Jr. to be tested in accordance with Administrative Regulation #602. Lt. Helms took the specimen to AADMS (Alabama Alcohol and Drug Management Systems Inc,) at 266 Interstate Commercial Park Loop, Prattville, Al. 36066. On 11/1/04, Lt. Helms received notification from Ms. Kay Hope (Commissioner's Secretary) that Officer Caton's urine specimen was negative for narcotics and alcohol.

*Lt Vince Helms*
Lt. Vince Helms

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISON

CLIFFORD ELLIS, #208226          )

     Plaintiff,          )

Vs.          )          CIVIL ACTION NO: 2:05-CV-1020-D

JAMES DELOACH, et al.,          )

     Defendants.          )

A F F I D A V I T

Before me, a Notary Public in and for said County and State of Alabama at large,

personally appeared Warden James DeLoach, who being known to me and by me first

duly sworn, deposes, and says on oath as follows:

My name is James H. DeLoach. I am currently employed as a Warden III with the

Alabama Department of Corrections assigned to Draper Correctional Center, Elmore,

Alabama 36025. I am over twenty-one years of age and have personal knowledge of the

facts set forth below.

On October 28, 2004 the plaintiff was a passenger on an ADOC bus driven by

defendant Caton which was involved in an accident. The plaintiff's claim that I failed to

provide a safe work environment is without merit. Defendant Caton is a commercial

licensed driver. The bus on which the plaintiff was a passenger met all safety standards.

A review of the plaintiff's medical record finds that immediately after the accident the

plaintiff was examined by the attending physician at the prison health care unit. The

plaintiff was transported to Baptist Hospital in Montgomery, Alabama for further

examination. No serious injury was found and the plaintiff was returned to the prison



EXHIBIT

A

where he was housed overnight in the Health Care Unit for observation. Since the accident the plaintiff has been seen by some medical professional eight times. On November 1, 2004 x-rays of his spine were taken. On November 2, 2004 x-rays of cervical spine were normal. On December 2, 2004 x-rays of the plaintiff thoracic showed no definite abnormality. On December 14, 2004 a MRI of the c-spine was performed on the plaintiff. On December 21, 2004 the plaintiff was seen by Dr. Voss, a neurosurgeon, who ordered a CT-scan of the plaintiff's spine. On December 30, 2004 the CT-scan was performed. On January 20, 2005 the plaintiff was seen on a follow up appointment by Dr. Voss. It is noted that the doctor found no fractures or breaks in the plaintiff's spine, and noted that everything was normal. The plaintiff's claim that he has not received proper health is non-sense. His records show that he has received exceptional health care.

I would ask that this matter be dismissed due to lack of foundation and merit.

James H. DeLoach, Warden III

SWORN TO AND SUBSCRIBED before me this _21st_ day of November 2005.

Notary Public

My Commission Expire _8-1-07_

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CLIFFORD ELLIS, #208226 | ) | |
| Plaintiff, | ) | |
| Vs. | ) | CIVIL ACTION NO: 2:05-CV-1020-D |
| JAMES DELOACH, et al., | ) | |
| Defendants. | ) | |

AFFIDAVIT

Before me, a Notary Public in and for said County and State of Alabama at large, personally appeared James Caton, Jr., who being known to me and by me first duly sworn, deposes, and says on oath as follows:

My name is James Caton, Jr. I am currently employed as a Correctional Officer I with the Alabama Department of Corrections assigned to Draper Correctional Center, Elmore, Alabama 36025. I am over twenty-one years of age and have personal knowledge of the facts set forth below.

On October 28, 2004 inmate Ellis was being transported to a job site on an Alabama Department of Corrections owned bus. Inmate Ellis is claiming that he was at a job site that was unsafe. This is untrue.

I was driving an ADOC owned bus and was involved in an accident. Inmate Ellis was a passenger on the bus. I currently possess a Class B commercial driver license. I misjudged the speed and the distance of the other vehicle and therefore was involved in an accident. In no did I deliberately become involved in the accident. This whole incident was just an unfortunate accident in which lucky no one was seriously injured.



EXHIBIT
B

Inmate Ellis is claiming that he did not receive proper medical treatment. After the accident inmate Ellis was transported to Baptist Emergency Room where he was treated and released back to Staton Health Care Unit on the same day.

Inmate Ellis has been seen on several occasions for this alleged back and neck injuries.

November 1, 2004 – x-rays of lower spine, right ribs, and middle back/all x-rays showed normal.

November 2, 2004 – x-rays were taken of cervical spine which was normal.

December 2, 2004 - x-rays of thoracic spine which showed no definitely abnormality.

December 14, 2004 - A MRI of the c-spine was done and stated that a fracture could not be ecluded.

December 21, 2004 -The patient was seen by Dr. Voss who is a neurosurgeon. Dr. Voss ordered a CT-scan which was done on December 30, 2004. The CT scan appeared to show a small fracture at C-3 and C-4.

On January 20, 2005 the patient had a follow-up appointment with Dr. Voss in which all his x-rays, CT scan and MRI films were taken. Dr. Voss stated that all the films were normal and no fractures were present.

James Caton, Jr., COI

SWORN TO AND SUBSCRIBED before me this _2/st_ day of November 2005.

Notary Public

My Commission Expire _8-1-07_

One who did not go for a for

MOU

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

O2 Sat 99

| ADMISSION DATE | TIME | ORIGINATING FACILITY | | SICK CALL | EMERGENCY |
|---|---|---|---|---|---|
| 10 /28 /04 | 210 AM/PM | DCC ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | | | ☑ OUTPATIENT |

ALLERGIES NKA

CONDITION ON ADMISSION
☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

| VITAL SIGNS: TEMP 99 ORAL/RECTAL | RESP. 20 | PULSE 73 | B/P 120 70 | RECHECK IF SYSTOLIC <100> 50 |
|---|---|---|---|---|

**NATURE OF INJURY OR ILLNESS**

S" - I was Thrown into another seat. I'm hurting around the Rt side of my rib around to Rt side of back

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O- Amb to HCU s̄ any difficulty. Noted slight tenderness to middle back area. Noted a small scratch to front of Rt leg. Ø other visible injuries noted @ this time. Placed in MOU until Xray done tomorrow per Lassiter CRNP. No s/s of any acute distress leaving the ER.

A- Bodychart

**DIAGNOSIS**

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| P1. Place in MOU for observation x 23 hour | 320 PM | SD |
| 2. Ribs / Back Xray in AM | | |
| Motrin 600mg ī po. bid x 3day | | |
| Percogesic ī p.o bid x 3day | | |

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | | CONDITION ON DISCHARGE |
|---|---|---|---|---|
| 10 /28 /04 | 320 PM | ☐ DOC ☐ AMBULANCE ☐ MOU | | ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE S Davis, Lpn | DATE 10/28 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Ellis, Clifford | DOC# 208226 | DOB 4-30-81 | R/S b/m | FAC. Draper |
|---|---|---|---|---|

PHS-MD-70007

(White – Record Copy, Yellow – Pharmacy Copy)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | Draper | | ☐ SICK CALL ☒ EMERGENCY |
|---|---|---|---|---|---|
| 10/28/04 | 308 AM/PM (PM circled) | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | | | ☐ OUTPATIENT |

| ALLERGIES | NKN | | CONDITION ON ADMISSION | | | |
|---|---|---|---|---|---|---|

CONDITION ON ADMISSION: ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 98.9 ORAL/RECTAL RESP. 16 PULSE 100 B/P 122/65 RECHECK IF SYSTOLIC <100> 50 ___/___

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|---|

S) I was in bus accident.
My Head + (R) hand hurt.

**PHYSICAL EXAMINATION**

O) Alert & Oriented. Skin
W-D. Color WNL. Able to
wiggle finger on (R) hand.
No swelling noted.
State head hurt behind
eyes. No abn. noted on
neck. PERRLA. Full
hand grip WNL.

A) Alteration in Comfort favor

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| 1) Motrin 600 mg Now BID [signature] | | |
| 2) MOU ×3 | 314 O.K. | |

**PROFILE RIGHT OR LEFT**

**RIGHT OR LEFT**

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**
Instructed will be place in MOU overnight for observ.

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE | |
|---|---|---|---|---|
| 10/27/04 | 314 AM/PM | ☐ DOC ☐ AMBULANCE ☒ MOU | ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL | |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| [signature] | 10/27/04 | [signature] | 10/28/04 | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Ingram, Junior | 234389 | 7/50/60 | W/M | Draper |

PHS-MD-70007          (White – Record Copy, Yellow – Pharmacy Copy)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

| ADMISSION DATE 10/28/04 | TIME 245 AM/PM | ORIGINATING FACILITY Draper ☐ SIR ☐ PDL ☐ ESCAPEE | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |

| ALLERGIES NKA | | CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

| VITAL SIGNS: TEMP 98⁴ | ORAL RECTAL | RESP. _____ | PULSE _____ | B/P 120/70 | RECHECK IF SYSTOLIC <100> 50 _____ |

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN XX | FRACTURE Z Z | LACERATION / _____ SUTURES |

S - "I hit my leg
in the van"

PHYSICAL EXAMINATION

o - Has superficial
laceration noted to
(R) lower leg.

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

A - MVA

(R) thigh x-ray

P - Placed in MOU 23 hr obs
(2) DSG to (L) leg
(3) Motrin Motrin now

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| MOU 23 hr DSS (L) leg Motrin (R) thigh | | |

DIAGNOSIS
MVA

INSTRUCTIONS TO PATIENT
MVA

| DISCHARGE DATE 10/28/04 | TIME AM PM | RELEASE / TRANSFERRED TO ☐ DOC ☑ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE 1/08/04 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) Ward, Darian | DOC# 227662 | DOB 6/3/83 | R/S B/M | FAC. Draper |

PHS-MD-70007                    (White – Record Copy, Yellow – Pharmacy Copy)

MOU


**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 10/28/04 | TIME 21 AM/PM | ORIGINATING FACILITY Draper ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|---|

ALLERGIES NKA

CONDITION ON ADMISSION ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 98³ ORAL/RECTAL    RESP. 20    PULSE 78    B/P 120/70    RECHECK IF SYSTOLIC <100> 50

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE z/z | LACERATION / SUTURES |
|---|---|---|---|---|---|

S - "I was through from one side of the bus and my neck felts stiff"

PHYSICAL EXAMINATION

O- Has abrasion from (R) shoulder and abrasion to (L) side

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

A- MVA

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Admit to MOU | | |
| | | |
| | | |
| | | |

P - MD. to see

DIAGNOSIS MVA

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE | TIME AM/PM | RELEASE / TRANSFERRED TO | ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|---|

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE 10/28/04 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Parker Traveron | DOC# 202824 | DOB 7/1/78 | R/S B/m | FAC. Draper |
|---|---|---|---|---|

PHS-MD-70007    (White – Record Copy, Yellow – Pharmacy Copy)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY *Draper* | □ SICK CALL   □ EMERGENCY |
|---|---|---|---|
| 10 /29 /04 | 2p AM (PM) | □ SIR □ PDL □ ESCAPEE □ *pop* | ☑ OUTPATIENT |

| ALLERGIES *NKA* | CONDITION ON ADMISSION ☑ GOOD □ FAIR □ POOR □ SHOCK □ HEMORRHAGE □ COMA |
|---|---|

| VITAL SIGNS: TEMP *99.7* | ORAL/RECTAL | RESP. *20* | PULSE *74* | B/P *130/88* | RECHECK IF SYSTOLIC <100> 50 / |
|---|---|---|---|---|---|

**NATURE OF INJURY OR ILLNESS**

S – " Can't turn my neck from one side to the other.

| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / SUTURES |
|---|---|---|---|---|---|

**PHYSICAL EXAMINATION**

O – Ambulated into ER per self. A+0 × 3. Skin w/d to the touch. ⊕ numbness to ⊕ side & extremities, unable to turn neck from side to side. Able to move toes & feet ē difficulty. Painful stimuli noted to lower extremities, grip to ⊕ hand poor, unable to grip ē ⊕ hand, ⊕ pain.

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| P-1) Motrin 600 mg P.O. now | | |
| 2). Percogesic ii P.O. now | | |
| 3). Transport to Baptist So. per | | |
| Dr. McArthur for C-spine X-rays. | | |

A – Alteration in Comfort

**DIAGNOSIS**

O2 Sat 97%

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO □ DOC ☑ AMBULANCE *Baptist So Hospital* | CONDITION ON DISCHARGE □ SATISFACTORY □ POOR □ FAIR □ CRITICAL |
|---|---|---|---|
| 10 /29 /04 | 2⁴⁵p AM (PM) | | |

| NURSE'S SIGNATURE *D. Austin Lpn* | DATE 10/28/04 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) *Powell, Timothy* | DOC# *229913* | DOB *06/10/83* | R/S *Bm* | FAC. *Draper* |
|---|---|---|---|---|

PHS-MD-70007    (White – Record Copy, Yellow – Pharmacy Copy)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY  Draper | ☐ SICK CALL ☐ EMERGENCY |
|---|---|---|---|
| 10 / 28 / 04 | 2p (AM/PM) | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _Draper Rap_ | ☑ OUTPATIENT |

| ALLERGIES  NKA | CONDITION ON ADMISSION  ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP 98.4 (ORAL/RECTAL) | RESP. 20 | PULSE 89 | B/P 140/90 | RECHECK IF SYSTOLIC <100> 50 ___ / ___ |
|---|---|---|---|---|

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN XX XX | FRACTURE Z Z | LACERATION / ___ SUTURES |
|---|---|---|---|---|---|

S - " My shoulder, finger, collar bone, & behind my neck.

S) 145/96  R 22  T 98.6  P 90

PHYSICAL EXAMINATION

O - Ambulated into ER per self. C/o pain to (L) index finger, (L) Color bone, back of neck. ROM to (L) shoulder limited. C/o pain trying to flex neck from side to side.

A - MVA

P - Transfer to Baptist South ER

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

DIAGNOSIS  MVA

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE | TIME | (RELEASE /TRANSFERRED TO) | ☑ DOC | CONDITION ON DISCHARGE |
|---|---|---|---|---|
| 10 / 28 / 04 | AM/PM | | ☐ AMBULANCE ☐ | ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE  A Austin LPN | DATE  10/28/04 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE)  Inman John | DOC#  234921 | DOB  08/14/53 | R/S  wm | FAC.  Draper |
|---|---|---|---|---|

PHS-MD-70007    (White – Record Copy, Yellow – Pharmacy Copy)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY _Draper_ | ☐ SICK CALL ☐ EMERGENCY |
|---|---|---|---|
| 10 /28/04 | 3:00 AM ☐ PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ OUTPATIENT |

ALLERGIES _NKA_

CONDITION ON ADMISSION
☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP _98.6_  ORAL RECTAL  RESP. _20_  PULSE _76_  B/P _100 130_  RECHECK IF SYSTOLIC <100> 50 ____

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN xx | FRACTURE Z | LACERATION / SUTURES |
|---|---|---|---|---|---|

S – "I hit the side of
the bus from the back
seat".

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O– Able to lift leg c̄
assistance states burning
type pain in lower
back when turning
leg from side to
side. No deformity
noted

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

DIAGNOSIS _MVA_

INSTRUCTIONS TO PATIENT  _Sent to ER_

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | ☐ DOC | CONDITION ON DISCHARGE |
|---|---|---|---|---|
| 10 /28/04 | AM PM | | ☐ AMBULANCE ☐ | ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE _J. McGinn_ | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) _Watson, Emmanuel_ | DOC# _226074_ | DOB _8/1/80_ | R/S _b/m_ | FAC. _Draper_ |
|---|---|---|---|---|

PHS-MD-70007        (White – Record Copy  Yellow – Pharmacy Copy)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 10/28/04 | TIME 25 ☐ AM ☐ PM | ORIGINATING FACILITY Draper ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |

| ALLERGIES NKA | CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

VITAL SIGNS: TEMP 98.2  ☐ ORAL ☐ RECTAL   RESP. 20   PULSE 74   B/P 120/74   RECHECK IF SYSTOLIC <100> 50 ___ / ___

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / SUTURES |

S-4 I got slung underneath the seat—

PHYSICAL EXAMINATION

O - L shoulder and back No deformity placed on back board

A - MVA

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |

P - Transfer to Baptist South.

DIAGNOSIS  MVA

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 10/28/04 | TIME ☐ AM ☐ PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) Snipes, James | DOC# 207078 | DOB 6/1/77 | R/S W/M | FAC. Dra |

PHS-MD-70007          (White – Record Copy, Yellow – Pharmacy Copy)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY _Draper_ | ☐ SICK CALL   ☐ EMERGENCY |
|---|---|---|---|
| 10 / 28 / 04 | 2p AM (PM) | ☐ SIR  ☐ PDL  ☐ ESCAPEE  ☐ _Doy_ | ☐ OUTPATIENT |

| ALLERGIES  NKA | CONDITION ON ADMISSION |
|---|---|
| VITAL SIGNS: TEMP 99.2  (ORAL) RECTAL   RESP. 20   PULSE 180   B/P 142-90 | ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA  RECHECK IF SYSTOLIC <100> 50 |

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN XX XX | FRACTURE Z Z | LACERATION / SUTURES |
|---|---|---|---|---|---|

S- "I am not in any pain just burning to (R) side."

**PHYSICAL EXAMINATION**

O- Ambulated into ER per self.
A&O x3. Skin w/d to the touch.
Laceration noted to (L) inner Wrist,
Abrasions to back of (L) forearm c
shards of glass noted to back of
(L) forearm. Large bruise noted
to (R) side.

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| P-1) Cleansed c Saline | | |
| 2). Pressure dsg. applied | | |
| 3). Transport to Baptist So. | | |
| per Dr. Williams Orders | | |

A- Alteration in Comfort

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 10 / 28 / 04 | 245 AM (PM) | ☐ DOC ☐ AMBULANCE  Baptist So. Hosp. | ☐ SATISFACTORY ☐ POOR  ☐ FAIR ☐ CRITICAL |
| NURSE'S SIGNATURE  Austin Lyn | DATE 10/28/04 | PHYSICIAN'S SIGNATURE   DATE | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE)  Echols, Tony | DOC# 233949 | DOB | R/S | FAC. |
|---|---|---|---|---|

PHS-MD-70007          (White – Record Copy, Yellow – Pharmacy Copy)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 10 /28/04 | TIME 255 AM PM | ORIGINATING FACILITY Draper ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |

| ALLERGIES NKA | CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA 02 78 |

| VITAL SIGNS: TEMP 98.4 | ORAL RECTAL | RESP. 20 | PULSE 78 | B/P 149/96 | RECHECK IF SYSTOLIC <100> 50 / |

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN XX XX | FRACTURE Z Z | LACERATION / SUTURES |

S: "Is I hit my (L) wrist on the Bus when I jumped."

**PHYSICAL EXAMINATION**

O - No deformity noted. Decreased strength to (L) wrist. Unable to rotate wrist from side to side.

A - MVA

P - Transfer to Baptist South per DOC Van

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
| DOC transport to Baptist South | | |

**DIAGNOSIS** Injury to

**INSTRUCTIONS TO PATIENT** RTC as needed

| DISCHARGE DATE 10 28 04 | TIME 256 AM PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) Williams, LeLloyd | DOC# 234700 | DOB 5/5/84 | R/S B/m | FAC. Draper |

PHS-MD-70007        (White – Record Copy, Yellow – Pharmacy Copy)

PROFILE RIGHT OR LEFT

RIGHT OR LEFT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME 250 | ORIGINATING FACILITY _____ | ☐ SICK CALL  ☐ EMERGENCY |
|---|---|---|---|
| 10 /28 /04 | AM (PM) | ☐ SIR ☐ PDL ☐ ESCAPEE ☐_____ | ☐ OUTPATIENT |

ALLERGIES  NKA

CONDITION ON ADMISSION
☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

O₂ Sat 97

VITAL SIGNS: TEMP  98²  (ORAL) RECTAL    RESP.  16    PULSE  85   B/P 140 80   RECHECK IF SYSTOLIC IF <100> 50 ___/___

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN ˣˣ ˣˣ | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|---|

S" I was in the middle of
the bus and tried to
break my fall and fell
on my Lt ~~wri~~ arm"

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O: Amb to HCU s̄ any difficulty.
A&O x3, skin W/D to touch,
deep c̄ ease. Moderate amt
@ tenderness noted to Lt
forearm. Ø other visible
injuries, noted @ present
time. To Baptist South
for evaluation. ————

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| DOC Transport to BMS Splint (L) Wrist, forearm | | |

A- Body chart (Injury to (L) Wrist

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE | TIME 3pm | RELEASE / TRANSFERRED TO ☐ DOC  ☐ AMBULANCE • | CONDITION ON DISCHARGE |
|---|---|---|---|
| 10 /28 /04 | AM (PM) | Bapt to South | ☐ SATISFACTORY ☐ POOR  ☐ FAIR ☐ CRITICAL |

| NURSES SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| Davis, LPN | 10/28/04 | J. Rossiter CRNP | 10/28/04 | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Woodward, Marion | 182719 | 11/17/80 | b/m | DOC |

PHS-MD-70007          (White – Record Copy, Yellow – Pharmacy Copy)