In The District Court of the United States
For The Middle District of Alabama
Northern Division

Clifford Ellis
Plaintiff

Vs.

James Deloach, et al.,
Defendants

Civil Action No: 205-CV-1020-D

RECEIVED 2006 SEP 12 A 9: 31

## Notice of Change of Address

Comes Now, Plaintiff Clifford Ellis has been release from the D.O.C. and stays now at 411 Brookview Dr. Montgomery, Al 36110. I am inform the Court and the defendants of my new address.

Respectfully Submitted,
Clifford Ellis

## Certificate of Service

I hereby certify that I have, this day 11th of Sept. 2006, served a copy of the foregoing upon the defendants by placing same in the United States Mail, Postage prepaid and properly addressed as follows;

Mr. J. Matt Bledsoe
Assistant Attorney General
Office of the Attorney General
11 South Union St.
Montgomery, Al 36130