IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLIFFORD ELLIS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:05-cv-1020-ID-TFM |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

COMES NOW, Jacob A. Dubin, and hereby gives his Notice of Appearance as counsel representing Clifford Ellis in the above-styled cause.

Respectfully submitted this 23rd day of January, 2007.

JACOB A. DUBIN (DUB010)
Attorney for Plaintiff
KEITH & DUBIN, P.C.
22 Scott Street
Montgomery, AL 36104-4012
Telephone: (334) 264-6776
Facsimile: (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2007, I served a copy of the foregoing up the following parties of interest by mailing a copy of the same, via U.S. Postal Service, postage pre-paid, and properly addressed to:

Jason Matthew Bledsoe, Esq.
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130

Lewis Peyton Chapman, III, Esq.
RUSHTON, STAKELY,
  JOHNSONT & GARRETT, P.C.
Post Office Box 270
Montgomery, AL 36101-0270

Richard Brett Garrett, Esq.
RUSHTON, STAKELY,
  JOHNSONT & GARRETT, P.C.
Post Office Box 270
Montgomery, AL 36101-0270

_____
OF COUNSEL