**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **CLIFFORD ELLIS, #208226,** )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>**JAMES DELOACH, et al.,** )<br>    Defendants. ) | **CIVIL ACTION NO.: 2:05-CV-1020-ID**<br>**[WO]** |

**PLAINTIFF'S MOTION FOR PRE-TRIAL MEDIATION**

**COMES NOW** the Plaintiff, **CLIFFORD ELLIS**, by and through his Attorney of Record, Jacob A. Dubin, and hereby files this Plaintiff's Motion for Pre-Trial Mediation with this Honorable Court, and respectfully proffers the following as grounds in support:

1. Plaintiff timely files his Objection pursuant to **Rule 72**, *F.R.C.P.* and pursuant to the August 16, 2007 deadline prescribed in the Recommedation of the Magistrate Judge contemporaneously with this Motion.

2. Counsel for Plaintiff and counsel for Defendants DeLoach and Canton have explored settlement of this claim.

3. Plaintiff is reasonable and has realistic expectations. Defendants have expressed a desire to enter into settlement negotiations. Pre-trial mediation would effect settlement of this action without the need for further litigation.

**WHEREFORE PREMISES CONSIDERED**, Plaintiff hereby requests pre-trial mediation be scheduled in this action.

**RESPECTFULLY SUBMITTED**, on this the 16th day of August 2007.

/S/ Jacob A. Dubin

_____
**JACOB A. DUBIN (DUB010)**
Attorney for Plaintiff
**KEITH & DUBIN, PC**
22 Scott Street
Montgomery, AL 36104
PH 334.264.6776
FX 334.265.5362

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jason Matthew Bledsoe, Esq.

Lewis Peyton Chapman, III

Richard Brett Garrett

/S/ Jacob A. Dubin

_____
**OF COUNSEL**