IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLIFFORD ELLIS, # 208226, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv1020-ID |
| ) | (WO) |
| JAMES DELOACH, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Before the court are the Recommendation of the Magistrate Judge (Doc. No. 29), Plaintiff Clifford Ellis' ("Plaintiff") Objection to the Recommendation (Doc. No. 30), and Plaintiff's Motion for Pretrial Mediation (Doc. No. 31). In his Objection and Motion for Pretrial Mediation, Plaintiff "stipulates that the claim as filed against Defendant Prison Health Care [PHC] is due to be dismissed." (Doc. No. 30 at 2; Doc. No. 31 at 1.) Plaintiff otherwise objects to the Recommendation pertaining to his claims against Defendants James Deloach ("Deloach") and James Canton ("Canton"), said claims which are construed as 42 U.S.C. § 1983 Eighth Amendment claims, and asks the court to stay a ruling on DeLoach's and Canton's summary judgment motions "to allow the parties expanded time for settlement negotiations" and mediation. (Doc. No. 30 at 4; Doc. No. 31 at 1-2.) After careful consideration of the arguments of counsel, the relevant law and the record as a whole, the court finds that the Recommendation is due to be adopted, Plaintiff's Objection overruled, and Plaintiff's Motion for Pretrial Mediation denied.

Accordingly, it is CONSIDERED and ORDERED as follows:

1. Plaintiff's Objection to the Recommendation of the Magistrate Judge be and the same is hereby OVERRULED.

2. The Recommendation of the Magistrate Judge be and the same is hereby ADOPTED, APPROVED and AFFIRMED.

3. PHS's motion for summary judgment be and the same is hereby GRANTED, and Plaintiff's 42 U.S.C. § 1983 claim against PHS be and the same is hereby DISMISSED without prejudice for failure of Plaintiff to exhaust his administrative remedies.

4. The motions for summary judgment filed by Deloach and Canton be and the same are hereby GRANTED, and Plaintiff's 42 U.S.C. § 1983 constitutional claims against Deloach and Canton be and the same are hereby DISMISSED with prejudice.

5. Plaintiff's Motion for Pretrial Mediation be and the same is hereby DENIED.

6. There being no more viable claims, the court need not refer this case back to the Magistrate Judge (see Doc No. 29 at 9).

A final judgment in accordance with this order shall be entered separately.

DONE this 20th day of August, 2007.

/s/ Ira DeMent  
SENIOR UNITED STATES DISTRICT JUDGE