**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **CLIFFORD ELLIS, #208226,** )  | |
|     Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.: 2:05-CV-1020-ID** |
| ) | **[WO]** |
| **JAMES DELOACH, et al.,** ) | |
|     Defendants. ) | |

**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT PRISON HEALTH SERVICES**

**COMES NOW** the Plaintiff, **CLIFFORD ELLIS**, by and through his Attorney of Record, Jacob A. Dubin, and hereby files this Plaintiff's Motion for Voluntary Dismissal of Prison Health Services with this Honorable Court, and respectfully moves the Court to dismiss Defendant Prison Health Services in the above-styled action with prejudice. This Order shall be construed as a final Order of Dismissal against Defendant Prison Health Services as there is no just reason for delay.

Plaintiff hereby specifically excludes Defendants DeLoach and Canton from this Motion and shall proceed against said Defendants in this action.

**RESPECTFULLY SUBMITTED**, on this the 22nd day of August 2007.

    /S/ Jacob A. Dubin

    _____
    **JACOB A. DUBIN (DUB010)**
    Attorney for Plaintiff
    **KEITH & DUBIN, PC**
    22 Scott Street
    Montgomery, AL 36104
    PH 334.264.6776
    FX 334.265.5362

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jason Matthew Bledsoe, Esq.
Richard Brett Garrett, Esq.
Lewis Peyton Chapman, III, Esq.

/S/ Jacob A. Dubin
_____
**OF COUNSEL**