IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLIFFORD ELLIS, # 208226, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv1020-ID |
| ) | |
| JAMES DELOACH, et al., ) | |
| ) | |
|     Defendants. ) | |

**ORDER**

Upon CONSIDERATION of Plaintiff Clifford Ellis' motion for voluntary dismissal of Defendant Prison Health Services, filed August 22, 2007 (Doc. No. 34), it is ORDERED that said motion be and the same is hereby DENIED as moot.

DONE this 24th day of September, 2007.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE